# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**FILED**
OCT 10 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

CR 17 533 EMC

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

| | |
|---|---|
| **CASE NAME:** USA v. (see attached) | **CASE NUMBER:** CR |
| **Is This Case Under Seal?** | Yes |
| **Total Number of Defendants:** | 8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | No |
| **Venue (Per Crim. L.R. 18-1):** | SF |
| **Is this a potential high-cost case?** | No |
| **Is any defendant charged with a death-penalty-eligible crime?** | No |
| **Is this a RICO Act gang case?** | Yes |
| **Assigned AUSA (Lead Attorney):** Kevin J. Barry | **Date Submitted:** 10/10/2017 |
| **Comments:** | |

RESET FORM    SAVE PDF

Form CAND-CRIM-COVER (Rev. 11/16)