LAW OFFICE OF
ERICK L. GUZMAN
Cal. Bar No. 244391
740 4th St.
Santa Rosa, California, 95404
T: 707.595.4474; F: 707.540.6298
E: elg@guzmanlaw.org

Attorney for Defendant
Damien Cesena

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>NELSON, *et al.*,<br><br>    Defendants. | CASE NO. CR-17-0533-8-EMC<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING |

Mr. Cesena previously filed a motion to compel discovery, and a hearing on that motion is currently set for January 31, 2018. However, the parties just met and conferred regarding discovery and the related protective order on January 25, 2018. As a result of that meet and confer, Mr. Cesena is contemplating withdrawing the motion to compel. Further, a hearing on the motion is not timely given that Mr. Cesena still needs to decide on his position regarding the Government's proposed protective order in light of the recent meet and confer. Accordingly, the parties are requesting that the hearing currently scheduled for January 31, 2018 be rescheduled to February 6, 2018.

DATED: January 29, 2018                    Respectfully submitted,


                                           By

                                           _____
                                           Attorney for Mr. Cesena


DATED: January 29, 2018                    /s/_____
                                           Erin M. Cornell
                                           Assistant United States Attorney

**[PRO~~POSED~~ ORDER]**

Based on good cause shown, the hearing currently scheduled for January 31, 2018 is vacated and rescheduled to February 6, 2018.

Dated:   1/29/18

IT IS SO ORDERED



3  Case No. CR-17-0533-8-EMC