UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** August 29, 2018     **Time:** 10:05 - 11:22     **Judge:** LAUREL BEELER

**Case No.:** 17-cr-00533-EMC     **Case Name:** UNITED STATES v. Nelson et al.

3:17-cr-00533-EMC-1 - USA v. Jonathan Joseph Nelson (Waived)
AUSA: Meredith Osborne, Kevin Barry, Erin Cornell/ DEF: Michael Clough appearing for Jai Gohel

3:17-cr-00533-EMC-2 - USA v. Raymond Michael Foakes (Custody)
AUSA: Meredith Osborne, Kevin Barry, Erin Cornell/ DEF: George Boisseau

3:17-cr-00533-EMC-3 - USA v. Russell Allen Lyles, Jr.
AUSA: Meredith Osborne, Kevin Barry, Erin Cornell/ DEF: Michael Clough

3:17-cr-00533-EMC-4 - USA v. Jeremy Daniel Greer (Waived)
AUSA: Meredith Osborne, Kevin Barry, Erin Cornell/ DEF: Michael Clough for Randy Sue Pollock

3:17-cr-00533-EMC-5 - USA v. Brian Wayne Wendt (Custody)
AUSA: Meredith Osborne, Kevin Barry, Erin Cornell/ DEF: Martin Sabelli

3:17-cr-00533-EMC-6 - USA v. Russell Taylor Ott (Waived)
AUSA: Meredith Osborne, Kevin Barry, Erin Cornell/ DEF: Robert Waggener

3:17-cr-00533-EMC-7 - USA v. Christopher Ranieri (Waived)
AUSA: Meredith Osborne, Kevin Barry, Erin Cornell/ DEF: John Walsh (Phone)

3:17-cr-00533-EMC-8 - USA v. Damien David Cesena
AUSA: Meredith Osborne, Kevin Barry, Erin Cornell/ DEF: George Boisseau for Erick Guzman

3:17-cr-00533-EMC-9 - USA v. Brian Burke (Waived)
AUSA: Meredith Osborne, Kevin Barry, Erin Cornell/ DEF: Michael Clough for Erik Babcock

3:17-cr-00533-EMC-11 - USA v. David Salvatore Diaz (Waived)
AUSA: Meredith Osborne, Kevin Barry, Erin Cornell/ DEF: James Thomson

**Deputy Clerk:** Elaine Kabiling     **Court Reporter:** Pamela Hebel
**Interpreter:** N/A     **Probation Officer:** N/A

### PROCEEDINGS

Discovery Hearing – HELD.  Court will issue order.