

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*11th Floor, Federal Building*            *(415)436-7200*
*450 Golden Gate Ave., Box 36055*
*San Francisco, CA 94102-3495*            *FAX: (415)436-7234*

October 7, 2019

<u>Via Email</u>

Martin Sabelli
msabelli@sabellilaw.com

And other counsel

Re:     *United States v. Nelson*, CR 17-0533 EMC

<u>**Preliminary Expert Disclosures**</u>

Dear Counsel:

Please take notice that the government will seek to introduce two gang experts to describe the enterprise and the VICAR motive in this case and an expert to provide CAST analysis of a number of cellular telephone numbers.

With respect to the Sonoma County Hells Angels (HASC), the government will seek to offer Brandon Austin of the Ada County Sheriff's Office, Boise, Idaho (formerly a Sergeant with the Sonoma County Sheriff's Office, Santa Rosa, California). The government expects that Officer Austin's expert testimony will include the following:

- the history of HASC, including its activities in Santa Rosa, California, Sonoma County, California and the surrounding area;
- the structure and organization of HASC, including having a president, vice president, sergeant at arms, and secretary/treasurer;
- how HASC holds regular meetings, including weekly chapter meetings, or "church," hosts local motorcycle "runs," and attends national "runs" at which members of different chapters meet;
- how individuals become members of HASC, including an explanation of the process of becoming a "hangaround," then a "prospect," and then a "full-patch member";

1

- HASC's interactions with members of other Hells Angels chapters;
- how HASC members identify themselves, including the type of clothing they are allowed to wear and symbols on the clothing, for example, the leather vest with a "Hells Angels" top patch, a "Death's Head" patch in the middle, and a bottom patch, or "rocker," which depicts the state that the member is from (California, in the case of HASC);
- the purpose and rules of HASC, including unwritten rules, such as confronting all rival gang members; not backing down from confrontation; and not cooperating with law enforcement;
- the longstanding rivalry with members of the Mongols motorcycle gang, and the mutual hatred between the Hells Angels and Mongols;
- the longstanding rivalry with members of the Vagos motorcycle gang, and the mutual hatred between the Hells Angels and Vagos;
- the relationship of other motorcycle clubs in the HASC area to HASC;
- the criminal activities that HASC members are involved with, including drug trafficking, illegal weapons possession, extortion, and violent crimes;
- that an HASC member who commits an act of violence against rival gang members may be recognized for this and may have his status elevated in the gang;
- that an HASC member is required to respond to acts of "disrespect" from the general public in order to maintain his status in the gang; and
- the HASC will set up a legal defense fund for an HASC member who has committed a crime on behalf of the gang, but not for a member who has a personal issue unrelated to the gang.

The basis of Officer Austin's opinions is his extensive experience investigating the HASC organization as detailed in the attached curriculum vitae, which is attached.

---

For the Hells Angels organization more broadly, nationally and internationally, the government will seek to offer Jeremy Scheetz, an Intelligence Operations Specialist with Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF).  The government expects that Specialist Scheetz's expert testimony will include the following:

**History/Origin of Motorcycle Club/OMGs/1%ers**

A. The Outlaw Motorcycle Gang (OMG) experience began in the United States in the 1940s, after the end of World War II. A segment of American veterans returned home and missed some of the aspects of the wartime military. They began riding motorcycles in groups to have the sense of adventure and camaraderie.

B. There are several versions of how the term "1%er" was coined.  The most popular version is that the American Motorcyclist Association (AMA) was embarrassed by rioting by motorcycle clubs that took place in Hollister, CA over the July 4th weekend in 1947 and during the Labor Day weekend in Riverside, CA two months later and attempted to distance themselves from the participants. In effect, the AMA stated that 99% of motorcyclists are

good people; it's the one percent who are "hoodlums and trouble makers," or are "antisocial barbarians."

C.  The first charter of the Hells Angels Motorcycle Club (HAMC) was established on March 17, 1948, in Fontana/San Bernardino, CA (Berdoo). The term Hell's Angels has been floating around the military, as far back as World War I, when a fighter squadron first took on the name. Before World War II, a group of mercenary war pilots called the "Flying Tigers" flew for the Chinese, and one of their squadrons called themselves Hell's Angels. During World War II, a United States Air Force bomber company stationed in Great Britain, the 356th bomber squadron and a Navy torpedo squadron, referred to themselves as Hell's Angels.

D.  The original patch worn designed in 1948 was a small design with a skull, helmet and two wings for its membership's insignia, nicknamed the bumblebee patch. It consisted of a winged skull with an aviator's cap that resembled a bumblebee. In 1948, the HAMC Berdoo members' back patch consisted of an upper patch, or rocker, stating Hells Angels, the original Death Head in the center, and Berdoo in the bottom rocker. The selection of the colors red and white is from the World War II Hells Angels Third Present Squadron who had a red-colored silhouette of a female with a halo and white wings.

E.  On August 1, 1954, the HAMC formed the San Francisco (Frisco) charter and on April 1, 1957, formed the Oakland charter. Under the direction of Sonny BARGER, the three aforementioned HAMC charters, as well as Southern California (So Cal), formed the Hells Angels Motorcycle Club in the late 1950s. In 1959, a detailed wing skull with an aviator's cap became the HAMC back patch and named the "Death Head." While BARGER was the president of the Oakland charter in 1959, he created a new "Death Head," referred to as the Barger Larger Death Head design. It was larger than the original; it had a single wing and two sets of eight feather tips along the bottom.

F.  In 1983, the "Fuki Death Head" was created to help eliminate the natural variations in handmade patches. The new version would be digitally designed utilizing computers and assign all rights, title and interest to the HAMC World Corporation. The new Death Head had 17 points along the bottom border, one more than the Larger Barger Death Head.

G.  In order to standardize the brand in the United States, the HAMC created the standard back patch layout in 1983. During a world meeting in 1990, members decided that every member would wear the same patch based on the 1983 patch layout version, along with the Fuki Death Head. The new world patch was created on behalf of the HAMC of the United States, Inc., and the World Corporation owns all rights, title and interest of the patch. Only licensed vendors were permitted to create the embroidered patches. The Death Head's mouth is stitched shut indicating, "We don't discuss club business."

H.  In the United States, the top rocker states Hells Angels, the center patch is the moniker/Death Head, the MC is on the bottom right of the Death Head and the bottom rocker is always the State.

**Significance of the Death Head Patch**

A. The Patch/Death Head is central to the HAMC. The HAMC's ideology is ingratiated in each member who proudly wears his colors. Only a member can don the Death Head on his colors, soft colors, belt buckle, belts, t-shirts or any clothing.

B. No charter, HAMC member or HAMC prospect is allowed to market anything bearing the names Hells Angels and/or Death Head logo without proper licensing by the corporation. (Corporation Rules). Within the OMG and motorcycle club underworld, the Death Head is synonymous with violence and a mantra of living vicariously by a different set of rules and behaviors that are not adhered to on a day-to-day basis.

C. The trademarked name Hells Angels and Death Head moniker/logo demand respect from other OMGs, motorcycle clubs and others. Anyone or anything that opposes or disrespects a member or the colors is subject to the wrath of the HAMC. Once a member receives his colors, he is accepted as a brother at any HAMC charter across the globe. HAMC members utilize their colors to intimidate other OMGs and the public. During runs, they travel as a group, often parading through the streets to demonstrate their territorial control over a State, city or region.  By placing the Death Head on a member's back, he represents approximately 5,000 members from across the world who share a common set of goals and traits.

**The Meaning of a Charter**

A. The basic organizational unit of the HAMC is the charter, which is operated out of a city or county. Each charter is self-sufficient in the sense that all of its members have a say in the charter's decisions, internal disciplinary measures against members and criminal activities of the charter with regard to its territory (e.g. extortion, drug trafficking, etc.). A member, prospect or hang around of a charter who is not involved at the time in a criminal activity may be called upon at any time to assist other members of that charter in its criminal activities.

B. HAMC charters have a vertical structure. Six color-wearing members (referred to hereinafter as full patch members) are required for the charter to operate and remain functional. However, there have been exceptions to this six full patch member rule in the past. All charters report to the higher levels of the organization at the regional, national and world level. This formula is present across the globe. Once they become an official charter, they receive a certificate from the HAMC Corporation, and they agree to abide by the bylaws, rules and regulations of the HAMC.

C. Charters act relatively autonomously in their day-to-day activities.  However, they subscribe to a strict set of rules that cannot supersede the State, country or world rules. The rules are called regulations or statutes, where the rights and obligations of members are set out. Charters are strategically established to fend off expansion by an adversary or control an illegal commodity in an area, region or State.

D. Charters are required to have a clubhouse, which must have a working telephone or form of communication, to include a functional email account. If they do not have a functional email address, they are fined for non-compliance.  Additionally, operation of any HAMC Website will be the responsibility of the respective HAMC charter, financially, for content and

compliance with the HAMC Internet rules. Charters are allowed to establish and maintain a Website, but it must be done in the charter's best interest. All charter Websites are strictly monitored by the HAMC Webmaster.

E.   The HAMC adopts strict security measures at its clubhouses in the United States to fend off an adversary or intrusion by law enforcement. Cameras are strategically placed to monitor day-to-day foot traffic or intrusion by an unwarranted guest, adversary or law enforcement. Many of their doors and windows are fortified. Often, firearms are easily accessible, as well as an assortment of knives and weapons such as ball peen hammers, ax handles, bats, etc.

F.   Charters make money in a variety of ways. Primarily, an HAMC charter sells its indicia at local swap meets, motorcycle shows, tattoo conventions, charity runs, and support club functions, as well as at local motorcycle shops/businesses. Some profit from the sales on indicia, such as calendars, goes to the HAMC Corporation.

G.   Each charter elects officers, such as a president, vice president, secretary, treasurer, sergeant-at-arms and a road captain, which tends to be optional. The officers are responsible for raising money, planning social events, maintaining order and discipline, as well as interacting with other charters' officers and HAMC hierarchy. All HAMC charters adhere to the same rules as all other nation's charters. They are guided by the HAMC World Rules. In turn, they also subscribe to HAMC country rules and charter rules.

H.   The HAMC also has charters referred to as Nomads charters. A Nomads charter generally does not have a specific location to conduct its criminal activity. Traditionally, Nomads charters do not have clubhouses, as the members within the charter are mobile, so they can conduct criminal activities in various locations. In the United States, only one Nomads charter is permitted in each State.

## HAMC Rank, Officers, and Charter Hierarchy

A.   The HAMC has a hierarchical structure, within which individuals hold official positions. First, in order to enter the pipeline to become a member, a member must sponsor a candidate, and is responsible for the candidate's behavior. All candidates must furnish personal information to the club, indicating such items as family names, bank information, address, next of kin, spouse, criminal history, employment, etc. Photographs of the candidate are shared via email to all charters in the United States. If there are no negative responses on the candidate, then he can proceed. The requirements to become a member include possessing a valid driver's license and having a road-worthy Harley Davidson motorcycle. The prospective member cannot be of African-American descent, a child molester or have applied to become a police officer or prison guard. If they took a police test, that is grounds to omit a member.

B.   After a lengthy, phased process, a prospective member is first deemed to be a "Hang-around," indicating the individual is invited to some club events or to meet club members at known gathering places.

C.  At the end of that stage, he is elevated to the position of "Prospect," participating in some club activities, but not having voting privileges, while he is evaluated for suitability as a full member.

D.  The last phase, and highest membership status, is "Full Membership" or "Full Patch." The term full patch refers to the complete four-piece crest, including the "Death's Head" logo, two rockers (top rocker: "Hells Angels"; bottom rocker: State or territory claimed), and the rectangular "MC" patch below the wing of the Death's Head. In the United States, prospects only wear a bottom rocker with the State.

E.  To become a full member, the prospect must be voted on by the rest of the club members. Successful admission usually requires more than a simple majority, and some clubs may reject a prospect for a single dissenting vote. In some charters, a prospect must pass a polygraph examination before earning his patch. The test is administered by an outside entity, often a retired law enforcement officer.

F.  Some form of formal induction follows, wherein the prospect affirms his loyalty to the club and its members. The final logo patch (top Hells Angels rocker) is then awarded at this initiation ceremony. The step of attaining full membership can be referred to as "being patched." Members must sign a Corporate Property Agreement acknowledging by affixed signature that "all intellectual property comprised in whole or in part of the Hells Angels mark and/or Death Head logo belongs solely and exclusively to the Hells Angels Motorcycle Corporation."

G.  A majority of new members get an HAMC tattoo as soon as they attain full membership. Some charters require a new member to have it within one week of earning their patch or one year from the date of full patch. It is rare that a member will not have at least one HAMC tattoo on his body

H.  Each charter has its own executive committee, which is usually elected once a year by a majority of votes of full-patch members. A typical Hells Angels charter includes a minimum of six full-patch members. All members have a say in club-related decisions through a vote in a one-man-one-vote system; however, due to the hierarchical nature of this organization, the president has the final say with his veto powers. The "executive," as it is called, consists of the following positions, in order of importance:

   a.  President: the leader with absolute power. He may exercise his right to veto decisions made by members on matters concerning club business.

   b.  Vice President: replaces the president in his absence.

   c.  Sergeant-at-Arms: responsible for discipline during club meetings or off premises at special events, such as funerals. He answers directly to the president and can obtain consent from the latter to use force or violence in dealing with another member who has disobeyed the rules of the club. The sergeant-at-arms oversees the security of the HAMC at functions and normally is in charge of the charter's cache of weapons.

   d.  Secretary: takes notes at the charter's meetings. Also takes care of charter emails and correspondence. He keeps all charter and officer meeting minutes.

e.  Treasurer: manages the charter's financial affairs, such as the collection of dues, fines and the payment of all club bills and expenses. He may sometimes act as intelligence officer, gathering information about police and rival gangs.

f.  Road Captain: in charge of organizing mandatory club runs. He maps out the route of the run, the destination and the stops to be made for gas and food. He is also responsible for the safety of the group.

g.  Member: After approximately 12 months and having received the unanimous support of the charter, the "prospect" is finally accepted as a full-patch member. When a member has proven his loyalty to the club, he receives his colors bearing the club insignia and is accepted by all HAMC around the world. Full-patch members are required to pay club dues and contribute to the established legal defense fund. Each individual charter specifies the amount paid for club dues.

h.  Prospect: The "prospect" is an individual who is gaining the confidence of all color-wearing members. He is demonstrating his loyalty and ability to carry out and obey orders. He has been actively involved in criminal activities. He cannot vote or attend meetings. He wears the lower rocker showing the club territory and the "MC" badge on the back of his vest. He also wears a "prospect" and "charter" badge on the front left side of his vest. The probation period can last 1 to 2 years, depending on the personality of the individual and his ability to perform club functions. He has to receive unanimous approval in a vote by members of the charter. Prospects are required to pay club dues and contribute to the defense fund.

i.  Hang-around: Full-patch members must be certain that the individual is systematically involved in crime before approving his promotion to this rank. He also has to receive majority approval in a vote. The "hang-around" does not wear colors. However, a "hang-around" will wear a black and white, or a red and white sponsoring charter patch on the front left breast of his vest. He cannot attend meetings, but guards the surroundings of these meetings to ensure the safety of members attending. The "hang-around" is entirely subservient to all full-fledged members of the charter, including the prospects, and must accomplish what he is ordered.

## HASC Charter Meetings / "Church"

A.  Each charter conducts regularly scheduled weekly meetings, referred to as "church." Strict rules of order are followed, and minutes are taken. These meetings generally take place at the charter's clubhouse, and attendance at the meeting is primarily restricted to members. Charter meetings mostly concern legitimate activities, such as planning social events, voting in new members, etc. Additionally, charter meetings often involve the discussion of criminal activities – for example, encouraging assault and/or retaliation. If questions concerning criminal activities arise, the utmost security to prevent detection is used. However, they will openly discuss at their meeting if a motorcycle club, support club or adversary is moving into a region or State without permission.

B.  During church, members and prospects are often brought up for membership vote, or disciplinary action is taken toward a member for an infraction that broke a rule, brought

unwarranted law enforcement scrutiny on the HAMC or not defending the patch in a fight with a civilian or adversary.

## National and International HASC Structure and Meetings

A. To date, the United States HAMC is comprised of 94 charters, which are divided into 2 executive groups: the west coast and east coast. The west coast is all charters west of Denver, Colorado. The east coast is comprised of all charters east of Omaha, Nebraska. The officers in the west and east coast consist of elected members from charters in the corresponding regions. The west coast consists of a chairman, treasurer, secretary, sergeant-at-arms and west coast representative. I am unaware if the west coast has a vice president position. The east coast is comprised of a chairman/1st chair, 2nd chairman/2nd chair, treasurer, secretary, sergeant-at-arms and an east coast representative. They often hold status and/or influence within their charter or HAMC, due to money, propensity for violence, negotiating skills, has a following, etc.

B. Every six weeks, the east coast holds an officers meeting at a different location. Sometimes it corresponds with an anniversary party or run, such as Laconia or Myrtle Beach Bike Week. The west coast holds its officers meeting once a month, alternating between the Berdoo and Oakland, California, clubhouses. Only during significant occasions will they move the meeting to correspond with an anniversary party for a member or charter. For instance, in September 2008, a west coast region presidential election was urgently called following the execution-style killing of Mark "Papa" Guardado, HAMC San Francisco president, by a member of the Mongols OMG.

C. During the east and west coast meetings, each respective charter is required to send two representatives, preferably the president and another officer or prospect. Similar to church meetings, they discuss a litany of topics affecting the HAMC's respective region, State or city. Members also discuss ongoing issues with adversarial OMGs, motorcycle clubs or street gangs, as well as current arrests. If a charter is late to or misses the meeting, it is fined.

D. Throughout the year, the United States HAMC holds charter runs, an annual U.S.A. Run and particular runs for each of the aforementioned coasts. The host charter sponsors the charter runs, which entails long rides, toy runs, toys for tots and/or any venue to place currency in its coffers. The United States holds a U.S.A. Run each year in a different location. Surveillance by law enforcement has revealed approximately 400 to 500 members and prospects attend the run. Similar to the meetings, two representatives from each charter must attend or they are fined, and all United States members are required to pay $50 for the annual run.

E. Each region also holds a south and north run. The east coast North Run is primarily held during the annual Laconia, New Hampshire, Bike Week, while one of the Dixie charters (Kentucky, North Carolina, South Carolina and Virginia) hosts the South Run. To finance the North and South Runs, each member is required to pay $40, even if they do not attend either run. On the west coast, the South Run is usually held in May. Over the past 3 years, the run was held in Arizona and Colorado. The North Run is primarily held in northern California in mid-to-late September. Similar to the east coast, each member pays toward the run, even if they do not attend.

8

F.  The HAMC holds biannual international meetings called world meetings. Each world meeting takes place in a different country. During these meetings, the problems and concerns of the various charters and regional bodies, as well as corporate affairs at the national and international levels, are discussed. Participants also amend new rules, set motions and discuss ongoing violence with a litany of adversary OMGs, street gangs and motorcycle clubs. Each country, unless divided into regions, is required to send two representatives. There is a fine for missing a World Meeting.

## HAMC Rules

A.  The HAMC has a set of written rules called HAMC World Rules. These rules are outlined in a book and are distributed to each HAMC charter worldwide. In addition, the HAMC must abide by the Hells Angels Motorcycle Corporation rules and directions, as these protect its name, logo and trademark. In addition, the members of the club are answerable to their own respective country's current laws and rules. There are also Country Rules (U.S.A. Rules, Canada Rules, England Rules, etc.). In the United States, in addition to country rules, there are East Coast, West Coast, and Charter Rules.

B.  In addition to written rules, there are also "unwritten" rules. Not all rules, written or unwritten, are related to criminal activity. Several of the unwritten rules remain unwritten, so law enforcement cannot use it against the HAMC to show its criminality. For example:

    a.  No testifying for the prosecution
    b.  No making statements to the police
    c.  No calling 911
    d.  No making comments to the media
    e.  Duty of the prospect is to ensure safety of the full-patch member

C.  If rules are not followed, fines are levied on the member or charter.

D.  Constitutional Rules
    a.  One man, one vote
    b.  Only HAMC will possess HAMC paraphernalia
    c.  No undesirable in the club
        i.  For example: No snitches, junkies, cops or ex-cops, etc.
    d.  Charter autonomy is a basic right but cannot supersede a World Rule.

E.  Prohibitive Rules
    a.  No HAMC charter, HAMC member, or HAMC prospect is allowed to market anything bearing the HAMC name and/or Death Head logo without proper licensing by the corporation.
    b.  Disputes that become physical shall be fair and reflect our belief in brotherhood (no weapons shall be used by either man). Alleged use of a weapon must be presented at an appropriate meeting and is subject to remedial measures that may include expulsion from the club.

F.  Standard Rules that deal with patches, members, etc.:
    a.  Members must wear the same computer design style patch.
    b.  Members can only have one set of patches at a time. (exception: Racing patch)

    c.   There will be nothing on the back of the patch except the colors

    d.   All charter/city and officer tags or "flashes" are to be rectangular with square corners

## Leaving Membership in HASC

A.   There are only two ways to leave the HAMC, Left or Out. "Left" means the member left on good standing and is required to have an out date, the date he quit the HAMC, next to or near his HAMC tattoo. "Out" means the member was thrown out of the HAMC and is required to cover up his HAMC tattoos. The tattoo can be covered by another tattoo, blacked out or crossed out. When a member is thrown out of the HAMC, the method of covering up the tattoo is based on the circumstance and/or charter. Often, the member is physically restrained and his tattoo is covered up or removed altogether. This can also be accompanied by assault. It is not uncommon for a former member's residence to be ransacked after his tattoo has been covered up or blacked out – depending on the charter and severity of his expulsion.

## HASC Expansion

A.   On July 1, 1961, the HAMC first expanded beyond the California border by opening an HAMC charter in Auckland, New Zealand. Since 1961, the HAMC has officially opened charters on six of the seven continents. On July 30, 1969, the HAMC expanded into London, England, making it the first charter in Europe. On August 23, 1975, the HAMC expanded into Melbourne, Australia. In 1977, the HAMC continued its international expansion into Sorel, Quebec, Canada.

B.   The expansion was met with stiff resistance by the Outlaws OMG, which had already established a foothold in Quebec. This expansion led to considerable violence, including a number of murders of Outlaws and HAMC members.

C.   On June 16, 1984, the HAMC opened a charter in Rio de Janeiro, Brazil, creating the first official footprint in South America.

D.   On August 14, 1993, it expanded into Johannesburg, South Africa, establishing the first charter in Africa.

E.   On September 30, 2006, the HAMC established its first charter in Asia – Moscow, Russia.

F.   In order to achieve and maintain dominance over rival gangs, the HAMC continues to increase expansion efforts, both in the United States and abroad. At present, there are approximately 502 charters with 6 continents. In the United States, it has 94 charters and approximately 1,000 members and prospects. The tactic of instilling fear is used not only to promote its illicit business, but also to maintain dominance over its support clubs and citizens. If a member is involved in the distribution of controlled substances, he will use the aspect of fear that comes with the patch to ensure that his customers do not attempt to steal from him or question what he does, as they know that not only are they dealing with the individual member, but the entire Hells Angels organization. The support clubs understand they are subservient to the HAMC with the knowledge the HAMC has the ability to strip them of their club patches. The HAMC also intimidates citizens to keep them from reporting anything they either witness or are a victim of, to the police.

I.  In January 2019, I conducted analysis on all HAMC Unites States members' criminal histories, as it pertains to felony and misdemeanor convictions. In the United States, approximately 36 percent of the HAMC members have a felony conviction. Combined with misdemeanor convictions, approximately 65 percent have a conviction on their record. Additionally, 70 percent of all west coast members have a conviction, whereas 60 percent of all east coast members have a felony or misdemeanor conviction. On the west coast, approximately 34 percent have a firearms conviction, versus 30 percent on the east coast.

**HASC Battles With Mongols**

A.  As the HAMC expanded across the United States, it utilized violence to protect and/or expand its illegal enterprises and the right to don a State bottom rocker. Since the late 1960s to early 1970s, the HAMC has been battling the Mongols, Vagos, Pagan's, Outlaws, other OMGs, their support clubs, and motorcycle clubs that fail to adhere to guidelines of operating in HAMC territory, as well as civilians who disrespect a member or the Death Head.

B.  By the mid-1970s, the HAMC was the dominant OMG in California; however, the Vagos, Mongols and assortment of smaller OMGs and motorcycle clubs were vying for the right to don the California bottom rocker.

C.  By 1977, the Mongols had been warned on numerous occasions not to wear a three-piece patch with the California bottom rocker. On September 5, 1977, a pack of Mongols was returning home from a national run when two members and their spouses were shot off their motorcycles in San Diego County, California. Both Mongols were killed, while wounding their spouses. During their funeral service on September 9, 1977, a vehicle parked near the mortuary building where the services were being held. The driver exited the vehicle, delivered a wreath of red and white colors, and then exited the building. After he left the property, a car bomb detonated, causing no deaths, but people were injured from the shrapnel. Four HAMC members pleaded guilty to racketeering for their role in the homicides and bombing. As the HAMC and Mongols expanded outside California, they continued to murder, stab, shoot and assault one another, including civilians wearing support gear or any type of indicia. Below are a listing of documented violent confrontations between the HAMC and Mongols.

a.  September 5, 1977 – Two Mongols were killed in San Diego County, California, returning from their national run.
b.  September 9, 1977 – A car bomb detonated at the Mongols' funeral in the mortuary's parking lot – no deaths.
c.  September 24, 1977 – A bombing occurred at the Mongols' machine shop in Los Angeles, California – two killed.
d.  September 30, 1977 – A bombing and attempted murder of a Mongols member occurred in San Fernando Valley, California.
e.  October 11, 1977 – An attempted murder of a Mongols member occurred after a bomb was discovered under his vehicle in San Diego, California.
f.  February 10, 1989 – Aristeo Carbajal, HAMC Berdoo, California, was stabbed and killed in the Queen Mary parking lot during a melee between the HAMC and Mongols in Long Beach, California.

11

g. February 22, 2001 – An HAMC member and Mongols member were wounded at the American Legion Hall during a Confederation of Clubs meeting in California. In all, two were shot and four were wounded.

h. August 1, 2001– Four HAMC members confronted the Mongols president at his residence in Carson City, Nevada – fight ensued.

i. October 1, 2001 – Approximately seven (7) to eight (8) HAMC members entered a Mongols motorcycle shop in Nevada and accosted an individual and his assistant, both of whom are Mongols members.

j. October 26, 2001 – HAMC, Mongols and Vagos individuals were involved in a fight at a motorcycle show in Orange County, California. There were numerous injuries.

k. October 27, 2001 – Approximately 20 Mongols lured 5 to 6 HAMC members to a Nevada bar and assaulted them with various weapons. An HAMC bottom rocker was cut off – one arrest.

l. April 8, 2002 – A melee occurred inside Harrah's Casino in Laughlin, Nevada, during the 20th Annual Laughlin River Run – three (3) dead (1 Mongols and 2 HAMC individuals) and numerous injuries and arrests.

m. June 1, 2002 – HAMC and Mongols individuals pulled knives on each other in Reno, Nevada. Reno Police Department intervened before anyone was stabbed.

n. July 2, 2002 – Approximately four (4) to five (5) Mongols attacked HAMC Buryl McCune at Bruiser's Iron Horse Saloon in Palm Springs, California. They beat him with knives, fists and feet.

o. April 26, 2006 – Two Mongols riding their motorcycles on the Las Vegas, Nevada, strip were attacked at a red light by James "Cornbread" Beard, HAMC Las Vegas.

p. May 4, 2008 – An unknown group of HAMC members attacked a Mongols member as he walked with his family at the Merced County, California, fair.

q. June 28, 2008 – In Los Banos, California, an HAMC prospect was stabbed during a confrontation with the Mongols at a Victory Outreach Anti-Gang/Anti-Violence rally.

r. August 2, 2008 – Mark "Papa" Guardado, HAMC San Francisco, was shot and killed in California by Christopher Ablett of the Mongols. Ablett is currently serving a life sentence without parole.

s. December 20, 2008 – HAMC Sin City, Nevada, members and prospects accosted two members of the Mongols at a Las Vegas, Nevada, wedding chapel. Numerous HAMC individuals were sentenced.

t. June 21, 2008 – Jose Luis Sanchez of the Mongols fired 8 to 10 rounds outside The Echo nightclub in Los Angeles, California, at suspected HAMC members. Three persons were injured. Sanchez was convicted in 2013 (firearm use and street gang act).

u. November 6, 2009 – An unknown number of Mongols stabbed and killed an HAMC associate at the Pastime Club in Merced County, California. Mongols Robert Silva's conviction of Section 187 of the California Penal Code, which defines the crime of murder, was eventually stayed.

v. May 1, 2010 – An unknown number of HAMC and support club members assaulted a Mongols member at the Bada Bing Strip Club. One support club member was stabbed.

w. September 29, 2010 – Jess Dyckma, HAMC Ventura, California, attempted to kill an unknown Mongols member by kicking him off his motorcycle in Los Angeles County, California. Dyckma was sentenced to 7 years.

12

x.   June 15, 2011 – Paul Seifert, HAMC Las Vegas, struck a Mongols Arizona prospect with a beer bottle at a bar in Las Vegas, Nevada.

y.   August 10, 2011 – A large group of HAMC individuals attacked a small contingent of Mongols outside Pee Wee Choppers in Sturgis, South Dakota. Two HAMC suspects were convicted: George Caruso (Lowell) and Mark Duclos (Fairbanks).

z.   January 7, 2012 – An HAMC hang-around attempted to run three Mongols off the road in Tempe, Arizona. One of the Mongols shot and injured the hang-around.

aa.  March 22, 2014 – HAMC and Mongols were involved in a melee on Interstate 15 (I-15) in Temecula, California. Saucedo, HAMC Riverside County, was stabbed.

bb.  August 20, 2014 – HAMC and Red Devils assaulted a member of the Mongols in a Raleigh, North Carolina, bar.

cc.  September 12, 2014 – A shootout occurred between HAMC and Mongols at a Reno, Nevada, bar – no injuries.

dd.  September 20, 2014 – One Mongols supporter was killed after an unknown number of HAMC individuals shot at their pack on southbound I-15 near Corona, California.

ee.  February 7, 2015 – Patrick Eberhardt, HAMC Cave Creek, Arizona, was shot off his motorcycle by an unknown assailant in a vehicle in Phoenix, Arizona. One killed – Mongols are suspects.

ff.  February 7, 2015 – HAMC shot at a pack of 15 Mongols in Phoenix, Arizona

gg.  April 19, 2015 – An HAMC Nomads, Washington, hang-around was shot and wounded outside the HAMC clubhouse. Mongols are suspected of the shooting.

hh.  June 17, 2015 – Four Orange County Mongols assaulted a lone HAMC supporter at the Off Limits Bar in Anaheim, California.

ii.  September 4, 2015 – An unknown number of HAMC and Mongols were involved in a melee at the Boot Grill in Loveland, Colorado.

jj.  September 24, 2015 – Justin Bovender, Mongols Richmond, Virginia, violently assaulted a civilian wearing an HAMC support shirt in Richmond.

kk.  January 26, 2016 – Jonathan Smith, HAMC Bakersfield, California, and Mike Blackwood of the Mongols were involved in an assault at a Bakersfield intersection – Blackwood was stabbed.

ll.  April 8, 2016 – An unknown number of HAMC and Mongols were involved in a melee at the Valk Hotel in Rotterdam, Netherlands – 23 arrested.

mm.      May 25, 2016 – Two HAMC Fayetteville, North Carolina, members and four associates violently assaulted two Mongols at a Hooters in Fayetteville. Two were charged, and three are pending trial.

nn.  June 12, 2016 – Rick Hoernke, HAMC Berdoo, California, was shot in the leg at the Wooden Nickel Bar. Prior to the shooting, a Mongols prospect was shot and accosted.

oo.  August 17, 2016 – A shootout occurred between the HAMC and Mongols at the Final Sports Bar & Grille in Tempe, Arizona. The Mongols president, Richard Garcia, was killed. Wayne Whitt, HAMC Mesa, was cleared on self-defense.

pp.  August 28, 2016 – An HAMC member and prospect shot and wounded a member of the Mongols and 69'ers in Nassau County, New York. HAMC dons a Filthy Few.

qq.  September 2016 – A group of HAMC assaulted two (2) Mongols in Spokane, Washington.

rr.  November 19, 2016 – An HAMC supporter was battered by a pack of Mongols in Las Vegas, Nevada. They stole his support shirt and conducted a strong-armed robbery.

ss. December 4, 2016 – HAMC Southern California prospect Aaron Vecchiarelli was shot while riding his motorcycle on the eastbound 91 freeway. Simultaneously, a member of the Mongols Fullerton, California, was reportedly stabbed.

tt. March 31, 2017 – Aaron Vecchiarelli, HAMC Southern California, and prospect Anthony Casio conducted a drive-by shooting at the motorcycle shop of John "Dutch" Vanderpyle, Mongols Harbor, in Anaheim, California.

uu. May 21, 2017 – Joshua Herbert, Mongols Commerce, California, shot and killed HAMC Southern California prospect Jason Duty at a gas station. A second prospect was wounded. Trial pending.

vv. August 18, 2017 – A shooting transpired between the HAMC and Mongols on Highway 395 near Richland, Washington. One HAMC was injured, five arrested.

ww. March 7, 2018 – A melee occurred at the Native Bar & Grille in Mesa, Arizona, between the Mongols and HAMC. Numerous Mongols were arrested – trial pending.

xx. May 5, 2018 – Mongols and HAMC were involved in a shooting during an HAMC event in Bakersfield, California. One of the Mongols was killed, and an HAMC associate was cleared on self-defense – trial pending.

yy. May 12, 2018 – An HAMC Nomads, Washington, individual was assaulted by an unknown number of Idaho Mongols.

zz. May 14, 2018 – Kaleb Mohr, HAMC Nomads, Washington, and Terry Ivie, Mongols, Snake River, were involved in a shooting in Pocatello, Idaho. Minor injuries.

aaa. July 6, 2018 – Two Utah Mongols were shot on Freeway 210 in San Bernardino, California. One was killed, and one was injured. HAMC suspected, not confirmed.

bbb. July 22, 2018 – An HAMC supporter and a former HAMC support club (801) prospect, "Cowboy," were assaulted in Newport Beach, California, by the Mongols.

ccc. August 25, 2018 – Steven Helland, HAMC Nomads Arizona, and prospect Michael Higuela were attacked by two Mongols at the Laughlin, Nevada, Riverside Casino.

D. The HAMC has also been involved in violent confrontations with the Outlaws, Pagans, and Banditos OMGs over territory.

E. HAMC and Vagos: Similar to the Mongols, the HAMC was angry that the Vagos wore a California bottom rocker. Since the mid-1980s, they have been involved in violent and deadly confrontations in California, Nevada and Arizona. Many of their clashes stemmed from the Vagos expanding into the HAMC's territory.

a. On August 21, 2010, fearing expansion by the Vagos in Arizona, the adversaries exchanged approximately 50 rounds during a gun battle in Chino Valley, Arizona. During the shootout, Kevin Christensen, HAMC Yavapai County, was injured.

b. On June 4, 2011, four members of the HAMC Sonoma County, California, charter assaulted a Vagos member as he was departing a tattoo convention at the Konocti Vista Casino.

c. On September 23, 2011, a shootout transpired between the two at the John Ascuaga's Nugget Casino during the annual Street Vibrations Fall Rally. During the melee, the HAMC exchanged shots with the Vagos. Several HAMC San Jose, California, associates were brutally assaulted, while their president, Jeffrey Pettigrew, was shot

14

and killed by a member of the Vagos. The next day, an unknown member of the
HAMC shot and wounded a member of the Vagos in Reno, Nevada.

    d. On May 10, 2014, Paul Gibson, HAMC Oahu, Hawaii, stabbed David Coombes,
formerly of Vagos, 12 times near James Kealoha Beach Park, Hawaii. During the
stabbing, Gibson was a prospect. Gibson also pointed a handgun at the victim's wife.

    e. On September 14, 2016, Francisco "Cisco" Fernandez, HAMC North, shot and
wounded the president of the Green Machine, a Vagos support club, after he rode past
his business in Yuba, California. One month prior, Fernandez was involved in a
shooting with a civilian during a road-rage incident.

    f. On September 20, 2014, HAMC members confronted a group of Vagos and Wanted
OMG, which is comprised of Norteños gang members, during an apparent meeting.
The gangs exchanged gunfire, and two HAMC members were wounded.

    g. On January 17, 2015, a group of HAMC members and prospects from an assortment
of northern California charters violently assaulted two Vagos individuals during the
Easy Rider Show in Sacramento, California.

## HAMC Tags

A. The Filthy Few tag means a member or prospect has committed an act of violence in
furtherance of the gang. If a prospect commits an act of violence, he must wait until he
receives his full patch. It can be rewarded for committing a murder, assault or a beating. A
member can wear the Filthy Few as a tag or side rocker. It can also be displayed on indicia or
the gas tank of a Filthy Few member. The killing or violent act has to be witnessed by
another member, and one can only receive the tag from another Filthy Few member. If you
are a member of the Filthy Few, you can be called upon to commit additional violent acts,
which is depicted with "666" in the middle.

B. The Dequaillo tag means a member assaulted a law enforcement entity, on or off duty. Often,
if a member resists arrest or assaults a member of law enforcement in a drinking
establishment, he is bestowed a Dequaillo tag.

C. The Purple Heart is awarded to any member who has given his blood in the defense and
honor of the HAMC. It also means a conflict resulting in injury by a weapon. The Purple
Heart pin is another avenue for a member to display his propensity to be involved in a violent
conflict in furtherance of the HAMC, even if he is stabbed, shot or brutally assaulted.

D. The Frontline tag is black and white and worn by members who were arrested during the
April 2002 Laughlin, Nevada, Harrah's Casino shootout with the Mongols. Raymond Foakes,
HAMC Sonoma County, wears the tab because he threw the initial kick that started the
melee. In Canada, the Frontline Crew tag means involvement in a street gang war with an
adversary. The red and white tag and side rockers mean soldiers on the front line of the war
against rivals

E. There are other tags that are used by various charters as well.

The government will also seek to call FBI Special Agent Meredith Sparano to provide expert testimony as to cellular telephone analysis, including an explanation of (1) how cellular telephones and cellular telephone networks operate; (2) the information contained in cellular telephone records, also known as call detail records; and (3) that it is possible to approximate to a fair degree of accuracy the location of a cellular telephone based on information contained in call detail records, based on the cell site location accessed for a particular call, along with any attendant cell sector information.

SA Sparano will testify about the methods of cellular telephone communications and how those communications are made possible by sending signals to nearby cell site towers. SA Sparano will explain that cellular telephone networks provide service to their customers through antennas deployed across the provider's coverage area. When the user places an outbound call, the handset transmits that communication over the airwaves to a nearby tower antenna, which relays the call to a local switch for routing. Conversely, whenever another party places a call to a user's cellular telephone, the network "pages" that phone to alert the owner to the incoming call; if the owner answers, the call are put through and (as before) carried by a tower near the phone. As a result, the system's awareness of a wireless phone's general whereabouts is essential to providing cellular service. Spacing between antenna towers varies depending on a number of factors, especially terrain and population density. Except in sparsely populated areas, a typical tower will have three separate antenna faces (also called sectors), with each face serving a 120-degree portion of the roughly circular coverage area extending out from the antenna mast.

Whenever a cellular phone user initiates or receives a communication—such as a voice call or text message—the carrier routinely creates a record, including the date and exact time, of the tower and sector handling the communication at the start and end of the communication. From the data collected by service providers, it is possible to determine the general geographic location area of a cell phone at a specific time.

SA Sparano will use exhibits that plot the cell towers utilized by the following cell phones:

707 -484 -8852
949 -500 -2629
559 -741 -6282
559 -679 -3936
559 -940 -1293
559 -749 -1246
707 -536 -8170
707 -849 -1008
559 -321 -1565

and

559 -741 -6282
949 -500 -2629
559 -679 -3936

559 -940 -1293
559 -749 -1246
559 -321 -1565.

The government anticipates that SA Sparano will testify consistent with information contained in the CAST reports that are attached to this notice.

Please contact me if you have any questions concerning the foregoing.

Very truly yours,

DAVID L. ANDERSON
United States Attorney


_____/s/_____
KEVIN J. BARRY
Assistant United States Attorney