

*United States Attorney*
*Northern District of California*

*11th Floor, Federal Building*  (415)436-7200
*450 Golden Gate Ave., Box 36055*
*San Francisco, CA 94102-3495*  FAX: (415)436-7234

November 4, 2019

<u>Via Email</u>

Martin Sabelli
msabelli@sabellilaw.com

And other counsel

    Re:    *United States v. Nelson et al.*, CR 17-0533 EMC

### Preliminary Expert Disclosure

Dear Counsel:

    Please take notice that the government will seek to introduce two gang experts to describe the enterprise and the VICAR motive in this case. One of the experts will discuss the history, common symbols, terms, territory Hells Angels Motorcycle Club (HAMC) nationally and internationally. That expert is Jeremy Scheetz, Intelligence Operations Specialist with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF).

    His opinions are based on his training and experience with HAMC and other Outlaw Motorcycle Clubs that are extensively detailed in the attached CV.

### History of the Hells Angels

    1.    The Outlaw Motorcycle Gang (OMG) experience began in the United States in the 1940s, after the end of World War II. A segment of American veterans returned home and missed some of the aspects of the wartime military. They began riding motorcycles in groups to have the sense of adventure and camaraderie.

    2.    The first charter of the Hells Angels Motorcycle Club (HAMC) was established on March 17, 1948, in Fontana/San Bernardino, CA (Berdoo).

    3.    On August 1, 1954, the HAMC formed the San Francisco (Frisco) charter and on April 1, 1957, formed the Oakland charter. Under the direction of Sonny BARGER, the three

aforementioned HAMC charters, as well as Southern California (So Cal), formed the Hells Angels Motorcycle Club in the late 1950s.

## Hells Angels Common Symbols

4. The term **Hell's Angels** has been floating around the military, as far back as World War I, when a fighter squadron first took on the name. Before World War II, a group of mercenary war pilots called the "Flying Tigers" flew for the Chinese, and one of their squadrons called themselves Hell's Angels. During World War II, a United States Air Force bomber company stationed in Great Britain, the 356th bomber squadron and a Navy torpedo squadron, referred to themselves as Hell's Angels.

5. The original patch worn designed in 1948 was a small design with a skull, helmet and two wings for its membership's insignia, nicknamed the bumblebee patch. It consisted of a winged skull with an aviator's cap that resembled a bumblebee. In 1948, the HAMC Berdoo members' back patch consisted of an upper patch, or rocker, stating Hells Angels, the original Death Head in the center, and Berdoo in the bottom rocker. The selection of the colors red and white is from the World War II Hells Angels Third Present Squadron who had a red-colored silhouette of a female with a halo and white wings.

6. In 1959, a detailed wing skull with an aviator's cap became the HAMC back patch and named the "**Death Head**." While BARGER was the president of the Oakland charter in 1959, he created a new "Death Head," referred to as the Barger Larger Death Head design. It was larger than the original; it had a single wing and two sets of eight feather tips along the bottom.

7. In 1983, the "Fuki Death Head" was created to help eliminate the natural variations in handmade patches. The new version would be digitally designed utilizing computers and assign all rights, title and interest to the HAMC World Corporation. The new Death Head had 17 points along the bottom border, one more than the Larger Barger Death Head.

8. In order to standardize the brand in the United States, the HAMC created the standard back patch layout in 1983. During a world meeting in 1990, members decided that every member would wear the same patch based on the 1983 patch layout version, along with the Fuki Death Head. The new world patch was created on behalf of the HAMC of the United States, Inc., and the World Corporation owns all rights, title and interest of the patch. Only licensed vendors were permitted to create the embroidered patches. The Death Head's mouth is stitched shut indicating, "We don't discuss club business."

9. In the United States, the **top rocker** states Hells Angels, the center patch is the moniker/Death Head, the MC is on the bottom right of the Death Head and the **bottom rocker** is always the State.

10. The Patch/Death Head is central to the HAMC. The HAMC's ideology is ingratiated in each member who proudly wears his colors. Only a member can don the Death Head on his colors, soft colors, belt buckle, belts, t-shirts or any clothing.

11. No charter, HAMC member or HAMC prospect is allowed to market anything bearing the names Hells Angels and/or Death Head logo without proper licensing by the corporation.

Within the OMG and motorcycle club underworld, the Death Head is synonymous with violence and a mantra of living vicariously by a different set of rules and behaviors that are not adhered to on a day-to-day basis.

12. The trademarked name Hells Angels and Death Head moniker/logo demand respect from other OMGs, motorcycle clubs and others. Anyone or anything that opposes or disrespects a member or the colors is subject to the wrath of the HAMC, including being subject to violence. Once a member receives his colors, he is accepted as a brother at any HAMC charter across the globe. HAMC members utilize their colors to intimidate other OMGs and the public. During runs, they travel as a group, often parading through the streets to demonstrate their territorial control over a State, city or region. By placing the Death Head on his back, a member represents approximately 5,000 members from across the world who share a common set of goals and traits.

13. There are several versions of how the term **"1%er"** was coined. The most popular version is that the American Motorcyclist Association (AMA) was embarrassed by rioting by motorcycle clubs that took place in Hollister, CA over the July 4th weekend in 1947 and during the Labor Day weekend in Riverside, CA two months later and attempted to distance themselves from the participants. In effect, the AMA stated that 99% of motorcyclists are good people; it's the one percent who are "hoodlums and trouble makers," or are "antisocial barbarians."

14. In addition to the back patches, Hells Angels colors also feature patches on the front, referred to as "tags."

15. The **Filthy Few** tag means a member or prospect has committed an act of violence in furtherance of the gang. If a prospect commits an act of violence, he must wait until he receives his full patch. It can be rewarded for committing a murder, assault or a beating. A member can wear the Filthy Few as a tag or side rocker. It can also be displayed on indicia or the gas tank of a Filthy Few member. The killing or violent act has to be witnessed by another member, and one can only receive the tag from another Filthy Few member. If you are a member of the Filthy Few, you can be called upon to commit additional violent acts, which is depicted with **"666"** in the middle.

16. The **Dequaillo** tag means a member assaulted a law enforcement entity, on or off duty. Often, if a member resists arrest or assaults a member of law enforcement in a drinking establishment, he is bestowed a Dequaillo tag.

17. The **Purple Heart** is awarded to any member who has given his blood in the defense and honor of the HAMC. It also means a conflict resulting in injury by a weapon. The Purple Heart pin is another avenue for a member to display his propensity to be involved in a violent conflict in furtherance of the HAMC, even if he is stabbed, shot or brutally assaulted.

18. The **Frontline** tag is black and white and worn by members who were arrested during the April 2002 Laughlin, Nevada, Harrah's Casino shootout with the Mongols. Raymond Foakes, HAMC Sonoma County, wears the tab because he threw the initial kick that started the melee. In Canada, the Frontline Crew tag means involvement in a street gang war with an adversary. The red and white tag and side rockers mean soldiers on the front line of the war against rivals

19.     There are other tags that are used by various charters as well, including tags denoting the specific charter to which the member belongs within the territory claimed through the back bottom rocker, and tags indicating status as an officer within that charter.

## Hells Angels Terms

20.     **Charter**.  The basic organizational unit of the HAMC is the charter, which is operated out of a city or county.  Each charter is self-sufficient in the sense that all of its members have a say in the charter's decisions, internal disciplinary measures against members, and other activities of the charter.

   a. HAMC charters have a vertical structure. Six members are required for the charter to operate and remain functional.  However, there have been exceptions to this six full patch member rule in the past.  All charters report to the higher levels of the organization at the regional, national and world level.  This formula is present across the globe. Once they become an official charter, they receive a certificate from the HAMC Corporation, and they agree to abide by the bylaws, rules and regulations of the HAMC.

   b. Charters act relatively autonomously in their day-to-day activities.  However, they subscribe to a strict set of rules that cannot supersede the State, country or world rules.  The rules are called regulations or statutes, where the rights and obligations of members are set out.  Charters are strategically established to fend off expansion by an adversary or control an illegal commodity in an area, region or State.

21.     **Clubhouse**.  Charters are required to have a clubhouse, which must have a working telephone or form of communication, to include a functional email account. If they do not have a functional email address, they are fined for non-compliance.  Additionally, operation of any HAMC Website will be the responsibility of the respective HAMC charter, financially, for content and compliance with the HAMC Internet rules.  Charters are allowed to establish and maintain a Website, but it must be done in the charter's best interest. All charter Websites are strictly monitored by the HAMC Webmaster.

   a. The HAMC adopts strict security measures at its clubhouses in the United States to fend off an adversary or intrusion by law enforcement. Cameras are strategically placed to monitor day-to-day foot traffic or intrusion by an unwarranted guest, adversary or law enforcement. Many of their doors and windows are fortified. Often, firearms are easily accessible, as well as an assortment of knives and weapons such as ball peen hammers, ax handles, bats, etc.

   b. Charters make money in a variety of ways. Primarily, an HAMC charter sells its indicia at local swap meets, motorcycle shows, tattoo conventions, charity runs, and support club functions, as well as at local motorcycle shops/businesses. Some profit from the sales on indicia, such as calendars, goes to the HAMC Corporation.

   c. Each charter elects officers, such as a president, vice president, secretary, treasurer, sergeant-at-arms and a road captain, which tends to be optional. The officers are responsible for raising money, planning social events, maintaining order and

discipline, as well as interacting with other charters' officers and HAMC hierarchy. All HAMC charters adhere to the same rules as all other nation's charters. They are guided by the HAMC World Rules. In turn, they also subscribe to HAMC country rules and charter rules.

22. **Church**. Each charter conducts regularly scheduled weekly meetings, referred to as "church." Strict rules of order are followed, and minutes are taken. These meetings generally take place at the charter's clubhouse, and attendance at the meeting is primarily restricted to members. Charter meetings mostly concern legitimate activities, such as planning social events, voting in new members, etc. Additionally, charter meetings often involve the discussion of criminal activities – for example, encouraging assault and/or retaliation. If questions concerning criminal activities arise, the utmost security to prevent detection is used. However, they will openly discuss at their meeting if a motorcycle club, support club or adversary is moving into a region or State without permission.

    a. During church, members and prospects are often brought up for membership vote, or disciplinary action is taken toward a member for an infraction that broke a rule, brought unwarranted law enforcement scrutiny on the HAMC or not defending the patch in a fight with a civilian or adversary.

23. **Nomads**. The HAMC also has charters referred to as Nomads charters. A Nomads charter generally does not have a specific location to conduct its criminal activity. Traditionally, Nomads charters do not have clubhouses, as the members within the charter are mobile. In the United States, only one Nomads charter is permitted in each State.

24. **Hang-around**. This term refers to the first phase of HAMC membership. This status indicates that the individual is invited to some club events or to meet club members at known gathering places. The "hang-around" does not wear colors. However, a "hang-around" will wear a black and white, or a red and white sponsoring charter patch on the front left breast of his vest. He cannot attend meetings, but guards the surroundings of these meetings to ensure the safety of members attending. The "hang-around" is entirely subservient to all full-fledged members of the charter, including the prospects, and must accomplish what he is ordered. A hang around who is being considered for potential membership must be sponsored by a full patch member. All candidates must furnish personal information to the club, indicating such items as family names, bank information, address, next of kin, spouse, criminal history, employment, etc. Photographs of the candidate are shared via email to all charters in the United States. If there are no negative responses on the candidate, then he can proceed. The requirements to become a member include possessing a valid driver's license and having a road-worthy Harley Davidson motorcycle. The prospective member cannot be of African-American descent, a child molester or have applied to become a police officer or prison guard. If they took a police test, that is grounds to omit a member.

25. **Prospect**. The "prospect" a step closer to full membership in HAMC. A person is elevated in status from a hang-around as he gains the confidence of all color-wearing members of the charter. He has demonstrated loyalty and ability to carry out and obey orders, but he is still in a probationary period as the charter considers him for full membership. He is more closely associated with the HAMC charter than hang arounds or members of the public, but he cannot vote or attend meetings. Prospects can wear the lower rocker showing the club territory and the "MC" badge on the back of his vest. Because they are not Hells Angels members, however, prospects cannot wear the "Hells Angels" or the Death Head patches. Prospects also wear a "prospect" and "charter" badge on

the front left side of his vest.  The probation period can last 1 to 2 years, depending on the personality of the individual and his ability to perform club functions, but it is usually a 12 month term.  A prospect has to receive unanimous approval in a vote by members of the charter in order to become a full member.  Prospects are required to pay club dues and contribute to the defense fund.

26.     **Full Patch Member**.  After approximately 12 months and after receiving the unanimous support of the charter, the prospect is finally accepted as a full-patch member.  When a member has proven his loyalty to the club, he receives his colors bearing the club insignia and is accepted by all HAMC members around the world.  Becoming a member can also be referred to as being "patched."  The term "full patch" refers to the complete four-piece crest, including the "Death Head" logo, two rockers (top rocker: "Hells Angels"; bottom rocker: State or territory claimed), and the rectangular "MC" patch below the wing of the Death Head. Full-patch members are required to pay club dues and contribute to the established legal defense fund.  Each individual charter specifies the amount paid for club dues.

27.     **Tattoos**.  A majority of new members get an HAMC tattoo as soon as they attain full membership.  Some charters require a new member to have it within one week of earning their patch or one year from the date of full patch.  It is rare that a member will not have at least one HAMC tattoo on his body

28.     **Left** and **Out** / **Good Standing** and **Bad Standing**.  There are only two ways to leave the HAMC, Left or Out.  "Left" means the member left on good standing and is required to have an out date, the date he quit the HAMC, next to or near his HAMC tattoo. "Out" means the member was thrown out of the HAMC and is required to cover up his HAMC tattoos. The tattoo can be covered by another tattoo, blacked out or crossed out.  When a member is thrown out of the HAMC, the method of covering up the tattoo is based on the circumstance and/or charter. Often, the member is physically restrained and his tattoo is covered up or removed altogether.   This can also be accompanied by assault.  It is not uncommon for a former member's residence to be ransacked after his tattoo has been covered up or blacked out – depending on the charter and severity of his expulsion.  A person removed in this way is considered to be in bad standing with HAMC.

## HASC Territory

29.     On July 1, 1961, the HAMC first expanded beyond the California border by opening an HAMC charter in Auckland, New Zealand.  Since 1961, the HAMC has officially opened charters on six of the seven continents.

   a. On July 30, 1969, the HAMC expanded into London, England, making it the first charter in Europe.

   b. On August 23, 1975, the HAMC expanded into Melbourne, Australia.

   c. In 1977, the HAMC continued its international expansion into Sorel, Quebec, Canada.  In Canada, the expansion was met with stiff resistance by the Outlaws OMG, which had already established a foothold in Quebec.  This expansion led to considerable violence, including a number of murders of Outlaws and HAMC members.

    d. On June 16, 1984, the HAMC opened a charter in Rio de Janeiro, Brazil, creating the first official footprint in South America.

    e. On August 14, 1993, it expanded into Johannesburg, South Africa, establishing the first charter in Africa.

    f. On September 30, 2006, the HAMC established its first charter in Asia – Moscow, Russia.

30. HAMC continues to increase expansion efforts, both in the United States and abroad. At present, there are approximately 502 charters on 6 continents. In the United States, it has 94 charters and approximately 1,000 members and prospects.

### HASC Territory: California

31. By the mid-1970s, the HAMC was the dominant OMG in California, and HASC claimed the sole right to display the California bottom rocker. In their view, any other motorcycle club that wished to display this territory on their own bottom rockers would have to obtain the permission of HAMC in order to do so. At the same time, however, the Vagos, Mongols, and an assortment of smaller OMGs and motorcycle clubs were vying for the right to wear the California bottom rocker.

32. By 1977, the Mongols had been warned on numerous occasions not to wear a three-piece patch with the California bottom rocker. On September 5, 1977, a pack of Mongols was returning home from a national run when two members and their spouses were shot off their motorcycles in San Diego County, California. Both Mongols were killed, and their spouses were wounded. During their funeral service on September 9, 1977, a vehicle parked near the mortuary building where the services were being held. The driver exited the vehicle, delivered a wreath of red and white colors, and then exited the building. After he left the property, a car bomb detonated, causing no deaths, but people were injured from the shrapnel. Four HAMC members pleaded guilty to racketeering for their role in the homicides and bombing.

33. Violence between the HAMC and the Mongols continued, as both entities fought for control over territory, particularly California. Below are a listing of documented violent confrontations between the HAMC and Mongols, both within California and elsewhere.

    a. September 5, 1977 – Two Mongols were killed in San Diego County, California, returning from their national run.
    b. September 9, 1977 – A car bomb detonated at the Mongols' funeral in the mortuary's parking lot – no deaths.
    c. September 24, 1977 – A bombing occurred at the Mongols' machine shop in Los Angeles, California – two killed.
    d. September 30, 1977 – A bombing and attempted murder of a Mongols member occurred in San Fernando Valley, California.
    e. October 11, 1977 – An attempted murder of a Mongols member occurred after a bomb was discovered under his vehicle in San Diego, California.

f. February 10, 1989 – Aristeo Carbajal, HAMC Berdoo, California, was stabbed and killed in the Queen Mary parking lot during a melee between the HAMC and Mongols in Long Beach, California.
g. February 22, 2001 – An HAMC member and Mongols member were wounded at the American Legion Hall during a Confederation of Clubs meeting in California. In all, two were shot and four were wounded.
h. August 1, 2001– Four HAMC members confronted the Mongols president at his residence in Carson City, Nevada – a fight ensued.
i. October 1, 2001 – Approximately seven (7) to eight (8) HAMC members entered a Mongols motorcycle shop in Nevada and accosted an individual and his assistant, both of whom are Mongols members.
j. October 26, 2001 – HAMC, Mongols and Vagos individuals were involved in a fight at a motorcycle show in Orange County, California. There were numerous injuries.
k. October 27, 2001 – Approximately 20 Mongols lured 5 to 6 HAMC members to a Nevada bar and assaulted them with various weapons. An HAMC bottom rocker was cut off – one arrest.
l. April 8, 2002 – A melee occurred inside Harrah's Casino in Laughlin, Nevada, during the 20th Annual Laughlin River Run – three (3) dead (1 Mongols and 2 HAMC individuals) and numerous injuries and arrests.
m. June 1, 2002 – HAMC and Mongols individuals pulled knives on each other in Reno, Nevada. Reno Police Department intervened before anyone was stabbed.
n. July 2, 2002 – Approximately four (4) to five (5) Mongols attacked HAMC Buryl McCune at Bruiser's Iron Horse Saloon in Palm Springs, California. They beat him with knives, fists and feet.
o. April 26, 2006 – Two Mongols riding their motorcycles on the Las Vegas, Nevada, strip were attacked at a red light by James "Cornbread" Beard, HAMC Las Vegas.
p. May 4, 2008 – An unknown group of HAMC members attacked a Mongols member as he walked with his family at the Merced County, California, fair.
q. June 28, 2008 – In Los Banos, California, an HAMC prospect was stabbed during a confrontation with the Mongols at a Victory Outreach Anti-Gang/Anti-Violence rally.
r. August 2, 2008 – Mark "Papa" Guardado, HAMC San Francisco, was shot and killed in California by Christopher Ablett of the Mongols. Ablett is currently serving a life sentence without parole.
s. December 20, 2008 – HAMC Sin City, Nevada, members and prospects accosted two members of the Mongols at a Las Vegas, Nevada, wedding chapel. Numerous HAMC individuals were sentenced.
t. June 21, 2008 – Jose Luis Sanchez of the Mongols fired 8 to 10 rounds outside The Echo nightclub in Los Angeles, California, at suspected HAMC members. Three persons were injured.  Sanchez was convicted in 2013 (firearm use and street gang act).
u. November 6, 2009 – An unknown number of Mongols stabbed and killed an HAMC associate at the Pastime Club in Merced County, California.  Mongols Robert Silva's conviction of Section 187 of the California Penal Code, which defines the crime of murder, was eventually stayed.
v. May 1, 2010 – An unknown number of HAMC and support club members assaulted a Mongols member at the Bada Bing Strip Club.  One support club member was stabbed.

w. September 29, 2010 – Jess Dyckma, HAMC Ventura, California, attempted to kill an unknown Mongols member by kicking him off his motorcycle in Los Angeles County, California.  Dyckma was sentenced to 7 years.
x. June 15, 2011 – Paul Seifert, HAMC Las Vegas, struck a Mongols Arizona prospect with a beer bottle at a bar in Las Vegas, Nevada.
y. August 10, 2011 – A large group of HAMC individuals attacked a small contingent of Mongols outside Pee Wee Choppers in Sturgis, South Dakota.  Two HAMC suspects were convicted: George Caruso (Lowell) and Mark Duclos (Fairbanks).
z. January 7, 2012 – An HAMC hang-around attempted to run three Mongols off the road in Tempe, Arizona.  One of the Mongols shot and injured the hang-around.
aa. March 22, 2014 – HAMC and Mongols were involved in a melee on Interstate 15 (I-15) in Temecula, California.   Saucedo, HAMC Riverside County, was stabbed.
bb. August 20, 2014 – HAMC and Red Devils assaulted a member of the Mongols in a Raleigh, North Carolina, bar.
cc. September 12, 2014 – A shootout occurred between HAMC and Mongols at a Reno, Nevada, bar – no injuries.
dd. September 20, 2014 – One Mongols supporter was killed after an unknown number of HAMC individuals shot at their pack on southbound I-15 near Corona, California.
ee. February 7, 2015 – Patrick Eberhardt, HAMC Cave Creek, Arizona, was shot off his motorcycle by an unknown assailant in a vehicle in Phoenix, Arizona. One killed – Mongols are suspects.
ff. February 7, 2015 – HAMC shot at a pack of 15 Mongols in Phoenix, Arizona
gg. April 19, 2015 – An HAMC Nomads, Washington, hang-around was shot and wounded outside the HAMC clubhouse.  Mongols are suspected of the shooting.
hh. June 17, 2015 – Four Orange County Mongols assaulted a lone HAMC supporter at the Off Limits Bar in Anaheim, California.
ii. September 4, 2015 – An unknown number of HAMC and Mongols were involved in a melee at the Boot Grill in Loveland, Colorado.
jj. September 24, 2015 – Justin Bovender, Mongols Richmond, Virginia, violently assaulted a civilian wearing an HAMC support shirt in Richmond.
kk. January 26, 2016 – Jonathan Smith, HAMC Bakersfield, California, and Mike Blackwood of the Mongols were involved in an assault at a Bakersfield intersection – Blackwood was stabbed.
ll. April 8, 2016 – An unknown number of HAMC and Mongols were involved in a melee at the Valk Hotel in Rotterdam, Netherlands – 23 arrested.
mm. May 25, 2016 – Two HAMC Fayetteville, North Carolina, members and four associates violently assaulted two Mongols at a Hooters in Fayetteville. Two were charged, and three are pending trial.
nn. June 12, 2016 – Rick Hoernke, HAMC Berdoo, California, was shot in the leg at the Wooden Nickel Bar.  Prior to the shooting, a Mongols prospect was shot and accosted.
oo. August 17, 2016 – A shootout occurred between the HAMC and Mongols at the Final Sports Bar & Grille in Tempe, Arizona.  The Mongols president, Richard Garcia, was killed.  Wayne Whitt, HAMC Mesa, was cleared on self-defense grounds.
pp. August 28, 2016 – An HAMC member and prospect shot and wounded a member of the Mongols and 69'ers in Nassau County, New York.  HAMC dons a Filthy Few patch.
qq. September 2016 – A group of HAMC assaulted two Mongols in Spokane, Washington.

rr. November 19, 2016 – An HAMC supporter was battered by a pack of Mongols in Las Vegas, Nevada. They stole his support shirt and conducted a strong-armed robbery.

ss. December 4, 2016 – HAMC Southern California prospect Aaron Vecchiarelli was shot while riding his motorcycle on the eastbound 91 freeway. Simultaneously, a member of the Mongols Fullerton, California, was reportedly stabbed.

tt. March 31, 2017 – Aaron Vecchiarelli, HAMC Southern California, and prospect Anthony Casio conducted a drive-by shooting at the motorcycle shop of John "Dutch" Vanderpyle, Mongols Harbor, in Anaheim, California.

uu. May 21, 2017 – Joshua Herbert, Mongols Commerce, California, shot and killed HAMC Southern California prospect Jason Duty at a gas station. A second prospect was wounded. Trial pending.

vv. August 18, 2017 – A shooting transpired between the HAMC and Mongols on Highway 395 near Richland, Washington. One HAMC was injured, five arrested.

ww. March 7, 2018 – A melee occurred at the Native Bar & Grille in Mesa, Arizona, between the Mongols and HAMC. Numerous Mongols were arrested – trial pending.

xx. May 5, 2018 – Mongols and HAMC were involved in a shooting during an HAMC event in Bakersfield, California. One of the Mongols was killed, and an HAMC associate was cleared on self-defense – trial pending.

yy. May 12, 2018 – An HAMC Nomads, Washington, individual was assaulted by an unknown number of Idaho Mongols.

zz. May 14, 2018 – Kaleb Mohr, HAMC Nomads, Washington, and Terry Ivie, Mongols, Snake River, were involved in a shooting in Pocatello, Idaho. There were minor injuries.

aaa. July 6, 2018 – Two Utah Mongols were shot on Freeway 210 in San Bernardino, California. One was killed, and one was injured. HAMC was suspected, not confirmed.

bbb. July 22, 2018 – An HAMC supporter and a former HAMC support club (801) prospect, "Cowboy," were assaulted in Newport Beach, California, by the Mongols.

ccc. August 25, 2018 – Steven Helland, HAMC Nomads Arizona, and prospect Michael Higuela were attacked by two Mongols at the Laughlin, Nevada, Riverside Casino.

34. HAMC and Vagos: Similar to the Mongols, the HAMC was angry that the Vagos wore a California bottom rocker. Since the mid-1980s, they have been involved in violent and deadly confrontations in California, Nevada and Arizona. Many of their clashes stemmed from the Vagos expanding into the HAMC's territory.

a. On August 21, 2010, fearing expansion by the Vagos in Arizona, the adversaries exchanged approximately 50 rounds during a gun battle in Chino Valley, Arizona. During the shootout, Kevin Christensen, HAMC Yavapai County, was injured.

b. On June 4, 2011, four members of the HAMC Sonoma County, California, charter assaulted a Vagos member as he was departing a tattoo convention at the Konocti Vista Casino.

c. On September 23, 2011, a shootout transpired between the two at the John Ascuaga's Nugget Casino during the annual Street Vibrations Fall Rally. During the melee, the HAMC exchanged shots with the Vagos. Several HAMC San Jose, California,

    associates were brutally assaulted, while their president, Jeffrey Pettigrew, was shot and killed by a member of the Vagos. The next day, an unknown member of the HAMC shot and wounded a member of the Vagos in Reno, Nevada.

d. On May 10, 2014, Paul Gibson, HAMC Oahu, Hawaii, stabbed David Coombes, formerly of Vagos, 12 times near James Kealoha Beach Park, Hawaii. During the stabbing, Gibson was a prospect. Gibson also pointed a handgun at the victim's wife.

e. On September 14, 2016, Francisco "Cisco" Fernandez, HAMC North, shot and wounded the president of the Green Machine, a Vagos support club, after he rode past his business in Yuba, California. One month prior, Fernandez was involved in a shooting with a civilian during a road-rage incident.

f. On September 20, 2014, HAMC members confronted a group of Vagos and Wanted OMG, which is comprised of Norteños gang members, during an apparent meeting. The gangs exchanged gunfire, and two HAMC members were wounded.

g. On January 17, 2015, a group of HAMC members and prospects from an assortment of northern California charters violently assaulted two Vagos individuals during the Easy Rider Show in Sacramento, California.

35.    The HAMC has also been involved in violent confrontations with the Outlaws, Pagans, and Banditos OMGs over territory.

Please contact me if you have any questions concerning the foregoing.

Very truly yours,

DAVID L. ANDERSON
United States Attorney

/s/
KEVIN J. BARRY
Assistant United States Attorney