

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*11th Floor, Federal Building*           (415)436-7200
*450 Golden Gate Ave., Box 36055*
*San Francisco, CA 94102-3495*           *FAX: (415)436-7234*

August 14, 2019

Via Email

James S. Thompson
732 Addison Street, Suite A
Berkeley, California 94710
james@ycbtal.net

    Re:    *United States v. Nelson*, CR 17-0533 EMC

Dear Counsel:

    Attached is a preliminary list of some experts that the government will likely call at trial for expert opinions. This provides the identities of the experts and a list of topics for their testimony. As you will note, this is not the fulsome presentation of expert opinions and the bases for those opinions covered by Rule 16. Instead, this is a preliminary list to provide an idea of the scope of expert testimony anticipated at trial. As materials continue to be examined, there will likely be supplements to this list.

### Deputy Brandon Austin, Sonoma County Sheriff's Office (former)

Topics of Expert Testimony:

1. History of the Sonoma County Hells Angels (HASC).

2. Relationship of HASC with "puppet clubs" such as the Ghost Warriors; definition of the term "puppet club."

3. Structure of HASC and process for membership, as well as removal from membership.

4. Relationship of HASC with other Hells Angels clubs.

5. Relationship of HASC with other "outlaw motorcycle clubs," such as the Mongols and the Vagos, and definition of the term "outlaw motorcycle club."

6. Meaning and significance of HASC signs and symbols, such as vests, patches, logos, slogans, pins, etc.
7. Membership of HASC during the period of the events alleged in the Superseding Indictment.
8. Relationship of members of HASC with members of the general public.

### Jeremy Sheetz, Information Operations Specialist, ATF

Topics of Expert Testimony:

1. History of the Hells Angels Motorcycle Club (HAMC), nationally and internationally
2. Relationship of HAMC chapters with other motorcycle clubs in the chapter's geographic area, such as "support clubs" or "puppet clubs"; definition of the terms "support club" or "puppet club."
3. Structure of HAMC nationally and internationally, and process for establishing a chapter in a given geographic area.
4. Relationship of individual HAMC clubs among each other.
5. Relationship of HAMC with other "outlaw motorcycle clubs," such as the Mongols, Banditos, Vagos, and other clubs, and definition of the term "outlaw motorcycle club."
6. Meaning and significance of HAMC signs and symbols, such as vests, patches, logos, slogans, pins, etc.
7. Relationship of members of HAMC with members of the general public.

### Meredith Sparano, Special Agent, FBI (CAST Analysis)

Topics of Expert Testimony:

1. The manner in which cellular telephones and cellular telephone networks operate.
2. The information contained in cellular telephone records, also known as call detail records.

3. The manner in which it is possible to approximate the location of a cellular telephone based on information contained in call detail records, based on the cell site location accessed for a particular call, along with any attendant cell sector information.
4. Specifically, cellular telephone records and location information for various cellular telephones related to the murder of Joel Silva, from June 2014 through July 2015; and cellular telephone records and location information for various cellular telephones related to the assaults of Victim 5 and Victim 6.

**Ashley Baloga, Physical Scientist (FE), FBI Laboratory Trace Evidence Unit**

Topics of Expert Testimony:

1. The manner in which the FBI gathers trace evidence from a crime scene.
2. The types of evidence that can be gathered from a crime scene.
3. Ways in which the collection of that evidence can be prevented, such as with cleaning agents.
4. The presence of any trace evidence on samples of materials taken from the Fresno Hells Angels clubhouse and the Sonoma County Hells Angels clubhouse.
5. The presence of chemical cleaning agents on samples of materials taken from the Fresno Hells Angels clubhouse and the Sonoma County Hells Angels clubhouse.

**Richard Thomas, Physical Scientist, FBI Laboratory Trace Evidence Unit**

Topics of Expert Testimony:

1. The manner in which the FBI gathers trace evidence from a crime scene.
2. The types of evidence that can be gathered.
3. Ways in which the collection of that evidence can be prevented, such as with cleaning agents.
4. The presence of any trace evidence on samples of materials taken from the Fresno Hells Angels clubhouse and the Sonoma County Hells Angels clubhouse.

5. The presence of chemical cleaning agents on samples of materials taken from the Fresno Hells Angels clubhouse and the Sonoma County Hells Angels clubhouse.

**Angela Meyers, Senior Criminalist, California DOJ Bureau of Forensic Services**

Topics of Expert Testimony:

1. The nature of DNA as evidence; the manner of determining a genetic profile from samples to be tested.
2. Testing of the DNA sample related to the sexual assault of Victim 6 and the development of a genetic profile from that sample.
3. The CODIS system, how it is maintained, requirements for uploading samples for comparison.
4. The CODIS hit for Raymond Foakes in connection with the DNA sample related to the sexual assault of Victim 6.

The government anticipates that it will have additional expert testimony related to the following areas, but it has not identified any experts to this point.

1. The cremation of human bodies.
2. Interpretation of medical records to assess the nature of injuries, in connection with the assaults of Victim 5 and Jeremy Greer.
3. Interstate nexus analysis for seized firearms and ammunition, unless the parties reach stipulations with respect to this aspect of the evidence.

Please do not hesitate to contact me if you have any questions about this.

Very truly yours,

DAVID L. ANDERSON
United States Attorney

_____/s/_____
KEVIN J. BARRY
Assistant United States Attorney