# Brandon Austin
# Curriculum Vitae

I, Brandon Austin, am a peace officer of the State of Idaho, employed by the Ada County Sheriff's Office. I have been so employed since March of 2019.

Prior to my current position, I was a peace officer employed by the Sonoma County Sheriff's Office, California. I was employed by the Sonoma County Sheriff's Office from December of 2004 till March of 2019.

Prior to my employment with the Sonoma County Sheriff's Office, I was employed as a peace Officer with the City of Sausalito, starting in June of 2000.

## EXPERIENCE

**Ada County Sheriff's Office,** Boise, ID
- Patrol Deputy, March, 2019-Current

**Sonoma County Sheriff's Office,** Santa Rosa, CA
2014 – 2019 *Sergeant,*
*Internal Affairs Investigations*, 2016 - 2019
- Investigate administrative, civil, and criminal complaints made by or against Sonoma County Sheriff's Office employees including employee misconduct, false allegations, and use of force.
- Collect and analyze information, documentation, and evidence associated with investigations.
- Conduct surveillance, prepare detailed written reports, and testify in civil, criminal, and administrative hearings.
- Attend court for administrative records request.
- Evaluate cases and assist Sonoma County Risk Management with threat assessments for county employees.
- Interview or interrogate current employees, witnesses, and complainants.
- Evaluate use of force by employees and render opinion as to reasonableness.

*Sergeant, SWAT*, 2015 - 2019
- Oversaw administrative duties for the team as well as equipment, policy, training, and personnel issues. Evaluated team's capabilities, expanded strengths, and corrected inadequacies by acquiring new equipment and/or additional team training.
- Reviewed and updated policy for deployment. Created new policies or procedures on the use of an armored response vehicle, public venue responses, and heavy rifle program.
- Revamped team's training documentation system and created a matrix for continuous evaluation of the team's skills and abilities.
- Developed aerial over-watch program, trained new team members in program, and supervised deployments.
- Participated in large, complex drills, and real-world operations ranging from hostage rescue and officer involved critical incidents to the 2017 Sonoma County Fires.

# Brandon Austin
## Curriculum Vitae

- Created and organized large-scale regional team SWAT training. Included eleven complex scenarios, two helicopter assets and 16 participating teams.
- Created and organized active shooter training for all Sonoma County schools and county employees.

*Sergeant, Multi-Agency Gang Enforcement Team (MAGNET)*, 2014 – 2016
- Led a proactive street, multi-agency team with members from the Sonoma County Sheriff's Office, Sonoma County Probation, and California Highway Patrol to interdict gang activity.
- Developed and trained team members in gang member contact, documentation, and arrest techniques.
- Constructed and maintained investigative caseload involving drug, gang, and violent crimes.
- Contacted, documented, and arrested gang members as appropriate.
- Provided gang training to local law enforcement, probation, and custody personnel.
- Prepared gang enhancements.
- Attended community and government meetings regarding gang activity.
- Coordinate training of personnel.

*Sergeant, Patrol*, 2014
- Supervised up to 20 patrol deputies and responsible for administrative duties such as schedule planning, payroll, performance evaluations, and report approval.

Detective, Investigations, 2009-2014
- Conduct assigned investigations forwarded from patrol staff.
- Conduct surveillance for and of criminal behavior.
- Author search warrants pursuant to investigative needs.
- Develop informants and conduct operations in conjunction with source information.
- Interview subjects for investigative leads to include; criminal suspects, subjects in custody, and criminal counterparts.
- Conduct large scale narcotics, property, gang, and violent crime investigations to include; large quantity narcotics sales/transportation, burglary, home invasion, and multiple murders.
- Educate staff on criminal trends, indicators, and tactics to combat crime.

*Deputy, Multi-Agency Gang Enforcement Team (MAGNET), 2006 - 2009*
- Contacted, documented, and arrested gang members as appropriate.
- Maintained caseload involving drug, gang, and violent crimes.
- Provided gang training to local law enforcement, probation, and custody personnel.
- Author gang related search warrants.
- Prepared gang enhancements.
- Generated and maintained gang informants.
- Testify in court regarding gang crimes.
- Attended community and government meetings regarding gang activity.
- Special Deputy US Marshal, Safe Streets Task Force, FBI, 2007 - 2011

# Brandon Austin
# Curriculum Vitae

**OTHER PROFESSIONAL EXERIENCE**

United States Marine Corps, Infantry
Operation Iraqi Freedom
1997-2004

Sausalito Police Department, Patrol
Field Training Officer
Defensive Tactics Instructor
2000-2004

**EDUCATION**

**Union Institute and University**,
Sacramento, CA
*Master of Science, Organizational Leadership*
*2015*

**Union Institute and University**,
Sacramento, CA *Bachelor of Science, Criminal Justice Management*
2013

# Brandon Austin
## Curriculum Vitae

My formal law enforcement education and training consists of the following:

800 Hours, P.O.S.T. Basic Academy, Napa Valley Police Academy, January 2000 to June 2000.

4 hours of Gang Awareness Training, Napa Valley Police Academy, May of 2000.

24 hours of Drug Recognition Expert training, P.O.S.T. sponsored in Santa Rosa, June 2001.

40 hour Defensive Tactics Instructor course, P.O.S.T. sponsored instructed by Don Cameron, August 2001.

40 hours of P.O.S.T Field Training Officer, Napa Valley Police Academy, July 2004.

16 hour High Risk Entry class, sponsored by the Alameda County Sheriffs Department and California Narcotics Officers Association, September 2006.

24 hours of P.O.S.T. Cal/Gang computer training, presented by the Sonoma County Sheriffs Department, September 2006.

24 hours of Gang Training, Las Vegas Gang Conference, Nov. 2006

24 hours of Asian Street Gang Training, California Gang Task Force, Stockton, CA, January 2007.

8 hours of Outlaw Motorcycle Gang Training, San Jose Police Department (Ret.) Detective Jorge Gil-Blanco, Petaluma, CA, January 2007.

10 hour Gang Investigation course, Central Coast Gang Investigators Association, Santa Clara Sheriff's Department, January 2007.

3 hour debriefing of a former Northern Structure member (JM), January 2007, Sonoma County Jail.

2 hour debriefing of a former Nazi Low Rider member (WC), March 2007, Sonoma County Jail.

2 hour debriefing of a current Aryan Brotherhood member (WF), March 2007, Santa Rosa.

28 hour Advanced Gang Investigation course, Operation Safe Streets, Modesto PD/FBI, April 2007.

32 hour Gang Investigation course, presented by California Gang Investigators Association, Anaheim, July 2007.

4

# Brandon Austin
# Curriculum Vitae

On 01-07-08, I was sworn in by the Federal Bureau of Investigations and the United States Marshals while assigned to the Operation Safe Streets task force.

8 hours of Advanced Gang Investigation, presented by San Jose PD., San Jose January 2008.

24 hours of Gang Investigation training, presented by Northern California Gang Investigators Assoc., Seaside, CA. March 2008.

40 hours of Ultimate Integrated Use of Force training, presented by International Tactical Training Seminars, Scott Reitz, April 2008.

24 hours of Gang Investigation training, presented by California Narcotics Officer's Association, San Diego, November 2008.

8 hours of Advanced Telephone Analysis, presented by Northern California High Intensity Drug Trafficking Area, December 2008.

2 hour debriefing of a former Northern Structure member (FC), December 2008, Sonoma County Jail.

32 hours of Criminal Highway Interdiction conducted by the U.S. D.E.A., February 2009.

24 hours of Asian gang training, presented by Northern California High Intensity Drug Trafficking Area, March 2009.

32 hours of Gang investigation, presented by California Gang Investigators Association, Anaheim, July 2009.

36 hours of Officer Involved Shootings Investigation training, presented by California D.O.J., Santa Rosa, February 2010.

8 hours of Outlaw Motorcycle Gang training presented by Central Coast Gang Investigators Association, Santa Clara, August 2010.

40 hours of Behavior Analysis Investigative Interview Techniques, presented by Behavior Analysis Training Institute, November 2010.

20 hours of Informant Development and Maintenance, presented by Department of Justice, January 2011.

24 hours of Narcotics Investigation training, Presented by the Federal Law Enforcement Training Center, January 2011.

40 hours of Arson Investigation training (1A), Presented by Michael Ginn, May 2011.

5

# Brandon Austin
# Curriculum Vitae

8 hours of Wire Tap class, Presented by DOJ, December 2011.

40 hours of Arson Investigation training (1B), Presented by Michael Ginn, May 2012.

16 hour Street Survival course, Presented by Caliber Press, December 2012.

8 hours of Arson Murders and Fire Death Investigations, presented by LA HIDTA December 2012.

40 hours of Post Blast Investigation, U.S. D.O.J., F.B.I., May 2013.

30 hours of Advanced SWAT training, LASO, July 2013.

16 hours of Tubular SWAT assault, AMTRAK, August 2013.

80 hours of SWAT training, LASO, September 2013.

36 hours of Gang Training, CGTF, October 2014.

40 hour Incident Command training, March 2014.

40 hours of Ultimate Integrated Use of Force training, presented by International Tactical Training Seminars, Scott Reitz, October 2014.

80 hour Supervisor course, San Mateo Training Center, December 2014.

40 hour Tactical Science course, Santa Rosa, August 2015.

30 hours of Advanced SWAT training, LASO, September 2015.

16 hour Sniper Conference, Sniper Craft, Sacramento, October 2015.

48 hour Advanced Sniper Course, U.S. Optics Academy, LASO, November 2015.

8 hour Hell's Angels presentation, Jay Dobyns, ATF (Ret), November 2015.

50 hour Advanced Sniper Course, Max Ordinate Academy, Sonoma, April 2016.

16 hour Advanced Sniper Course, U.S. Optics, Corona, April 2016.

24 hours of Gang Training, International Gang Conference, Chicago, August 2016.

8 hours of Pitchess Training, California Peace Officer's Association, Stockton, November 2016.

6

# Brandon Austin
## Curriculum Vitae

24 hours of Internal Affairs Investigation training, CPOA, San Pablo, November 2016.

16 hour Advanced Urban Sniper Course, USMC, Camp Pendleton, January 2017.

8 hour Constitutional Use of Force, Caliber Press, SCSO, February 2017.

40 hour Force Science Course, Force Science, Austin, TX, February 2017.

8 hour SWAT/Tactical Legal Issues, POST, Sacramento, CA, April 2017.

24 hour CATO Seminar, San Diego, CA, December 2017.

40 hour SWAT Commander Course, CATT, Huntington Beach, CA, January 2018.

8 hours of Internal Affairs Update, D-Prep, San Andreas, CA, May 2018.

Advanced Force Science Expert Graduate, Chicago, IL, December 2018.

During my tenure with the Ada County Sheriff's Office, Sausalito Police Department, Sonoma County Sheriff's Office, MAGNET, Investigations and as a Supervisor, I have had the opportunity to be directly involved in the investigation of auto theft, embezzlement, auto burglaries, grand theft, receiving/possession of stolen goods, narcotics usage and possession, drug interdiction, manslaughter, violent assaults, drive by shootings, home invasion robberies, arson, gang related crimes, and homicides.

I have conducted in excess of 500 narcotics investigations and arrested over 100 persons for violations dealing with methamphetamine, cocaine, heroin and marijuana.  I have directly participated in no less than 50 narcotics sales investigations, no less than 20 controlled buys using CRIs, and authored no less than 50 search warrants.  I have interviewed hundreds of people who use controlled substances and who sell or have sold controlled substances.

While assigned to MAGNET, I contacted hundreds of street gang members or associates and made or was party to hundreds of gang related arrests.  During contacts with gang members and associates, I questioned them about their criminal involvements, their signs, symbols, tattoos, graffiti, clothing, etc. to further my knowledge of the criminal street gang culture, history, and trends. As a member of MAGNET, I reviewed gang related reports taken by my department, as well as many other gang related reports taken by other agencies throughout the state.  I prepared over fifty gang enhancements, authored gang related search warrants, and served gang related search warrants.

I have watched Law Enforcement training videos related to street gangs, and I have read documents related to identifying the different types of street gangs and their members.  I have viewed web sites operated by street gangs and their members.  I have also looked at numerous photos of gang related graffiti, as well as the graffiti itself, and items of confiscated gang related paraphernalia to determine their relevance and meaning to the

7

# Brandon Austin
## Curriculum Vitae

different street gangs.  While assigned to MAGNET, I was constantly gaining experience regarding the identification of gang members, their activities, and motivations from other investigators I worked with.  I presented Gang Awareness presentations to school boards, teachers, children, church groups, other law enforcement personnel, and parents.  I attend statewide gang meetings with the California Gang Investigators Association.  I attend monthly gang investigator meetings and State Parole meetings to discuss recent gang activity with members from county agencies, state agencies, federal agencies, as well as agencies from surrounding counties.  I have also authored and published summaries of the gang information discussed at these meetings disseminated throughout Sonoma, Marin, Lake and Mendocino Counties.  I have provided over one hundred hours of gang instruction to various law enforcement academies to include: Probation, Police, and California Highway Patrol.  I have presented gang training at various gang conferences, which include law enforcement and correctional staff students.

I have testified and was recognized as a gang expert over 20 times in the California Superior Court of Sonoma County, as determined by several Sonoma County's Superior Court Judges.

---

**Gang Related Expert Testimony**

\*\*\* On 03-13-07, I testified and was recognized as a gang expert in the California Superior Court of Sonoma County, as determined by the Honorable Judge Antolini.  MAGNET case #070214-043, Sureno gang, Puro Sureno Cholos, 496 PC, 12021 PC, and 186.22 (a) (b) PC.

\*\*\* On 3-15-07, I testified and was recognized as a gang expert in the California Superior Court of Sonoma County, as determined by the Honorable Judge Ballinger.  MAGNET case #061130-046, Norteno gang, Pachuco Locos, 529 PC, 3056 PC.

\*\*\* On 5-14-07, I testified and was recognized as a gang expert in the California Superior Court of Sonoma County, as determined by the Honorable Judge Daum.  Magnet case #070502-037, Crip Street gang, 12031 PC.

\*\*\* On 6-21-07, I testified and was recognized as a gang expert in the California Superior Court of Sonoma County, as determined by the Honorable Judge Ballinger.  Magnet case #070501-042, Sureno street gang, 12020 PC, 186.22a PC.

\*\*\* On 7-10-07, I testified and was recognized as a gang expert in the California Superior Court of Sonoma County, as determined by the Honorable Judge Chouteau.  MAGNET case #070214-043, Sureno gang, Puro Sureno Cholos, 496 PC, 12021 PC, and 186.22 (a) (b) PC 245 PC.

\*\*\* On 8-28-07, I testified and was recognized as a gang expert in the California Superior Court of Sonoma County, as determined by the Honorable Judge Daum.  Magnet case #070502-037, Crip street gang, 12031 PC.

# Brandon Austin
# Curriculum Vitae

\*\*\* On 8-29-07, I testified and was recognized as a gang expert in the California Superior Court of Sonoma County.  Magnet case #070502-036, Sureno street gangs, 653 (k) PC.

\*\*\* On 9-21-07, I testified and was recognized as a gang expert in the California Superior Court of Sonoma County, as determined by the Honorable Judge Gnoss.  Cloverdale case #07-0860, Sureno street gang with "Transformers", 212 PC.

\*\*\* On 11-16-07, I testified and was recognized as a gang expert in the California Superior Court of Sonoma County, as determined by the Honorable Judge Gnoss.  Magnet case #071101-046, Sureno street gangs, 1203.2 PC.

\*\*\* On 1-22-08, I testified and was recognized as a gang expert in the California Superior Court of Sonoma County, as determined by the Honorable Judge Antolini.  Magnet case #071221-042, Norteno Street Gang, VSRN subset, 1203.2 PC.

\*\*\* On 2-14-08, I testified and was recognized as a gang expert in the California Superior Court of Sonoma County, as determined by the Honorable Judge Wick.  Magnet case #070927-043, Norteno Criminal Street Gang, Pachuco Loco subset, 12021 PC.

\*\*\* On 04-22-08, I testified and was recognized as a gang expert in the California Superior Court of Sonoma County, as determined by the Honorable Judge Chouteau.  SCSD case #071022-036, Sureno criminal street gang, 187 PC.

\*\*\* On 04-30-08, I testified and was recognized as a gang expert in the California Superior Court of Sonoma County, as determined by the Honorable Judge Chouteau.  SCSD case #080217-028, Sureno criminal street gang, 594 PC.

\*\*\* On 5-21-08, I testified and was recognized as a gang expert in the California Superior Court of Sonoma County, as determined by the Honorable Judge Passalacqua.  Magnet case #080419-022, Norteno Street Gang, VSRN subset, 1203.2 PC.

\*\*\* On 6-19-08, I testified and was recognized as a gang expert in the California Superior Court of Sonoma County, as determined by the Honorable Judge Broderick.  SRPD case #081270, Sureno Street Gang, 1203.2 PC.

\*\*\* On 8-2-08, I testified and was recognized as a gang expert in the California Superior Court of Sonoma County, as determined by the Honorable Judge Wick.  WPD case #080327-003, Norteno criminal street gang, 245 PC.

\*\*\* On 10-23-08, I testified and was recognized as a gang expert in the California Superior Court of Sonoma County, as determined by the Honorable Judge Wick.  SCSD case #080605-015, Norteno criminal street gang, 12031 PC.

\*\*\* On 1-8-09, I testified and was recognized as a gang expert in the California Superior Court of Sonoma County.  Magnet case #080815-034, Norteno street gangs, 1203.2 PC.

# Brandon Austin
# Curriculum Vitae

\*\*\* On 3-23-09, I testified and was recognized as a gang expert in the California Superior Court of Sonoma County, as determined by the Honorable Judge Medvigy. Cloverdale case #07-0860, Sureno street gang with "Transformers", 212 PC.

\*\*\* On 06-3-09, I testified and was recognized as a gang expert in the California Superior Court of Sonoma County, as determined by the Honorable Judge Chouteau. SCSD case #071022-036, Sureno criminal street gang, 187 PC.

\*\*\* On 07-16-2010, I testified and was recognized as a gang expert in the California Superior Court of Sonoma County, as determined by the Honorable Judge Gnoss. SCSD case #090911-007, Hell's Angels criminal street gang, 487, 11360 PC.

\*\*\* On 01-09-15, I testified and was recognized as a Gang expert in the California Superior Court of Sonoma County, as determined by the Honorable Judge Chouteau. SCSD case #141114001, Hell's Angels criminal street gang, 1203.2 PC.