

United States Attorney
Northern District of California

11th Floor, Federal Building      (415)436-7200
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102-3495      FAX: (415)436-7234

November 4, 2019

Via Email

Martin Sabelli
msabelli@sabellilaw.com

And other counsel

      Re:    *United States v. Nelson et al.*, CR 17-0533 EMC

Dear Martin:

      Please see the attached revised expert notice for Jeremy Scheetz. In your last correspondence, you asked the government to adopt what you indicate was the approach in *Cerna*. My understanding of that request is that you believe that the government must specify the training and experience that underlies each individual opinion.

      I disagree that *Cerna* dictates this type of expert notice, with that type of granular detail for each opinion. I have, however, followed *Cerna* to the extent that the enterprise notices for HASC and for HAMC nationally and internationally are restricted to the areas that Judge Alsup and other judges in the Northern District have approved: common symbols, terms, and territory. See Cerna, CR 08-0730 WHA, Dkt. 2781 at 10 (N.D. Cal. Dec. 17, 2010); Williams, CR 13-0764 WHO, Dkt. 927 at 8 (N.D. Cal. Mar. 9, 2016); Flores, CR 12-0119 SI, Dkt. 1085 at 2 (N.D. Cal. June 16, 2014); Cervantes, CR 12-0792 YGR, Dkt. 928 at 3 (N.D. Cal. February 9, 2016).

      The revised expert notices inform you that the experts developed the bases for their opinions through personal observation of HASC and HAMC gatherings, through conversations with informants and cooperating witnesses, through discussions with other law enforcement officers investigating HASC and HAMC, through interactions with HASC and HAMC members and members of support clubs, through the execution of search warrants, through review of HASC and HAMC literature, and through a host of other sources that are detailed in their CVs and expert notices.

The revised notices have been confined to topics that Judges Alsup, Orrick, Illston, and Gonzalez-Rogers have each approved, and the bases for these topics are outlined in the notices and supporting CVs. If you still believe that any of the numbered opinions still lacks a sufficient basis, it may be helpful for you to indicate which specific opinions you believe can be challenged on that ground.

Please contact me if you have any questions concerning the foregoing.

Very truly yours,

DAVID L. ANDERSON
United States Attorney

/s/
KEVIN J. BARRY
Assistant United States Attorney