MARTIN ANTONIO SABELLI - SBN 164772
Law Offices of MARTIN SABELLI
740 Noe Street
San Francisco, CA 94114-2923
(415) 298-8435
msabelli@sabellilaw.com

JOHN T. PHILIPSBORN - SBN 83944
Law Offices of JOHN T. PHILIPSBORN
507 Polk Street, Suite 350
San Francisco, CA 94102
(415) 771-3801
jphilipsbo@aol.com

Attorneys for BRIAN WAYNE WENDT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JONATHAN JOSEPH NELSON, et al.,<br><br>    Defendants. | Case No. CR-17-00533-EMC<br><br>**MOTION TO EXCLUDE GOVERNMENT'S PROPOSED ENTERPRISE EXPERTS' OPINION TESTIMONY AND FOR RELATED EVIDENTIARY HEARING**<br><br>**Date: April 1, 2020**<br>**Time: 9:30AM**<br>**Dept: The Honorable Edward M. Chen,**<br>       **District Judge** |

TO: THIS HONORABLE COURT; TO COUNSEL FOR THE GOVERNMENT; TO

COUNSEL FOR CO-DEFENDANTS:

      BRIAN WENDT, through counsel, moves the Court to exclude the opinion

testimony of the Government's proposed law enforcement "enterprise" experts, Brandon

Austin and Jeremy Scheetz on the following grounds and to grant a hearing to permit

rulings on the objections:

      1.    The proposed testimony does not satisfy the requirement of reliability under

F.R.E. 702 and *Kumho Tire*.

2. The Government has mischaracterized wide-ranging opinions regarding enterprise, purpose, and motive as opinions related narrowly to "symbols."

3. The opinion-based "history" of the HAMC should be excluded as it was in the Northern District's "NF" case.

4. The Government's proposed opinions constitute an "impermissible shortcut" effectively using these law enforcement agents as "surrogate prosecutors."

5. The Government's experts indicate they rely on hearsay of varying types of unverified journalism and biographies, unattributed interviews, and general information about investigations.

6. The proposed opinions include speculation about mental states and conditions that constitute elements of the crimes charged which are prohibited by limitations imposed by F.R.E. 703 and 704(b) and by F.R.E. 404(a) and (b) and 403.

7. Both Deputy Austin and Mr. Scheetz indicate in their expert disclosures that they rely on statements and opinions of others for which they provide no corroboration.

8. The proposed experts, especially Deputy Austin, raise the "two hats" problem, creating potential for confusion for the jury because of his role as an investigator and his role as an expert.

9. Deputy Austin and Mr. Scheetz overlap substantially and, if the Court overrules the defense objections, it should not permit redundancy and cumulative evidence.

10. Some of the opinions are simple statements which do not require expertise and therefore will not assist the trier-of-fact as defined by F.R.E. 702.

The motion is based on this statement of the motion; on the contents of the Court's files and records; on all grounds set forth in the appended memorandum of points and authorities which is incorporated here by reference as though fully set forth below, on the text of any supporting exhibits, as well as on any argument and authorities as may be provided to the Court at the time of any hearing on this motion.

**MOTION TO EXCLUDE GOVERNMENT'S PROPOSED ENTERPRISE EXPERTS' OPINION TESTIMONY AND FOR RELATED EVIDENTIARY HEARING**

Dated: March 17, 2020                      Respectfully Submitted,

MARTIN ANTONIO SABELLI
JOHN T. PHILIPSBORN


 */s/ John T. Philipsborn*
JOHN T. PHILIPSBORN
Attorneys for Brian Wayne Wendt

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

I, Melissa Stern, declare:

That I am over the age of 18, employed in the County of San Francisco, California, and not a party to the within action; my business address is Suite 350, 507 Polk Street, San Francisco, California 94102.

On March 17, 2020, I served the within document entitled:

**MOTION TO EXCLUDE GOVERNMENT'S PROPOSED ENTERPRISE EXPERTS' OPINION TESTIMONY AND FOR RELATED EVIDENTIARY HEARING**

( )   By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, CA, addressed as set forth below;

(X)   By electronically transmitting a true copy thereof through the Court's ECF system;

( )   By having a messenger personally deliver a true copy thereof to the person and/or office of the person at the address set forth below.

AUSA Kevin Barry
AUSA Ajay Krishnamurthy

All defense counsel through ECF

Executed this March 17, 2020, at San Francisco, California.

Signed:        */s/ Melissa Stern*
                     Melissa Stern