DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

AJAY KRISHNAMURTHY (CABN 305533)
KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7200
   FAX: (415) 436-7234
   Ajay.krishnamurthy@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 17-CR-533-EMC |
|---|---|---|
| Plaintiff, | ) | Status Report Regarding Enterprise Experts |
| v. | ) | |
| JONATHAN JOSEPH NELSON et al, | ) | |
| Defendants. | ) | |

     The Government submits this status report to update the Court on potential *Daubert* hearing dates for Jeremy Scheetz and Brandon Austin, the two noticed enterprise experts, in May and June.

     Mr. Scheetz is available all of May and June, with the exception of May 7 and June 6. Mr. Austin is available May 4–5, 11–15, and 21–22, but does not yet have certainty for his June work schedule. (Mr. Austin currently works as a Patrol Deputy for the Ada County Sheriff's Office.) He is

//

//

//

Status Report
17-CR-533-EMC

1

however, available July 6–10, 16–17, and 27–28.[1]

DATED:  April 30, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

_/s/_____
KEVIN J. BARRY
AJAY KRISHNAMURTHY
Assistant United States Attorneys

---

[1] The Government recognizes that a June hearing date is preferable to one in July. When Mr. Austin is able to provide certainty regarding his June schedule, we can try to reach a mutually agreeable date with the defense and the Court.