UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

# **CRIMINAL MINUTES**

**Date**: 5/01/2020  **Time** = 1:30 – 2:35=  **Judge:** EDWARD M. CHEN
1 Hour; 5 Minutes

**3:17-cr-00533-EMC -1 - USA v. Jonathan Joseph Nelson (appearance waived)**
AUSA: Ajay Krishnamurthy, Kevin Barry / DEF: Jai Gohel, Richard Novak
**3:17-cr-00533-EMC-2 - USA v. Raymond Michael Foakes (appearance waived)**
AUSA: Ajay Krishnamurthy, Kevin Barry / DEF: George Boisseau
**3:17-cr-00533-EMC-3 - USA v. Russell Allen Lyles, Jr. (present by phone)**
AUSA: Ajay Krishnamurthy, Kevin Barry / DEF: Jai Gohel for Michael Clough
**3:17-cr-00533-EMC-4 - USA v. Jeremy Daniel Greer (present by phone)**
AUSA: Ajay Krishnamurthy, Kevin Barry / DEF:   Martin Sabelli for Randy Pollock
**3:17-cr-00533-EMC-5 - USA v. Brian Wayne Wendt (appearance waived)**
AUSA: Ajay Krishnamurthy, Kevin Barry / DEF: Martin Sabelli, John Philipsborn
**3:17-cr-00533-EMC-6 - USA v. Russell Taylor Ott (present by phone)**
AUSA: Ajay Krishnamurthy, Kevin Barry / DEF: Robert Waggener, Marcia Morrissey
**3:17-cr-00533-EMC-7 - USA v. Christopher Ranieri  (appearance waived)**
AUSA: Ajay Krishnamurthy, Kevin Barry / DEF: John Walsh
**3:17-cr-00533-EMC-8 - USA v. Damien David Cesena – (present by phone)**
AUSA: Ajay Krishnamurthy, Kevin Barry / DEF: Galia Amram, Whitney O'Byrne
**3:17-cr-00533-EMC - 9 USA v. Brian Burke (present by phone)**
AUSA: Ajay Krishnamurthy, Kevin Barry / DEF: Erik Babcock
**3:17-cr-00533-EMC - 11 USA v. David Salvatore Diaz (present by phone)**
AUSA: Ajay Krishnamurthy, Kevin Barry / DEF: James Thomson
**3:17-cr-00533-EMC - 12 USA v. Merl Frederick Hefferman (present by phone)**
AUSA: Ajay Krishnamurthy, Kevin Barry / DEF: James Bustamonte

**Deputy Clerk:** Angella Meuleman         **Court Reporter:** Marla Knox (Zoom Webinar)

**Interpreter:** N/A                       **Probation Officer:** N/A

1

## PROCEEDINGS

- Status Conference – conducted via Zoom Webinar – HELD
- [1028] Motion and associated joinders re Co-Defendant Wendt's Brief and Position to Personal Presence of Defendants at Enterprise Experts Daubert Hearing conducted via Zoom Webinar – HELD.

## SUMMARY

Parties stated appearances and communicated that all defendants not participating by phone waived their appearances. The Court made findings regarding justification for video-conferenced hearing.

The parties and the Court were prepared to discuss the pending issue regarding whether defendants have a constitutional and/or statutory right to be physically present at the upcoming *Daubert* hearings. However, given this District's recent extension of General Order 72 to June 1, 2020, the Court and the parties agreed to defer addressing the issue of the form and timing of the *Daubert* hearing as well as trial grouping and trial date(s) until the next calling of the case, which is set for **June 23, 2020**. Parties to meet and confer regarding trial schedule and trial groupings in advance of June 23, 2020 hearing. Joint status report due by **June 16, 2020**. Parties to meet and confer and agree upon pretrial scheduling of motions (including those pertaining for 404(b) evidence) by **May 11, 2020**—parties to set as many dates as possible irrespective of the ultimate trial date(s), and report to the Court thereon by **May 15, 2020**.

With respect to the *Daubert* hearing on enterprise experts, the Court proposed having the Government submit an affidavit from its expert witnesses (Mr. Scheetz and Mr. Austin) in lieu of their direct testimony. Cross-examination (and any redirect and recross-examination) would commence thereafter (with defendants' physical or remote presence) and be live, but logistics and attendance of defendants will be discussed at the June 23, 2020 hearing. The Government represented that it was amendable to such an approach, and it will prepare Mr. Scheetz and Mr. Austin's affidavit and will be ready—upon the Court's directive—to file in six weeks. The affidavits must contain *all* bases for their expert-witness proffers; any bases withheld from direct testimony will be subject to exclusion. At the June 23, 2020 hearing, the Court will reassess the possibility of conducting live, in-person hearings and, depending on circumstances, may direct the Government to make its affidavit filing promptly; the Court will also resolve the issue of defendants' right to be participate and be physically present.

Counsel for Mr. Wendt renewed their request for the Court to set a deadline by which the Government must file its Notice of Intent. Mr. Wendt requested the Court make that determination today or revisit on June 23, 2020. The Court indicated it will revisit on June 23, 2020, stating that once a trial date is set, the Court has the discretion to set a short deadline for the Government to file a NOI.

The Court directed the parties to work with Judge Beeler in resolving any remaining discovery disputes, including the issue of disclosure (*e.g.*, under AOE) of content extracted from electronic devices that contain sensitive information.

**Further Status Conference set for Zoom for June 23, 2020 in the afternoon (precise time to be determined).  The Court will make efforts to facilitate telephonic appearance of detained defendants.  Appearance of defendant Ranieri waived.**

**Time is excluded to permit effective preparation of defense and given the complexity of the case.  The ends of justice outweigh the public's and the defendants' interests in a speedy trial.  The Government to provide proposed exclusion order.**