1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney

2  HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  AJAY KRISHNAMURTHY (CABN 305533)
   KEVIN J. BARRY (CABN 229748)
5  Assistant United States Attorney

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-7050
        FAX: (415) 436-7050
8       Ajay.krishnamurthy@usdoj.gov

9  Attorneys for United States of America

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,           ) **CASE NO. 17-CR-533-EMC**
14                                     )
        Plaintiff,                     ) Notice
15                                     )
     v.                                )
16                                     )
   JONATHAN JOSEPH NELSON et al,       )
17                                     )
        Defendants.                    )
18                                     )

19
        The United States respectfully submits the Declaration of Jeremy Scheetz, along with the
20
   Declaration's supporting exhibits.
21
   DATED:  June 29, 2020                      Respectfully submitted,
22
                                              DAVID L. ANDERSON
23                                            United States Attorney

24

25                                                  ____/s/ Ajay Krishnamurthy____
                                              AJAY KRISHNAMURTHY
26                                            KEVIN J. BARRY
                                              Assistant United States Attorneys
27

28

Declaration of Jeremy Scheetz
17-CR-533-EMC