**Exhibit 3**

# HELLS ANGELS MOTORCYCLE CLUB

# WORLD RULES

# 2017



EXPERT-00000222

"These rules are to make our Club life easier.
If they don't work,
the rules are wrong, or the people are wrong."

Hells Angels Member 1978

3

EXPERT-00000223

# Table of Contents

| Page | 3 | Foreword |
|------|---|----------|
| Page | 5 | Table of Contents |
| Page | 7 | The Book |
| Page | 9 | Preface & Objectives |
| Page | 11 | Constitutional Rules |
| Page | 13 | Riding Rules |
| Page | 15 | Prohibitive Rules |
| Page | 18 | Standard Rules |
| Page | 21 | Organizational Rules |
| Page | 24 | Admission Rules |
| Page | 26 | Voting Rules |
| Page | 28 | Internet Rules |
| Page | 30 | Corporation Rules |
| Page | 32 | Prospect Rules |
| Page | 35 | Traditions |
| Page | 36 | Our Patch |
| Page | 37 | Through the decades |
| Page | 38 | Appendix A |
| Page | 39 | Appendix B |
| Page | 40 | Appendix C |
| Page | 41 | Appendix D |

EXPERT-00000224

# The Book:

- The Hells Angels Motorcycle Club World Rule Book makes all other past World Rules and sets of World Rules obsolete.

- The book of World Rules and the rules within the book must not be reprinted, copied or digitally reproduced in part or in full.

- The Hells Angels Motorcycle Club is and has always been an English speaking Club, therefore the Rule Book must not be translated into any other language.

- The World Rules must always be followed, but any country, state or charter can make their own stricter rules.

- Each charter will be issued one Rule Book with its number on it. After a period of time all charters will be issued updated editions of the Rule Book. The old Rule Books must then be destroyed by the Custodian.

- Every five years all Rule Books will be updated, reprinted and redistributed.

- Any frozen or closed charter's Rule Book is to be returned to the Custodian immediately.

- In addition to the Rule Book there will be a Reference Book with motions, tallies, dates, explanations etc. This Reference Book will be accessible to all charters, meetings and other forums if requested.

- New motions will be categorized before the Membership vote on them and then if past provided in a suitable format to all National Secretaries to pass on to all charters.

- If a Rule Book is lost, the charter must immediately contact its National Secretary who will contact the Custodians. If the charter cannot get it back, then they can contact the Custodians and request a new Rule Book.

 7

# Preface & Objectives

## PREFACE

Hells Angels Motorcycle Club World must follow the World Rules listed in this book and also abide the Hells Angels Motorcycle Corporation rules and directions, as these protect our name, logo and trademark. In addition the Members of the Club are answerable to their own countries current laws and rules.

It is the responsibility of every Hells Angels Member to acquaint themselves with this set of rules.

## OBJECTIVES

Hells Angels MC World is a Motorcycle Club, where the Members are a Brotherhood with a common interest in motorcycles and motorcycling.

The Hells Angels Motorcycle Club is non political and does not condone any unlawful or illegal activity.

9

# Constitutional Rules

1. All Members and Prospects must ride a motorcycle no less than 750 cubic centimeters.

2. One man – One vote.

3. Only Hells Angels will possess Hells Angels paraphernalia. (No ex-Member or Prospect is allowed to keep any type of Club property or indicia.)

4. Members can have only one set of patches at a time. (Racing patch exception)

5. Members must wear the same computer design style patch.

6. To form a charter there must be a minimum of six Members on the street.

7. Disputes that become physical shall be fair and reflect our belief in Brotherhood (no weapons shall be used by either man). Alleged use of a weapon must be presented at an appropriate meeting and is subject to remedial measures that may include expulsion from the Club.

8. Behavior unbecoming of a Hells Angel shall be cause for immediate expulsion from the Club. *Examples include; lying, stealing or misuse of a Member's or Prospect's property, or woman.*

9. No undesirables in the Club!
   *For example: No snitches, junkies, cops or ex-cops, etc. Membership shall be limited to men who are not and have never chosen to belong to, or worked with any law enforcement agency or authority which has the power of arrest or incarceration.*

10. No individual Member or Prospect shall belong to any other motorcycle club.

11. If any Member is found to be using a needle to inject narcotics into his body or causes narcotics to be injected into his body, the moment that this fact is known that Member is immediately out of the Club, regardless of the fact that he is dead or alive (except for medical or non-recreational purposes).

12. No use of heroin.

13. Charter autonomy is a basic right but cannot supersede any World Rule.

 11

EXPERT-00000227

# Riding Rules

1.  All Members and Prospects must ride a motorcycle no less than 750 cubic centimeters.

2.  All countries have charter autonomy concerning riding rules and motorcycling.

13

EXPERT-00000228

# Prohibitive Rules

1. No more items with lightning bolts or swastikas to be manufactured, worn, sold or displayed. This covers bike paint jobs, tattoos, T-shirts or clothing of any type, jewelry, posters, flyers, Member's signatures, plaques & pictures. The ONLY exceptions allowed are EXISTING headstones, plaques, flags and tattoos.

2. If any Member is found to be using a needle to inject narcotics into his body or causes narcotics to be injected into his body, the moment that this fact is known that Member is immediately out of the Club, regardless of the fact that he is dead or alive (except for medical or non-recreational purposes).

3. Disputes that become physical shall be fair and reflect our belief in Brotherhood (no weapons shall be used by either man). Alleged use of a weapon must be presented at an appropriate meeting and is subject to remedial measures that may include expulsion from the club.

4. No HAMC charter, HAMC Member, or HAMC Prospect be allowed to market anything bearing the name Hells Angels and/or our Death Head logo without proper licensing by the corporation. **Penalty: US $200 fine for violation to be paid to the Corporation.**

5. Do not put official World Run photos on internet sites. Do not put party photos or pictures of Brothers on internet sites without those Brothers permission. **Penalty: To be decided by a World Meeting.**

6. No more support T-shirts with HELLS or ANGELS on it to be sold to the public.

7. ALL support gear (shirts, hats, rings, key chains, anything) MUST say "support" with the number 81 and must NOT have indicia that closely resembles our own ( i.e. rockers, Death Heads and layout). **Penalty: US $500 fine paid to regional treasury.**

8. No use of heroin.

9. To amend the no heroin rule to include the freebasing of addictive chemical compounds such as cocaine, meth, crack and similar chemical compounds. **Penalty: Existing penalty remains the same OUT.**

10. Immediately cease manufacture, sells, wearing of, and display of or items, not limited to T-shirts, stickers, patches, banners, tattoos, stencils, graffiti etc. displaying any derogatory acronyms, symbols, logos or depictions towards any other organizations on our person, patches, motorcycles, clubhouses etc. **Penalty: US $500 per instance and Member(s) or charter(s) to be held accountable for such action.**

 15

11. Members must stop wearing patches, that endangers the Club and which has nothing to do with our Club. All flashes old and new to be cleared on country level. **Penalty: US $500 fine to the charter and to be brought to the World Meeting if necessary.**

12. Only side rockers from countries which already have HAMC charters can be worn. **Penalty: US $500 to charter and to be brought up on a World Meeting if necessary. Exceptions: To be brought up on a World Meeting.**

13. Hells Angels Member merchandise can be sold only at Member only functions or at clubhouses or whatever private functions are held for the Club. **Penalty: Booth or store to be shut down immediately.**

14. No charter or Member can use a Death Head on any public party flyer, memorial card, run program or poster that is given away to the public or displayed in a manner that it can be obtained by the public. **Penalty: 1.000 US$ paid to the regional Defence Fund. Exceptions: This does not apply to anything given to members.**

15. Stickers that read, for example, "Support your local Hells Angels" should only be given to people that we feel close with and trust (Prospects, Hangarounds, family members, serious supporters and close friends). **Penalty: To be dealt with at a charter level, and if that is not enough, to be brought up on a national level.**

16. If you use backing underneath your patch, it must be the same color as the vest. **Penalty: You have 90 days to conform to the rule or the members charter will be fined 500 US$ to be paid to the regional treasurer.**

17. The book of World Rules and the rules within the book must not be reprinted, copied or digitally reproduced in part, in full or translated into any other languages. **Penalty: To be decided at the Regional or World Meeting if necessary.**

18. No use of another country's or charter's Death Heads, side rockers, front flashes etc. without their permission. **Penalty: US $100 fine to the offended charter.**

19. No charter should sell any anniversary dated items like pins, belt buckles, etc. to members who are not entitled to possess anniversary jewelry. **Penalty: US $500 to be paid to the National Treasury.**

EXPERT-00000230

# Standard Rules

1. All countries and Members will adhere to our tradition of 10 year Members and older having the privilege and retaining the right exclusively to wear belt buckles portraying both the name HELLS ANGELS and the DEATH HEAD.

2. All National Secretaries must have an e-mail address. **Penalty: US $500**

3. All charters to respect all Hells Angels support items to help keep our support worldwide.

4. Members can have only one set of patches at a time (Racing patch exception).

5. Members must wear the same computer design style patch.

6. To require at least two (2) Members minimum, from each HAMC charter and HAMC Prospect charter to be fluent in the English language.
**Penalty: US $200 to be paid to the country hosting the event or meeting at which the attending charter/member is unable to understandably converse in English.**

7. Only Hells Angels will wear Hells Angels paraphernalia. No ex-Member or ex-Prospect will possess any Club property/indicia I.E. (all patches, plaques, apparel, jewelry, paint jobs) including indicia on all personal websites.
**Penalty: Club property to be returned, charter responsible to pay a fine of US $500 with explanation at the "appropriate forum". Amendments: Options – to give a certificate of service. Name of Member, date in and out, in appreciation from charter.**

8. There will be nothing on the back of the patch except the colors, which is HELLS ANGELS, DEATH HEAD, MC, and COUNTRY/STATE/CHARTER.

9. If a Member leaves the Club and he comes back, his time starts over again.

10. For all charters/city and officer tags or flashes to be rectangular in shape with square corners. **Penalty: US $500 per tag to be paid to the Corporation. Fines to be paid to the account where your annual Corporation fees are paid.**

11. All Members must show that they are Members when seen from the front. Example: HA-pins, HA front flashes or other front flashes that shows that one is a Member. **Penalty: Member to be dealt with by charter or country.**

12. If a Member is OUT, the charter he used to belong to must send a recent picture of him to all World charters. **Penalty: To be decided on a World Meeting. Member(s) or charter(s) to be held accountable for such action.**

 18

13. If a Brother is Left or put Out because of bad or inaccurate information and it is discovered within 12 months from the date he Left or was put Out, he can be reinstated by his charter. If the 12 months period is passed the ex-Brother must prospect again according to our rules concerning the 12 months mandatory prospecting time. All reinstatements must be cleared at national level. Also all the circumstances of any reinstatement must be presented to a World Meeting. **Penalties: HAMC World would not recognize any such reinstated members. In effect they would not be entitled to wear the name Hells Angels. Those responsible for reinstating such members would be dealt with at the discretion of a World Meeting.**

14. Old patches are destroyed by burning. **Penalty: US $1.000 to the USA Corporation.**

15. If you wear a charter tag, your own charter pin and/or an officer tag, it must be on the left breast of the patch vest. **Penalty: US $100 to the national fund.**

16. Belt buckles with the words HELLS ANGELS and an Enamel DEATH HEAD are to be worn only by Members with at least 20 years in the Club. **Penalty: US $500 to the National Treasury.**

17. Only Members can ride a motorcycle with Hells Angels insignia, except in extenuating circumstances. **Penalty: US $100 fine paid to the offended charter.**

18. If a Member leaves a charter, or if his charter folds, he has thirty days to transfer to another charter or he is Out of the Club. **Penalty: Out of the Club. Exceptions: If he is in hospital or jail.**

19. Members should live in the county, state, or country their charter is located in unless agreed upon by both charters involved. **Penalty: To be dealt with on a regional level.**

20. A transfer must be approved by both charters involved. A transfer letter stating the Member is in good standing and signed by the President of the charter he left, should go with him to the charter he is transferring to. **Penalty: Transfer is not recognized.**

21. Charter autonomy decides if a person is LEFT. The charter can amend or adjust any other status, if needed and the membership must respect their decision. The charter sends out information when a person has LEFT. A LEFT person must write LEFT and date his most visible tattoo, give back his Hells Angels paraphernalia and respect the Club and its rules after leaving.


19

EXPERT-00000232

22. Charter autonomy decides if a person is OUT. The charter can amend or adjust any other status, if needed and the Membership must respect their decision. The charter must immediately inform the rest of the world about the OUT-persons status, which includes a photo. The charter has to ensure that the OUT-person no longer has access to any Hells Angels e-mail accounts. The charter has to ensure that the Out-persons tattoos are covered or removed. The charter must retrieve all Hells Angels paraphernalia.  Only his former charter can have contact with an OUT-person or give others permission to contact him. This was accepted and agreed to by all members when joining the club.

23. You must be in a Charter for one year before you transfer to a different Charter, regardless of how many Charters you have transferred to or from.
**Penalty: at the discretion of a World Meeting**

EXPERT-00000233

# Organizational Rules

1. There will be at least one (1) Member from every HAMC charter & Prospect charter at all World Runs. **Penalty: US $1.000 donation to be paid to the host country. Extenuating circumstances will be considered.**

2. Each country to have at least 2 representatives at all World Meetings. **Penalty: Fine for missing World Meeting will be US $2.000 funds to be paid to the host country by the next World Meeting. Exceptions must be appealed with an acceptable reason by the next World Meeting.**

3. Not to have two consecutive World Meetings in countries not accessible by all country reps.

4. If there are immigration problems and only a few country reps are represented at World Meetings, each country should be notified of issues to be voted on and have a 90 day response.

5. To simplify World Meetings, country representatives are to give the agreed media to the Meeting Secretary containing that representative's World business and motions only. All other update information they may have such as addresses and phone numbers is to be passed out on disk to the other National Secretaries. Common programs such as Microsoft Word & Excel are to be used for this.

6. To set a dollar amount of US $20 per Member & Prospect worldwide, for the World Run Fee. **Penalty: The amount paid by a charter is doubled if not paid 90 days prior to the World Run.**

7. When paying expenses for World Runs, monies being sent are to be collected from each charter by the country they are in and then sent to the hosting country all together with a list identifying each charters payment.

8. The costs to organize one of the World Meetings each year should be covered by all World Members and Prospects. This is the World Meeting not held at the World Run. The cost per Member and Prospect is US $3 per year. This money should be collected and distributed by the European Corporation Representative. If any money is left over from the cost of organizing this World Meeting, it must be paid back to the European Corporation bank account as soon as possible. Any monies spent in excess of US $3 per man per meeting must be covered by the host charter. **Penalty: If the money is not paid by the first of April every year the amount doubles.**

 21

EXPERT-00000234

10. To have all left over money and fines (after bills) from World Runs to roll over to the next World Run (Not kept for that countries Defence Fund)
**Penalty: To be discussed at the World Meeting.**

11. To make and establish geographical supervising regions within the HA World as follows: North and Central America, South America, Africa, Europe, Oceania, and others (if necessary).

12. That the Webmaster provides all the National Secretaries in the world with an email address for each country the same way that all countries in Europe already have.

13. The World Run will be held in the USA every five years without contention. It can be held earlier than five years but no later. **Penalty: Any request for the World Run when it is USA turn will be rejected as we cannot outvote the rest of the World.**

14. That we have World Runs held in countries that are accessible to most Members.

15. Request motions that break existing world rules cannot be submitted.

16. All world motions including references to any financial matters must be written in US $. For example; penalties, run costs, etc.

17. Any frozen or closed charter's book is to be returned to the custodian immediately.

18. If any money is to be paid to the Club either by rule or by motion is not paid in time, the amount owed will be doubled.
**Penalty: If still not being paid, the case must be brought to the Supervising Region or the next World Meeting. Exceptions: To be brought to the next World Meeting.**

 22

EXPERT-00000235

# Admission Rules

1. If a Member leaves the Club he must come back through his original charter and after one year period minimum, unless his original charter or last charter (in case he was Member in more than one charter) gives permission to go to another charter. **Penalty: US $1.000 to be paid to the country that will host the next World Run or WM. The ex-Member must be OUT.**

2. All new Clubs must do a minimum 12 months Prospect period before being voted on for full Membership as a charter. **Penalty: HAMC World would not recognize any such charter. In effect they would not be entitled to wear the name Hells Angels. Those responsible for voting in such charter would be dealt with at the discretion of a World Meeting. Exceptions: if exceptional circumstances came up all details would have to be put in front of and explained to a World Meeting, a World Motion presented and a world vote taken.**

3. Before being voted on for full Membership everyone must do a minimum of 12 months Prospect period. **Penalty: HAMC World would not recognize any such new Members. In effect they would not be entitled to wear the name Hells Angels. Those responsible for voting in such charters or Members would be dealt with at the discretion of a World Meeting.**

4. The 12 month Prospect rule allows a charter to bury a Prospect as a HELLS ANGEL as they see fit.

5. If a man of foreign nationality, from a country who already have a Hells Angels charter, seeks admission into the Club, the charter/country asked, must contact this man´s original homeland before accepting him as a Hangaround.
**Penalty: If there is a problem between countries on this issue, the World Meeting can decide that the particular Hangaround must stop as a Hangaround until his case is completed.**

6. If six (6) members wish to start a charter in a country that does not have an existing Hells Angels charter they must get approval from Hells Angels World (they must present a World Motion and get a 2/3rds majority World Vote to start).
**Penalty: If the charter is started without world approval it will not be recognized by Hells Angels MC World. Any further penalty will be decided by the World Meeting.**



24

EXPERT-00000236

25

EXPERT-00000237

# Voting Rules

1. One man – One vote.

2. That to change or remove a Constitutional Rule within our Club would require a 90 % majority World Vote.

3. New charters in new countries require a World Vote to be passed by a 2/3rds majority.

4. There shall be two types of motions:
   a). motion to pass a rule. (see appendix A)
   b). motion for request or approval. (see appendix B)
   There shall be three forums where a motion can be presented; Regional, National and World. In the United States, there shall be the West Coast or East Coast, the Country and the World. In Europe, there shall be the Country, Europe and the World. In Canada, there shall be the West Coast, Central or East Coast, the Country and the World. (Areas that are not mentioned here need to be defined). When an issue is brought up it must be by a charter or the Corporation. It must be presented on the appropriate form. It must be presented in the appropriate forum. It must be explained to the representatives at the World Meeting. The motion must be accompanied by all contracts and any other pertinent paperwork necessary to further explain and fully understand the issue, if it is a legal or business matter.
   **Penalty: Any motion or suggested changes to a motion not following the outlined procedure will be rejected. Amendments: World Motions will continue to have a 90 day voting time. Charters can lobby as to why this motion should be defeated by notifying all Hells Angels charters, in writing, no later than four weeks after the motion is made.**
   **The World Meeting (HAMC World) can present motions if 2/3rds of representatives at that World Meeting agrees that something needs to be done.**

5. All motions to create, alter or remove a World Rule must encompass three World Meetings. The motion is tabled at the first WM, debated at the second and voted on at the third.

6. All World votes must be 2/3rds majority of votes cast to carry.

7. Applicant countries to host World Runs will be listed in ONE motion so each Member can vote YES for only ONE candidate. The candidate who gets the most votes will host the World Run.


26

# Internet Rules

1. All HAMC Internet web sites must conform to adopted guidelines (see appendix C) and be approved by HAMC World Vote.

2. Charters are allowed to put our Death Heads on our web sites. But ONLY the Universal Death Head worn on our backs.

3. That all charters are to have an operative E-mail account.
   **Penalty: US $200 payable to their respective countries.**

4. The information allowed on web sites is to be restricted to non-sensitive and which does not endanger the safety of HAMC Members.
   **Penalty: To be decided by a World Meeting.**

5. Do not put official World Run photos on Internet sites. Do not put party photos or pictures of Brothers on Internet sites without those Brothers permission.
   **Penalty: To be decided by a World Meeting.**

6. That every Member, Prospect and Hangaround in the World pays US $3 per year to help with the yearly expenses of the World Web Master.
   **Penalty: If the money is not paid by the first of April every year the amount doubles.**

7. The attached article (see appendix D) Hells Angels Motorcycle Club Lineage Clarification is approved for release to select HAMC websites.
   **Amendments: no release, modification or otherwise alteration of this article, to include web linkage to other websites without the expressed permission of the author, in written form.**

8. No Member is allowed to use the images that show our name or designs on any of the "public" sites as named above, as well as others that may appear in the future (My Space, Facebook, YouTube and similar sites).

28

EXPERT-00000239

# Corporation Rules

1. To pay US $20 per member worldwide to cover the cost of the trademark bill. The US $20 would be due March 1 every year. If more monies are needed, a special request would be made.
   **Penalty: Not paying by March 1. would be 100% penalty of the original amount.**

2. Adopt a Hells Angels property agreement.

3. No HAMC charter, HAMC Member, or HAMC Prospect be allowed to market anything bearing the name Hells Angels and/or our Death Head logo without proper licensing by the Corporation.
   **Penalty: US $200 per item, per incident, to be paid to the respective Trademark Corporation of the offending charter, Member or Prospect.**

4. Australia has the authority to give instructions to Australian trademark attorneys and any issues deemed necessary to ensure that the Australian registered trademarks are maintained. All issues and expenses incurred by HAMC Australia related to the Australian trademark will be the sole responsibility of HAMC Australia.

5. Any Hells Angel charter that wants to make and sell calendars to the public be allowed to do so as per the following rules. 50% of the profit goes to the Hells Angels Corporation and 50% goes to the charter or individual who is granted the merchandise licensing agreement. Before the calendar is allowed to be made, a merchandise license agreement has to be obtained from the Hells Angels Corporation. All charters will submit to the Hells Angels Corporation a complete quarterly financial statement report.
   **Penalty: failure to obey the above rules will deny the approval of a merchandise licensing agreement which will result in the denial of the making and sell of the calendar.**

6. The Corporation can submit motions limited only to Corporation business.

7. It takes a majority (3 out of 4) of the Corporation officers to be in agreement and that the fourth have knowledge of the intent to submit a motion by the Corporation to the World.
   **Penalty: Fines US $500 per instance and Member(s) or charter(s) to be held accountable for such action.**



30

# Prospect Rules

1. New Prospect countries representatives must be available at World Meetings. **Penalty: Fine for missing the WM will be US $2.000. Funds to be paid to the host country by the next World Meeting, if only one country representative is present. Extenuating circumstances will be considered.**

2. There must be at least (1) one Member from every Prospect charter at ALL World Runs. **Penalty: US $1.000 donation to be paid to the host country. Extenuating circumstances will be considered.**

3. Prospect clubs must have a stable postal address (post box or clubhouse). Any change must be notified immediately.

4. Prospect clubs must have an E-mail address.

5. Prospects must not use the words Hells Angels or Death Heads on Christmas or Anniversary cards.

6. Prospects cannot give gifts with the words Hells Angels or Death Heads on without a HAMC charter's permission.

7. Before being voted on for full membership everyone must do a minimum of 12 months Prospect period. **Penalty: HAMC World would not recognize any such new Members. In effect they would not be entitled to wear the name Hells Angels. Those responsible for voting in such charters or Members would be dealt with at the discretion of a World Meeting. Exceptions: If exceptional circumstances came up all details would have to be put in front of and explained to a World Meeting, a World motion presented and a World vote taken.**

8. All new clubs must do a minimum 12 months Prospect period before being voted on for full membership as a charter. **Penalty: HAMC World would not recognize any such charter. In effect they would not be entitled to wear the name Hells Angels. Those responsible for voting in such charter would be dealt with at the discretion of a World Meeting. Exceptions: If exceptional circumstances came up all details would have to be put in front of and explained to a World Meeting, a World motion presented and a World Vote taken.**

 32

EXPERT-00000241

9.  Prospects cannot wear anything but what they are officially being issued as Prospects. PROSPECT and CHARTER tags on left breast with the PROSPECT tag above the CHARTER tag. Bottom rocker with CITY, STATE or COUNTRY. MC tag on top right of bottom rocker.
    **Penaltiy: US $1.000 fine to be payable by the Charter from whom the Prospect belongs. If it's a Prospect Charter, the sponsoring Charter is responsible for the fine. All fines payable to the Corporation.**
    **Exceptions: Prospecting Charters or Prospect Countries are able to wear officer tags, if the Sponsor Charter allows.**

10. Hangaround Clubs in new countries must send a minimum of one rep per club to the World Run and both (2) World Meeting locations every year. Any excuse should they miss one of these events must be presented to a World Meeting by their sponsor country.
    **Penalty:  US $2.000. Exception: If any Hangaround Club is not able to attend because of immigration problems, or a reasonable excuse is provided, the penalty will not be enforced.**

11. Prospects can't transfer. Penalties: The Prospect status has to change to - Left the Club And: The charter that allowed the Prospect's transfer to pay US $1.000 fine to the national defense fund. And: The charter that accepted the Prospect's transfer to pay US $1.000 fine to the national defense fund. Exceptions: The charter the Prospect belongs to get closed or frozen. The charter the Prospect belongs to splits up into new charters.

EXPERT-00000242

# Traditions

TRADITIONS ARE BELIEFS OR CUSTOMS PASSED ON FROM ONE
GENERATION TO THE NEXT, OFTEN VERBALLY, THAT IS UNDOCUMENTED
BUT ARE UNDERSTOOD TO BE RESPECTED AND FOLLOWED.

1. Suicide is unacceptable and is considered conduct unbecoming of a Hells Angel.

2. All side view Death Head pins and patches should face the same way as our back patch, except in the case of opposing pins or patches.

3. If a Member loses any club item(s) there should be a US $100 penalty per item, collected at the charters discretion.

4. If we bury a Member we bury our own, whenever possible.

5. Patches and rockers should be in English alphabet only.

35

EXPERT-00000243

# Our Patch



**TO BE USED AS A GUIDE ONLY.
ACTUAL MEASUREMENTS MAY VARY DUE
TO MANUFACTURING TOLERANCES.**

36

EXPERT-00000244

# Through the decades








37

EXPERT-00000245

# Appendix A

**(THIS SIDE FOR SECRETARIES USE ONLY)**

Motion Made By:

Date:

Presented To:

1/ Problem or Reason:

2/ Solution:

3/ Motion:

4/ Penalty:

5/ Exceptions:

6/ Amendments:

Motion Type:

Descriptive Name:

Motion Number:

Votes Yes/For:

Votes No/Against:

38

EXPERT-00000246

# Appendix B

## (THIS SIDE FOR SECRETARIES USE ONLY)

Motion Made By:                          Motion Type:

Date:                                    Descriptive Name:

Presented To:                            Motion Number:

1/ Reason For Request:

2/ Motion Or Request:

3/ Amendments:

Votes Yes/For:                           Votes No/Against

39

EXPERT-00000247

# Appendix C

## HAMC WORLD GUIDELINES FOR HAMC WEB SITES

The following guidelines are established for any HAMC web site, basis for these guidelines are to insure that information, regardless of the format or intention, displayed on any HAMC web site be appropriate. The presentation of any information, posting or portrayal which could effect any other HAMC charter or cites the opinion of HAMC will require a world vote approval prior to insertion onto any HAMC web site.

1. All HAMC charters are able to have a web site, if that charter deems it in that charters best interest.

2. All HAMC charter web sites will be linked to a central link up point, specifically HAMC World. Operated by the World Webmaster.

3. HAMC web sites may sell, lease or otherwise receive payments for advertisements by non-HAMC activities, as a form of revenue for that charter web site.

4. HAMC web sites may establish links, with non HAMC activities/sites, without prior approval unless that non HAMC activity could cause any other HAMC web site or charter concern, at which time a written request for approval would be presented to HAMC world for approval.

5. No information, relative to HAMC as a whole or part, may be presented, on any HAMC web site, without a world vote approval, prior to release of such information.

6. Response(s)to adverse comments by media or other activities will not be made without vote approval by HAMC World.

7. Operation of any HAMC web site will be the responsibility of the respective HAMC charter, financially, for content and compliance with these guidelines.

8. These HAMC World web site guidelines will be reviewed annually.

9. If revision of these guidelines is required, it will be done by world vote manner.

10. Participants of the web site-working group will be posted and attached to the guidelines.



EXPERT-00000248

# HELLS ANGELS MOTORCYCLE CLUB
# LINEAGE CLARIFICATION
# WRITTEN BY HAMCCSC 25 MAY 1999

The myth and legends surrounding the military lineage of the Hells Angels Motorcycle Club has, for decades, been cited as being from former members of the Hell's Angels Bomber B-17 Group from World War 11. This myth has been aided by incorrect reporting by authors who deemed it appropriate to align the Hells Angels Motorcycle Club (HAMC) with ex-service members returning from a war where excitement and adventure had become their lifestyle. Authors and newspaper correspondents, from a wide assortment of daily, weekly and other periodicals have made statements, not founded in fact. It has been stated that these former servicemen were alleged to have been drunkards, military misfits, and generally speaking substandard soldiers that would not adjust to a return to a peacetime environment. If any person, regardless of their association considered the content of the statements and inferences made, they would find these to lack any rational thought or concern for truthful reporting.

A historical review of the exploits and accomplishments of the implied Bomber Group, 303rd Bombardment Groups (Heavy) 303rd European Theater of Operations (ETO) shows that this bomber unit did not tolerate malcontents, drunken pilots or aircrews. Such individuals, had they existed, would have seriously hindered the effectiveness of combat operations and would have been dealt with harshly and promptly. Documented records of the 303rd can be found in "Might in Flight", Daily Diary of the Eighth Air Force's Hells Angels, 303rd Bombardment Group (H), by Harry D. Gobrect, LtCol, USAF (Ret). One of the 303rd's most famous B-17's serial number #41-24577, commanded by then Captain Irl Baldwin, was named "Hells Angels". This aircraft was unnamed until it's fourth or fifth mission. The crew decided to adopt the name "Hells Angels" after the 1927 Hells Angels" WW1 fictional Fighter Squadron movie by Howard Hughes. On 13 May 1943 the 303rd's B-17F "Hells Angels". became the first 8th Airforce B-17 to complete 25 combat missions. This feat has wrongly been credited to the "Memphis Belle" B-17 including the 1943 and 1990 "Memphis Belle" movies. The "Memphis Belle" B-17 was the first to complete 25 missions and return to the USA. "Hells Angels" continued to fly combat missions until 13 December 1943, when she completed 48 combat missions it was retired from combat. Shortly thereafter she was flown to the USA, rejoined by members of the Capt. Baldwin Crew, went on a morale boosting tour of war production plants. Hell's Angels B-17 number #41-24577 was dismantled, for scrap, in 1947. On 7. January 1944, by a vote of group and squadron commanders, "Hells Angels" became the name of the 303rd with "Might in Flight" being retained as the Group motto.


41

EXPERT-00000249

- 2 -

Facts which have been undeniably proven, show that the 303rd "Hell's Angels" B-17F was only flown by highly dedicated, motivated and mission oriented airmen. They were not malcontents and did not report for mission in a drunken state. Crew pilot and commander, Capt. Irl Baldwin, completed a stellar military career, retired as a LtCol, and was awarded numerous valorous and meritorious citations.

Records show that the 303rd became one of the 8th Air Forces best Bomb Groups. It operated from Station 107, Molesworth, Huntingdonshire, England from 12 September 1942 until 11 June 1945. During this time the Grou0p flew an 8th Air Force record 364 combat missions, 10721 sorties and dropped 26,346 tons of bombs on enemy targets. The 303rd is credited with 664 enemy aircraft destroyed, probably destroyed or damaged. They sustained 1,748 personnel casualties and lost 210 B-17's on combat missions. The 303rd was the first 8th Air Force Bomb Group to complete 25, 50, 75, 200 and 300 combat missions. With this record doesn't it seem strange that the post war media, more than likely influenced by a law enforcement community biased against the HAMC. Only overzealous sensationalistic reporters, would publish unreliable and malicious comments about 303rd crewmen or any other group, to include HAMC. These tainted reports represent a disservice to journalists that are professional in the execution of their craft.

From available historical information at HAMC Berdoo and extensive research by the 303rd reveals that no lineage exists between the HAMC and the 303rd other than both organizations having the same name. HAMC has copyrighted the name Hells Angels (in any form of spelling) in the US and Internationally, along with all variations of the "Death Head" insignia of HAMC. These trademarks & copyrights are aggressively protected by HAMC, Inc.

The name Hell's Angels was adopted by no less than twelve B-17's throughout WW11, from an assortment of organizations, additionally it was adopted by a B-26 Medium Bomber squadron, a United States Marine Corps fighter squadron and even on a P-38 Lightning fighter.

The former Squadron Leader of the 3rd Persuit Squadron "Hells Angels" American Volunteer Group (AVG), Arvid Olson, was the only person with specific military lineage to an actual unit which bore the name Hell's Angels that was affiliated with the foundation of the HAMC, which occurred in Fontana, California in March 1948. Arvid Olsen was an associate of the founders of the HAMC, he never attempted to or became a member of HAMC.

42

EXPERT-00000250

- 3 -

The AVG, or more famously known "The Flying Tigers" (the name is credited to a United Press correspondent named McGrath for an article written on 26 December 1941) were a secret United States military operation entity, authorized and approved by then President Franklin D. Roosevelt, on 23 December 1940, under conditions of a SECRET Letter of Approval: refer to Official file 150, FDR Library, Memoranda 1941. The secret approval was only recently declassified in December 1991, after 50 years, when the AVG was awarded the Presidential Unit Citation. Additionally the pilots of the AVG were awarded Distinguished Flying Crosses. Ground crew personnel of the AVG were awarded Bronze Star Medals. After all those years the AVG veterans, that were still alive, received Veterans status from a grateful nation! This acknowledgement seems more like an after thought to an intentional oversight, on the part of the government.

As part of this covert operation, which had been requested by Claire Lee Chennault (a former USAAC pilot instructor and veteran of the 94th "Hat in the Ring" squadron during WW1) on behalf of Chaing Kai-Shek and the Chinese government, who had been at war with the Empire of Japan since 1937. The AVG were to be equipped, organized and deployed, in China, against the Empire of Japan. The AVG received 100 P-40 fighter aircraft. The P-40 were diverted from a shipment to England. The personnel were recruited from active branches of the War Department: the Army, Navy and Marine Corps. Pilots, maintenance, communications, clerical and medical personnel were secretly recruited from active duty units. All documentation, equipment and personnel transfers were processed through and by the Central Aircraft Manufacturing Company (CAMCO), as approved by the US Government. Nothing could then be traced to the United States government, which was not yet in conflict with the Empire of Japan. Chaing Kai-Shek appointed Chennault Commander of the AVG. The AVG was divided into four elements: a headquarters squadron and three (3) fighter squadrons. Each squadron selected their respective name, which was the custom of the time for military aviation units. The First Pursuit Squadron (1PS) became the "Adam & Eve's". The Second Pursuit Squadron (2PS) became the "Panda Bears". Chuck Older, Ken Jerstedt, Tom Haywood and Ed Overend, all former USMC pilots, selected the name "Hells Angels" for the Third Persuit Squadron (3PS). Of note is that Charles "Chuck" Older, became a judge and presided over the trial of Charles Manson. Ken Jernstedt became a US Senator. Squadron Leader Olsen was not involved in that name selection, however he immediately agreed with therecommendation.

43

- 4 -

The Tiger Shark motif on the AVG P-40 aircraft was the idea of (3PS) Hells Angels Flight Leader Erik Shilling and (1PS) Adam & Eve Vice Squadron Leader Charles Bond, when they found a British magazine with photographs of an RAAF P-40 in desert camouflage. When the two took the idea to Chennault he wanted the entire Group to adopt the motif. Even today Shilling and Bond claim first for idea and application of the Tiger Shark paint job on the P-40's of the AVG. Erik Shilling actually painted his P-40 first, as Bond had gone off base to acquire the paint, whereas Shilling got paint on the base from Chinese personnel that were painting the Chinese Air Force insignia on the P-40's.

Each of the squadrons, now with an approved name, designed their respective squadron insignia. The Hells Angels decided on a red colored silhouette of a very shapely female with halo and wings outlined in white. Each Hells Angels pilot had his own "Lady" painted on his individual aircraft, subsequently each "Lady" had her own personality. Yet the colors of red on white was the standard for the entire squadron. This same motif and ensignia is used today by active United States Army, Marine Corps and Air Force squadrons, additionally a fighter squadron of the Israeli Air Force.

During the seven month combat operations of the AVG this unit acquired a record of 297 Japanese aircraft destroyed, as confirmed by British and Chinese Intelligence. Other sources have placed the total Japanese aircraft destruction, caused by the AVG, at well over 600 to 900, including aircraft destroyed on the ground during strafing operations. AVG losses were 4 pilots killed in air combat, 7 killed by ground fire, 3 died as a result of Japanese bombing while they were on the ground and 1 missing in action presumed dead. That reflects an AVG to Japanese kill ratio of 50 to 1, a record that has never been equaled. Chennault reviewed official Japanese war records, after the war. The Japanese reported the destruction of 544 AVG aircraft. Of note was the fact that at no time did the AVG possessed more than 100 aircraft in their unit. The AVG was disbanded on 4 July 1942, at which time few accepted returning into the US Army Air Force, most optioned to return to the US where they returned to active service or other war efforts. The reason many refused immediate return to active service, in China, was the manner by which Brigadier General Bissell, USAAF, presented the option to them. Bissell had been a long time adversary of Chennault and the Flying Tigers. Chennault, who had accepted return to active military service, immediately prior to deactivation of the AVG, at the rank of Brigadier General continued to command the 14th Air Force in the China Burma Theater (CBT).



EXPERT-00000252

- 5 -

The 14th Air Force all referred to themselves as "Flying Tigers", even though the real "Flying Tigers" had been deactivated on 4 July 1942. General Chennault was forced into retirement immediately prior to the Japanese surrender. At the official surrender ceremony, about the USS Missouri, General of the Army, Douglas MacArthur asked, "Where's Chennault?" As a final insult General Chennault, founder and commander of the AVG, who had fought the Japanese Empire since 1937 wasn't even permitted to be present at the official end of hostilities, of which he had participated in for 8 years, unlike the 4 years of participation by other US officials at that ceremony.

To answer the questions of lineage between HAMC and a military organization is that Arvid Olsen, "Flying Tigers" Hells Angels squadron gave the idea of the name to the actual founder of the Hells Angels Motorcycle Club, in Fontana, California. The selection of our colors, red on white, is a result of the association of Olsen with the HAMC founders, like the insignia of the 3Ps "Hells Angels". The insignia of the HAMC, our copyrighted Death Head can also be traced to two variant insignia designs, the 85th Fighter Squadron and the 552nd Medium Bomber Squadron. Frank Sadliek, past president of the San Francisco Chapter, HAMC, designed the official "Death Head" insignia. Arvid Olsen died 16 may 1974 in Point Clear, Alabama.

45

EXPERT-00000253