**Exhibit 4**



# HAMC MODESTO
# CHARTER RULES



1) NO PHONES, TABLETS, OR ANY ELECTRONIC DEVICES IN CHURCH.

   (EXCEPTION FOR SECRETARY TOOLS)

   a) $100 FINE

2) DRUGS OR GUNS IN CLUBHOUSE MUST BE ON YOUR PERSON

   a) $500 FINE

3) A MEMBER MUST BE NOTIFIED IF GOING TO BE LATE TO CHURCH. IF NOT, A

   FINE WILL BE ISSUED

   a) $25 FINE

4) NO SHOW/ NO CALL

   a) 1ST OFFENSE $50 FINE

   b) 2ND OFFENSE ON THE CARPET/$100 FINE

5) DRUGS AND ALCOHOL MUST BE CONTROLLED DURING CHURCH

6) KICK OUT REQUIRES 2/3 *100* VOTE

7) NEW MEMBER REQUIRES 100% VOTE

8) LOSING DEATH HEAD OR ITEM THAT SAYS HELLS ANGELS

   a) $100 FINE

9) ACTS OF COWARDICE

   a) KICK OUT

10) HITTING A MEMBER WHILE ON THE GROUND

    a) $100-$1000 FINE DEPENDING ON SEVERITY

11) USING A WEAPON ON A MEMBER

    a) KICK OUT

12) MESSING WITH ANOTHER MEMBER'S WOMAN

    a) KICK OUT

13) LATER THAN 30 MINUTES TO CHARTER EVENT SET UP OR START TIME

    a) $100 FINE

14) CHARTER EQUIPMENT SUCH AS THE VAN, TOOLS, GENERATOR, ETC... IS FOR CHARTER AND CLUB USE ONLY. NOTHING IS TO BE LOANED OUT TO MEMBERS OR ANYONE FOR PERSONAL USE WITHOUT PERMISSION OF THE CHARTER

15) NO HANGAROUND CAN MAKE PROSPECT BEFORE BACKGROUND CHECK HAS COME BACK.

16) NO GUNS IN CHURCH $500 FINE

17) ALL CHARTER BUSINESS WILL REMAIN IN THE ROOM AND NOT OUTSIDE THE CHARTER – ON THE CARPET

18) DOWN TIME FOR BIKE JANUARY 1ST – FEBRUARY 14TH. YOU HAVE 2 WEEKS TO HAVE IT UP AND RUNNING OR A FINE WILL BE PUT IN PLACE OF 100$ A WEEK UNTIL COMPLETED

19) 100$ A MONTH ALLOWANCE FOR MEMBERS OR ANYONE WITH STATUS INCARCERATED

