**Exhibit 5**

HELLS ANGELS MOTORCYCLE CORPORATION

CORPORATE PROPERTY AGREEMENT

(MEMBER SUB-LICENSE)

I, DUSTIN HARRORA Member of the HELLS ANGELS MOTORCYCLE CLUB's ("HAMC") DAGO Charter, hereby expressly acknowledge, and agree with, the following terms and conditions:

1. All intellectual property comprised in whole or in part of the HELLS ANGELS mark and/or the DEATH HEAD logo belongs solely and exclusively to the Hells Angels Motorcycle Corporation ("HAMC Corp."). This includes, *without limitation*, those marks listed on Exhibit A hereto.

2. Ownership of any and all **articles** bearing the "HELLS ANGELS" mark and/or the "DEATH HEAD" logo (including, but not limited to, motorcycles, the HELLS ANGELS vest/jacket commonly referred to as "the patch", cloth patches, apparel, jewelry, belt buckles, decals, stickers, etc.) are the sole and legal property of HAMC Corp.

3. The HELLS ANGELS and DEATH HEAD logo marks are used by the HAMC Charters under grant of license from HAMC Corp. Authorized Charters may sub-license appropriate use to their respective Members whom are considered sub-licensees.

4. My use of any article bearing the HELLS ANGELS mark and/or DEATH HEAD logo is authorized by grant of sub-license from the HAMC Charter (Licensee) of which I am a Member.

5. As a Member of an HAMC Charter, I may be permitted to posses, wear, or display articles bearing the HELLS ANGELS mark and/or the DEATH HEAD logo in accordance with the rules of HAMC Corp. and its Charters. Permission to possess, wear and display these articles is granted on a temporary basis and is subject to revocation at any time, with or without cause, at the sole option and discretion of HAMC Corp.

6. Although HAMC Corp. grants me permission to possess, display or wear articles bearing the HELLS ANGELS mark and/or the DEATH HEAD logo, ownership of the mark, logo and the articles upon which the mark &/or logo are affixed remains with HAMC Corp. and in no way vests in me.

7. My possession of any article containing the HELLS ANGELS mark and/or DEATH HEAD logo, whether created by me, for me, or at my direction, merely identifies me as a member in good standing of HAMC and its Licensee Charter and does not constitute legal ownership of the article, which belongs to HAMC Corp.

8. If I am permitted to create, design or manufacture any article that includes or incorporates the HELLS ANGELS mark and/or DEATH HEAD logo, ownership of said item vests solely in HAMC Corp.

9. I shall refrain from using any article bearing the HELLS ANGELS mark or Death Head logo for any unlawful purpose, including the commission of any criminal act or in furtherance of any criminal enterprise. Such use of the HELLS ANGELS mark or DEATH HEAD logo may be cause for HAMC Corp.'s immediate revocation of my right to possess such property. Such use may also be subject me to further disciplinary action, including without limitation, expulsion from HAMC.

10. Upon termination of my Membership in HAMC, whether voluntarily or involuntarily, including upon my death, all articles designated by this Agreement to be the legal property of HAMC, shall be immediately relinquished to a duly appointed representative of HAMC, by either me or my surviving heirs.

11. I grant HAMC Corp., its officers and designated legal representatives Power of Attorney to claim or recover any article that includes or incorporates the HELLS ANGELS mark and/or DEATH HEAD logo over which I have exercised possession, whether such article remains in my possession or that of another.

12. I grant HAMC Corp., its officers and designated legal representatives Power of Attorney to sign, correspond or engage in any action necessary to retrieve any and all articles bearing the HELLS ANGELS mark and/or DEATH HEAD logo, acquired or seized by any third party, including any law enforcement officer, agency and/or their representatives.

13. HAMC Corp. and its Licensee Charters have the absolute, irrevocable right to institute any and all legal proceedings necessary to obtain or recover possession of articles bearing the HELLS ANGELS mark and/or DEATH HEAD logo, and I agree to cooperate fully in any proceedings which may be instituted by HAMC Corp. or its Licensee Charters.

Duly EXECUTED this 11 day of June, 2008

County of SAN Diego in the state of CA

[signature] [signature: Dustin Hannon]

HAMC Charter Authorized Representative's Signature    Member's Signature