**Exhibit 6**

## WAIVER RELEASE AND CONSENT TO COVER TATTOO

PLEASE READ AND BE CERTAIN YOU UNDERSTAND THE IMPLICATIONS OF SIGNING

PLEASE INITIAL ON THE LINES AFTER EACH PROVISION TO SHOW YOU UNDERSTAND EACH PROVISION

In consideration of my choice to cover any and all tattoos related to the HELLS ANGELS MOTORCYCLE CLUB (HAMC) I agree to the following.

That I_____(clearly print your name) have been fully informed that I am no longer a member of HAMC, and as an ex-member I am not entitled to wear or display any tattoos that would identify me as a member of HAMC. I wish to proceed with the application of cover up tattoos and I freely accept and expressly assume any and all risks that arise from tattooing._____int

TO WAIVE AND RELEASE to the fullest extent provided by law each of the HAMC, the artist and the tattoo studio from all liability whatsoever, for any and all claims and causes of action that I, my estate, heirs, executors or assigns may have which result or arise from the application of my tattoo._____int

That HAMC, and the artist have provided full opportunity to ask any and all questions about the application of my tattoo and all questions were answered to my satisfaction._____int

I am not under the influence of alcohol or drugs and I am voluntarily submitting to be tattooed without duress or coercion._____int

I do not have a mental impairment that may affect my judgment to be tattooed._____int

I acknowledge that I have been given adequate opportunity to read and understand this document, that it was not given to me at the last minute and I understand that I am signing a legal contract waiving certain rights to recover against HAMC or the tattoo artist or tattoo studio._____int

I hereby declare that I am of legal age and I am competent to sign this agreement._____int

I HAVE READ THIS AGREEMENT, I UNDERSTAND IT AND I AM BOUND TO IT.

FULL NAME_____

SIGNATURE_____

EXPERT-00001279