**Exhibit 7**

# H.A.M.C.    WORLD    B.H.C.    LIST

3/23/2011                                                                   #1

## UNITED STATES
### CALIFORNIA

**BUTCH** (Berdoo) Lee Frazier B91477
Tehachapi Correctional Institution
Unit 2 Dorm 5-91-L
PO Box 608 - State Prison
Tehachapi, California 93581


**POLOCK JOHN** (Frisco) John Gzikowski D00666
Ironwood State Prison
P.O. Box 2199
Blythe, California 92226

**J.R.** (Frisco) Carl Serrano  25526-053
F.C.I. Lompoc      E06-0446
3600 Guard Road
Lompoc, California 93436

**ANGELO** (Oakland) Angelo Trengali   97685-011
Correctional Institution Taft
P.O. Box 7001
Taft, Californina 93268

**JOHN** (Oakland) John Wilbur F14783
P.O. Box 2500
Susanville, California 96127-2500

**BUCK**  (Nomads Ca.) Otis Garrett 04796-097
U.S.P. Victorville
P.O. Box 5500
Adelano,C.A. 92301

**DANNY RAY** (Nomads Ca) Daniel LaJocies 13857-097
Federal Correctional Institution
37910 N 45th Ave
Phoenix, Arizona 85086

**RANDY** (Nomads Ca.) Randy Picchi  0660936
40935 MJ  3F 012
P.O. Box 892        **N.L. Returned  07/02/06**
Fresno, California 93712

**ALBERT** (San Jose)  Albert Solis V-72145
Cascade 0608-U
P.O. Box 2500
Susanville, Ca. 96127

**BRUCE** (Sonoma County) Bruce Cooper T43842
San Quentin State Prison
4N100
San Quentin, California 94974

**FRANK** (Sonoma County) Frank Brady T-91233
23 - G3 -L
P.O. Box 4000
Vacaville, California 95696-4000

**TONY** (Merced Co.) Tony Aquino V-70170/3126
P.O. 8101
San Luis Obispo California 93409-8101

**BOBBY T** (Shasta Co) Robert Thompson
ADSEG, cell 6
PO Box 2267
Merced, Ca  95344

### CALIFORNIA (Continued)

**DIRT** (Dago) Ronald Liquori Sr. 26246-198
F.C.I. Victorville    Unit B-318
P.O. Box 5300
Adelanto, California 92301

**BRIAN** (Dago)  Brian Brewer  V-98513   D-1 102L
Kern Valley State Prison
PO Box 5104
Delano, California 93216-5104

**GUY**  (Dago) Guy Castiglione 18036-198
USP Lee County
P.O. Box 305
Jonesville, Virginia 24263-0305

**ROCCO** (Dago) Rocco Gulatta V83024
Chuckawalla State Prison
P.O. Box 2349
D-9  247- Upper
Blythe, California 92226

**NICK** (Dago) Frank Carusso 88237-198
U.S.P. Attwater
P.O. Box 19001
Attwater, California 95301

**GREG** (Dago) Greg Bunch    88230-198
U.S.P. Victorville
P.O. Box 5500
Adelanto, California 92301

**WHITEY** (Dago) Patrick H Robinson   F29678
38-03-L
FCC 5150 Obyrnef Ferry Road,
Jamestown California 95327

**DAMO** (Dago) Daymond Buchanan 85999-198
Mohawk A-114
Federal Correctional Institution
P.O. Box 7007
Marianna, Florida 32447

**CHAD** (Dago) Chad Wilson 44168
PO Box 5911
Sioux Falls, South Dakota 57117

**PAT** (prospect Dago) Patrick Haggerty 88235-198
U.S.P. Victorville
P.O. Box 5500
Adelanto, California 92301

**D.J.** (prospect Dago) Darren Mann V47533   D-9-241-U
Chuckawalla State Prison
PO Box 2349
Blythe, CA 92226

### ARIZONA

**CAL** (Mesa) Calvin Brett Schaefer 04913-748
F.C.I. Victorville  Medium II
P.O. Box 5700
Adelanto, California 92301

**PUFF**  (Phoenix) Francis Stone  098822
F3-105-2  Union Correctional Institution
7819 NW 228th Street
Raiford, Florida 32026-4140

# H.A.M.C.   WORLD   B.H.C.   LIST

3/23/2011   #2

## ARIZONA (Continued)

**ROD** (Phoenix) Rodney Cox Sr. 257494
City of Las Vegas Detention Center
3300 Stewart Avenue
Las Vegas, Nevada 89101


**KEVIN** (Mesa) Kevin Augustiniak P155443
Fourth Avenue Jail
201 South Fourth Avenue
Phoenix, AZ 85003


**DENNIS** (Nomads) Dennis Den Besten 80995-008
Florence State Prison
P.O. Box 6300   **Letter returned 11/02/06**
Florence, Arizona. 85232


**SNAKE** (Nomads) Greg Surdukan 46164008
FMC Lexington
Federal Medical Center
P.O. Box 14500
Lexington, Kentucky 40512


**DOUG** (Tucson) Douglas Dam 93273-008
F.C.I. Terminal Island
1299 Seaside Avenue   Box 3007
Terminal Island, California 90731


**SLUT DOUG** (Phoenix) Douglas Wistrom 04986-748
FCI La Tuna
P.O. Box 3000
Anthony, Texas 88021


**PEPPI** (Phoenix) Gregory Heine 71073-053
F.C.I. Herlong
PO Box 800
Herlong, California 96113


## WASHINGTON

**SMILIN' RICK** (Nomads Washington)
Richard Fabel 11096-006
Federal Detention Center
Unit DC
PO Box 13900
Seattle, Washington 98198


**RICKY** (Nomads Washington) Ricky Jenks 10908-085
Federal Detention Center
Unit DC
PO Box 13900
Seattle, Washington 98198


## NEVADA

**CHRIS** (Las Vegas) Chris Wilson
F.C.I. Oxford
P.O. Box 1000
Oxford, Wisconsin 53952


## MINNESOTA

**ROOSTER** (Minneapolis) Paul Seydel 01931-041
F.C.I. Wasceca
Unit D
PO Box 1731
Waseca, Mn. 56093


## NEBRASKA

**CORKY** (Omaha) Dale Haley 02388-016
F.C.I. El Rerno
Highway 66
El Reno, Oklahoma. 73036


**GARY** (Omaha) Gary Apker 11233-047
F.C.I. Waseca
Unit A
P.O. Box 1731
Wasceca Minnesota


## OHIO

**FRIZZY** (Cleveland) John Bonds 03361-033
F.C.I. Schuykill
P.O. Box 759
Minersville, Pennsylvania 17954-0759



**STEVEN** (Cleveland) Steven Yee 424-573
North Central Correctional Institution
P. O. Box 1812
Marion, Ohio 43301-1812


**MARK** (Cleveland) Mark Verdi 424-572
G.C.I.
2500 South Avon-Beldon Road
Grafton, Ohio 44044


## ILLINOIS

**LOUSY** (Chicago) Len Stocki A-71389
RR2
Box 31
Sumner, Illinois 62466


**GREASE** (Rockford) Michael Deacon N-31689
P.O. Box 1700
Galesburg, Ilinois. 61401



## NEW YORK

**CHANCE** (Nomads N.Y.) Chance Heffner 12282-052
FCI-FSL   Elkton
P.O. Box 10
Lisbon, Ohio. 44432


**DIAMOND DAN** (NYC) Daniel Bifield 06833-014
U.S.P Lewisburg
P.O. Box 1000
Lewisburg, Pennsylvania 17837


**FRANK** (NYC) Frank Tatulli DIN-04A1593
Downstate Correctional Facility
B-Block  Cell-9 Box F-
Red Schoolhouse Road
Fishkill, New York 12524-0445


**KEVIN** (New Roc City) Kevin Lubic 82982-054
FCI Fort Dix West
PO Box 7000   **NL Returned 09/24/06**
Unit 5851
Fort Dix, New Jersey 08640

**MARC** (New Roc City ) Marc Gentile 84138-054
F.C.I. Ray Brook
P.O. Box 300
Ray Brook, New York 12977


# H.A.M.C.   WORLD   B.H.C.   LIST

**3/23/2011**  #3

## NEW YORK (Continued)

**MATT** (New Roc City) Matthew O'Dell  84114-054
FCI Allenwood Unit 2 B
PO Box 2000
White Deer, Pennsylvania 17887

**JEFF** (New Roc City) Jeff Amato  05A-2529
Coxsacki Correctional Facility
Coxsacki, New York 12051

**ED** (New York ) Edward Hartley 11849-052
U.S.P. Canaan
P.O. Box 300
Waymart, Pennsylvania 18472

**FAST EDDIE** (Rochester) Edward Weathers 01688-055
Low Security Correctional Institute-Allenwood
P.O. Box 1000
White Deer, Pennsylvania.  17887

## NEW JERSEY

**SHAGGY** (Newark) Thomas Hickman   345908
MacDougall-Walker Correctional Institute
1153 East St. South
Suffield, Connecticut  06080

## CONNETICUTT

**DANNY** (Nomads Ct.) Danny Klimas  279671
Macdougall-Walker Correctional Institute
1153 East St. South
Suffield, Connecticut  06080

## MASSACHUSETTES

**LUDLOW MIKE** (Berkshire Co) Mike Szlosek W83802
500 Clolony Road
P.O. Box 466
Gardner, Massachusettes  01440-0466

**JOHNNY BART**  (Boston) John Bartolomeo 21270-038
USP Lee County
P.O. Box 305
Jonesville, Virginia 24263-0305

**GREG** (Salem) Greg Domey  #21274-038
U.S.P. Canaan  E-2
P.O. Box 300
Waymart, Pennsylvania 18472

**BIKER DAN** (Salem) Dan Lewis 20909-038
P.O. Box 670
Camp 2
Minersville, Pennsylvania 17954

**TONY**  (Salem) Anthony Eicks  21273-038
USP Lewisburg Camp
P.O. Box 2000
Lewisburg, Pennsylvania 17837

## CANADA

**RICHARD** (Trois Riviers) Richard Valle  1018225
R.C.J
PO Box 389
Troy, NY 12180

## CANADA (Continued)

**MAGEL** (Quebec City) Magella Houde
Establissement Leclerc
400 Montee St. Francois
Laval, QC Canada H7C-1S7

**BOB** (Quebec City) Robert Hudon
Establissement Leclerc
400 Montee St. Francois
Laval, QC Canada H7C-1S7

**RICHARD** (E.C.C.) Richard Mayrand
Establissement Leclerc
400 Montee St. Francois
Laval, QC Canada H7C-1S7

**NURGET** (E.C.C.) Walter Stadnick
Establissement Leclerc
400 Montee St. Francois
Laval, QC Canada H7C-1S7

**PUP** (E.C.C.) Donald Stockford
Establissement Leclerc
400 Montee St. Francois
Laval, QC Canada H7C-1S7

**GAET** (Montreal) Gaetan Comeau
Establissement Leclerc
400 Montee St. Francois
Laval, QC Canada H7C-1S7

**DANIEL** (Quebec City) Daniel Hudon
Establissement Leclerc
400 Montee St. Francois
Laval, QC Canada H7C-1S7

**ALAIN** (Quebec City) Alain Harton
Establissement Leclerc
400 Montee St. Francois
Laval, QC Canada H7C-1S7

**LUC** (Trois Rivieres) Luc Alaire
Establissement Leclerc
400 Montee St. Francois
Laval, QC Canada H7C-1S7

**GUY** (South) Guy Dube
Establissement Leclerc
400 Montee St. Francois
Laval, QC Canada H7C-1S7

**YVES** (South) Yves Leduc
Establissement Leclerc
400 Montee St. Francois
Laval, QC Canada H7C-1S7

**TIM** (Thunder Bay) Tim Speak
Stony Mountain Institution
Highway #7   PO Box 4500
Winnipeg, Manitoba R3C 3W8 Canada

**MARIO**  (Thunder Bay) Mario Minier
Stony Mountain Institution
Highway #7   PO Box 4500
Winnipeg, Manitoba R3C 3W8 Canada

## CANADA (Continued)

# H.A.M.C.   WORLD   B.H.C.   LIST

3/23/2011                                                                                                   #4

**DON** (Thunder Bay ??) Donald Minier 
Stony Mountain Institution
Highway #7   PO Box 4500
Winnipeg, Manitoba R3C 3W8 Canada

**SHAWN** (London Ontario) Shawn Boshaw 
Joyceville Institution
Hwy 15,  P.O. Box 880
Kingston, Ontario K7L 4X Canada

**LUCKY** (Nomads Ontario) Brett Simmons 
Joyceville Institution
Hwy 15,  P.O. Box 880
Kingston, Ontario K7L 4X Canada

**MOM** (E.C.C.) Maurice Boucher 
Regional Reception Center
246 Montee Gagnon
Sainte-Anne-des-Plaines,
Quebec J0N-1H0 Canada

**CLAUDE** (Trois Rivieres) Claude Giguere 
Donnaconna  Institution
1528 Rte 138
Donnaconna, QC Canada G0A-1T0

**SYLVAIN** (Trois Rivieres) Sylvain Thifault 
Archambault Institution       **NL Returned 09/19/06**
242 Montee Gagnon              **marked "Refused by addressee?"**
Sainte-Anne-des-Plaines,  Quebec J0N-1H0 Canada

**DONAT** (Montreal) Jean-Paul Ramsey 
Archambault Institution
242 Montee Gagnon
Sainte-Anne-des-Plaines, Quebec J0N-1H0 Canada

**PARIS** (North Toronto) Paris Christofaru 
Collins Bay Institution
1455 Bath Road
PO Box 190
Kingston, Ontario Canada K7L 4V9

**JEFF** (Keswick) Michael J Mcilmurray 926710B 
Warkworth Institution
County Road #29
P.O. Box 760
Campbellford, Ontario K0L 1L0  Canada

## ENGLAND

**K.V.** (South West) Gary Wadman  P C 8857 
HMP Exeter
New North Road
Exeter, Devon  EXE-4EX England

## FRANCE

**MARTIN** (Nomads France) Martin Lauer 
JVA Lerchesflugweg 37
66119 Saarbrucken, Germany

**MARCO** (Paris) Marc Treize 
9431B 2AE Cel 217       **N.L. Returned 10/26/06**
C P Route D'Assevent BP239
59603 Maubeuge
Cedex, France

## FRANCE (Continued)

**BALLU** (prospect Nomads) Christian Wester 
JVA Diez
Limburgerstrasse. 122
65582   Diez, Germany

**MOUS** (prospect Nimes) Oumrani Mostafa 
Cellule 193
Ecrou 7858 Bat B
13350 Tarascon, France

## SPAIN

**POCI** (Barcelona)  David C. Perez 
Modulo 2
CP De Cuatre Camins
Apartado 335
08400 Granollers
Barcelona, Spain

**SUPER** (Barcelona) Alberto Casaus Boada 
2 Galeria                    **N.L. Returned 10/06/06**
Aptd Oficial de correos 20
08080 Barcelona, Spain.

**RICHY** (Madrid) Jose Luis Alonso Cebrian 
Centro Penitenciario Madrid 2
Carretera De Meco KM 5
28805 Alcala de Henares
Madrid, Spain.

**DIRK** (Lisbon) Dirk Venohr 
JVA Düsseldorf
Vogelsangerweg 236
40470 Düsseldorf, Germany

**ALFONSO** (Madrid) Alfonso Gonzalez Piña 
Centro Penitenciario Zuera
Carretera Nacional 330 Km. 539
50800 Zuera
Zaragoza, Spain

## BELGIUM

**JP** (Ghent) Jean Paul Mouton 
Strafinrichting
Legeweg 200
8200 Brugge, Belgium

**EDDY**(Ghent) Eddy Werbrouck   9559 
Centre Penitentiare
Boite Postal 239
59603 Maubeuge cedex, France.

**MEY** (Coast) Demey Jean Claude 
Strafinrichting
Legeweg 200
8200 Brugge, Belgium

## ITALY

**WEISER** (Bolzano) Hubert Weiser 
Bolzano's jail
Via Dante, 30
39100 Bolzano Italy

# H.A.M.C.    WORLD    B.H.C.    LIST

3/23/2011                                                                                          #5

## GERMANY

**CHEMO** (Hannover) Dominic Gern 
JVA Geeste
Kirschenstraße 15
49744 Geeste

**ANDRE** (Hannover) Andre Stehnke 
JVA Glasmoor
Am Glasmoor 99
22851 Norderstedt, Germany

**RUDI** (Lahr) Rudi Walter 
JVA Freiburg
Hermann-Herderstrasse 8
79104 Freiburg, Germany

**RONNY** (Mannheim) Zvonko Simic 
JVA Darmstadt
Marienburgstrasse 74
64297 Darmstadt, Germany

**PRELLI** (Munich) Mattias Klüber 
JVA Landsberg
Hindenburgring 12
86899 Landsberg, Germany

**GERHARD** (Konstanz) Gerhard Schaal 
JVA Rottenburg
Schloss 1
72108 Rottenburg, Germany

**GILBERT** (Frankfort) Gilbert Grigorenko 
JVA Friedberg
Homburgerstrasse 18
61169 Friedberg, Germany

**MICHA** (Frankfort) Michael Dibowski 
JVA
Vor den Löserbecken 4
64331 Weiterstadt, Germany

**GERHARD** (HAMC) Gerhard Hachenberger 
JVA Diez
Limburger Strasse 122
65582 Diez, Germany

**RENE** (HAMC) Rene Grabowski 
JVA Schwalmstadt
Paradeplatz 5
34613 Schwalmstadt-Ziegenhain, Germany

**ROLF** (HAMC) Rolf Hübner 
JVA Darmstadt
Marienburgstrasse 74
64297 Darmstadt, Germany

**BEBBI** (HAMC) Stephan Laps 
JVA Glasmoor
Am Glasmoor 99
22851 Norderstedt, Germany

**WILLY** (HAMC) Carsten Hertzel
JVA Billwerder
Dweerlandweg 100
22113 Hamburg, Germany

## GERMANY (Continued)

**ANDREE** (West Side) Andree Pröhl 
JVA Bremen
Sonnemannstrasse 2
28239 Bremen, Germany

**UHU** (West Side) Ugur Atak 
JVA Bremen
Sonnemannstrasse 2
28239 Bremen, Germany

**NILS** (Westend) Nils Helmer 
JVA Weiterstadt
Vor den Löserbecken 4
64331 Weiterstadt, Germany

**SCHLAMPER** (Lahr) Dieter Feiszt 
JVA Bruchsal
Kislauer Weg 5 / Aussenstelle
76669 Bad Schonborn, Germany

**RAUL** (Essen) Ralf Rosendahl 
JVA Essen
Kravelstrasse 59
45130 Essen, Germany

**SIGGI** (Essen) Siegfried Vollmer 
JVA
Landgerichtstrasse 2-4
47051 Duisburg, Germany

**SCHIFER** (Reutlingen) Harald Schifer 
JVA Tübingen
Doblerstrasse 18
72074 Tübingen, Germany

**HOPPE** (Nomads) 
c/o HAMC Nomads
Greifswalder Strasse 31
10405 Berlin, Germany

**THOMAS** (Singen) Thomas Quanz 
JVA Stammheim
Asperger Straße 60
70439 Stuttgart, Germany

**KARSTEN** (prospect Essen) Karsten Brüchner 
JVA
Goethestrasse 3
47166 Duisburg, Germany

## DENMARK

**FE** (Nomads) Jorgen Rinke 
Vestre Faengsel
Afd. Vest 1 Postbox 701
2450 Kbh SV. Denmark

**KRUDT** (Copenhagen) Vagn Schmidt 
Vestre Faengsel
Afd. Vest 1
Postbox 701
2450 Kbh SV. Denmark

**SVEND** (Nomads) Svend E. Holst 
Vestre Faengsel
Afd. Vest 1 Postbox 701
2450 Kbh SV. Denmark

HA-00045116

# H.A.M.C.    WORLD    B.H.C.    LIST

3/23/2011    #6

## DENMARK (continued)

**K** (Aalborg)  Jesper Kristoffersen
Statsfængslet i Østjylland
Afdeling E.
Frodedalsvej 3
8700 Horsens, Denmark


**NILLER** (Aalborg) Niels C. Petersen
Statsfængslet i Østjylland
Afdeling E.
Frodedalsvej 3
8700 Horsens, Denmark


**KENNETH** (Aarhus) Kenneth Skovbjerg
Statsfængslet i Østjylland
Afdeling E.
Frodedalsvej 3
8700 Horsens, Denmark


**THOMAS**  (Randers) Thomas Olesen
Statsfængslet i Østjylland
Afdeling E.
Frodedalsvej 3
8700 Horsens, Denmark


**BRANDERBORG** (Randers) Christian Branderborg
Statsfængslet i Østjylland
Afdeling E.
Frodedalsvej 3
8700 Horsens, Denmark


**LUCKY** (Randers) Lars Dalgard
Statsfængslet i Østjylland
Afdeling E.
Frodedalsvej 3
8700 Horsens, Denmark


**WISSING** (Aalborg) Brian Wissing
Statsfængslet i Østjylland
Afdeling E.
Frodedalsvej 3
8700 Horsens, Denmark


**PAYMAN** (Randers) Payman Khademi
Aarhus Arrest
Christiansgade 1
postboks 272
8100 Aarhus C, Denmark


**PINDEN** (Odense) Jan Nielsen
Frederikshavn Arrest
Danmarksgade 6
9900 Frederikshavn, Denmark


**MARTIN** (Odense) Martin Y. Smith
Odense Arrest
Tinghusgade 2
5000 Odense C. Denmark


**TORBEN** (Odense) Torben Nielsen
Arresthuseti Næstved
Ramsherred 2
4700 Næstved, Denmark


**GRAMMY** (Odense) Thomas Gramstrup
Hjørring Arrest
Jernbanegade 12
9800 Hjørring, Denmark


## HOLLAND

**BASS** (Haarlem)  Bas Vogel
HVB De Schie
Prof. Jonkersstrat 7     **N.L. Returned 10/06/06**
3041 JL Rotterdam, Holland

**MARCO** (North Coast)  Marco Hilhorst
AFD E    Pi Esserheem
Meidoornlaan 38
9341 AD Veenhuizen, Holland


## NORWAY

**HANS** (Hamar) Hans Mikkelsen
Ullersmo fengsel
Postboks 2,
2040 Kløfta,  Norway


**EKERN** (Hamar) Roger Ekeberg
Ullersmo fengsel
Postboks 2,
2040 Kløfta,  Norway


**LARS** (Oslo) Lars Sverre Dalby
Ullersmo fengsel
Postboks 2,
2040 Kløfta, Norway


**LUFFE** (Oslo) Leif Olav Thoen
Ullersmo Fengsel
Postboks 2
2040 Kløfta,Norway


**ROTTA** (Oslo) Torkjell Alsaker
Ullersmo Fengsel
Ullersmovn.
Postboks 2
2040 Kløfta, Norway


**ARNE** (Oslo) Arne Vorkinslien
Ullersmo Fengsel
Ullersmovn.
Postboks 2,
2040 Kløfta, Norway


**JAN** (Oslo) Jan Hexeberg
Kongsvinger Fengsel
Vardaasveien 53
2012 Kongsvinger, Norway


**HYPER** (Hamar) Roger Elvsveen
Ullersmo Fengsel
Ullersmovn.
Postboks 2
2040 Kløfta, Norway


**MORTEN** (Hamar) Morten Hoelstad
Hamar Fengsel
Gronnegata 131
Postboks 590
2304 Hamar, Norway


**LEIF** (Trondheim) Leif  Ivar Kristiansen
Tromsoe Kretsfengsel
Box 3260
9275 Tromsoe, Norway


HA-00045117

# H.A.M.C.    WORLD    B.H.C.    LIST

3/23/2011    #7

## FINLAND

**PASI** (Nomads) Pasi Törmänen
Helsingin Vankila
Pl 40
00581 Helsinki, Finland



## SWEDEN

**ERIK** (Karlstad) Erik Moberg
KVA Storboda
195 95 Roserberg, Sweden



**PATTEN** (Karlstad) Patrik Karlsson
Kronobergshäktet
Box 12106
102 23 Stockholm, Sweden



**HJORT** (Karlstad) Stefan Hjorth
Häktet Karlstad
Box 61
651 03 Karlstad, Sweden



**DANI** (Stockholm) Dani Virtanen
KVA Svartsjö
179 05 Svartsjo, Sweden



**RUNE** (Malmoe) Rune Nilsson
Anstalten Kolmården
Torsvägen
618 33 Kolmarden, Sweden



**MIKA** (Stockholm) Mika Touminen
KVA Svartsjö
179 05 Svartsjo, Sweden



**JOHAN** (Prospect Stockholm) Johan Bergh
Kronobergshäktet
Box 12106
102 23  Stockholm, Sweden



**ANTE** (prospect Eastside) Anders Björkman
KVA Kolmården
Torsvägen        **N.L. Returned  08/22/06**
618 33 Kolmården, Sweden



## NEW ZEALAND

**LAWRENCE** (Auckland) Lawrence Bradley
West Division
Wing 3
P.O. Box 50-124
Auckland, New Zealand



## AUSTRALIA

**YOUNG RAY** (Nomads)  Raymond O'reilly
Metropolitan Remand Center
P.O. Box 500
St. Albans 3021
Victoria, Australia



**PETER** (Sidney) Peter Zervas  315433
Silverwater Correctional Center
Locked Mail Bag 115 Business Center
Silverwater Australia 1811



## AUSTRALIA (Continued)

**JAMES**  (Darwin) James Knight
GPO Box 1407
Darwin 0801 Australia



**PETER** (City Crew) Peter Rickeby 392652
Parklea Correctional Delivery Centre
Box 6148
Blacktown 2148  NSW Australia



**SAM** (prospect City Crew)  Sam Cantali  265210
Silverwater Correctional Center
Locked Mail Bag 115 Business Center
Silverwater Australia 1811



## BRAZIL

**JORGE** (Rio) Jorge Diogo Magalhães
Presídio: Esmeraldino Bandeira
Estrada Emilio Maurell Filho 400   **NL Returned 11/17/06**
Bangú - Rio de Janeiro – Brazil  CEP: 21854-010

# H.A.M.C.    WORLD    B.H.C.    LIST

3/23/2011                                                                 #8

## ANNIVERSARY & PROJECTED RELEASE DATES

**BUTCH (Berdoo) Lee Frazier**
Anniversary date:        11/01/67
Projected Realease Date:   Life ??

**POLOCK JOHN (Frisco) John Gzikowski**
Anniversary date:        01/17/86
Projected Realease Date:   12/21/04

**J.R. (Frisco) Carl Serrano**
Anniversary date:        03/05/82
Projected Realease Date:

**J.P. (Frisco) Jason Peterson**
Anniversary date:
Projected Realease Date:

**BRUCE (Sonoma County) Bruce Cooper**
Anniversary date:        12/16/93
Projected Realease Date:

**FRANK (Sonoma County) Frank Brady**
Anniversary date:        08/07/92
Projected Realease Date:   01/01/09

**BUCK (Nomads California) Otis Garrett**
Anniversary date:        03/28/73
Projected Realease Date:

**DANNY RAY (Nomads Ca) Daniel LaJocies**
Anniversary date:
Projected Realease Date:   03/19/07

**RANDY (Nomads Ca.) Randy Picchi**
Anniversary date:
Projected Realease Date:

**ALBERT (San Jose) Albert Solis**
Anniversary date:
Projected Realease Date:

**TONY (Merced Co.) Tony Aquino**
Anniversary date:
Projected Realease Date:

**ANGELO (Oakland) Angelo Trangali**
Anniversary date:
Projected Realease Date:

**JOHN (Oakland) John Wilbur**
Anniversary date:        09/03/04
Projected Realease Date:   10/24/07

**BOBBY T (Shasta Co) Robert Thompson**
Anniversary date:
Projected Realease Date:

**DIRT (Dago) Ronald Liquori Sr.**
Anniversary date:        02/22/80
Projected Realease Date:   Life

**BRIAN (Dago) Brian Brewer**
Anniversary date:        05/02/01
Projected Realease Date:   10/ /2154

**ROCCO (Dago) Rocco Gulatta**
Anniversary date:        12/02/01
Projected Realease Date:

**GUY (Dago) Guy Castiglione**
Anniversary date:        12/30/72
Projected Realease Date:

**NICK (Dago) Nick Carusso**
Anniversary date:        09/05/02
Projected Realease Date:

**GREG (Dago) Greg Bunch**
Anniversary date:
Projected Realease Date:

**WHITEY (Dago) Patrick H Robinson**
Anniversary date:
Projected Realease Date:

**DAMO (Dago) Daymond Buchanan**
Anniversary date:
Projected Realease Date:

**CHAD (Dago) Chad Wilson 44168**
Anniversary date:
Projected Realease Date:

**PAT (prospect Dago) Patrick Haggerty**
Anniversary date:           Prospect
Projected Realease Date:    Sept. 15, 2007

**D.J. (prospect Dago) Darren Mann**
Anniversary date:           Prospect
Projected Realease Date:    10/01/09

**SMILIN' RICK (Nomads Washington) Richard Fabel**
Anniversary date:
Projected Realease Date:

**RICKY (Nomads Washington) Ricky Jenks**
Anniversary date:
Projected Realease Date:

**CAL (Phoenix) Calvin Brett Schaefer**
Anniversary date:
Projected Realease Date:

**PUFF (Phoenix) Francis Stone**
Anniversary date:        10/18/97
Projected Realease Date:

**ROD (Phoenix) Rodney Cox Sr.**
Anniversary date:
Projected Realease Date:

**KEVIN (Mesa) Kevin Augustiniak**
Anniversary date:        10/18/00
Projected Realease Date:

**DENNIS (Nomads Arizona) Dennis Den Besten**
Anniversary date:
Projected Realease Date:

**SNAKE (Nomads Arizona) Greg Surdukan**
Anniversary date:        11/28/98

HA-00045119

# H.A.M.C.   WORLD   B.H.C.   LIST

3/23/2011                                                                                                        #9

| | |
|---|---|
| **Projected Release Date:**       07/25/14 | **Projected Realease Date:** |
| **DOUG (Tucson) Douglas Dam**<br>**Anniversary date:**<br>**Projected Realease Date:**       05/10/08 | **MATT (New Roc City) Matthew O'Dell**<br>**Anniversary date:**<br>**Projected Release Date:** |
| **SLUT DOUG (Phoenix) Douglas Wistrom**<br>**Anniversary date:**<br>**Projected Realease Date:** | **JEFF (New Roc City) Jeff Amato**<br>**Anniversary date:**<br>**Projected Release Date:** |
| **PEPPI (Phoenix) Gregory Heine**<br>**Anniversary date:**<br>**Projected Realease Date:** | **ED (New York) Edward Hartley**<br>**Anniversary date:**<br>**Projected Realease Date** |
| **CHRIS (Las Vegas) Chris Wilson 05867-090**<br>**Anniversary date:**<br>**Projected Realease Date:** | **FAST EDDIE (Rochester) Edward Weathers**<br>**Anniversary date:**<br>**Projected Realease Date** |
| **CORKY (Omaha) Dale Haley**<br>**Anniversary date:**       05-15-69<br>**Projected Realease Date:**       3-19-08 | **SHAGGY (Newark) Thomas Hickman**<br>**Anniversary date:**<br>**Projected Realease Date** |
| **GARY (Omaha) Gary Apker**<br>**Anniversary date:**<br>**Projected Realease Date:** | **LUDLOW MIKE (Berkshire Co) Mike Szlosek**<br>**Anniversary date:**<br>**Projected Realease Date** |
| **ROOSTER (Minneapolis) Paul Seydel**<br>**Anniversary date:**<br>**Projected Realease Date:** | **JOHNNY BART (Salem) John Bartolomeo**<br>**Anniversary date:**       01/01/96<br>**Projected Realease Date:**       07/27/27 |
| **FRIZZY (Cleveland) John Bonds**<br>**Anniversary date:**       04/08/88<br>**Projected Realease Date:** | **GREG (Salem) Greg Domey**<br>**Anniversary date:**       06/26/80<br>**Projected Realease Date:** |
| **STEVEN (Cleveland) Steven Yee**<br>**Anniversary date:**       06/28/84<br>**Projected Realease Date:** | **BIKER DAN (Salem) Dan Lewis**<br>**Anniversary date:**<br>**Projected Realease Date:** |
| **MARK (Cleveland) Mark Verdi**<br>**Anniversary date:**       05/20/88<br>**Projected Realease Date:** | **TONY (Salem) Anthony Eicks**<br>**Anniversary date:**       11/21/95<br>**Projected Realease Date:** |
| **LOUSY (Chicago) Len Stocki**<br>**Anniversary date:**       12/02/94<br>**Projected Realease Date:** | **DANNY (Nomads Ct.) Danny Klimas**<br>**Anniversary date:**       01/05/95<br>**Projected Realease Date:** |
| **GREASE (Rockford) Michael Deacon**<br>**Anniversary date:**       12/02/94<br>**Projected Realease Date:** | **JOHN (North Beach) John Anthony Beal**<br>**Anniversary date:**<br>**Projected Realease Date:** |
| **CHANCE (Nomads New York) Chance Heffner**<br>**Anniversary date:**<br>**Projected Realease Date:** | **RICHARD (Trois Riviers) Richard Valle**<br>**Anniversary date:**<br>**Projected Realease Date:** |
| **DIAMOND DAN (NYC) Daniel Bifield**<br>**Anniversary date:**       02/17/75<br>**Projected Realease Date:** | **MAGEL (Quebec City) Magella Houde**<br>**Anniversary date:**<br>**Projected Realease Date:** |
| **FRANK (NYC) Frank Tatulli**<br>**Anniversary date:**       06/14/00<br>**Projected Realease Date:**       09/  /12 | **BOB (Quebec City) Robert Hudon**<br>**Anniversary date:**       05/26/88<br>**Projected Realease Date:** |
| **KEN (New Roc City) Kevin Lubic**<br>**Anniversary date:**<br>**Projected Realease Date:** | **DONAT (Montreal) Jean Paul Ramsey**<br>**Anniversary date:**       03/01/87<br>**Projected Realease Date:** |
| **MARC (New Roc City)Marc Gentile**<br>**Anniversary date:** | **RICHARD (Quebec City) Richard Mayrand**<br>**Anniversary date:** |

HA-00045120

# H.A.M.C.   WORLD   B.H.C.   LIST

3/23/2011 #10

**Projected Realease Date:**

**WALTER (Quebec City ) Walter Stadnick**
**Anniversary date:**
**Projected Realease Date:**

**PUP (Quebec City) Donald Stockford**
**Anniversary date:**
**Projected Realease Date:**

**MOM (Quebic City) Maurice Boucher**
**Anniversary date:**
**Projected Realease Date:**

**CLAUDE (Quebec City) Claude Giguere**
**Anniversary date:**
**Projected Realease Date:**

**GAET (Montreal) Gaetan Comeau**
**Anniversary date:**
**Projected Realease Date:**

**RICHARD (Trois Rivieres) Richard Valle**
**Anniversary date:**
**Projected Realease Date:**

**DANIEL (Quebec City) Daniel Hudon**
**Anniversary date:**
**Projected Realease Date:**

**ALAIN (Quebec City) Alain Harton**
**Anniversary date:**
**Projected Realease Date:**

**LUC (Trois Rivieres) Luc Alaire**
**Anniversary date:**
**Projected Realease Date:**

**GUY (South) Guy Dube**
**Anniversary date:**
**Projected Realease Date:**

**YVES (South) Yves Leduc**
**Anniversary date:**
**Projected Realease Date:**

**SYLVAIN (Trois Rivieres) Sylvain Thifault**
**Anniversary date:**
**Projected Realease Date:**

**SHAWN (London Ontario) Shawn Boshaw**
**Anniversary date:**
**Projected Realease Date:**

**PARIS (North Toronto) Paris Christofaru**
**Anniversary date:**
**Projected Realease Date:**

**TIM (Thunder Bay) Tim Speak**
**Anniversary date:**
**Projected Realease Date:**

**MARIO (Thunder Bay) Mario Minier**
**Anniversary date:**

**Projected Realease Date:**
**DON (Thunder Bay) Donald Minier**
**Anniversary date:**

**Projected Realease Date:**

**LUCKY (Nomads Ontario) Brett Simmons**
**Anniversary date:**
**Projected Realease Date:**

**MICHAEL (Keswick) Michael J Mcilmurray**
**Anniversary date:**
**Projected Realease Date:**

**K.V. (South West) Gary Wadman**
**Anniversary date:**
**Projected Realease Date:**

**VINCENT (Cote D'Azure) Vincent Pelat**
**Anniversary date:**
**Projected Realease Date:**

**MARCO (Paris) Marc Treize**
**Anniversary date:**
**Projected Realease Date:**

**BALLU (prospect Lorraine) Christian Wester**
**Anniversary date:** <span style="color:red">Prospect</span>
**Projected Realease Date:**

**MOUS (prospect Nimes) Oumrani Mostafa**
**Anniversary date:**
**Projected Realease Date:**

**WEISER (Bolzano) Karl-Heinz Weiser**
**Anniversary date:** <span style="color:red">08/26/00</span>
**Projected Realease Date:**

**POCI (Barcelona)  David C. Perez**
**Anniversary date:**
**Projected Realease Date:**

**DIRK (Lisbon) Dirk Venohr**
**Anniversary date:** <span style="color:red">11/12/99</span>
**Projected Realease Date:**

**ALFONSO (Madrid) Alfonso Gonzalez Piña**
**Anniversary date:**
**Projected Realease Date:**

**SUPER (Barcelona) AlbertoCasaus Boada**
**Anniversary date:**
**Projected Realease Date:**

**RICHY (Madrid) Jose Luis Alonso**
**Anniversary date:**
**Projected Realease Date:**

**JP (Ghent) Jean Paul Mouton**
**Anniversary date:** <span style="color:red">07/15/97</span>
**Projected Realease Date:**

**EDDY (Ghent) Eddy Werbrouck**
**Anniversary date:** <span style="color:red">12/30/03</span>
**Projected Realease Date:**
**MEY (Coast) Demey Jean Claude**
**Anniversary date:**
**Projected Realease Date:**

**CHEMO (Hannover) Dominic Gern**
**Anniversary date:** <span style="color:red">11/12/99</span>
**Projected Realease Date:**

HA-00045121

# H.A.M.C.    WORLD    B.H.C.    LIST

3/23/2011 #11

**ANDRE (Hannover) Andre Stehnke**
Anniversary date: 12/13/02
Projected Realease Date:

**RUDI (Lahr) Rudi Walter**
Anniversary date: 01/03/03
Projected Realease Date:

**RONNY (Mannheim) Zwonko Simic**
Anniversary date: 02/02/00
Projected Realease Date:

**PRELLI (HAMC Munich) Mattias Klüber**
Anniversary date: 12/14/02
Projected Realease Date:

**GERHARD** (Konstanz) Gerhard Schaal
Anniversary date: 11/29/02
Projected Realease Date:

**GILBERT (HAMC) Gilbert Grigorenko**
Anniversary date: 11/12/99
Projected Realease Date:

**MICHA (Frankfort) Michael Dibowski**
Anniversary date: 11/01/03
Projected Realease Date:

**GERHARD (HAMC) Gerhard Hachenberger**
Anniversary date: 11/12/99
Projected Realease Date:

**RENE (HAMC) Rene Grabowski**
Anniversary date: 11/12/99
Projected Realease Date:

**ROLF (HAMC) Rolf Hübner**
Anniversary date: 11/12/99
Projected Realease Date:

**BEBBI (HAMC) Stephan Laps**
Anniversary date: 12/09/94
Projected Realease Date:

**WILLY (HAMC)  Carsten Hertzel**
Anniversary date:
Projected Realease Date: 11/20/92

**ANDREE  (West Side) Andree Pröhl**
Anniversary date: 10/14/06
Projected Realease Date:

**UHU  (West Side) Ugur Atak**
Anniversary date: 09/14/02
Projected Realease Date:

**NILS (Westend) Nils Helmer**
Anniversary date: 05/16/06
Projected Realease Date:

**SCHLAMPER (Lahr) Dieter Feiszt**
Anniversary date: 05/08/06
Projected Realease Date:

**RAUL (Essen) Ralf  Rosendahl**
Anniversary date: 01/21/05
Projected Realease Date:

**SIGGI (Essen) Siegfried Vollmer**
Anniversary date: 01/19/05
Projected Realease Date:

**HOPPE (Nomads)**
Anniversary date:
Projected Realease Date:

**THOMAS (Singen) Thomas Quanz**
Anniversary date: 05/19/06
Projected Realease Date:

**SCHIFER (Reutlingen)  Harald Schifer**
Anniversary date: 10/2/5/00
Projected Realease Date:

**KARSTEN (prospect Essen) Karsten Brüchner**
Anniversary date: Prospect
Projected Realease Date:

**FE  (Nomads Denmark) Jorgen Nielsen**
Anniversary date: 11/06/93
Projected Realease Date:

**KRUDT (Copenhagen) Vagn Schmidt**
Anniversary date: 12/31/87
Projected Realease Date:

**SVEND (Nomads Denmark) Svend E. Holst**
Anniversary date: 01/04/96
Projected Realease Date:

**K (Aalborg)  Jesper Kristoffersen**
Anniversary date: 07/27/02
Projected Realease Date:

**NILLER (Aalborg) Niels C. Petersen**
Anniversary date:
Projected Realease Date:

**THOMAS  (Randers) Thomas Olesen**
Anniversary date: 11/02/02
Projected Realease Date:

**BRANDERBORG (Randers) Christian Branderborg**
Anniversary date: 11/02/02
Projected Realease Date:

**LUCKY (Randers) Lars Dalgard**
Anniversary date: 09/01/01
Projected Realease Date:

**WISSING (prospect Aalborg) Brian Wissing**
Anniversary date: Prospect
Projected Realease Date:

**PAYMAN** (Randers) Payman Khademi
Anniversary date:
Projected Realease Date:

**KENNETH (Aarhus) Kenneth Skovbjerg**
Anniversary date:
Projected Realease Date:

**PINDEN (Odense) Jan Nielsen**
Anniversary date:
Projected Realease Date:

# H.A.M.C.   WORLD   B.H.C.   LIST

3/23/2011 #12

**MARTIN (Odense) Martin Y. Smith**
Anniversary date:
Projected Realease Date:

**TORBEN (Odense) Torben Nielsen**
Anniversary date:
Projected Realease Date:

**GRAMMY (Odense) Thomas Gramstrup**
Anniversary date:
Projected Realease Date:

**PASI (Nomads) Pasi Törmänen**
Anniversary date:
Projected Realease Date:

**ERIK (Karlstad) Erik Moberg**
Anniversary date:
Projected Realease Date:

**PATTEN (Karlstad) Patrik Karlsson**
Anniversary date:
Projected Realease Date:

**HJORT (Karlstad) Stefan Hjorth**
Anniversary date:
Projected Realease Date:

**DANI (Stockholm) Dani Virtanen**
Anniversary date:
Projected Realease Date:

**RUNE (Malmoe) Rune Nilsson**
Anniversary date:
Projected Realease Date:

**MIKA (Stockholm) Mika Touminen**
Anniversary date:
Projected Realease Date:

**JOHAN (Prospect Stockholm) Johan Bergh**
Anniversary date:
Projected Realease Date:

**ANTE (prospect Eastside) Anders Björkman**
Anniversary date:       Prospect
Projected Realease Date:

**EKERN (Hamar) Roger Ekeberg**
Anniversary date:       05/08/99
Projected Realease Date:

**HANS (Hamar) Hans Mikkelsen**
Anniversary date:       05/08/99
Projected Realease Date:

**MORTEN (Hamar) Morten Hoelstad**
Anniversary date:       05/08/99
Projected Realease Date:

**HYPER (Hamar) Roger Elvsveen**
Anniversary date:       05/08/99
Projected Realease Date:

**LARS (Oslo) Lars Sverre Dalby**
Anniversary date:       01/18/00
Projected Realease Date:

**ARNE (Oslo) ArneVorkinslien**
Anniversary date:       09/14/96
Projected Realease Date:

**JAN (Oslo) Jan Hexeberg**
Anniversary date:       10/22/02
Projected Realease Date:

**LUFFE (Oslo) Leif Olav Thoen**
Anniversary date:       09/14/03
Projected Realease Date:

**ROTTA (Oslo) Torkjell Alsaker**
Anniversary date:       09/14/96
Projected Realease Date:

**LEIF (Trondheim) Leif Ivar Kristiansen**
Anniversary date:       08/01/92
Projected Realease Date:

**ESPEN (Oslo) Espen Juliussen**
Anniversary date:       07/08/03
Projected Realease Date:

**BASS (Haarlem) Bass Vogel**
Anniversary date:
Projected Realease Date:

**MARCO (North Coast) Marco**
Anniversary date:
Projected Realease Date:

**YOUNG RAY (Nomads) Raymond Oreily**
Anniversary date:
Projected Realease Date:

**PETER (Sidney) Peter Zervas**
Anniversary date:
Projected Realease Date:

**JAMES (Darwin) James Knight**
Anniversary date:
Projected Realease Date:       02/05/07

**PETER (CityCrew) Peter Rickeby**
Anniversary date:
Projected Realease Date:

**SAM (prospect CityCrew) Sam Cantali**
Anniversary date:       Prospect
Projected Realease Date:

**LAWRENCE (Auckland) Lawrence Bradley**
Anniversary date:       12/27/05
Projected Realease Date:

**JORGE (Rio) Jorge Diogo Magalhães**
Anniversary date:       12/23/00
Projected Realease Date:       12/00/10

HA-00045123