**Exhibit 8**

| | | |
|---|---|---|
| STATE OF SOUTH DAKOTA | ) | IN CIRCUIT COURT |
| | ) SS. | MAGISTRATE DIVISION |
| COUNTY OF MEADE | ) | FOURTH JUDICIAL CIRCUIT |

| | |
|---|---|
| STATE OF SOUTH DAKOTA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | AFFIDAVIT IN SUPPORT OF |
| ) | REQUEST FOR SEARCH WARRANT |
| Michael Ryan Fitzpatrick ) | |
| DOB: ) | |
| ) | |
| Milo L. Campbell ) | |
| DOB: ) | |
| ) | |
| Defendant. ) | |

The undersigned, Agent John Griswold, being duly sworn upon oath, respectfully requests a Search Warrant to be issued for the following property:

- Major case prints from Michael Fitzpatrick and Milo Campbell
- Photographs of Michael Fitzpatrick and Milo Campbell

The undersigned respectfully requests that the Search Warrant be issued to permit a search at the following premises for the above-described property:

- The person of Michael Fitzpatrick
- The person of Milo Campbell

The undersigned requests a Search Warrant to be issued because the above-described property is:

(PLACE INITIALS IN THE APPROPRIATE BLANK)

_AG_ Property that constitutes evidence of the commission of a criminal offense;
____ Contraband, the fruits of crime, or things otherwise criminally possessed;

0803258

1

Enc. 23 Pg. 1

EXPERT-00001372

*(initialed)* Property designed or intended for use in, or which is or has been used as the means of committing a criminal offense.

The undersigned requests:

(PLACE INITIALS IN THE APPROPRIATE BLANKS)

\_\_\_\_\_ Execution of Search Warrant at night pursuant to 23A-25-4.

\_\_\_\_\_ That no notice be given prior to the execution of Search Warrant pursuant to SDCL 23A-35-9.

*(initialed)* Authorization to serve the Search Warrant on Sunday;

*(initialed)* Execution of the Search Warrant during the daytime.

The facts in support of the issuance of a Search Warrant are as follows:

I, John Griswold, am a Special Agent with the South Dakota Division of Criminal Investigation and have been so employed for over 8 years. I am currently assigned to the Rapid City office conducting criminal and drug investigations and have completed training for this position. I have been involved in investigations that include homicides, aggravated assaults, firearms violations and conducting investigations into drug crimes.

On 8-9-08 at approximately 1:00AM, a shooting took place at the Loud American Road House which is a bar/restaurant on Main Street of Sturgis, SD. Investigation has revealed that Michael Fitzpatrick and Milo Campbell were involved in an altercation in the bar. Witness interviews indicated that Fitzpatrick and Campbell were actively engaged in fighting with members of the Iron Pigs motorcycle club. Fitzpatrick and Campbell were identified as members of the Hells Angels motorcycle club.

During the Altercation, a member of the Iron Pigs drew a handgun and shot a member of the Hells Angels. The Hells Angels member that was shot is not Fitzpatrick or Campbell.

2

Enc. 23 Pg. 2

EXPERT-00001373

Attempted interviews with Fitzpatrick and Campbell resulted in both individuals requesting an attorney. Both Fitzpatrick and Campbell are not being detained by law enforcement at this time.

Investigation has revealed that member(s) of the Iron Pigs motorcycle club were involved in a fight with Fitzpatrick and Campbell. Both Fitzpatrick and Campbell were detained in close proximity of where the altercation took place.

Based on my training and experience, I know that an individual involved in a fight may have injuries on areas of his/her body which would include bruising, scratches, or other types of markings/injuries visible to the naked eye. These types of injuries can by documented by photography. Interviews of witnesses in this investigation reveal that the fight involving the mentioned parties was of a physical nature in that the parties were punching and wrestling. Witnesses also report that individuals involved in the fight were falling or wrestling on the floor which further reiterates the possibility of visible markings/injuries on Fitzpatrick and Campbell.

Major case prints of Fitzpatrick and Campbell will be utilized in the further investigation of this incident. Major case prints will provide comparison quality prints to prove of disprove handling of items recovered at the crime scene.

Your Affiant requests a Search Warrant to be issued for the above listed items to aid in this investigation.

_____
Signature of Affiant
Special Agent John Griswold
Official Title

Subscribed and sworn to before me, in my presence, this 9th day of August 2008.

(Magistrate) (Circuit Court Judge) (Notary)
JODI R. RUFF
Commission Expires May 12, 2011

3

Enc. 23  Pg. 3

EXPERT-00001374