**Exhibit 9**



# DEATHHEAD PURPLE HEART



Any member who has earned the

## DEATHHEAD PURPLE HEART

has given his blood, in the

Defense and Honor of the

## HELLS ANGELS MOTORCYCLE CLUB.

and shall forever be revered

by his fellow members

## AFFA

STRENGTH & HONOR