**Exhibit 10**

HAMC Charter IP License Schedule B:  Charter Certificate

