**Exhibit 11**

## OUT OF CLUB

<u>SAN JOSE</u>
Charter

☒ Member

☐ Prospect

☐ Hangaround





<u>CHRIS KNOWLTON</u>
Name

<u>' BIG CHRIS '</u>
A.K.A.



Address

<u>6 - 8 - 17</u>
Date Out

<u>LEFT – NO CONTACT</u>
Reason

_____
Additional Info

DRIVERS LISCENSE

## OUT OF CLUB

FRESNO
Charter

☑ Member

☐ Prospect

☐ Hangaround





KIRK ALLEN PURCARO
Name

N/A
A.K.A.



Address

Address

12-12-14
Date Out

OUT
Reason

Additional Info



HADOCS-002921

## <u>OUT OF CLUB</u>

Santa Cruz California

_____

Charter

☐ Member

■ Prospect

☐ Hangaround



Glen Gilbert

_____

Name

_____

A.K.A.

_____

Email

_____

Address

_____

Address

03-20-2014

_____

Date Out

Out

_____

Reason

_____

Additional Info





DRIVERS LISCENSE

## OUT OF CLUB

S.F.V
_____
Charter

COLby SToker
_____
Name

☒ Member

☐ Prospect

☐ Hangaround





Date Out

CondueT UnbecomING
Reason

NO ConTACT
Additional Info



- HE LOST HIS LISCENSE -

DRIVERS LISCENSE #

HADOCS-002924