**Exhibit 13**

# FRESNO COUNTY BYLAWS & RULES

## BYLAWS NO COWARDS

1. You must own or possess a Harley-Davidson motorcycle at all times. Some exception can be made due to finances deemed by charter at that time.
2. No pipes – No hypes – No exceptions.
3. No rats – no informants. You will not send someone to jail or prison due to your testimony or comments given in a statement. No cops – Retired, current or have trained or even considered.
4. No child molesters.
5. No (___).
6. Must have and conduct a weekly meeting. (church)
7. Must be over 21 years of age.
8. There will be **NO** stealing amongst members and prospects.
9. There will be no lying amongst members. (kicked out)
10. Must pay *Due's.*

## VOTES (making it count)

1. Must be a member to Vote.
2. A member must be in good standing in order to have a Vote count.
3. *ALL* members will be notified one week before a vote is taken. You must attend the meeting that votes are collected to have a vote count.

1

HADOCS-002889

4. Your dues must be reasonably current in order for your vote to count. Exceptions - If a member is on parole or in the hospital and (<u>attends</u>), his vote will count. Charter issues only.
5. *IF* your membership is in question your vote will not count on that issue and on that issue alone. (your membership)
6. If your patch is boxed, your vote will not count.

## *VOTING* (the numbers)

1. Vote for hang-around and prospect will be (2/3 majority.)
2. Vote for membership will be (100%). If there is only one NO vote it must be explained and accepted by charter.
3. Vote for discharge of membership. (majority)
4. Vote for rules and motions. (2/3'rd majority)
5. Votes for fines and punishment. (majority)
6. Votes for officers will be (<u>motioned first and seconded</u>) and will be motioned one week prior to the charters anniversary. The week of the charter anniversary, votes will be counted. (<u>majority</u>).

2

HADOCS-002890

## TREASURY

1. Dues: members will pay monthly dues of $100.00. Members will pay weekly dues of $25.00 but will not exceed $100.00 for that month or less than $100.00 for that month.
2. To change dues amount will require a written motion one month prior to vote. It will require 2/3rd's majority to change amount or payment plans.
3. Members 3 months behind on dues will be brought up before charter to have their patch boxed (until paid).
4. *Fines from charter will be paid towards "U.S.A. Run" and kept in separate account for, "U.S.A. use only.* Vote to use money otherwise. (majority).
5. *Fines* to be doubled when paid late, unless charter votes to allow more time. Motion to be brought up one month prior to due date. (2/3'rds majority to accept or not).
6. Disciplinary fines not mentioned in a rule will be brought up and voted on the next week. (majority)

## MAINTAINING MEMBERSHIP

1. Must attend weekly meeting. Missing meeting will be punished with a *fine of $25.00. (prospects - doubled)*. To have fine levied must be brought up to the membership the next week by offender and voted on. Majority rules. Incarceration or reasonable Health-Issues will be excused.

3

## *MAINTAINING MEMBERSHIP*

2. Any member missing 3 meetings in a row without the charters approval will be brought up for discharge of membership.
3. Members must ride their Harley-Davidson motorcycle to meetings at least 75% of the time. From March 31st through November 1st.
4. Members must wear their patch to every meeting.
5. Members must keep and maintain a running Harley-Davidson motorcycle. Down time on members motorcycles will be limited to 6 weeks max., during riding season. (March 31st-November 1st). A $50.00 *fine* will be imposed after 6-week period is up. Also, $50.00 will be paid towards the 6-weeks if expired time has lapsed.
6. Members will maintain a current driver's license with a motorcycle endorsement at all times. *Fine for suspended* drivers license will be $50.00 per month.
7. Members will maintain current registration on Harley-Davidson motorcycle that is ridden by that member. *Fine* will be $50.00 per month not current. This rule applies to insurance as well.
8. Members will not be influenced by narcotics or alcohol during or prior to meetings. You will be kicked out of the meeting and *fined $25.00* and counted as absent for that meeting.
9. A member will not have sexual relations with another member or prospects wife or girlfriend. Punishable by taking membership.

4

10. Members and prospects will fight one on one. No weapons. *Fine $100.00.* If offense is great enough their membership will be brought before the charter for discharge. (2/3rd's majority)
11. Every member and prospect will file for a passport. Prospect will not make member without filing. Member will be *fined $100.00* per year not filed. (excused on eligibility).
12. Officers will ride in front of the motorcycle pack. Members behind Officers, prospects behind members, hang-around behind prospects, friends and others behind hang-around.
13. A member with a conduct problem will be brought up before the charter for Vote of Punishment (2/3rd's majority). That problem must question integrity of our club or charter.
14. A member must make engagements on time. If an engagement time is agreed upon and not met you will be *fined $1.00 per minute* you are late.
15. A misconduct punished by a fine must be announced in meeting and reported to Treasurer by offender. Must also announce status of money being paid on the fine.
16. Only members will be present in meetings unless determined otherwise by charter. Guests will be brought up one week prior to attending meetings.
17. Only members will wear our patch. No exceptions.

HADOCS-002893

18. You must maintain membership for over one year before you can transfer. <u>Before transferring you must be in good standing. (dues, fines paid in full).</u> You must also bring up intention of transfer at least one week before leaving charter. We will not except a members transfer into our charter without one year of good membership and a letter of transfer from their charter. Their dues and fines must be paid in full and meet our membership requirements. (2/3r'ds majority vote before entering our charter).
19. You will maintain a current "property list" of club property. <u>Property lists and updates will be twice a year. Due July 1st and December 31st.</u>
20. Club property will not be made without charters knowledge and approval. This includes all club indicia (Shirts, hats, rings, patches etc.)
21. Lost or stolen property will be punishable by $100.00 fine per article. It will also be reported and announced as soon as possible.
22. Members will make mandatory runs. <u>Missing a mandatory run will result in a **FINE**.</u>

<small>*Fine Double after the Charter leaves for RUNS*</small>

    South Run - $ 100.00
    North Run - $ 100.00
    U.S.A.    - $ 250.00

<small>*When a member is*</small>
~~If a member~~ chosen to attend the world run backs out for a reason not accepted by the charter he will be fined $1000,00

23. A member will conduct himself in an orderly way during meetings. No Disruptions. *Fine $10.00 per offense.*

6

HADOCS-002894

24. New member probation period is 5yrs. The first year he will maintain the clubhouse and other probate duties if there are no prospects or hangarounds at this time. During the 5yr. period the member will attend all club functions and participate in the charter. The front of the new member vest is up to the discretion of the charter.

2300.00
~~1300.00~~ +

**Making Member** - $1,000.00 membership fee. Includes a background check, vest and patch, visiting charters, maintaining clubhouse and make "U.S.A. Run" before being voted in.

**Tattoos** – A new member will get a club tattoo within a 30 day period. You must be a member for 5yr.s to get a full back tattoo. *Leaving Memberships* – Black out tattoos. (upon reason) Quitting -will have out date, letters of same size.

**Quitting** – May come back after one year to original charter.(if charter O.K.)

**Patch in Box** - 1. No vote for 30 days
    2. All Hells Angel indicia will not be worn.
    3. Your Office Held – forfeited.
    4. Discussion of collateral at this time will be brought up if needed.
    5. Member will get his act together in 30 days or may be up for re-vote of his membership.
    6. <u>Will attend all club functions.</u>
    7. <u>Patch in box 30 day minimum</u>!

7