**Exhibit 14**

## New Prospect Form

**South Bend, IN**

**Charter**

**Prospect**





**Name:**

**Charles Smith**

**AKA:**

**Chuck Smith**

**Address:**

**Date In:**

4-27-2012

**Date Out:**

**Reason:**

**Additional Info:**

