**Exhibit 15**

## Analysis on how to use Left and Out.
*Made by a European Working Group*

At the last European meeting, we discussed and agreed on make recommendations to the world concerninghow we use **Left** and **Out** todayand how to use Left and Out in the future. Due to recent cases, the European representatives also wanted to know if there could/should be other terms used in connection with people leaving our club. Several European countries wanted to present motions concerning this matter, but before they do we should try to analyze the situation on how these terms has been-and should be used in the future.After all, we are talking about something that usually belongs under charter autonomy.

We have two official terms:

**Left:** The person leaves the club for different personal reasons, or he is told to leave the club or he will be thrown out. This person is okay with the club and can sometimes visit the club etc. The members can talk and socialize with him, as they like. The former member should write Left and the date in an obvious way near his tattoos, give back his Hells Angels paraphernalia and respect the club and its rules after leaving. The charter can change Left to Out, if the person does not respect the club or new information concerning his dismissal turns up.

**Out:** The person is thrown out of the club and no one wants to see him again. He will have to cover up his tattoos and stay out of sight. Nobody can have any kind of contact with him unless his former charter gives permission, or a majority of his country wants to investigate the matter of his dismissal. It is expected that an Out person will end up with no contact at all, but there can be different reasons and problems which have to be solved, before the final no contact can be imposed.

There is nothing in our rules/traditions that says that all "Out" people should be beat up on sight. That story must originate from old misunderstandings, the police or the media. Most cases of Out differ from one another and therefore Out people will be treated in different ways. Also Out people can be treated different in different countries as long as it fits our rules/traditions.

A charter can revoke an Out decision, make the person to Left, and even bring him back to the club after one year away from the club and one year as a prospect. Alsoa

EXPERT-00000319

charter or a country can change the decision if they find foul play concerning the person's dismissal from the club.

**Terms:** During the last period, we have seen many different terms used when people are leaving our club and that is part of the reason that we have a problem. We will name them here:

- Left - no contact.
- Left - no contact, and they can never come back.
- Out – no contact.
- Out - bad.

We have described Left and Out and this is what we think about the other terms that are being used.

**Left – no contact:** This term came up as a kind of uncertain status while the charter was looking into matters that wouldhave influence on their final decision. Some countries want to use this term as a permanent statusconcerning people who is Left and should not have any contact with other members or charters in the future. The Working Group thinks that we should only have the traditional terms Left and Out. The charter can place restrictions or conditions on his Left status as they wish.

**Left – no contact, and they can never come back:** This is a term that was somehow invented to a special situation. A charter wanted to make it clear, that this person (persons) can never return to the club. The Working Groups opinion is, that a wording like that means Out.

**Out – no contact:** This term is fairly new and does not relate to anything we have because Out is always with no contact (look definition above).

**Out – bad:** The use of the word "bad" makes the Working Group think about when we got rid of the wording "out in bad standing". There is no such term as Out – Bad. When you are Out it is always bad!

**Our recommendation:**

In the end, it is up to the membership to decide on how to use these terms, but the Working believes that we should continue to have only the two traditional terms Left and Out.

EXPERT-00000320

We also think that Left and Out should be defined and written into our World Rules book. To do that we need a motion from a charter.

The European Working Group

EXPERT-00000321