**Exhibit 17**

| | | | | 69. Case No. |
|---|---|---|---|---|
| | SHERIFF'S DEPARTMENT — 3700 | | | 525221 |
| | SAN DIEGO COUNTY | | | |
| | DEPUTY'S REPORT | | | Page 1 of 7 |

| 70. Code Section | 71. Crime | | 72. Classification | |
|---|---|---|---|---|
| 187 P.C. | Murder | | | |

| 73. Victim's Name — Last, First, Middle (Firm if Business) | 74. Addrs. | Residence | Business | 75. Phone |
|---|---|---|---|---|

V#1:  MORRIS, Emerson Richard, AKA "Red Beard" 9720 Apple St., Spring Valley

V#2:  SMITH, Raymond Lee, ▮▮▮▮▮▮ 'Jingles', ▮▮▮▮▮ El Cajon
V#3:  MORRIS, Dolores, ▮▮▮▮▮▮▮▮, Spring Valley

On 9-5-77 at 1640 hrs., the undersigned was advised by Sgt. KING of the Communications Center that a freeway shooting had occurred north of Escondido on southbound I-15 at El Norte Parkway. The victims appeared to be bikers with one dead at the scene and another transported to Palomar Hospital. Escondido P.D. and the California Highway Patrol had responded to the scene initially and after a determination was made by Escondido P.D. that the site was County, they requested SDSO Homicide Investigators.

I arrived at the scene at approximately 1805 hrs., and contacted Sgt. LARSON, SDSO Homicide. LARSON stated that there were four victims of the shooting. One dead at the scene and three injured at Palomar Hospital. Detective F. BALMER, SDSO Homicide, was at the hospital attempting to interview the witnesses. The four victims had been  riding on two different motorcycles which were approximately one-quarter mile apart.

Other personnel at the scene at this time were:

        Detective D. MC CLURE, Homicide
        Deputy D. E. PAPP #248
        Deputy Coroner M. MURPHY
        "        "      Sue BARNETT
        Lt. BAILEY, S.I.D.
        Deputy Ban RAMSEY, S.I.D.
        Criminalist Bill SHARP, S.I.D.
        CHP Officer CAUGHMAN, Gerald #6264
        "      "      BROWN, Barton #8023

The scene of the shooting is the southbound lanes of a six lane interstate freeway which runs north and south on the west end of the City of Escondido.

On the dirt shoulder west of the southbound lanes, 15' from the edge of the blacktop and 224' north of the El Norte Parkway exit sign post, I observed the body of a white male adult, face down, partially lying on his right side. The victim was bent forward at the waist with his head pointed in a southerly direction. His left leg was extended and straight in an easterly direction. The right leg was bent at the knee and under his left leg.  His left arm was also extended with the hand between his legs at the thighs. His right arm was bent at the elbow with the hand beneath his chest area.

(CONTINUED)

| Reporting Officers D. PORTUGUEZ/HOMICIDE | Recording Officer | | Typed By LMO | Date and Time 10-7-77 | Routed By |
|---|---|---|---|---|---|

| Further Action | | | | Reviewed By | Date |
|---|---|---|---|---|---|
| ☐ Yes   ☐ No | Copies To: | ☐ Detective   ☐ Juvenile   ☐ Dist. Atty.   ☐ S.O./P.O. | ☐ CII   ☐ Patrol   ☐ Other   ☐ Other | R. Ruiz | 10-7-77 |

OCT 10 1977

Form SD.40          DISTRIBUTION: White (Original) & Green to Records Division. Canary, Pink, Golden Rod for Office Files

EXPERT-00001422

| | | 69. Case No. |
|---|---|---|
| **SHERIFF'S DEPARTMENT – 3700** | | 525221 |
| SAN DIEGO COUNTY | | |
| DEPUTY'S REPORT | | Page 2 of 7 |

| 70. Code Section | 71. Crime | 72. Classification | | | |
|---|---|---|---|---|---|

| 73. Victim's Name – Last, First, Middle (Firm if Business) | 74. Addrs. | Residence | Business | 75. Phone |
|---|---|---|---|---|
| V#1: MORRIS, Emerson Richard | | | | |

V#2:   SMITH, Raymond Lee
V#3:   MORRIS, Dolores

The victim had been covered by a green cloth sleeping blanket which had been removed from his property on his motorcycle.

The victim's face was resting on a folded yellow plastic CHP body blanket. A small fresh pool of blood was visible beneath his face and chest areas.

The victim was dressed in blue Levis, brown lace type boots, black leather jacket, and cutoff Levi Mongol colors. A black leather glove was on his left hand. The victim also had a full beard and mustache.

Identity of the victim was made through a California Driver's License ████████, Emerson Richard MORRIS.

To the left of the victim parked on the shoulder and pointed in a southerly direction was a Harley Davidson motorcycle, maroon in color, California License #3J3274 with '78 tabs. The motorcycle was towing a blue Fiberglass Cycle Kamp camping trailer, California License #NK3388 with '78 tabs. On top of the trailer was a green plastic ice chest, a pair of sunglasses and a green cloth sleeping blanket similar to the one used to cover the victim. Mounted on the trailer fork was a black ammunition can. On top of the can was a black leather glove for the right hand.

The motorcycle had two black leather saddle bags mounted on the rear which were locked with small padlocks. Blood stains were noted on the gas tank, engine and frame. The left side view mirror was broken out and a bullet hole was observed in the lower left hand corner. The flanged metal around the hole extended outwards from the chrome frame. A black rubber padding directly behind the license plate had a bullet groove on top from the left rear towards the right front.

The undersigned and Deputy Coroner Sue BARNETT then turned the victim on his back for a brief examination. His jacket was unbuttoned which revealed a heavy concentration of fresh blood on his chest. What appeared to be a gunshot entrance wound was noted on his right upper chest and one on the mid left abdomen.

The victim's hands and head were then bagged and the body released to the coroner.

The entire crime scene was photographed by Deputy Ben RAMSEY of S.I.D. and blood samples taken by criminalist Bill SHARP. In checking the crime scene further, we observed drops of blood located on the pavement of the right hand lane 112' north and another at 200'

(CONTINUED)

| Reporting Officers | Recording Officer | Typed By | Date and Time | Routed By |
|---|---|---|---|---|
| D. PORTUGUEZ/HOMICIDE | | LMO | 10-6-77 | |

| Further Action | ☐ Yes ☐ No | Copies To: | ☐ Detective ☐ Juvenile ☐ Dist. Atty. ☐ S.O./P.O. | ☐ C11 ☐ Patrol ☐ Other ☐ Other | | |
|---|---|---|---|---|---|---|

Reviewed By   R. ████   Date 10-7-77

Form SO-40     DISTRIBUTION: White (Original) & Green to Records Division; Canary, Pink, Golden Rod for Office Files

EXPERT-00001423

| | | 69. Case No. |
|---|---|---|
| | | 525221 |

SHERIFF'S DEPARTMENT — 3700

SAN DIEGO COUNTY
DEPUTY'S REPORT

Page __3__ of __7__

| 70. Code Section | 71. Crime | 72. Classification |
|---|---|---|

| 73. Victim's Name — Last, First, Middle (Firm if Business) | 74.Addrs. | Residence | | Business | 75. Phone |
|---|---|---|---|---|---|
| V#1:  MORRIS, Emerson Richard | | | | | |

V#2:   SMITH, Raymond Lee
V#3:   MORRIS, Dolores

north from the front end of the Harley Davidson motorcycle.  No other drops of blood were located any further north than 200'.

At this time Detective MC CLURE interviewed CHP officers CAUGHMAN and BROWN who were the first officers on the scene.  Following these interviews, MC CLURE proceeded with the Lab Unit to the location of the other motorcycle, a three-wheel special vehicle, located approximately ½ mile south of our location.  For complete details of these interviews and second crime scene inspection, refer to his follow-up reports.

I was then joined at the crime scene by Detective BALMER who had possible suspect and vehicle description obtained from a hand written statement from witness, John Allen MILLER, DOB: 10-26-55, 1525 Tanglewood Lane, Escondido, 743-7808.   The possible suspect vehicle was described as a Buick or Pontiac, 60's model, black over gold.  This handwritten statement had been given to Escondido P.D. initially by MILLER.

This information was subsequently put out on an All Points Bulletin to Stop and Detain. Detective BALMER also obtained other possible witness information from Deputy Coroner Sue BARNETT.  For complete details, refer to his follow-up report.

At 1845 hrs., on 9-5-77, I contacted the only remaining witness at the scene, William Henry CLOVER, ███████████████████████

CLOVER stated that he was southbound on I-15 in the second lane from the right driving his Volkswagen.  CLOVER passed the victims because they were traveling slower than he.  CLOVER did not observe any other traffic in the southbound lanes.  CLOVER heard several loud shots after he passed the victims and thought it was the motorcycle breaking up. CLOVER observed the victims pull over to the side and the male fall off the two-wheel bike.  He kept going south on I-15 and decided to go back and check to see what happened. CLOVER remembers seeing a horse and rider on the hill east of the freeway when the first victim fell off his motorcycle.  (End of interview).

Both motorcycles were then impounded by Allied Gardens Towing, Escondido, (746-6500) and taken directly to the Sheriff's Regional Crime Laboratory.  Refer to Deputy PAPP'S vehicle impound report.

At approximately 2015 hrs., BALMER and I were advised that San Diego P.D. had effected a stop on a possible suspect vehicle southbound on I-15 at Miramar Naval Air Station,

(CONTINUED)

| Reporting Officers | Recording Officer | Typed By | Date and Time | Routed By |
|---|---|---|---|---|
| D. PORTUGUEZ/HOMICIDE | | LMO | 10-6-77 | |

| Further Action | ☐ Yes  ☐ No | Copies To: | ☐ Detective  ☐ Juvenile  ☐ Dist. Atty.  ☐ S.O./P.O. | ☐ C11  ☐ Patrol  ☐ Other  ☐ Other | | |
|---|---|---|---|---|---|---|

Reviewed By _____  Date 10-7-77

Form SO-40        DISTRIBUTION: White (Original) & Green to Records Division, Canary, Pink, Golden Rod for Office Files

EXPERT-00001424

| | | | 69. Case No. |
|---|---|---|---|
| SHERIFF'S DEPARTMENT — 3700 | | | 525221 |
| SAN DIEGO COUNTY DEPUTY'S REPORT | | | Page 4 of 7 |

| 70. Code Section | 71. Crime | 72. Classification | | | | |
|---|---|---|---|---|---|---|

| 73. Victim's Name — Last, First, Middle (Firm if Business) | 74. Addrs. | Residence | | Business | 75. Phone |
|---|---|---|---|---|---|
| V#1:   MORRIS, Emerson Richard | | | | | |

V#2:   SMITH, Raymond Lee
V#3:   MORRIS, Dolores

and were requesting our assistance.  We proceeded to that location and contacted S.D.P.D. Sgt. Dave ELLIOT #359 and Officers W. V. ROBBINS #589 and Daniel KUNKEL #1537.  The vehicle was a 1965 Gold Buick, California License #MPG 101.

As a result of the following individuals were temporarily detained and transported back to Escondido P.D. for questioning:  Larry Dean MULLENIX, █████████████, ████████████████, Joseph JASTZEMSKI, ████████████████ Escondido, ████████ and David Charles EDWARDS, █████████████████████ (████████.

No connection between these subjects and the shootings could be established and they were subsequently released.

At 2400 hrs., on 9-5-77, I contacted Joseph Charles McARDLE, ████████████, █████████████, Escondido, ████████ by telephone after he called our Communications Center.

McARDLE stated that he had just watched the late news on Television and became aware of what had actually occurred on the freeway earlier.  He had been southbound on I-15 from Lawrence Welk's and first observed the two motorcycles, a two-wheeler pulling a trailer and a three-wheeler, just prior to getting on the new section of I-15 North of Escondido. Approximately ½ mile north of El Norte Parkway, he heard two bursts of rapid fire.  McARDLE did not observe any vehicles around him but remembers seeing one car between him and the motorcycles.  McARDLE could not offer a description of the vehicle between him and the motorcycles.  McARDLE observed the motorcycle towing the trailer to pull onto the shoulder of the road and the victim roll off onto the ground.  The three-wheel motorcycle was in the second lane to the right.  It slowed, swerved to the left and then back to the right. McARDLE continued southbound on I-15 not realizing what had happened.

On 9-6-77 at 0845 hrs., I received a telephone call from Franklin William HARDY, DOB: ████████, ████████████ San Diego, ████████████.

HARDY stated that on 9-5-77 around 1600 hrs., he was southbound on I-15 north of Escondido driving a motor home.  He observed two motorcycles in the right lanes ahead of him when he looked in his rear view mirror and saw a white car southbound in his lane approaching at a fast rate of speed.  The vehicle was being driven erratically and at an excessive speed.  The white car passed him and he never saw it again.  As HARDY approached El Norte Parkway, he saw the motorcycles off to the side of the road and thought it was a traffic accident.  HARDY could not offer a description of the white vehicle but stated his ten year

(CONTINUED)

| Reporting Officers D. PORTUGUEZ/HOMICIDE | Recording Officer | | Typed By LMO | Date and Time 10-6-77 | Routed By |
|---|---|---|---|---|---|

| Further Action | ☐ Yes  ☐ No | Copies To: | ☐ Detective  ☐ Juvenile  ☐ Dist. Atty.  ☐ S.O./P.O. | ☐ C11·  ☐ Patrol  ☐ Other  ☐ Other | Reviewed By | Date 10-7-77 |

EXPERT-00001425

| SHERIFF'S DEPARTMENT – 3700 | | 69. Case No. |
|---|---|---|
| SAN DIEGO COUNTY | | 525221 |
| DEPUTY'S REPORT | | Page 5 of 7 |

| 70. Code Section | 71. Crime | 72. Classification |
|---|---|---|

| 73. Victim's Name — Last, First, Middle (Firm if Business) | 74. Addrs. | Residence | Business | 75. Phone |
|---|---|---|---|---|
| V#1:  MORRIS, Emerson Richard | | | | |

V#2:  SMITH, Raymond Lee
V#3:  MORRIS, Dolores

old son had observed several people in the car.

On 9-6-77 at 1300 hrs., I witnessed the autopsy of Raymond SMITH at the Coroner's Office. The attending pathologist was Dr. KATSUYAMA and Deputy RAMSEY of S.I.D. was the photographer. I viewed the victim lying supine on an examination table with a coroner's surgical incision on the femoral artery on his right leg.  A grim reaper tattoo was located on his left upper chest; a motorcycle with the words 'MONGOLS INC. SAN DIEGO' and "CHARAKOA" were tattooed on his left outer bicep.  One gunshot entrance wound, 5/16" x ½", was located on his left lower chest and another 5/16" x ½" entrance wound located on his right upper chest.  Above the entrance wound located on the lower left chest was a surgical cutdown performed at Palomar Hospital Emergency Room.

Dark discoloration areas were noted behind the victim's right shoulder and inner right bicep.  Examination of the chest cavity revealed perforations of the left lung, liver, spleen and colon.  Fragmented copper jacketed (with lead) missiles were removed from the victim's right rear bicep behind the right shoulder and from the connecting tissue next to the mid spine on the left side.

Trajectory of the shots were from left front towards right rear.  The right upper chest entrance wound projectiles were lodged in the upper right arm.  The lower left chest entrance wound projectiles were lodged in the victim's internal organs and spinal area. Both projectiles exploded upon impact.

Cause of death was given as laceration and hemorrhaging of lung (left), liver, spleen and colon due to gunshot wounds.

On 9-6-77 at 1635 hrs., I contacted Steven Noah ROSENELATT of 3145 Lytton Street, San Diego, (222-8961) by telephone.  ROSENELATT had previously contacted our Communications Center with possible information.

ROSENELATT stated that he and his girlfriend, Odette Jean BURTON, DOB: 10-6-52, 3605 Utah St., San Diego, (291-8389), had been southbound on I-15 the afternoon of 9-5-77 and had followed the motorcycles a long way.  Upon reaching the new section of I-15 where the road widens, he was in the left hand lane and the motorcycles were in the right hand lanes.  As he passed them he heard what sounded like backfires but then realized the sounds were two rapid bursts of gunfire.  ROSENELATT looked to his right and saw a straffing effect on the dirt embankment.  He remembers telling his girlfriend that was gunfire and then observed a car swerve in front of him in the left lane at an excessive speed.  This car then swerved right

(CONTINUED)

| Reporting Officers | Recording Officer | Typed By | Date and Time | Routed By |
|---|---|---|---|---|
| D. PORTUGUEZ/HOMICIDE | | LMO | 10-7-77 | |

| Further Action | Copies To: | | | |
|---|---|---|---|---|
| ☐ Yes | ☐ Detective | ☐ C11 | | |
| ☐ No | ☐ Juvenile | ☐ Patrol | | |
| | ☐ Dist. Atty. | ☐ Other | | |
| | ☐ S.O./P.O. | ☐ Other | Reviewed By  C. R. Rug | Date 10-7-77 |

Form SO-40          DISTRIBUTION: White (Original) & Green to Records Division, Canary, Pink, Golden Rod for Office Files

EXPERT-00001426

| | | | 69. Case No. |
|---|---|---|---|
| | SHERIFF'S DEPARTMENT — 3700 | | 525221 |
| | SAN DIEGO COUNTY | | |
| | DEPUTY'S REPORT | | Page 6 of 7 |

| 70. Code Section | 71. Crime | 72. Classification | | |
|---|---|---|---|---|

| 73. Victim's Name – Last, First, Middle (Firm if Business) | 74. Addrs. | Residence | Business | 75. Phone |
|---|---|---|---|---|
| V#1: MORRIS, Emerson Richard | | | | |

V#2: SMITH, Raymond Lee
V#3: MORRIS, Dolores

in front of another vehicle almost colliding.  The vehicle appeared to be full of people and ROSENELATT observed it to take the Highway 78 offramp towards Oceanside.  As ROSENELATT continued southbound the motorcycles faded from view.

ROSENELATT described the vehicle as possibly a late 60's model Cadillac, black vinyl roof over gold metallic.  The car did not appear to be well kept.

Arrangements were made for ROSENELATT and BURTON to come to the Main Office on 9-7-77 at 1200 hrs. to look at automobile identification books.  The type vehicle they picked as most closely resembling the car was a 1970 Oldsmobile, Delta 88, 2-door from a 1970 Automobile Index Mug Book.

BURTON also added at this time that she remembered the car to have chrome wheels or large hubcaps and that a male in the back seat had long black hair.

On 9-7-77 at 1000 hrs., I attended the autopsy of Edward MORRIS aka 'Red Beard' at the Coroner's Office.  Dr. KATSUYAMA was the attending pathologist and Deputy Ben RAMSEY was present for photographs.

I viewed the victim's body lying supine on an examination table.  A coroner's surgical incision was observed on the femoral artery.  A tattoo of the word 'MONGOLS' with a motorcycle was visible on the left outer bicep.  Below this words 'M.C. SAN DIEGO' were tattooed.  Tattooed on the outer right wrist was a peace symbol.

Abrasions were noted on the victim's bridge on nose and above the top lip on the left side.  Dark discolorations were observed on the victim's lower right abdomen and lower left rib cage area.

A 3/8" x ½" gunshot entrance wound was located on the lower left abdomen and another 1" x 1½" gunshot entrance wound was located on the top right chest area below the collar bone.  Both projectiles exploded upon impact into numerous pieces.

Examination of the chest cavity revealed a bruised left lung.  Two fragmented projectiles were recovered in the flesh of the lower right abdomen area below the rib cage.  Three fragmented projectiles were recovered in the front right shoulder area.  Trajectory of the gunshots were at a left front to right rear angle.

(CONTINUED)

| Reporting Officers | Recording Officer | Typed By | Date and Time | Routed By |
|---|---|---|---|---|
| D. PORTUGUEZ/HOMICIDE | | LMO | 10-7-77 | |

| Further Action | ☐ Yes ☐ No | Copies To: | ☐ Detective ☐ Juvenile ☐ Dist. Atty. ☐ S.O./P.O. | ☐ CII ☐ Patrol ☐ Other ☐ Other | Reviewed By  C. R. Ring | Date 10-7-77 |
|---|---|---|---|---|---|---|

EXPERT-00001427

| | 69. Case No. |
|---|---|
| SHERIFF'S DEPARTMENT — 3700<br>SAN DIEGO COUNTY<br>DEPUTY'S REPORT | 525221 |
| | Page 7 of 7 |

| 70. Code-Section | 71. Crime | 72. Classification |
|---|---|---|
| | | |

| 73. Victim's Name — Last, First, Middle (Firm if Business)<br>V#1:  MORRIS, Emerson Richard | 74.Addrs. | Residence | | Business | 75. Phone |
|---|---|---|---|---|---|

V#2:  SMITH, Raymond Lee
V#3:  MORRIS, Dolores

Cause of death was given as hemorrhaging due to gunshot wounds.

On 9-7-77, Detectives T. CARROLL, D. MC CLURE, R. KRAFT and Sgt. C. RING, S.D.S.O Homicide, checked the area of the crime scene again and recovered an expended .223 Cal. cartridge north of the spot where MORRIS expired.  For complete details, refer to their follow-up reports.

On 9-8-77, at 1020 hrs., I received a telephone call from Sgt. BAILEY of the Narcotics Task Force.  BAILEY stated that information received from an informant indicated the slayings were carried out by members of the Hells Angels Motorcycle Gang in retaliation for a dope ripoff involving a new narcotic on the streets referred to as P2P.  Additionally, the murder weapon was supposed to have been a M-1 or similar.  According to the informant one of the victims should have been a Mongol known as 'HONKY'.

On 9-9-77 at 0900 hrs., I was advised by Lt. STANDRING of the El Cajon Police Department that he had a tape recording of an anonymous telephone call regarding the shootings which had been received by his Department on 9-8-77 at 2045 hrs.  I met with Lt. STANDRING at El Cajon P.D. at 1030 hrs. and listened to the tape.  The caller was a female who stated that a possible incident might occurr on Saturday night, 9-10-77, on north Second Street, in El Cajon as possible retaliation.  The female would not identify herself and added that the information was third hand.  The tape was then retained by the undersigned.  The night of 9-10-77 passed without incident.

On 9-9-77 at approximately 1600 hrs., a bombing occurred at the Conrad Mortuary in Lemon Grove.  This incident was responded to by Detectives T. CARROLL and R. KRAFT, S.D.S.O. Homicide.  Due to the fact that the shootings and bombing appeared to be related, CARROLL and KRAFT assumed investigation of Case #525221.

For related information on statements given by the victims, refer to Detective F. BALMER'S follow-up report.

INVESTIGATION CONTINUING.

| Reporting Officers<br>D. PORTUGUEZ/HOMICIDE | Recording Officer | Typed By<br>LMO | Date and Time<br>10-7-77 | Routed By |
|---|---|---|---|---|

| Further Action | Yes / No | Copies To: | Detective / Juvenile / Dist. Atty. / S.O./P.O. | C11 / Patrol / Other / Other | Reviewed By C R Ring | Date 10-7-77 |

Form SO-40     DISTRIBUTION: White (Original) & Green to Records Division; Canary, Pink, Golden Rod to Office Files

EXPERT-00001428

| | 69. Case No. |
|---|---|
| SHERIFF'S DEPARTMENT — 3700 | 525725 |
| SAN DIEGO COUNTY | |
| DEPUTY'S REPORT | Page 1 of 9 |

| 70. Code Section | 71. Crime | 72. Classification | | |
|---|---|---|---|---|
| 12303.3 P.C. | Bombing | | | |

| 73. Victim's Name — Last, First, Middle (Firm if Business) | 74. Addrs. | Residence | X Business | 75. Phone |
|---|---|---|---|---|
| CONRAD MORTUARY | 7387 Broadway, Lemon Grove | | | 460-4601 |

On 9-9-77 at 1530 hrs., I was contacted at my residence by Sgt. KING/Sheriff's Communications Center, and directed to proceed to Conrad's Mortuary, 7387 Broadway, Lemon Grove, to investigate an explosion which caused injury to two persons.

I proceeded to the stated location, arriving at 1650 hrs.  Present at the scene were:

> Sgt. RING/SDSO Homicide
> Detective CARROLL/SDSO Homicide
> Detective MC CLURE   "   "
> Representatives of: SDSO & SDPD Intelligence, A.T.F.
> Deputy C. E. GOUGE #565/Lemon Grove Sheriff's Patrol
> Deputy R. E. FIELDS 507/"      "      "      "
> Deputy J. BOER #278      "      "      "      "
> Deputy W. E. HOGUE #684 "      "      "      "
> Sgt. J. LASUER          "      "      "      "
> Numberous other Supervisors, Deputies, Reserve Deputies and
> Explorer Scouts from the San Diego Sheriff's Office

Shortly after my arrival, Deputy Dave JOHNSON/SDSO Bomb-Arson Detail, arrived and began an investigation into the explosion.

I contacted Sgt. RING and he advised me there were two persons in the Grossmont Hospital Emergency Room being treated for injuries sustained when the explosion occurred.  Sgt. RING directed me to Grossmont Hospital to interview the two injured men.  Sgt. RING briefed me on the known occurrences prior to, during and after the explosion and I viewed the scene.

I proceeded to Grossmont Hospital Emergency Room, arriving at 1703 hrs., and contacted the nurse who stated the two injured persons were being treated by Dr. R. D. SORNSON, M.D. (Business telephone: 465-0711).  I contacted Dr. SORNSON who stated that there were two patients:  CANNING, James and LOWERY, William.

The doctor stated CANNING had an injury to the little finger of his left hand which would cause him to lose two-thirds of that finger.  He stated CANNING had no other known injuries.

(CONTINUED)

| Reporting Officers | Reporting Officer | | Typed By | Date and Time | Routed By |
|---|---|---|---|---|---|
| KRAFT/HOMICIDE | R. f. Kraft   9 | | JMR | 10-20-77 | |

| Further Action | Copies To: | | |
|---|---|---|---|
| ☐ Yes | ☐ Detective | ☐ C11 | |
| ☐ No | ☐ Juvenile | ☐ Patrol | |
| NOV 16 1977 | ☐ Dist. Atty. | ☐ Other | Reviewed By |
| | ☐ S.O./P.O. | ☐ Other | |

Form SO-40        DISTRIBUTION: White (Original) & Green to Records Division: Canary, Pink, Golden Rod for Office Files

EXPERT-00001264

| | | | 69. Case No. | |
|---|---|---|---|---|

SHERIFF'S DEPARTMENT — 3700
SAN DIEGO COUNTY
DEPUTY'S REPORT

Page __2__ of __9__

| 70. Code Section | 71. Crime | 72. Classification | | | | |
|---|---|---|---|---|---|---|
| 73. Victim's Name — Last, First, Middle (Firm if Business) | | 74.Addrs. | Residence | Business | 75. Phone | |

The doctor stated LOWERY had possible internal injuries. The X-ray showed a fracture of the left 10th rib and spleenic shadow, indicating a possible injury to the spleen.

When I talked to Dr. SORNSON, both victims were out of the Emergency Room in X-Ray. While waiting in the ER for the return of the victims, I contacted FURZE, Bruce Clark, ▮▮▮▮▮▮▮▮▮▮▮▮ (no phone) unemployed.

FURZE stated he is a Mongol Bike Club member and was present at the mortuary when the explosion occurred. FURZE stated he was standing outside the front door of the mortuary when he observed a white male subject, 5-10, medium build, brown hair, curly, "Like an Afro" wearing a "baby blue suit" with white gloves. FURZE stated the man appeared clean shaven. The man walked from the side of the mortuary, casually, around the front of the building, past the front door.

At that time FURZE heard an explosion at the rear of the mortuary and ran in that direction. He did not see the subject in the blue suit again. FURZE stated he did not know the subject and could not identify the subject if he saw him again.

At this point CANNING was returned to the Emergency Room and I terminated the interview with FURZE.

At 1730 hrs., I interviewed CANNING, James (NMN) II, WM, ▮▮▮▮▮▮▮▮▮▮▮▮ Santee (residence phone: ▮▮▮▮▮▮ ).

CANNING stated that he and LOWERY had been sitting in CANNING'S truck, later identified as a 1977 Chevrolet pickup, maroon color, VIN: CKL 2472212176, with temp. window sticker. The truck was parked facing a cement block wall in the rear parking lot of the mortuary, a short distance from the vehicle where the explosion took place. CANNING stated he and LOWERY were armed and were acting as guards, during the wake, at the mortuary. CANNING stated he observed a Rambler station wagon, light color, with the side and rear windows painted, drive into the parking lot and park "10 or 20 feet away." The driver of the Rambler left the engine running, exited, closed the front door, opened the rear door, took some flowers out of the rear seat area and carried them to the mortuary rear door. The Rambler driver left the flowers in the mortuary, walked back out to the parking lot, around to the street side and walked along the side of the mortuary until he was out of sight.

(CONTINUED)

| Reporting Officers | | Recording Officer | | | Typed By | Date and Time | | Routed By |
|---|---|---|---|---|---|---|---|---|
| KRAFT/HOMICIDE | | R. F. Kraft | 9 | | JMR | 10-20-77 | | |
| Further Action | ☐ Yes  ☐ No | Copies To: | ☐ Detective  ☐ Juvenile  ☐ Dist. Atty.  ☐ S.O./P.O. | ☐ C11-  ☐ Patrol  ☐ Other  ☐ Other | | | | |
| | | | | Reviewed By | | | | |

Form SO-40          DISTRIBUTION: White (Original) & Green to Records Division; Canary, Pink, Golden Rod for Office Files

EXPERT-00001265

| | 69. Case No. |
|---|---|
| SHERIFF'S DEPARTMENT — 3700 | 525725 |
| SAN DIEGO COUNTY | |
| DEPUTY'S REPORT | Page 3 of 9 |

| 70. Code Section | 71. Crime | 72. Classification | | | | |
|---|---|---|---|---|---|---|
| 73. Victim's Name — Last, First, Middle (Firm if Business) | | | 74. Addrs. | Residence | Business | 75. Phone |
| CONRAD MORTUARY | | | | | | |

CANNING stated the only description he could give was that the subject appeared to be tall and was wearing a light blue suit (NFD). CANNING stated the subject had been out of sight for a very short time when an explosion occurred. CANNING stated he and LOWERY exited the truck and prepared themselves for the attack they assumed was forthcoming. They were contacted by Deputy Sheriffs a short time later.

CANNING stated he is not a Mongol, does not own nor ride a motorcycle. He stated he has several close friends in the club and was "helping out."

CANNING stated he is unable to identify the suspect. The interview was terminated.

At 1745 hrs., I interviewed LOWERY, William Van Cleveland, █████████, El Cajon.

LOWERY stated he and CANNING were sitting in CANNING'S pickup truck parked a short distance from the rear of the mortuary, in the mortuary parking lot, facing a cement block wall. The block wall is parallel to the rear of the mortuary. LOWERY was seated on the passenger side of CANNING'S truck.

LOWERY stated he observed a light colored station wagon drive into the parking lot and stop to the left and rear of the vehicle LOWERY was in. A caucasian male exited the station wagon, obtained some flowers from the rear of the station wagon and walked to the rear of the mortuary. LOWERY stated the flowers were red and white. He stated all of the flowers at the mortuary were black and white.

He stated he assumed the people inside the mortuary would contact the subject and have him change the colors. The subject left the flowers in the rear of the mortuary, walked out of the parking lot to the street and out of sight toward Broadway. A short time later an explosion occurred in the parking lot.

LOWERY stated he exited the truck and stood near the cement block wall in front of the truck. He stated his vision was affected and he was unable to see well. He stated he was shortly contacted by Deputy Sheriffs.

(CONTINUED)

| Reporting Officers | Reporting Officer | Typed By | Date and Time | Routed By |
|---|---|---|---|---|
| KRAFT/HOMICIDE | R. F. Kraft 9 | JMR | 10-20-77 | |

| Further Action | Yes No | Copies To: | Detective Juvenile Dist. Atty. S.O./P.O. | C11 Patrol Other Other | Reviewed By | | |
|---|---|---|---|---|---|---|---|

Form SO-40     DISTRIBUTION: White (Original) & Green to Records Division; Canary, Pink, Golden Rod for Office Files

EXPERT-00001266

| | | 69. Case No. |
|---|---|---|
| **SHERIFF'S DEPARTMENT — 3700** | | 525725 |
| SAN DIEGO COUNTY | | |
| DEPUTY'S REPORT | | Page __4__ of __9__ |

| 70. Code Section | 71. Crime | 72. Classification | | | |
|---|---|---|---|---|---|
| 73. Victim's Name — Last, First, Middle (Firm If Business) | | 74. Addrs. | Residence | Business | 75. Phone |
| CONRAD MORTUARY | | | | | |

LOWERY described the suspect as: WM, 5-8/5-9, slender, dark wavy shoulder length hair, sideburns and a neatly trimmed goatee; wearing: a blue suit with white gloves (NFD). LOWERY stated he could not identify the subject. The interview was terminated.

I returned to the scene of the explosion and assisted Sgt. RING. The front license plate of the Rambler station wagon was recovered at the scene. A Registration check was made at the Lemon Grove Patrol Station which indicated the Registered owner of the 1962 Rambler was: MIRANDA, Oscar A., 3604 Arruza, San Diego. The phone book gave his phone number as: 423-6899.

I contacted Mr. MIRANDA by phone. He stated he had owned the Rambler but it had developed engine problems. He stated his son, Carlos, had taken the car to a mechanic named ESTOPIER, on Sweetwater Road in National City. The mechanic was told to repair the Rambler and sell it. Mr. MIRANDA stated ESTOPIER did repair and sell the vehicle. Mr. MIRANDA was unable to furnish any information regarding the buyer.

Mr. ESTOPIER was contacted the following day, 9-10-77 by Detectives McCLURE and CARROLL. (Refer to their reports.) Mr. ESTOPIER stated he sold the vehicle to a caucasian male but had no information as to who the man was. He stated he had the man fill out a Notice of Sale, the DMV form, but kept no records at his place of business. DMV, Sacramento was contacted and we were advised the person had signed the form with the following information: HENDERSON, Richard, 916 Melrose, or Melrore, Chula Vista. Detective McCLURE and myself attempted to contact the residents of the house at that address but there was no response to our knocking. We contacted neighbors who stated a Mexican couple lived at the address. No other street in Chula Vista resembled the street named. Further investigation indicated the person who signed the form had falsified the document. A request was made to DMV to forward a copy of the form to us.

On 9-10-77, 1000 hrs., I received a phone call from FLEURY, Ruth. Ms. FLEURY stated she was the owner of the Flower Barrell, a flower shop at 6931 Federal Boulevard, Lemon Grove. She stated she had heard the news broadcast regarding the bomb explosion.

Arrangements were made for an interview with Ms. FLEURY at the Lemon Grove Patrol Station, at 1300 hrs., 9-12-77. Ms. FLEURY identified herself as: FLEURY, Ruth H., DOB: 10-14-42, residence: 3155 Mt. Acmar Ct., San Diego (279-0319); business address: 6931 Federal Boulevard, Lemon Grove (461-6581).

(CONTINUED)

| Reporting Officers | Recording Officer | Typed By | Date and Time | Routed By |
|---|---|---|---|---|
| KRAFT/HOMICIDE | *R. F. Kraft F 9* | JMR | 11-3-77 | |

| Further Action | | Copies To: | | | |
|---|---|---|---|---|---|
| ☐ Yes | | ☐ Detective | ☐ C11 | | |
| ☐ No | | ☐ Juvenile | ☐ Patrol | | |
| | | ☐ Dist. Atty. | ☐ Other | | |
| | | ☐ S.O./P.O. | ☐ Other | Reviewed By | |

Form SO-40     DISTRIBUTION: White (Original) & Green to Records Division; Canary, Pink, Golden Rod for Office Files

EXPERT-00001267

| | | 69. Case No. |
|---|---|---|
| | | 525725 |

**SHERIFF'S DEPARTMENT — 3700**

SAN DIEGO COUNTY

DEPUTY'S REPORT

Page  5  of 9

| 70. Code Section | 71. Crime | 72. Classification | | | | |
|---|---|---|---|---|---|---|
| 73. Victim's Name -- Last, First, Middle (Firm if Business)<br>CONRAD MORTUARY | | 74. Addrs. | Residence | | Business | 75. Phone |

At 1250 hrs., 9-10-77, I interviewed an employee of the Flower Barrell. She identified herself as" LAQUE, Monica Louise, ████████, residence: ████████, San Diego (████████; business: 6931 Federal Boulevard, Lemon Grove (461-6581). Monica stated she was working the afternoon shift on 9-9-77. At approximately 1430 hrs., 9-9-77, she observed a caucasian male, in his late 30's, 5-10, slender, thin face, lines or acne on face, medium brown hair to below shoulders, brown eyes, wearing a light blue suit, white shirt with open neck.

Monica stated the subject walked around the building for a period of time before entering. After the flowers were ready, the subject put on white, cloth gloves before accepting them. The subject paid for the flowers and left the building. He entered a vehicle, parked next to the business.

The vehicle was described: Late model El Camino or Ranchero style truck, copper-bronze color with a white camper. The vehicle was driven by another person but Monica could not describe him. The interview was terminated.

On 9-12-77 at 1300 hrs., I interviewed Ruth FLEURY. Ms. FLEURY stated she was working at the flower shop during the afternoon of 9-9-77. She stated she first became aware of a male subject walking around the area next to the flower shop. She was waiting on another customer and paid no further attention to the subject until he walked to the door. The subject left the doorway back out into the parking area and returned three or four times, looking in but not entering the flower shop. When the customer completed the transaction and left the shop, Ms. FLEURY walked to the front door and asked the male subject, "May I help you?" The subject stated, "I am waiting." Mrs. FLEURY returned to the interior of the flower shop and continued with her activities.

She observed City buses pass by the shop on Federal Boulevard but noticed that the subject was still standing outside. After a short period of time, the subject came into the shop. The subject stated, "I have to order some funeral flowers and I am kind of in a hurry." Ms. FLEURY asked if the flowers were for a man or woman, and the subject stated, "For a man." She asked if he had any preference as to the type of flowers. The subject stated, "I don't care what it is as long as it is nice." Mrs. FLEURY handed the subject the flower arrangement book and turned the pages to the general area of the funeral arrangements. The subject turned the pages until he had found an arrangement for under $20. The subject was holding a twenty dollar bill in his hand at the time. He selected red and white carnations.

(CONTINUED)

| Reporting Officers<br>KRAFT/HOMICIDE | Recording Officer<br>R. F. Kraft 9 | Typed By<br>JMR | Date and Time<br>11-3-77 | | Routed By |
|---|---|---|---|---|---|

| Further Action | ☐ Yes  ☐ No | Copies To: | ☐ Detective  ☐ Juvenile  ☐ Dist. Atty.  ☐ S.O./P.O. | ☐ C1í  ☐ Patrol  ☐ Other  ☐ Other | Reviewed By |
|---|---|---|---|---|---|

Form SO-40     DISTRIBUTION: White (Original) & Green to Records Division; Canary, Pink, Golden Rod for Office Files

EXPERT-00001268

| | | 69. Case No. |
|---|---|---|
| SHERIFF'S DEPARTMENT — 3700 | | 525725 |
| SAN DIEGO COUNTY | | |
| DEPUTY'S REPORT | | Page 6 of 9 |

| 70. Code Section | 71. Crime | 72. Classification | | | |
|---|---|---|---|---|---|
| 73. Victim's Name — Last, First, Middle (Firm if Business) CONRAD MORTUARY | | 74. Addrs. | Residence | Business | 75. Phone |

Ms. FLEURY attempted to have the subject pick a color combination and other details of the arrangement, but the subject stated, "I don't care what you do, I am in a hurry. How long is this going to take?" Ms. FLEURY advised the subject that they had free delivery service and the subject stated, "No, I'll take it myself." Ms. FLEURY stated that she would prepare the arrangement. The subject stated, "How long is it going to take?" Ms. FLEURY advised him 15 to 20 minutes. He asked if she could do it any faster and she stated she would get the arrangement completed as fast as possible.

The subject asked her two or three times during this period what time it was. Ms. FLEURY stated that she observed he was not wearing a watch. Ms. FLEURY stated the actual order for the flowers was made at 1440 hrs. and the subject picked up the flowers between 1500 and 1505 hrs.

After the flower arrangmeent was completed, Ms. FLEURY looked for the subject around the flower shop, but did not locate him. She returned to the flower shop and in a very short time, observed the subject exit from the passenger side of a vehicle parked next to the shop. The subject entered the flower shop, gave the twenty dollar bill to Ms. FLEURY, she gave him his change, and handed him the flower arrangement. The subject refused to accept the flowers and instead reached in his pocket and withdrew a pair of white nylon gloves. He placed the left glove on his hand and had difficulty with the right. Ms. FLEURY assisted him in getting the right glove on his hand.

It was at this time that Ms. FLEURY noticed the tattoo on the web of his right hand between the thumb and forefinger. The subject accepted the flowers at this time and exited the flower shop without making further comment. He entered the vehicle from which he had previously exited. The vehicle left the parking lot and drove west on Federal Blvd.

Ms..FLEURY described the subject as a white male, 34-35 years, 5-9/5-10, slender, with narrow shoulders and slender waist. The subject was light complected with brown hair, collar length, possibly wavy but brushed out straight. The subject had some gray hair at the temples. The subject had a very neat goatee-style beard--brown with some gray. This subject looked old around the eyes. He was wearing a powder blue sport jacket and powder blue slacks, a long-sleeved white shirt--open at the neck. He was wearing white patent leather loafers. Ms. FLEURY described the subject as appearing to have "Just left a styling salon." She stated he was personally immaculately clean, including hands and fingernails.

The tattoo on his right hand was described by Ms. FLEURY as a four-leaf clover without a stem. The leaves of the clover were merely outlined with blue ink without leaf coloration.
(CONTINUED)

| Reporting Officers KRAFT/HOMICIDE | Recording Officer R. F. Kraft 9 | Typed By JMR | Date and Time 11-4-77 | Routed By |
|---|---|---|---|---|
| Further Action ☐ Yes ☐ No | Copies To: ☐ Detective ☐ Juvenile ☐ Dist. Atty. ☐ S.O./P.O. | ☐ C11 ☐ Patrol ☐ Other ☐ Other | Reviewed By | |

Form SO 10        DISTRIBUTION: White (Original) & Green to Record's Division, Canary, Pink, Golden Rod for Office Files

EXPERT-00001269

| | | | | 69. Case No. |
|---|---|---|---|---|
| | | | | 525725 |

SHERIFF'S DEPARTMENT — 3700

SAN DIEGO COUNTY

DEPUTY'S REPORT

Page ___7___ of __9__

| 70. Code Section | 71. Crime | | 72. Classification |
|---|---|---|---|

| 73. Victim's Name — Last, First, Middle (Firm if Business) | 74. Addrs. | Residence | | Business | 75. Phone |
|---|---|---|---|---|---|
| CONRAD MORTUARY | | | | | |

The clover had a red dot in the center. The entire tattoo was approximately the size of a five cent coin. She stated there was nothing distinctive in his speech or mannerisms.

Ms. FLEURY stated the driver of the suspect vehicle was a caucasian male, 25-28, 5-9/5-10, heavier than the first suspect wearing a short-sleeved white shirt--open at the neck, and light slacks--possibly blue. Subject had medium brown hair, bushy, tied in a ponytail with a light beige nylon scarf.

The vehicle was described as a late model El Camino truck, burgandy color with large tires and Mag wheels on the rear. The vehicle had a cab-high camper shell mounted. The camper shell was white with goldenrod trim. The side windows in the camper shell were green tinted bubble-type windows. The truck and camper were extremely clean and shiny. The license plate was a California blue and yellow plate with the partial license number of: D1011 or D1110.

Ms. FLEURY could give no further information at this time. (Interview terminated.)

On 9-24-77 I received information from an informant that a Hell's Angel, "Terry" and a female, "Pam" had registered in the Hilltop Motel, Highway 78 at Mar Vista, Vista, Room 121, the night before two Mongol bikers, "Jingles" and "Redbeard" were shot in Escondido. The informant stated the information was that "Terry" and "Pam" had come to San Diego to kill "Jingles."

I contacted the manager of the Hilltop Motel on 9-26-77 at 1850 hrs. The managers, BINZER, Horst and Una, produced the registration card for Room 121 for the night of 9/4-5/77. The registration card was signed by Pamela L. DUNN, 1136 Georgia Street, Vallejo, CA. The vehicle was listed as a Ford, California license: WBG 770.

DMV records showed the registered owner as: RUSSELL, Pamela Yvonne, San Diego. I showed a photo lineup, consisting of six photos, number '4' of which was of HOOK, Pamela Yvonne,                        AKA: Pamela DUNN, Pamela RUSSELL, etc. I first showed the lineup to BINZER, Una Denise, Business & Residence phone: 726-7010, and asked her if she recognized anyone as the female who registered the night of 9-5-77 for Room 121. Una BINZER stated, "If I had to say, I would say, vaguely, Number 4."

(CONTINUED)

| Reporting Officers | Recording Officer | | Typed By | Date and Time | Routed By |
|---|---|---|---|---|---|
| KRAFT/HOMICIDE | R. F. Kraft | 9 | JMR | 11-4-77 | |

| Further Action | Yes Copies To: | Detective | C1i | | | |
|---|---|---|---|---|---|---|
| | No | Juvenile | Patrol | | | |
| | | Dist. Atty. | Other | | | |
| | | S.O./P.O. | Other | Reviewed By | | |

DISTRIBUTION: White (Original) & Green to Records Division; Canary, Pink, Golden Rod for Office Files

EXPERT-00001270

| 69. Case No. |
| --- |
| 525725 |

SHERIFF'S DEPARTMENT — 3700

SAN DIEGO COUNTY
DEPUTY'S REPORT

Page __8__ of __9__

| 70. Code Section | 71. Crime | 72. Classification | | | |
| --- | --- | --- | --- | --- | --- |
| 73. Victim's Name — Last, First, Middle (Firm if Business) CONRAD MORTUARY | | 74.Addrs. | Residence | Business | 75. Phone |

I next contacted BINZER, Horst (nmn)                    Vista (726-7010).
I asked Horst BINZER the same question and he stated, "It is very vague but I would say
number four."

"Terry" was tentatively identified as Terry DALTON, a member of the Hell's Angels
motorcycle club.

The space on the registration card, which indicated the number of guests, was marked "2."
I asked Una BINZER, who had taken the registration from Pamela DUNN, why she had
written the number "two." She stated, "I must have seen someone else in the car to
charge for two. This is the rate for two." Una BINZER stated that she could not recall
if she had actually seen someone else in the car. (The interview was terminated.)

I contacted Ruth FLEURY on 10-11-77 and requested she submit to hypnosis to attempt
to ascertain a license number for the suspect vehicle. She stated she would cooperate
and an appointment was made with Bill BARRAS, 2                              for
10-13-77 at 1300 hrs.

Detective CARROLL contacted Diane SMITH, widow of Raymond SMITH, AKA "Jingles" and
requested her to submit to hypnosis. Diane SMITH, even though present when her husband
was killed, stated she remembered nothing and refused to cooperate with us.

On 10-13-77 at approximately 1330 hrs., Ruth FLEURY was placed in a hypnotic state by
Mr. BARRAS and related the same facts as she had related previously in the original
interview, with a very few exceptions regarding the vehicle. The revised description:

VEHICLE: Late model Chevrolet El Camino or Ford Ranchero
Burgundy color with tan interior
Wood-grain panels on side
Has cab-high camper shell, white with burgundy trim
Gray tinted, bubble windows on sides of camper
Rear window full width of camper, lifts up
Vehicle has blue and yellow California license plate on rear
License Number: 1D11170

The license number is registered to MIKITA, Allan Rae and PINCHARD, Susan,
              , San Juan Capistrano. The license is registered to a 1976 GMC windowed
van, maroon over white, over maroon.

(CONTINUED)

| Reporting Officers KRAFT/HOMICIDE | Recording Officer R. F. Kraft | Typed By JMR | Date and Time 11-4-77 | Routed By |
| --- | --- | --- | --- | --- |

Further Action: ☐ Yes ☐ No Copies To: ☐ Detective ☐ Juvenile ☐ Dist. Atty. ☐ S.O./P.O. ☐ C11 ☐ Patrol ☐ Other ☐ Other

Reviewed By

Form SO-40  DISTRIBUTION: White (Original) & Green to Records Division; Canary, Pink, Golden Rod for Office Files

EXPERT-00001271

| | | | | | 69. Case No. |
|---|---|---|---|---|---|

SHERIFF'S DEPARTMENT — 3700

SAN DIEGO COUNTY

DEPUTY'S REPORT

69. Case No. **525725**

Page __9__ of __9__

| 70. Code Section | 71. Crime | 72. Classification |
|---|---|---|
| | | |

| 73. Victim's Name — Last, First, Middle (Firm if Business) | 74. Addrs. | Residence | | Business | 75. Phone |
|---|---|---|---|---|---|
| CONRAD MORTUARY | | | | | |

Pictures of the van and owner were shown to Ruth FLEURY who stated the vehicle and owner were not the suspect and his vehicle.

During the investigation we sent information sheets to all Sheriff's Offices in the state, describing the suspect, the tattoo and the vehicle, along with the method of operation. I attended an intelligence meeting at El Toro, during October and presented the information on the shooting and bombing to them.

On 10-3-77, I obtained the original booking sheets from Records, of the known Hell's Angels in the San Diego area. These sheets were signed by the person booked. I delivered these sheets to Sgt. STAYROOK/Sheriff's Regional Crime Lab, for comparison of the signatures to the writing on the DMV form which was signed with the name HENDERSON.

Sgt. STAYROOK examined the documents and stated he could not give a definite answer as to whether one of the persons whose booking sheet was compared, had written the name and addressed the DMV form.

He stated the following persons looked the closest:

DITMARS, Larry Leon
PROVAU, Robert Lee
POUTOUS, Henry Leon
SCHULTZ, Douglas Chester
BRIGHT, Robert Lee

INVESTIGATION CONTINUING

| Reporting Officers | Recording Officer | | Typed By | Date and Time | Routed By |
|---|---|---|---|---|---|
| KRAFT/HOMICIDE | R. F. Kraft | 9 | JMR | 11-4-77 | |

| Further Action | Yes | Copies To: | Detective | C11 | | |
|---|---|---|---|---|---|---|
| | No | | Juvenile | Patrol | | |
| | | | Dist. Atty. | Other | | |
| | | | S.O./P.O. | Other | Reviewed By | |

Form SO-40    DISTRIBUTION: White (Original) & Green to Records Division; Canary, Pink, Golden Rod for Office Files

EXPERT-00001272

| | 69. Case No. |
|---|---|
| **SHERIFF'S DEPARTMENT — 3700**<br>SAN DIEGO COUNTY<br>DEPUTY'S REPORT | 525725 |
| | Page __1__ of __5__ |

| 70. Code Section | 71. Crime | | 72. Classification | | | | |
|---|---|---|---|---|---|---|---|
| 12303.3 P.C. | Explosive Device | | | | | | |

| 73. Victim's Name — Last, First, Middle (Firm if Business) | 74. Addrs. | Residence | | Business | 75. Phone |
|---|---|---|---|---|---|
| V#1:  LOWERY, William V.  WM/28 | | | | | |

V#2:  CANNING II, James  (NMN)

On 9-9-77, at 1527 hrs., the undersigned was notified by Sgt. KING, Communications Center, that a bomb had exploded at the Conrad Mortuary, 7387 Broadway, Lemon Grove.  Sgt. KING further stated that the remainder of Homicide Team #4 had been notified, along with Sgt. RING (Homicide) and the Crime Lab.

The undersigned had been previously advised that Conrad Mortuary was handling the burial arrangements for the Mongol Motorcycle Club, i.e. MORRIS, Emerson Richard and SMITH, Raymond Lee.  Refer to SDSO #525221.

At approximately 1618 hrs., undersigned arrived at Conrad Mortuary, 7387 Broadway, Lemon Grove.  The CHP and Sheriff's Department had secured the area surrounding the mortuary, i.e. West Street was completely blocked between Broadway (North) and Pacific (South).

I immediately contacted Sgt. RING who advise that (2) victims, (LOWERY, William V. and CANNING II, James) were enroute Grossmont Hospital with unknown injuries.  Sgt. RING also indicated the primary crime scene was in the rear parking lot (South) of the mortuary.  I then observed the remains of an automobile and assorted debris scattered throughout the area.  For details of crime scene refer to Detective MC CLURE'S, Deputy NILSON'S and Detective JOHNSON'S report.

WITNESS:   Eugene Randall ELDER   "RANDY"
           WM/27,
                              Santee  448-9480

ELDER was interviewed by the undersigned at approximately 1710 hrs. in the parking lot of Conrad Mortuary.

ELDER stated he arrived at the Mortuary at 1300 hrs., 9-9-77, and parked his motorcycle, License #845 965, against the south wall of the parking lot.  Several members of the Mongol Motorcycle Club were standing in a group at the rear of the parking lot, i.e. "Big Red" LOWERY, Frenchy PATHA, Honda Bob WINTERS, Awful MAXWELL, to which ELDER spoke briefly before walking inside the Mortuary to view the deceased.

After viewing the deceased, ELDER walked out the front door of the Mortuary and became engaged in a conversation with BRUCE-JUICE and "Stony" John RUSSELL.  ELDER stated the three were positioned on the sidewalk almost directly in line with the front door when the bomb exploded.

(CONTINUED)

| Reporting Officers | Recording Officer | | Typed By | Date and Time | Routed By |
|---|---|---|---|---|---|
| T. CARROLL/HOMICIDE | amill 258 | | LMO | 10-3-77 | |

| Further Action | | | | | | Reviewed By | Date |
|---|---|---|---|---|---|---|---|
| ☐ Yes<br>☐ No | Copies To: | ☐ Detective<br>☐ Juvenile<br>☐ Dist. Atty.<br>☐ S.O./P.O. | ☐ C11·<br>☐ Patrol<br>☐ Other<br>☐ Other | | | | 10-6-77 |

OCT 07 1977

Form SO-40        DISTRIBUTION: White (Original) & Green to Records Division; Canary, Pink, Golden Rod for Office Files

EXPERT-00001273

| 70. Code Section | 71. Crime | | 72. Classification | | | | |

69. Case No.

525725

SHERIFF'S DEPARTMENT — 3700

SAN DIEGO COUNTY

DEPUTY'S REPORT

Page 2 of 5

| 73. Victim's Name — Last, First, Middle (Firm if Business) | 74. Addrs. | Residence | | Business | 75. Phone |

V#1: LOWERY, William V.

V#2: CANNING II, James (NMN)

Upon hearing the explosion, ELDER immediately ran around the building towards the rear parking lot but stopped when someone yelled, "The guy in the blue suit." ELDER then ran to the front of the Mortuary, but did not observe the male in the blue suit.

ELDER further stated that while standing in front of the Mortuary, the suspect had passed ELDER, walking East on Broadway. ELDER also stated the suspect walked in a rapid pace with long strides.

ELDER described the suspect as follows:

6-0, 175, Thin build.
Light brown, wind blown hair.
Bushy eyebrows, with deep set eyes.
Light brown beard, neatly trimmed.
Wearing a light weight dress suit, light blue in color. White shirt open at collar, no tie. White gloves and white deck shoes.

End of interview.

WITNESS: William J. MAXWELL "AWFUL"
WM, 31,
San Diego 280-2280

MAXWELL was interviewed by the undersigned at approximately 1735 hrs., at the Conrad Mortuary.

MAXWELL related that he arrived at the Mortuary at noon and parked his motorcycle in the southwest portion of the parking lot. MAXWELL had been assigned the duty as security guard by Mongols.

The first person to arrive after MAXWELL was victim, SMITH'S Uncle, who only stayed a short time and then left.

MAXWELL subsequently entered the Mortuary, viewed the decedant and returned to the rear parking lot. MAXWELL then joined a group of people that included Ernie and Lena GOMEZ, Red LOWERY, STONEY RUSSELL, Mr. RUSSELL, and Skip CANNING.

(CONTINUED)

| Reporting Officers | Recording Officer | Typed By | Date and Time | Routed By |
| T. CARROLL/HOMICIDE | | LMO | 10-3-77 | |

Further Action: Yes / No  Copies To: Detective, C11, Juvenile, Patrol, Dist. Atty., Other, S.O./P.O., Other

Reviewed By — Date 10-6-77

Form SO 40   DISTRIBUTION: White (Original) & Green to Records Division: Canary, Pink, Golden Rod for Office Files

EXPERT-00001274

| | | 69. Case No. |
|---|---|---|
| **SHERIFF'S DEPARTMENT — 3700**<br>SAN DIEGO COUNTY<br>DEPUTY'S REPORT | | **525725**<br><br>Page __3__ of __5__ |

| 70. Code Section | 71. Crime | | 72. Classification |
|---|---|---|---|

| 73. Victim's Name — Last, First, Middle (Firm if Business) | 74. Addrs. | Residence | | Business | 75. Phone |
|---|---|---|---|---|---|
| V#1:  LOWERY, William V. | | | | | |

V#2:  CANNING II, James  (NMN)

At a point in time, which MAXWELL is uncertain, probably at 1500 hrs., a pink Rambler station wagon, License #MGP 760, drove into the parking lot and parked on the East portion facing the Mortuary garages.

MAXWELL believes the suspect left the engine running after he exited the vehicle.  The suspect then opened the left rear door and was observed to walk to the rear of the Mortuary carrying a red/white bouquet of flowers.

The suspect entered an apartment above the Mortuary and gave the flowers to somebody, immediately left and walked around the corner of the Mortuary towards Broadway. Approximately 20 to 30 seconds later, the suspect's vehicle exploded, at which time MAXWELL ran north towards Broadway yelling, "Get the guy in the blue suit."  MAXWELL was unable to catch the suspect.

MAXWELL described the suspect as follows:

WM, 20-30 years, 5-8 to 5-10, Medium build, 150-170 pounds.
Light brown, medium length hair, unkept.
Deep set eyes, bushy eyebrows, and a light brown beard.

The suspect was wearing a light blue dress suit, white shirt, white cloth dress gloves and white deck shoes.  MAXWELL also stated the suspect walked in a carefree style.

End of interview.


WITNESS:  Robert  WINTERS  "HONDA BOB"
          WM, 36,
                           San Diego  280-2280/461-4797

WINTERS was interviewed at 1755 hrs. at Conrad Mortuary by the undersigned.

WINTERS related that he drove a black '59 Ford Ranchero, containing Cathy CALDARELLI and her girlfriend, parking northbound on the eastside of West Street, adjacent to the Mortuary parking lot.  After exchanging greeting with numerous members of the Mongols, WINTERS entered the Mortuary with the two females.

WINTERS further related that sometime after 1435 hrs., while reading the 23rd Psalm, he heard a terrific explosion.  WINTERS responded by exiting the Mortuary through a side door

(CONTINUED)

| Reporting Officers | Recording Officer | | Typed By | Date and Time | Routed By |
|---|---|---|---|---|---|
| T. CARROLL/HOMICIDE | | | 1 MO | 10-3-77 | |

| Further<br>Action | ☐ Yes<br>☐ No | Copies<br>To: | ☐ Detective<br>☐ Juvenile<br>☐ Dist. Atty.<br>☐ S.O./P.O. | ☐ C11<br>☐ Patrol<br>☐ Other<br>☐ Other | Reviewed By | | Date<br>10-6-77 |
|---|---|---|---|---|---|---|---|

Form SO-40        DISTRIBUTION: White (Original) & Green to Records Division; Canary, Pink, Golden Rod for Office Files

EXPERT-00001275

| | | 69. Case No. |
|---|---|---|
| **SHERIFF'S DEPARTMENT — 3700** | | **525725** |
| SAN DIEGO COUNTY | | |
| DEPUTY'S REPORT | | Page __4__ of __5__ |

| 70. Code Section | 71. Crime | | 72. Classification | | | |
|---|---|---|---|---|---|---|

| 73. Victim's Name — Last, First, Middle (Firm If Business) | 74. Addrs. | Residence | | Business | 75. Phone |
|---|---|---|---|---|---|

V#1:  LOWERY, William V.

V#2:  CANNING II, James  (NMN)

that opens on West Street.  Upon exiting the Mortuary, WINTERS heard someone yell, "The guy in the blue suit."  WINTERS then ran to the corner of Broadway and West but saw no one, he then ran to his vehicle and subsequently checked the area for the suspect east of the Mortuary.  After failing to observe the suspect, WINTERS returned to the Mortuary and waited for the arrival of the ambulance and sheriff deputies.

End of interview.

WITNESS:  James. L. RUSSELL
      WM/52, ███████████████████
      ████████████████████████████████████

The undersigned interviewed RUSSELL at Conrad Mortuary at 1845 hrs., date.

RUSSELL stated he arrived at the Mortuary at 1400 hrs. but left and returned on his motorcycle between 1430 hrs. and 1500 hrs. parking in the Mortuary parking adjacent to West Street.

RUSSELL was sitting on his motorcycle talking to Red LOWERY, Skip CANNING and Awful MAXWELL when he observed a pink 1962 Rambler Classic Station wagon drive into the parking lot and park on the eastside of the lot.  The suspect turned the motor off, exited the vehicle and then opened the left rear door and remove a bouquet of red and white flowers.  The suspect began walking towards the rear of the Mortuary but stopped approximately 15 feet from the Rambler and looked back at the car before proceeding towards the Mortuary.  RUSSELL then yelled at "RED" to stop the suspect because he was carrying red and white flowers into the Mortuary.  (Red and white are the club colors of the Hells Angels).  "RED" said "Don't worry because the people inside would stop him from delivering the flowers."

After the suspect left the flowers in the rear apartment, he walked around the left side of the building towards the front of the Mortuary.  A few seconds later the Rambler exploded knocking RUSSELL off his motorcycle.  RUSSELL was taken to Kaiser Hospital and treated for wounds of the left bicep and released.

RUSSELL described the suspect as follows:
White male, 25-28 years, 5-8, 150-155,
light brown hair, collar length, a neatly trimmed beard, light brown.
Wearing a light blue suit, white shirt, white gloves and dark shoes.

(CONTINUED)

| Reporting Officers | Recording Officer | | Typed By | Date and Time | Routed By |
|---|---|---|---|---|---|
| T. CARROLL/HOMICIDE | | | LMO | 10-3-77 | |

| Further Action | ☐ Yes ☐ No | Copies To: | ☐ Detective ☐ Juvenile ☐ Dist. Atty. ☐ S.O./P.O. | ☐ Cft ☐ Patrol ☐ Other ☐ Other | |
|---|---|---|---|---|---|

Reviewed By  *C. R. Kies*  Date 10-6-77

Form SO-40     DISTRIBUTION: White (Original) & Green to Records Division; Canary, Pink, Golden Rod for Office Files

EXPERT-00001276

| | 69. Case No. |
|---|---|
| SHERIFF'S DEPARTMENT — 3700 | 525725 |
| SAN DIEGO COUNTY | |
| DEPUTY'S REPORT | Page __5__ of __5__ |

| 70. Code Section | 71. Crime | 72. Classification | | | |
|---|---|---|---|---|---|
| 73. Victim's Name — Last, First, Middle (Firm if Business) | | 74. Addrs. | Residence | Business | 75. Phone |

V#1:  LOWERY, William V

V#2:  CANNING II, James (NMN)

The suspect carried the flowers in his right hand, walked in a nonchalant manner.

End of interview.

The above witnesses appeared at the Lemon Grove Station later in the evening to compare composites of the suspect.  Refer to Deputy RAMSEY'S follow-up report.


INVESTIGATION CONTINUING.

| Reporting Officers | Recording Officer | Typed By | Date and Time | Routed By |
|---|---|---|---|---|
| T. CARROLL/HOMICIDE | | LMO | 10-3-77 | |

| Further Action | ☐ Yes ☐ No | Copies To: | ☐ Detective ☐ Juvenile ☐ Dist. Atty. ☐ S.O./P.O. | ☐ C11 ☐ Patrol ☐ Other ☐ Other | Reviewed By *C.R. Ruce* | Date 10-6-77 |

Form SO-40       DISTRIBUTION: White (Original) & Green to Records Division; Canary, Pink, Golden Rod for Office Files

EXPERT-00001277

- Home
- About
- Contact
- Archives
- Copyright and Trademark
- Buy Books

Subscribe: Posts | Comments



The Aging Rebel The man who dies with the most stories wins.

- All Posts
- all stories
- Cheese Whiz
- Editorials
- Features
- How To
- News
- Obituaries
- Reviews
- The Rebel Rides
-



# Thomas Heath Sentenced

February 4, 2012

All Posts



The great wheel of tragedy turned again yesterday. A 64-year-old Hells Angel named Thomas Heath was sentenced to prison. It will be his second trip to the penitentiary and although he plans to appeal it is unlikely that he will ever be released.

Heath's biography is Faulknerian. "It's all now you see," the greatest American tragedian wrote in *Intruder in the Dust*. "Yesterday won't be over until tomorrow and tomorrow began ten thousand years ago." Even people who have never read Faulkner know his most famous line: "The past is never dead. It's not even past."

Faulkner was writing about Thomas Heath.

## The Frame Up

As a 29-year-old Hells Angels prospect in September, 1977 Heath walked into a motorcycle shop called the Frame-Up at 5015 North Figueroa Street in Highland Park, California with a tire. The shop was owned by two Mongols and Heath left the tire to be repaired. There was a bomb inside. It killed two people when it exploded. One of them was a 22-year-old Mongol named Henry Jimenez. The other was a 15-year-old boy named Raymond Hernandez.

It was one of four attacks by members of the Hells Angels on members of the Mongols that season.



Less than three weeks before the tire bombing the Secretary/Treasurer of the San Diego chapter of the Mongols Motorcycle Club, Emerson "Redbeard" Morris, and a Mongol named Raymond "Jingles" Smith, who was the Sergeant at Arms of the same chapter, were shot off their motorcycles on the Golden State Freeway in San Diego County. Los Angeles and San Diego newspapers called it "The Labor Day Murders." Every member of the San Diego charter of the Hells Angels was eventually arrested as a result of the murders of Morris and Smith.

At the viewing for those two dead men a mourner left a white, 1962 Rambler and a bouquet of red and white carnations behind as he walked away. The car exploded moments later and two Mongols and the father of a Mongol were seriously injured. After the fight between Mongols and Hells Angels in Harrah's casino in April 2002 someone sent red and white flowers to the hospital room of then Mongols President Roger Pinney. The flowers were probably a sour gift from an ATF Agent but whoever sent them clearly intended to remind members of both clubs that the past is "not even the past."

Days after the Frame-Up bombing, a van belonging to the President of the Mongols San Fernando Valley chapter exploded at 6:30 a.m. when the Mongol opened his van door.

Heath who, with George Christie, was one of the two original members of the Ventura charter of the HAMC was convicted of two counts of second degree murder in 1994 as a result of the Frame-Up bombing. And, for killing those two people he was sentenced to seven years in prison.

# Domestic Violence

Heath was already locked up at the time. He was sent to prison in 1992 after he was convicted of assault with a deadly weapon and "dissuading a witness by threats" following an ugly, violent argument with his then wife.

The most recent charges against Heath also stem from domestic violence. Heath was living with a woman in Ventura in November 2010. The woman told him to move out and when he refused, as is now the custom in America, she called the police. She said he threatened to kill her and her adult son. Allegedly, Heath specifically threatened to tell his Hells Angels club brothers that the woman was "a rat."





ADVERTISEMENT

# Bikers' Trade Shows Ends in Brawl; Man, 38, Killed

FEB. 12, 1989 | 12 AM



FROM A TIMES STAFF WRITER

A trade show sponsored by the Easy Riders motorcycle club and featuring vintage and modern bikes, ended in a brawl in the Queen Mary parking lot Saturday night, with helmeted riot police called in to restore order.

One man was stabbed to death but no one was immediately arrested for his murder, said Long Beach Police Cpl. Paul Sanford.

The dead man was identified as Aristeo Andres Carbajal, 38, of Fontana, said Wendy Kuran, spokesperson for St. Mary Medical Center. He died from a stab wound to his chest, which also hit his heart, she said. No one else was treated for injuries.

The incident began about 7:26 p.m. after an uneventful day, said Rich Kerlin, manager of publicity for the Queen Mary complex. About 200 exhibitors had displayed their motorcycles, helmets, jackets and other paraphernalia to an unexpectedly large crowd of about 3,000, he said, adding that it was the first time either the motorcycle club or the Queen Mary complex had hosted such a convention.

**Get Unlimited Digital Access**

**$1** for **4 weeks** | **$98** for **1 year**

ADVERTISEMENT

"It was going smoothly, without a hitch," Kerlin said, until the fight started. "As far as I can tell, it seemed like a group had an altercation with another group and that's basically all I know."

The three-day event began Friday night, but Kerlin said it was "highly unlikely" it would be allowed to resume today.

Around the Web                                                      Ads by Revcontent



**How Dogs Cry For Help: 3 Warning Signs Your Dogs Is Crying For Help**
DR. MARTY



**3 Ways Your Cat Asks for Help**
DR. MARTY



**These Twins Were Named "Most Beautiful in the World," Wait Till You See Them Now**
POST FUN



**Here's What the Hunger Games Characters Were Supposed to Look Like**
RANKER

✖

**Get Unlimited Digital Access**
**$1** for **4 weeks** | **$98** for **1 year**

By using this site, you agree to our **Privacy Policy** and our **Terms of Use**.

Login     Watch TV

**STORY** · **Published** April 28, 2002 · **Last Update** January 13, 2015

# Motorcycle Clubs Have History of Run-Ins With Law Enforcement

By | **Associated Press**

The following is a list of recent incidents involving motorcycle clubs:

— Feb. 23. One man was killed and 10 others injured in a fight between members of the Hells Angels motorcycle club and a rival gang, the Pagans, at the Hellraiser Ball, an indoor motorcycle and tattoo expo in Plainview, N.Y. Authorities said the fight was over turf tensions.

— Oct. 27, 2001. A motorcycle swap meet at the Orange County, Calif., Fairgrounds was canceled after a brawl broke out between members of the Hells Angels, Vagos and Mongols. One man was arrested and four others wounded. Witnesses said gang members fought with gas tanks, shock absorbers and handlebars.

— May 21, 2000. More than 30 alleged members of the Mongols motorcycle gang were arrested and charged with extortion, arson, weapons violations, drug dealing and murder in a nationwide sweep by federal authorities. The arrests followed a two-year federal investigation.

— March 3, 1997. Riverside, Calif., authorities arrest 32 members of the Hells Angels, Hessians, Vagos and Mongols who allegedly worked together to commit insurance fraud. Authorities allege the groups made $4 million by selling Harley-Davidson motorcycles overseas after filing false police theft reports and insurance claims.



ADVERTISEMENT

# Local Biker Slain in Arizona

By HOLLY J. WOLCOTT

JUNE 12, 2002 | 12 AM



TIMES STAFF WRITER

A 25-year-old Hells Angels member from Ventura County was fatally shot in Arizona, and authorities are investigating whether the homicide was linked to an ongoing power struggle between two biker gangs.

Joshua William Harber, a lifelong county resident who worked as a mason and lived in Oak View, was shot once in the cheek about 12:15 a.m. Saturday outside the Coyote Wild Bar & Grill in Cave Creek, police said. He died later that day at John C. Lincoln Hospital in Phoenix.

Harber became a member of the biker gang about six months ago, said George Christie Jr., 54, a co-founder of the Hells Angels' Ventura chapter and a longtime national club spokesman.

"Josh was not an imposing person," Christie said Tuesday. "I don't know why someone would want to shoot him."

ADVERTISEMENT

By continuing to use our site, you agree to
Service and Privacy Policy. You can learn
use cookies by reviewing our Privacy Polic

Organized-crime detectives with the Phoenix Police Department were investigating several motives, including the possibility that the slaying was in retaliation for another recent killing in the gaming town of Laughlin, Nev.

"We are looking at that ... it could be fallout," Sgt. Lauri Williams said Tuesday.

On April 27, during the 20th annual Laughlin River Run, a fistfight broke out between members of the Hells Angels and the rival Mongols, a Los Angeles-based gang that has long sought a toehold in Arizona. In a shootout at Harrah's Casino & Hotel in Laughlin, three bikers were killed and at least 12 were injured.

Christie declined to comment on the feud. However, he acknowledged that Phoenix detectives were planning to come to Ventura this week to interview members of the motorcycle club.

ADVERTISEMENT

According to Christie, Harber rode his motorcycle to Arizona with five fellow club members from Ventura. There was no planned event and police believe the group showed up primarily to drink and party.

Police said Harber walked outside the Cave Creek bar and was approached by an unidentified man. The two had a brief conversation before the man shot Harber in the face and fled.

Police would not say whether any physical evidence was found at the scene.

By continuing to use our site, you agree to Service and Privacy Policy. You can learn use cookies by reviewing our Privacy Polic

Several witnesses at the bar, a known Hells Angels hangout, described the shooter as a white male, about 6 feet 1 and 240 pounds.

ADVERTISEMENT

Sgt. Williams said officers had dealt with relatively few problems with Hells Angels members at the Cave Creek bar. However, she added that cases involving rivalries were difficult because the Mongols had not been wearing their gang colors locally.

Around the Web                                          Ads by Revcontent



How Dogs Cry For Help: 3
Warning Signs Your Dogs Is
Crying For Help
DR. MARTY



3 Ways Your Cat Asks for Help
DR. MARTY



These Twins Were Named "Most
Beautiful in the World," Wait Till
You See Them Now
POST FUN



The Sad Reason Why You Never
See Jack Nicholson Anymore
HTTPS://MATERNITYWEEK.COM

By continuing to use our site, you agree to
Service and Privacy Policy. You can learn
use cookies by reviewing our Privacy Polic

6/29/2020
Case 3:17-cr-00533-EMC Document 1084-18 Filed 06/29/20 Page 31 of 91
A Brawl Between Motorcycle Gangs Turns Fatal at a Nevada Casino - The New York Times

*The New York Times*

# A Brawl Between Motorcycle Gangs Turns Fatal at a Nevada Casino

**By Alex Kuczynski**

April 28, 2002

See the article in its original context from
April 28, 2002, Section 1, Page 22    Buy Reprints

New York Times subscribers* enjoy full access to
TimesMachine—view over 150 years of New
York Times journalism, as it originally appeared.

SUBSCRIBE

*Does not include Crossword-only or
Cooking-only subscribers.

Three men, all motorcycle gang members, were killed and about a dozen others were injured in a shooting and knifing brawl that broke out in Harrah's casino early this morning among rival bikers attending a huge annual motorcycle rally, the authorities said.

Another man, apparently also a biker, was found fatally shot this morning on Interstate 40 just across the border in California, said Sgt. Chris Darcy of the Las Vegas Police Department, which helps patrol Laughlin, a Colorado River gambling resort about 90 miles south of Las Vegas. It was not immediately clear whether his death was related to the casino shootings, the police said.

The police said the fight erupted when a member of the Mongol motorcycle gang walked into a group of Hells Angels near the casino entrance. Sixty to 70 people, armed with guns and knives, were involved, the authorities said.

All three of the dead were bikers, the police said, adding that numerous people were arrested and a handgun was recovered.

Several people at the rally said tensions had been brewing between members of the Hells Angels and the Mongols, and the fight had resulted from a territorial dispute. It was most likely the worst case of casino violence in the history of the state, Sergeant Darcy said.

Case 3:17-cr-00533-EMC Document 1084-18 Filed 06/29/20 Page 32 of 91

The shooting came on the first night of River Run, the annual motorcycle rally in Laughlin. The rally has been held for 20 years and is considered by its promoters to be the West's largest ride-in motorcycle show, drawing about 50,000 participants a year. It is directed primarily at Harley-Davidson fans, which means it attracts bikers from clubs around the country, who come to gape at new models and to ride up and down the strip.

Until late yesterday afternoon, about a hundred gang members were still sequestered inside the Harrah's casino, being questioned by the police.

''It's very difficult to track everything down,'' Sergeant Darcy said. ''It's not as if this was one person shooting one other person. There were many, many people involved.''

Outside, the main strip was humming with thousands of bikers undeterred by this morning's violence and gunning their Harley-Davidson hogs as they rode slowly past the site of the melee. Only a few stopped to crane their necks past the yellow police tape.

Across the street, bikers sat under the temporary awnings rigged off their campers and RV's, as billboard-size banners for Jim Beam and Coors fluttered behind them and the music of Lynyrd Skynyrd and Rush providing a tinny sound track that could only occasionally be heard over the desert wind.

The sign at the main entrance to town was still flashing a warning not to bring bottles or cans onto Laughlin Civic Drive. Also at the entrance was a notice that anyone younger than 16 was under curfew from 6 p.m. to 6 a.m. The neon sign at Harrah's was still flashing the happy phrase: ''Welcome Bikers / 25 cent craps.''

The highways into and out of the town were closed after the brawl, which began around 2:15 this morning.

Denise Massey, 48, was gambling with her fiancé on the first floor of Harrah's when she noticed 20 to 30 bikers suddenly converge.

''Next thing you know you just hear 'Bam, bam, bam,' '' Ms. Massey told The Associated Press. ''All of a sudden they're running and just shooting at each other.''

According to the federal Bureau of Alcohol, Tobacco and Firearms, the Mongols are one of the most violent and criminally active motorcycle gangs in Southern California. Two years ago, the authorities arrested 29 Mongols on racketeering and other charges in Oklahoma, Georgia and California after an undercover operation in which an A.T.F. special agent infiltrated the club. During the investigation, the authorities recovered more than 70 firearms, including two machine guns.

Seven people injured in this morning's violence were sent to the Western Arizona Regional Medical Center across the river in Bullhead City, Ariz. University Medical Center in Las Vegas was treating five patients.

**BREAKING NEWS**

Sick San Quentin prisoners could be sent to Bay Area medical center, Newsom says

News

# Anti-violence Los Banos rally gets ugly when prayer turns to fighting

By **LESLIE ALBRECHT** | McClatchy Tribune
July 1, 2008 at 12:18 a.m.

LOS BANOS – An anti-violence rally meant to lead attendees into the healing arms of Jesus took a dramatically different path, ending with a clash between rival motorcycle gangs that sent one man to the hospital with stab wounds.

The fight broke out about 3 p.m. Saturday at Los Banos Park on Pacheco Boulevard between members of the Hells Angels and Mongols motorcycle gangs, Los Banos Police Cmdr. Dan Fitchie said.

After the melee, the stabbing victim was flown by helicopter to Memorial Medical Center in Modesto. He was treated and released. Police arrested one man on suspicion of possession of a dangerous weapon – a whip with a metal handle.

The fight is putting local law enforcement on high alert as Los Banos gears up to host a biker rally the weekend of July 12. A second rally is planned for the same

This website stores data such as cookies to enable important site functionality including analytics, targeting, and personalization. By remaining on this web site you indicate your consent. Data Storage Policy

The event drew about 500 people, said organizer Pastor Chris Castaneda. Bands played Christian rap, vendors sold steak sandwiches, a car show displayed vintage El Caminos. Mayor Tommy Jones attended. Event organizers presented him with a certificate of appreciation.

At 3 p.m. about 10 members of the Mongols rolled up to the far side of the park near Highway 152, Castaneda said. He and members of Victory Outreach's motorcycle ministry, Swords Afire, greeted the bikers. Castaneda explained the event's peaceful mission and invited the Mongols to stay and eat some food.

A few minutes later, the rumble of Harley-Davidson exhaust pipes filled the air as about seven or eight Hells Angels cruised into the area.

"When I saw them pulling into the park, my gut told me it wasn't going to end very well," Castaneda said.

Accounts of how the fight started differ. According to Castaneda, the Hells Angels headed directly for the Mongols and started shouting at them.

Another witness, who did not want his name used in the newspaper, said Mongols provoked the fight by "flipping off" the Hells Angels and throwing a helmet at them. Other witnesses said the dispute started after Hells Angels saw Mongols posing for a group photo.

Castaneda said he tried to stop the verbal argument from escalating.

"I said, 'Guys, it doesn't have to come to this, that's not what this day is about,' " said Castaneda. "It kind of fell on deaf ears. Before I knew it, me and my guys are in the midst of the brawl."

The fight happened not far from a bounce house where children were playing. After a few moments of fighting, six gun shots rang out, sending the crowd running in all directions, said Castaneda.

Los Banos police, the Merced County Sheriff's Department, the Merced County Gang Task Force and the California Highway Patrol responded to the scene.

Investigators looking for participants in the fight fanned out around Los Banos. One officer spotted motorcycles parked outside a B Street house that authorities believe is the home of a high-ranking member of the Hells Angels' Merced chapter.

That's where officers found the stabbing victim, standing in the front yard

This website stores data such as cookies to enable important site functionality including analytics, targeting, and personalization. By remaining on this web site you indicate your consent. Data Storage Policy

Police said the stabbing victim is a "prospect" member of the Hells Angels, meaning that he's in the process of becoming a full-fledged member of the gang.

Police searched the house and found ammunition that matched the caliber and manufacturer of rounds recovered at the fight scene. Police did not find a gun in the house, said Fitchie.

One Hells Angel at the B Street house was arrested after police found an illegal metal-handled whip on his motorcycle. Atwater resident Kellen Brenton, 52, was booked into the Los Banos City Jail then transferred to the Merced County Jail. Brenton's bail was set at $500,000.

Law enforcement interviews with fight participants didn't yield any leads on the identity of the stabber or shooter, said Fitchie.

A Mongols leader at the scene instructed gang members not to talk to police unless he was present; others walked in the opposite direction when they saw police approaching, said Fitchie.

"They don't want to talk to the police department,"said Fitchie. "They'll take care of things themselves."

The Hells Angels and Mongols have a long-simmering rivalry that stretches back years, said Merced County Sheriff's Sgt. Paul Roseman, an expert on outlaw motorcycle gangs.

The Hells Angels started in 1948 in San Bernardino. It's now the biggest motorcycle club in the world, with chapters nationwide and in other countries. There are at least four active chapters in the Central Valley, including Merced, said Roseman.

The Mongols started in the 1970s in the San Fernando Valley; they don't have an official chapter in Merced, said Roseman.

Both gangs have been linked to criminal activity including drug trafficking, distribution of firearms, prostitution, assault and murder.

The most prominent local case involving a motorcycle gang was the 2003 slaying of a Merced bar owner. The man convicted of the killing was a Hells Angels "hang-around," meaning that he hoped to become a full-fledged member.

Over the past few years, the Mongols have pushed their territory farther north

This website stores data such as cookies to enable important site functionality including analytics, targeting, and personalization. By remaining on this web site you indicate your consent. Data Storage Policy

The two gangs tangled recently at the Los Banos Spring Fair when a Hells Angels prospect member attacked a Mongol, said Roseman.

To prevent further violence during the biker gathering on the weekend of July 12, Los Banos officials say they'll coordinate with other law enforcement agencies including the Merced County SWAT team. "We will be at a very heightened state of preparedness and awareness," said Fitchie.

Report an error
Policies and Standards
Contact Us

 The Trust Project



**SPONSORED CONTENT**

## Celebrities Who Strongly Support The Republican Party ⌐

By **POLLHYPE**

 **Leslie Albrecht**

## SUBSCRIBE TODAY!
ALL ACCESS DIGITAL OFFER FOR JUST 99 CENTS!

This website stores data such as cookies to enable important site functionality including analytics, targeting, and personalization. By remaining on this web site you indicate your consent. Data Storage Policy

# California biker gets life term for murder of Hells Angels leader

By **Emmett Berg**

MAY 16, 2012

**S**AN FRANCISCO (Reuters) - A member of the Mongols motorcycle gang was sentenced to life in federal prison without parole on Wednesday for the slaying four years ago of the San Francisco chapter president of the rival bikers group Hells Angels.

Christopher Bryan Ablett, who went by the gang name "Stoney," was convicted earlier this year of murder and other offenses in the 2008 stabbing-shooting death of Mark "Papa" Guardado outside a bar in San Francisco's Mission District.

According to trial testimony, a fight broke out between the two men when Guardado confronted Ablett for wearing his Mongols insignia in the Mission, a short distance from the Hells Angels' San Francisco headquarters.

Ablett stabbed Guardado four times with a foot-long military knife and shot him twice with a .357-magnum revolver, according to a statement from the U.S. Attorney's Office in San Francisco. Local media reports said Guardado was 46 when he died.

Ablett claimed he acted in self-defense. But prosecutors contended that the rank-and-file member of the Mongols, who was visiting San Francisco from Modesto, killed Guardado to raise his status within his own gang.

The Mongols and the better-known Hells Angels, both identified by federal authorities as outlaw motorcycle gangs, have been at odds for decades, often clashing violently.

The FBI cited phone records during the trial showing that Ablett spent several hours after the slaying calling individuals identified as fellow Mongols.

The jury ultimately found Ablett guilty of murder in aid of racketeering, assault with a deadly weapon in aid of racketeering, use of a firearm during a crime of violence, and use of a firearm causing murder.

He was sentenced in federal court to two concurrent life sentences and a consecutive life sentence. Federal life terms do not allow for parole, the U.S. Attorney's Office said.

ng by Cynthia Johnston and Lisa Shumaker)

**Support Quality Journalism**
Subscribe for only 99¢     **START NOW ›**

# Hells Angel pleads guilty in wedding chapel brawl



The drive-up window of the wedding chapel where the brawl occurred in 2008 between rival biker gangs is shown in this 2006 file photo.

## By FRANCIS MCCABE LAS VEGAS REVIEW–JOURNAL

  

July 17, 2013 - 7:10 pm

Don't miss the big stories. Like us on Facebook.    Like 266K

A member of the infamous Hells Angel's motorcycle club on Wednesday pleaded guilty to stabbing and beating rival gang members at a downtown wedding chapel in 2008.

Jeffrey Murray said he was guilty of battery with substantial bodily harm with the intent to promote, further or assist the activities of a criminal gang and coercion with force, both felonies.

As part of a deal, prosecutors agreed to drop 11 other charges against Murray.

The plea bargain was significant for two reasons.

Murray was one of three defendants accused of stabbing Mongols during the brawl at A Special Memory Wedding Chapel on Dec. 20, 2008.

It is also the first case in Nevada where a Hells Angel agreed to a plea deal that included a "gang enhancement." The gang enhancement will add years to Murray's prison sentence. Murray was a member of the Hells Angel's at the time of the brawl, but his current status with the club was unclear Wednesday.

In all, 13 men were charged with bludgeoning three Mongols in the wedding chapel melee.

Eight, including Murray, were to stand trial for the second time on Aug. 5. The first case ended in a mistrial when a judge said prosecutors failed to tell defense lawyers that a detective in the case testified in a child custody hearing for one of the victims.

He will be sentenced by District Judge Ken Cory at an Oct. 17 hearing.

He faces 2 to 16 years in prison. Murray remained free on $100,000 bond.

His lawyer, Frank Cremen, did not immediately return a call requesting comment late Wednesday.

Chief deputy district attorneys Sonja Jimenez and Marc DiGiacomo are prosecuting the case.

The seven defendants awaiting trial next month are Dominic Orlando, Frederick O'Dell, Brandon Young, James Sexey, John Dawson, John Merchant and Armando Porras. They face about a dozen felony and misdemeanor counts, including attempted murder, battery and conspiracy.

Authorities allege Sexey and Merchant also stabbed victims during the brawl.

The five remaining defendants in the case will face similar charges in two separate trials.

Surveillance footage of the brawl shows Hells Angels and others swarming rival gang members at A Special Memory Wedding Chapel on Fourth Street and Gass Avenue. Six were injured, including three members of the Mongols.

Hells Angels were attending a wedding ceremony. As they were leaving, at least three Mongols were at the chapel for another wedding. The 13 men attacked the Mongols, bludgeoning them with their fists, feet, bottles and trash cans.

Prosecutors called it an unprovoked attack.

The defense lawyers said their clients were acting in self-defense because Mongols had months earlier attacked and killed a Hells Angel in San Francisco.

Contact reporter Francis McCabe at fmccabe@reviewjournal.com or 702-380-1039.

https://www.theeastsiderla.com/news/crime/police-arrest-alleged-mongols-biker-gang-member-in-echo-park-nightclub-shooting/article_3bfda8cb-e6bc-5799-9c6f-eb8b8eda79a1.html

# Police arrest alleged Mongols biker gang member in Echo Park nightclub shooting *

The Eastsider
Jul 14, 2010



An alleged member of the Mongols biker gang was arrested this morning in connection with the June 21 shooting outside The Echo nightclub that left three people injured. Police believe the suspect – Jose Luis Sanchez, 25, of Los Angeles – intended to shoot a member of the rival Hell's Angels motorcycle gang who was  inside the Sunset Boulevard nightspot, said Lt. Wes Buhrmester with the LAPD Rampart Division. None of the three shooting victims, however,  were associated with either the suspected shooter or the member of the Hell's Angels, police said.

infolinks

Sanchez arrested without incident in the Hollebeck Division – which includes Boyle Heights, El Sereno, Lincoln Heights and Montecito Heights – after police obtained a search and arrest warrant, Buhrmester said.  "Evidence consistent with that at the crime scene was found, as well as numerous firearms," he said.

Early witness and police reports said the gunman – who was said to have been wearing a black helmet, clothing and boots – fired 8 to 10 rounds from a semi-automatic pistol into the crowd  leaving the Sunset Boulevard nightclub at about 2:10 AM. There was some reports that the gunman fire while sitting on a motorcycle but police later said they were still trying to confirm details of the shooting.

Buhrmester noted that The Echo – a popular music venue featuring indie bands – is not known as a biker gang hangout. It's not clear why a member of the Hell's Angels was at the club but someone was able to inform Sanchez that a gang rival was at The Echo that night, Buhrmester said.

**Update:** The post has been updated with with new information about the suspect.

infolinks

https://rapidcityjournal.com/news/local/communities/sturgis/hells-angels-members-sentenced-in-august-stabbing/article_ca6cafbc-66f4-11e1-b3e4-0019bb2963f4.html

# Hells Angels members sentenced in August stabbing

Amanda Friar MCTT staff

Mar 5, 2012

SALE! Subscribe for $1/mo.

**T**wo Hells Angels Motorcycle Club members involved in a stabbing during the 2011 motorcycle rally were sentenced in court in Sturgis on Monday.

Mark Duclos, 48, of Fairbanks, Ala. was sentenced to six years in the state penitentiary, with four years suspended. He was given credit for the 40 days he has served in jail already. He will be required to pay $2,000 in fines and $2,146.05 in restitution. Duclos was charged with one count of aggravated assault.

George Caruso, 58, of Shirley, Mass., who was charged with one count of simple assault, was sentenced to 360 days in the Meade County Jail. He will also be required to pay $2,000 in fines and $2,146.05 in restitution.

The pair were involved in a fight between the Hells Angels and the Mongols motorcycle club on Aug. 10, which resulted in a stabbing, sending a Mongols member and a Hells Angels member to the hospital with non-life threatening injuries.

Character letters for each club member were sent to the state's attorney's office from family and friends supporting both Caruso and Duclos.

According to Meade County State's Attorney Kevin Krull, the letters sent paint a positive picture of Duclos, though he felt that made the crimes committed worse.

**Hells Angels members sentenced in August stabbing**

SHARE THIS

"All of the letters makes it appear that he has a positive life back home and it appears he feels like he can behave like a criminal in Sturgis," Krull said. According to Krull, Duclos' behavior since the incident has been inconsistent, sometimes appearing a wheelchair and other times appearing to be able to walk.

Duclos' attorney Angela Colbath out of Rapid City said he has always been consistent and that there was not so much as a traffic ticket listed on his record, so he should be given a shorter sentence.

"He understands that he needs to be mindful of the positions he puts himself into in the future," Colbath said. "I believe that the character letters paint an accurate picture of who Mr. Duclos is."

Duclos apologized for his actions in court, saying he was sorry that the situation arose of such magnitude.

A video of the fight that occurred on Aug. 10 showed that Caruso started the fight, throwing the first punch, which Fourth Circuit Judge Jerome A. Eckrich said was the reason they were there.

Hells Angels members sentenced in August stabbing                    SHARE THIS

"You started this with the sucker punch and we wouldn't be here if it weren't for you throwing the first sucker punch," Eckrich said. "I would not have just sent Mr. Duclos off to jail if it weren't for you. You're much more culpable than Mr. Duclos."

According to Deputy State's Attorney Kasey Sorensen, Caruso has not acknowledged the fact that the incident took place or that he was involved.

"The only thing that he is remorseful about is that he got caught," Sorensen said. According to Sorensen, the Mongols Motorcycle Club approached the Hells Angels to pay their respects and shake their hands, when Caruso threw the first punch, while wearing black gloves. "It was the middle of August. There was only one reason why Mr. Caruso would be wearing those gloves."

Colbath asked that the court consider the letters submitted to the court from family, friends and business partners on Caruso's behalf.

SHARE THIS

---

# Be the first to know

Get local news delivered to your inbox!

| Email Address | Sign up! |

\* I understand and agree that registration on or use of this site constitutes agreement to its user agreement and privacy policy.

---

## Most Popular

### Sturgis City Council urged to hold annual motorcycle rally

Jun 8, 2020



---

TEMECULA: No arrests in bloody biker brawl on I-15

NEWS > **CRIME + PUBLIC SAFETY**

# TEMECULA: No arrests in bloody biker brawl on I-15

This website stores data such as cookies to enable important site functionality including analytics, targeting, and personalization. By remaining on this web site you indicate your consent. Data Storage Policy



A Mongols Motorcycle Club vest is displayed during a 2008 news conference in Los Angeles.

This website stores data such as cookies to enable important site functionality including analytics, targeting, and personalization. By remaining on this web site you indicate your consent. Data Storage Policy

Two weeks after a bloody brawl among motorcycle riders on the freeway near Temecula left two Hells Angels with stab wounds, no arrests have been made and investigators say the stabbing victims aren't talking.

The fight blocked northbound traffic on Interstate 15 near the U.S. Border Patrol checkpoint about 6 p.m. March 22, and reportedly involved dozens of bikers described by witnesses as Mongols and Hells Angels armed with weapons such as bats and shovels.

By the time officers arrived, the bikers were gone but they found a bloody fight scene and a discarded knife, a Riverside County sheriff's investigator wrote in search warrant documents. Officers drove north to the Temecula Parkway off-ramp, where they found two motorcyclists.

One of them was wearing Hells Angels clothing and was covered in blood, court records say.

While officers were trying to detain the bikers, a man in an SUV pulled up and identified himself as a Hells Angels chapter president and a friend of the two motorcyclists, Investigator Carlos Topete wrote in court papers. The man collected the injured biker's bloody Hells Angels vest and some other items, putting them in his SUV, Topete wrote.

The injured rider was taken to a hospital for treatment of eight stab wounds.

While officers were investigating, they learned that another Hells Angel with stab wounds had been taken to Rancho Springs Medical Center in Murrieta. The person who dropped him off was driving a truck with Arizona plates and hauling a utility trailer.

The man, who claimed to be the chapter president, later told investigators that the truck belongs to the Hells Angels Motorcycle Club and is used to transport Hells Angels merchandise.

Sheriff's investigators confiscated the Hells Angels vehicles for evidence.

Sgt. Kevin McDonald said investigators believe the purported chapter president misrepresented his position with the group and that he is merely an associate.

This website stores data such as cookies to enable important site functionality including analytics, targeting, and personalization. By remaining on this web site you indicate your consent. Data Storage Policy

According to a witness, the conflict between the motorcycle clubs appeared to have started farther south on Interstate 15 in San Diego County.

The witness, a Temecula resident who asked that his name be withheld out of fear for his safety, said he entered the freeway at Highway 76 and noticed a few bikers who appeared to be chasing two Mongols on motorcycles. The Mongols were outnumbered at first, he said, but as they passed Rainbow Valley Boulevard, they were joined by a large group that had been parked off the freeway.

As they passed the checkpoint, dozens of bikers in Mongols clothing surrounded the other bikers, blocking the lanes of traffic. The witness said the men in Mongols Motorcycle Club gear kicked the other men off their bikes. The men pulled out weapons — he saw a hammer, a screwdriver and a crowbar — and began brawling, moving toward the freeway shoulder as they fought, the witness said.

At one point, a pickup hauling a trailer pulled up. The men in the trailer appeared to be holding handguns, he said.

The witness said he called 911 but didn't stick around long enough to see the stabbings.

"My wife was scared," he said. "She just wanted us to get out of there. They were still fighting when we left."

The witness said he couldn't believe they were openly brawling on the freeway in broad daylight.

Capt. Jeff Kubel, who serves as Temecula police chief and commander of the sheriff's Southwest Station, said there's no reason to expect further violence from outlaw motorcycle clubs in the Temecula area. Though it's still unclear what happened, all indications are that the motorcyclists involved were on their way home from events in San Diego County, he said.

Albert Perez, an attorney who represents the Mongols Motorcycle Club, declined to comment Monday.

Efforts to reach a representative of the Hells Angels Motorcycle Club were unsuccessful.

Contact Sarah Burge at 951-368-9694 or sburge@pe.com

This website stores data such as cookies to enable important site functionality including analytics, targeting, and personalization. By remaining on this web site you indicate your consent. Data Storage Policy

VALLEY NEWS (HTTPS://WWW.PHOENIXMAG.COM/CATEGORY/PEOPLE/VALLEY-NEWS/)

# Death in the Brotherhood

JIMMY MAGAHERN (HTTPS://WWW.PHOENIXMAG.COM/AUTHOR/JMAGAHEM/)  |  July 1, 2015

u=ht

sta

ur

/



**Who killed Cave Creek Hells Angel Patrick Eberhardt? There are some striking theories on the street.**

If you want to understand outlaw-biker culture, forget binge-watching Sons of Anarchy. Just watch the 7-minute video of the funeral procession for second-generation Hells Angel Patrick Eberhardt, son of the motorcycle club's Cave Creek chapter president, "Spa Bob" Eberhardt. Just a month after celebrating his 23rd birthday, the younger Eberhardt was shot dead on the streets of North Phoenix by a still-at-large assailant on a Saturday night last February.

The video captures hundreds of motorcycle riders, many wearing the HA's trademarked death-head patch and red-and-white colors, riding in a slow, stately procession up Grand Avenue to the strains of Metallica's "Nothing Else Matters." The take-away: Motorcycle clubs, also known as MCs, are intensely disciplined and loyal. They're also impenetrable, talking to media little and law enforcement less.

Which perhaps explains why The Last Ride of Patrick Eberhardt is about all you'll find on the Internet regarding Eberhardt's shooting, despite its obvious newsworthiness. As the recent biker shootout in Waco, Texas conclusively demonstrates, feuds between outlaw-biker MCs have a way of escalating into blood baths – a not-outlandish possibility in the Valley, given previously-undisclosed details about the Eberhardt shooting uncovered by *PHOENIX* magazine.

According to a confidential source with close ties to the Arizona Hells Angels, Eberhardt's killers were members of a rival MC. "[The Angels] know exactly how it happened and exactly who did it," the source says, quoting two "full-patch" HA members.

The version of the shooting offered by the source is largely corroborated by a Phoenix Police report obtained by *PHOENIX* magazine. According to the report, an officer arrived at the scene near 15th Street and Bell Road to find two men on the ground: Eberhardt, wearing his HA colors, who was pronounced dead on the scene from two gunshots to his left side; and Stephen Calloway,

a "hang-around," or a potential prospect of the club, who was treated at a nearby hospital. Police interviewed four other bikers at the scene, who were all identified as members of California chapters of the Hells Angels, but none of them claimed any knowledge of what happened.

The report notes that earlier in the day there had been a shooting near 30th Street and Thomas Road in which unidentified bikers – possibly Hells Angels, though that detail is not spelled out in the report – fired shots at members of the Mongols, a longtime HA rival club with chapters in Phoenix and Mesa, and that one of the two unnamed suspects in the ongoing investigation into Eberhardt's death is a Mongol member. According to the report, there was some "traffic-related" contact between the Hells Angels and the suspects riding in a car along Bell Road shortly before the shots were fired.

The shooting has likely placed the Arizona Hells Angels at a philosophical crossroads. Within the outlaw-biker community, Arizona is known as Hells Angels territory, and the club has gone to war with interlopers in the past – most recently in 2010, when members of the Hells Angels Skull Valley chapter and a rival club called the Vagos traded nonlethal gunfire near Prescott. But retaliation carries a price, as the 170 indictments handed down in the wake of the Waco shooting – which resulted in nine deaths – demonstrate.

It's relevant to note that one of the clubs involved in the Texas melee, the Cossacks, are HA-affiliated – and were allegedly making a push for territory prior to the shootout.

Phoenix Police declined to comment on the Eberhardt murder investigation, and the lack of an arrest has left some observers feeling dubious about a legal resolution. "This murder will never be solved," says Donald Charles Davis, L.A.-based author of Out Bad – which depicts the battles between the Mongols and law enforcement – as well as the popular biker blog The Aging Rebel. "Unless they have an undercover ATF agent patched inside the Mongols or prospecting the Hells Angels – which, to the best of my knowledge, they don't – I just don't think anybody's going to talk on this."

Davis has another theory as to why the investigation may be languishing – a theory that jibes neatly with the outlaw-biker world's institutional paranoia of all things law enforcement. After posting a brief story on his blog about Eberhardt's murder, an anonymous reader left the comment "Payback is a bitch," which Davis believes was meant to bait rival clubs into a turf war. Davis tracked the source of the post to a private server in Frankfurt, Germany that he says was used in the past by ATF agents as a "honeypot" to lure Al-Qaeda militants. Davis has a hunch the shots may have actually been fired by members of the Iron Order Motorcycle Club, a "law-abiding" club composed largely of off-duty cops and military officers with three Phoenix chapters who would have access to government assets like the Frankfurt server.

"To some extent, the Iron Order serves the purpose of a quasi-state agency," he says. "They create incidents that allow the police to entrap and prosecute other motorcycle clubs." Members of the North Phoenix Iron Order did not respond to interview requests.

It's a far-fetched theory, but Davis believes a reprisal shooting is far-fetched, too.

"Motorcycle outlaws are actually more disciplined than most grown men," Davis explains. "The military influence really comes into it. They fight duels over matters of honor… But as far as conspiring to kill somebody? That's increasingly rare, just because they're under so much heat and surveillance. It's tough to get away with."

## Related Posts





Contest: Surreal Arizona (https://www.pho annual-readers-photo-contest-surreal-arizona/)

Thoughts and Prayers and Syringes (https://www.pho and-prayers-and-syringes/)

Cast Away (https://www.pho away/)

# PHOENIX

For more than 50 years, PHOENIX magazine's experienced writers, editors, and designers have captured all sides of the Valley with award-winning and insightful writing, and groundbreaking report and design. Our expository features, narratives, profiles, and investigative features keep our 385,000 readers in touch with the Valley's latest trends, events, personalities and places.


Man shot at Hells Angels clubhouse not cooperating with police | The Spokesman-Review

Menu          Search          News          Sports          AE          Weather

# THE SPOKESMAN-REVIEW

**Washington     Idaho     WA Government**

NEWS > SPOKANE

## Man shot at Hells Angels clubhouse not cooperating with police

Thu., April 23, 2015

| 🐦 | f | ✉ | ⊛ |
|---|---|---|---|

**By Nina Culver** 🔗
nculver47@gmail.com

The man shot at the Hells Angels clubhouse in East Central Spokane Sunday is not cooperating with police who are investigating the incident and told officers he "didn't want to be a victim," according to court documents.

The two men who drove the victim, identified as Logan J. Wood, to the hospital to be treated for his wound also refused to tell police anything other than they were at the clubhouse at 1306 E. Sprague Ave., court records say. The victim was shot in the back.

All three men denied being members of the Hells Angels, but one asked police for permission to retrieve his "cuts" from the trunk of the car used to drive the victim to the hospital before officers impounded it as evidence. The term "cuts" is commonly used to refer to a Hells Angels motorcycle vest, according to court documents.

Both Wood and one of the men who drove him to the hospital are convicted felons.

Police responded to the clubhouse just before 11:30 a.m. Sunday after a 911 caller reported hearing gunshots. One witness told police that she saw a red truck and a black car driving quickly away from the clubhouse after the gunshots were heard. She also saw several men get into a red car and drive away after taking off their motorcycle vests and putting them in the trunk of the car, according to court documents. A second witness gave similar information to police.

Several men who told police they had been in the backyard of the clubhouse that day denied any knowledge of the shooting.

Police found six 9 mm cartridge cases in the street outside the clubhouse, according to court records. There were six motorcycles parked out front. One appeared to have been hit by a bullet on the front fender and a helmet placed on one of the motorcycles had a bullet hole in it. One bullet was removed from the front wall of the building.

Investigators also found three loaded guns sitting in plain view on a countertop inside the clubhouse – a .38-caliber derringer, a .22-caliber revolver and a .45-caliber Sig Sauer semi-automatic handgun, court documents say.

Police recently said on Twitter that the department has responded to the Hells Angels clubhouse 19 times since January 2013.



✉

## Subscribe to the Coronavirus newsletter

Get the day's latest Coronavirus news delivered to your inbox by subscribing to our newsletter.

Sign up

ⓘ  Subscribe and login to the Spokesman-Review to read and comment on this story

## More like this

TUE., MAY 5, 2020

Cannon Park shooting that injured 3 stemmed from threats on social media, documents say

https://www.richmond.com/news/local/crime/mongols-motorcycle-club-member-denied-bond-in-attack-near-vcu/article_bbf9f401-b886-51f8-b873-b727169103b3.html

# 'Mongols' motorcycle club member denied bond in attack near VCU

By TED STRONG Richmond Times-Dispatch

Dec 2, 2015



Bovender

RICHMOND POLICE



Justin T. Bovender

A Mongols Motorcycle Club member charged with breaking the eye socket of a man wearing a Hell's Angels shirt during an attack near VCU was denied bond Wednesday.

Justin T. Bovender, 34, is facing one count of malicious wounding and two gang participation charges in connection with the Sept. 24 assault. He is also expected to face additional charges related to guns and drugs found during a search of a Mechanicsville Turnpike house, a prosecutor said.

Bovender, a strength coach by trade, is listed in court records as being 6 feet, 4 inches tall and 256 pounds. His head is shaven, and covered in a variety of tattoos, including one on the back that reads "Mongols." His attorney, Craig Cooley, did not dispute Bovender's membership in the club.

After the incident, Bovender told a Richmond police lieutenant in a weight room that he had gotten into a fight with a man because the person was involved with the Hell's Angels, Assistant Commonwealth's Attorney Brooke Pettit said in court.

On Sept. 24, the victim in the case was helping a friend pick up a piece of restaurant equipment from a company on West Broad Street, according to an affidavit filed by a Richmond police detective seeking a search warrant. He was wearing a shirt that "showed support for the Hell's Angels," according to the statement.

Mongols Motorcycle Club member denied bond in attack near VCU | Crime | richmond.com

When the man in the Hell's Angels shirt finished at the store, he found that his helmet was missing from his motorcycle, according to the affidavit. Later, he noticed a BMW following him. When the victim stopped for a traffic light in the 100 block of South Belvidere Street, the man driving the BMW got out, according to affidavit.

The man from the BMW, whom prosecutors allege was Bovender, told the man in the Hell's Angels shirt to meet him at the 7-Eleven on the corner if he wanted his helmet back, according to the statement. When the man in the Hell's Angel's shirt turned to look at the 7-Eleven, prosecutors allege, Bovender hit him, and continued striking him.

The beating broke the victim's eye socket, Pettit said at the hearing. A VCU security camera recorded the incident, Pettit said. The video was not shown in court.

A later search of a house used by the Mongols turned up a banner, Mongols vests, drugs and more than a dozen firearms, including three linked to Bovender: a Mossberg shotgun, a Glock pistol and an SKS rifle, Pettit said. The SKS was the military rifle of many communist states before the adoption of the AK-47.

While Cooley emphasized Bovender's ties in the community, Richmond Circuit Court Judge Margaret P. Spencer sided with the prosecution and denied bond.

tstrong@timesdispatch.com

6/29/2020
Case 3:17-cr-00533-EMC   Document 1084-18   Filed 06/29/20   Page 62 of 91
Judge slashes bail amount for alleged Hells Angels member accused in Rosedale stabbing | bakersfield.com

https://www.bakersfield.com/news/breaking/judge-slashes-bail-amount-for-alleged-hells-angels-member-accused-in-rosedale-stabbing/article_5a856dfe-55eb-590f-899d-d422c40fc6b2.html

## Judge slashes bail amount for alleged Hells Angels member accused in Rosedale stabbing

BY JOHN COX  jco  @baker  field com

Feb 19, 2016



Jonathan Smith pleaded not guilty to assault with a deadly weapon in an alleged biker gang fight on Rosedale Hwy. He is also charged with participation in a criminal street gang. At right is attorney H.A. Sala.

Felix Adamo / The Californian

A judge lowered the bail amount Friday for an alleged member of the Hells Angels motorcycle gang accused of assault during a confrontation last month on Rosedale Highway.

Kern County Superior Court Judge Colette M. Humphrey reduced Jonathan Cole Smith's bail from $1 million to $75,000 after hearing testimony the money would come only from legitimate sources.

6/29/2020 Judge slashes bail amount for alleged Hells Angels member accused in Rosedale stabbing | breaking | bakersfield.com

Case 3:17-cr-00533-EMC Document 1084-18 Filed 06/29/20 Page 63 of 91

Smith, 40, has pleaded not guilty to felony charges of assault with a deadly weapon other than a gun and participation in a criminal street gang.

Smith's attorney, H.A. Sala, said in an interview bail would be posted by the end of the day. Smith's next court hearing is set for Tuesday.

Arthur McAdams, an oilman who formerly employed the defendant, testified Friday he would put up the roughly $5,000 required to bail out Smith. Bail agent Steve Sparacino testified he would only accept the money from McAdams.

Sala told the judge his client would repay McAdams out of a pending $500,000 settlement Smith expects to receive because of his involvement in a 2014 motorcycle accident.

In a court filing, Sala wrote Smith is not a flight risk. He asserted the defendant has significant ties to the community and is not a threat to public safety. The only witness who has said Smith wielded a weapon is the biker gang member the defendant allegedly assaulted, Sala added.

Police reports say Smith and another alleged member of the Hells Angels, 55-year-old Michael Blackwood, were in a red pickup following an unnamed member of a rival gang, the Mongols, on eastbound Rosedale Highway the afternoon of Jan. 26.

When the Mongol came to a stop on his motorcycle at a red light, the reports quote the unidentified man as saying, Smith yelled an expletive, then pulled a knife and grabbed him. The Mongol said this knocked down the bike on top of him but that he was able to pull a knife, get up and stab Smith twice.

Blackwood then exited the truck and the Mongol, outnumbered, tried to flee by jumping onto a passing pickup, which swerved and dragged him across the intersection.

Smith was later taken to a local hospital and treated for serious injuries.

Blackwood is free on bail on the same charges, along with a count of being an accessory to a crime.

MORE INFORMATION

6/29/2020 Judge slashes bail amount for alleged Hells Angels member accused in Rosedale stabbing | Crime | bakersfield.com

Case 3:17-cr-00533-EMC Document 1084-18 Filed 06/29/20 Page 64 of 91



Stabbing on Rosedale involved Hells Angels and Mongols members, court filings say

Alleged motorcycle gang member pleads not guilty to assault charge

VALLEY NEWS (HTTPS://WWW.PHOENIXMAG.COM/CATEGORY/PEOPLE/VALLEY-NEWS/)

# Open Road?

**CRAIG OUTHIER (HTTPS://WWW.PHOENIXMAG.COM/AUTHOR/COUTHIER/)**  |  February 21, 2018

u=h

sta





A Tucson Police Department incident report obtained by PHOENIX magazine lays out the scene. On June 24, 2017, about a dozen members of the Black Kingz motorcycle club (MC) – an affiliate of The Outlaws, a major "one-percenter" MC based mainly in the U.S. Midwest and Southeast, with no documented presence in Tucson – were enjoying a group outing at Venom show club on Tucson's east side. Shortly after midnight, two Black Kingz members, 33-year-old Davaress Bolden and 23-year-old Frederic Bayles, went inside the club's bathroom, followed a few seconds later by a 64-year-old strip-club gadfly named Tommy Hook, who was not known to have any ties to the bikers. However, he did have a reputation for "[offending] people with his comments," according to an employee of the club. Another witness was less subtle: The one-time federal auditor was "a piece of shit" who got into a lot of fights.

What exactly transpired between the three men after entering the bathroom is uncertain, but Hook stormed out about 30 seconds later and summoned an acquaintance sitting at the bar. Hook re-entered the bathroom with his friend in tow. According to a statement later obtained from Hook's friend, the two bikers – Bolden and Bayles – and Hook exchanged angry words, and the bikers beat him "with their hands."

Sadly, Hook's propensity for getting into scrapes with fellow strip-club habitués would be his final undoing on this particular evening. Summoned by his friend, a pair of doormen found Hook on the bathroom floor in a pool of his own blood, with a fatal blunt-force head wound. Along with their Black Kingz confréres, Bolden and Bayles escaped into the night.

After a brief manhunt, both suspects were apprehended. Bayles, facing second-degree murder and aggravated assault charges, credibly claimed self-defense and ultimately plead down to class 4 negligent homicide with no incarceration. Bolden, who described himself as the biker gang's "ring leader," according to a witness, scored a similar deal.



These are the broad strokes of the case, but the devil – or the Angels, if you will – is in the details. According to witness statements in the TPD incident report, the Black Kingz were not in town merely for lap dances and bottle service. Likened by one witness to an outlaw-biker "farm team" or second-tier club, the Kingz were "in Tucson... to recruit new members and open up a branch." Given their close ties to the bigger, better-known and more-feared Outlaws, it's not a tremendous cognitive leap to assume they were laying the groundwork for an Outlaws chapter, as well. Although he was living in Phoenix at the time, and was arrested there, Bolden told a witness he hailed from Memphis – a city known to be Outlaws-dominant.

Insiders say such blatant MC prospecting would not have happened on Arizona soil 20, 10 or even five years ago. According to law enforcement officials, journalists and members of the MC community itself, Arizona is known unofficially as Hells Angels territory – and has been for decades.

But that could be changing. Along with the Tucson beating incident, several violent clashes in the Valley suggest alien MCs are getting more aggressive in Arizona, leading some observers within the outlaw-biker community to wonder if the Hells Angels – the world's biggest, most illustrious motorcycle club, and one that's still considered an organized crime syndicate by the U.S. Justice Department – are losing their exclusive grip on the Grand Canyon State.

"There's an idea out there that Arizona is becoming an open state," says one source with multiple ties to the local biker community, and who wished to remain anonymous. "What that means is, if you were an MC, and you wanted to ride through the state showing your logos and so forth, you had to get the HA's permission. If you wanted to set up a chapter somewhere, you had to go to them, swear fealty to them, and get their permission. But that's not the case anymore. It's open."

True or not, the perception of Arizona's "openness" has likely drawn more MCs into the Valley – and some members of the state's oldest and most entrenched bike club don't appear to be ready to turn the other cheek.

On a typically hot, dry Arizona afternoon in October 2016, Hells Angels legend Sonny Barger quietly bid adieu to Cave Creek. It marked the end of a two-decade Arizona residency for the seminal outlaw biker, who punched his way into the popular consciousness in the pages of Hunter S. Thompson's best-selling 1967 memoir Hell's Angels: The Strange and Terrible Saga of the Outlaw Motorcycle Gangs while serving as the president and co-founder of the club's influential Oakland charter.
Rolling Stone later called him "the baddest man on two wheels." In the insular and doggedly secretive world of MCs, he's the closest thing to a celebrity.

It would be disingenuous to call Barger "media-shy" – he holds court over 401,315 followers on Facebook, and maintains his own website – but he rarely engages the news media, particularly after undergoing a laryngectomy in the early 1980s while battling throat cancer. True to form, his lone public pronouncement on the topic of his departure from Arizona was elegant simplicity itself: "I want to announce that I have officially rejoined the Oakland Charter," a Facebook post from August 22, 2016, reads. "Heading Home!"

The question is: Was Barger's departure from Arizona an invitation for other MCs to move in? Most friends and affiliates of the club – don't call it a gang, lest you get on their bad side – disavow such thinking. Now 79 years old, Barger is no longer a street enforcer and hasn't been for some time, they point out. Moreover, the Hells Angels themselves contend they're a decentralized organization – a confederacy, more or less – with independent charters that govern themselves and set their own agendas.

"It doesn't matter where Sonny lives... the club is what it is," Cave Creek resident Candy Chand says. Friendly with Barger and his wife, Zorana, Chand is an Oakland transplant who moved to Arizona around the same time as Barger and occasionally posts paean-like news columns to the now-defunct HuffPost contributor platform about the club. She also writes faith-based inspirational fiction – "Sonny calls them my 'Jesus books,'" she says with a chuckle.

Though Chand doesn't attend "supporter parties" or other club events, she has met many Arizona Hells Angels off-hours, and says Barger's decamp for California did not cause much hand-wringing among them. "It doesn't diminish them. [The Hells Angels] have charters all over the world."

Indeed, the Hells Angels' dominion over Arizona predates Barger. In a sense, it predates the Angels themselves.



A quick bit of Arizona biker history: For several decades, dating back to the late '60s, the dominant MC in Arizona was a band of Harley-riding, hirsute reprobates called The Dirty Dozen. Named after the eponymous criminal soldiers in the Lee Marvin/Jim Brown action movie, the Dozen brawled mercilessly with rival clubs and became a main preoccupation of Arizona law enforcement during the 1970s and 1980s until "patching over" – e.g. merging – with the Hells Angels in 1997.

In an interview with PHOENIX in 2011, one of the architects of that merger – late Hells Angels street enforcer Robert "Chico" Mora – described how Dirty Dozen bikers sanitized Arizona of rivals before trading in their iconic double-six dice emblem for the Hells Angels Death Head patch.

"Oh, we were obnoxious assholes," Mora cheerfully confided, describing the earlier club's modus operandi. "We did terrible, depraved stuff all the time. Don't get me wrong: The Hells Angels are every bit as tough. But it was a different culture back then. Much wilder."

Part of that culture was engaging motorcycle-mounted rivals whenever and wherever they found them. In the early 1980s, Mora served three years in Florence State Prison for the shooting deaths of two members of Bad Company – an outlaw bike gang based in New Mexico that was attempting to set up a chapter in the old mining town of Globe.

Mora recalled that he summoned the two bikers to a popular roadhouse in Globe, where he laid out his ultimatum. "I told them to behave themselves," Mora said. "And respect my authority. Then one of them pulled a gun on me. So I defended myself."

Later, in the early 1990s, the Dozen waged warfare on another out-of-state club, called the Vagos, who were attempting to plant a flag on Arizona soil. Led by a biker named Don "Arizona Don" Halterman, the Vagos even managed to start a Phoenix chapter in the heart of Dirty Dozen territory.

The honeymoon period was brief, as described by former Arizona Department of Public Safety (DPS) officer Steve Trethewy. "There was some shooting and pipe-bombs. Somebody put a pipe-bomb on Arizona Don's front door. That was it. There was too much heat on them. The Vagos left Phoenix."

Such exploits did not go unnoticed by Barger as he served out a four-year conspiracy conviction in a medium-security federal prison near Black Canyon City from 1988 to 1992. In fact, his admiration for the Dirty Dozen may have facilitated his decision to leave Oakland for the Valley and its warmer, more salubrious climate. Faced with a friendly takeover offer from the one-and-only Hells Angels – essentially the Google of outlaw MCs – the Dozen had little choice. In 1997, members of the two clubs convened in the HA clubhouse in Oakland – a converted Arthur Murray dance studio, ironically – and the patch-over was consecrated.

By most accounts, Barger served in an emeritus or advisory capacity as a member of the Hells Angels Cave Creek charter – he didn't hold an officer position, and was rarely seen at rallies and public events – supporting the contention that his departure carries mostly symbolic, rather than tactical, weight for the Arizona biker community.

But it's also true that Barger's vanishing act coincided with a general hemorrhaging of "old-guard [Arizona] guys who weren't afraid to mix it up [with other MCs]," in the words of the anonymous source. In 2013, Mora – who held the title of "street warlord" during his Dirty Dozen days – died of natural causes. Soon after, Mike Koepke, a member of the club's feared "Nomads" charter – and a principle figure in the much-publicized HA shootout with the Vagos in Prescott Valley in 2010 – retired from the club to start a career as a Prescott fireman (see PHOENIX August 2016).

Now firmly on the straight-and-narrow, Koepke says he no longer has regular contact with the Hells Angels and can't comment on the club's politics or motivations. But asked if he could recall an instance of seeing – or hearing about – a phalanx of enemy bikers riding unmolested on a major Arizona highway without the HA's blessing, to a strip club or otherwise, he says, "No, I can't recall that."

Valley cocktail maestro Brandon Casey had barely taken possession of his new bar, The Woodshed, on Baseline Road in Tempe when the deadly biker melee erupted across the street.

The date was August 17, 2016 – about a week, coincidentally, before Barger's Facebook announcement. According to Tempe Police Department spokesman Sgt. Ronald Elcock, four members of the Mongols MC – like the Hells Angels, a "one-percenter" club with roots in Southern California, but predominantly Latino – approached a single Hells Angel biker at the Final Round Sports Bar & Grill at Baseline and Mill Avenue. "The Hells Angel was by himself, and the [Mongol bikers] started a fight," Elcock says, citing the official incident report.

According to an ABC15 report the evening of the shooting, the fight spilled out into the parking lot, where the shooter – whom PHOENIX independently verified through court documents as Wayne Whitt, a member of the Hells Angels' Mesa charter – fired six shots before fleeing on his bike, killing one of his assailants. Though Tempe PD declined to name the deceased, a GoFundMe page launched in the wake of the shooting suggests it was Richard "AZ Slick" Garcia, a member of the Mongols' Mesa chapter. Tempe PD ultimately declined to press charges against Whitt, deeming the shooting self-defense. (The three surviving Mongols – Efren Ontiveros, John Magana and Frank Gardea – were all arrested and are still awaiting "adjudication," according to Elcock.)

Covered by all local TV news stations, the shooting was an eye-opener, because it demonstrated how MC violence can erupt in unexpected places. The Mill/Baseline neighborhood in Tempe is not regarded as a rough neighborhood – the street is lined with white-collar offices, mid-level restaurants and apartments. Kiwanis Park is a block south.

"I was super surprised it happened," says Casey, former head mixologist at Citizen Public House, who was interviewed by local TV reporters outside his bar the day after the shooting. "I grew up in downtown Tempe… Biker gang violence wasn't a thing. So I [found it] more confusing than anything."

The incident also illustrated the increased diversity of the Valley's MC culture and, arguably, the spasms of violence that can happen without a clearly defined alpha. The Mongols claimed one Arizona chapter – Mesa, which operates its own Facebook page – in 2011. Today, a Mongols-affiliated website lists four chapters in the Valley, though MC experts in law enforcement caution that clubs sometimes inflate their numbers. The Arizona Hells Angels are believed to have around 100 active members, but an information request to DPS' Gang & Immigration Intelligence Team Enforcement Mission (GIITEM), which oversees most MC-related investigations in Arizona, was not returned by the time this issue went to press.

If there is a larger battle brewing between the Hells Angels and Mongols, law enforcement isn't saying. "We don't have intelligence [to that effect]," Elcock says. "We haven't heard about retaliation from that incident… and no rising tensions or any other shootings."

A chat board on a website called AZ Independent Daily tells a slightly different story, with devotees of the two clubs trading racially tinged barbs and claims of dominance in the Valley. "Maybe if the Mongols didn't fly their patch in AZ, where they are not endorsed by the CMC [Arizona Confederation of Motorcycle Clubs], they wouldn't get into shootouts with the state's dominant MC," one user chides.

"Quit with your nonsense this was chicken head territory the Mongols are moving in like they took Cali away from the chicken heads," a Mongol supporter responds, using a common epithet for the Hells Angels Death Head emblem.

Another poster makes reference to the unsolved murder of Hells Angels Cave Creek member Patrick Eberhardt, who was gunned down on his bike in North Phoenix in 2015. Sources close to the club have privately expressed surprise that the murder has not resulted in any public reprisals, especially given Eberhardt's bloodlines – his father is Cave Creek charter president

Robert "Spa Bob" Eberhardt. According to a Phoenix police report obtained by this magazine in 2015, one of the two unnamed suspects in the ongoing investigation into Eberhardt's death is a Mongol member.

Then again, reprisals have a way of spinning out of hand for MCs, as the 170 indictments handed down in the wake of the well-publicized 2015 Hells Angels shootout in Waco, Texas, demonstrate. And online message boards rarely reflect diplomatic reality – fortunately.

Koepke, the retired Hells Angel – who escaped prosecution for the non-lethal Prescott Valley gun battle when it was revealed that one of the enemy combatants was a paid confidential informant – disavows the idea that the Arizona Hells Angels can or should go to war over territory.

"I don't think it benefits anybody to have ongoing warfare and clashes [among MCs]," he says. "And [protecting territory] was certainly not something that was adopted or talked about when I was in the Hells Angels. If someone does something [threatening], you have a right to defend yourself... but anyone can start a club."

One possible scenario: As Arizona grows in population and demographic complexity, the Hells Angels may have to accept a new reality – as they once did in California – where different clubs hold sway over different parts of the state.

If that is the case, bystanders like Casey just hope everyone in the Valley's newly competitive MC community gets the memo. "We haven't seen any bikers in the area since [the Tempe shooting]," he says. "But who knows? People are saying it's a weird power-vacuum thing."



**MC Cheat Sheet**

**The term "one-percenter" was adopted by defiant outlaw bikers after organizers of the 1947 Hollister, Calif., biker rally insisted that troublemakers in the motorcycle world only constituted "one percent" of total membership. Know a few of them with this handy glossary.**

**Hells Angels**
Founded by disaffected WWII vets in 1948, the "Red & White" achieved primacy in the biker wold behind the emergence of its powerful Bay Area charters in the 1960s.

**Vagos**

Also known as Green Nation, the MC was founded in Corona, Calif., in 1965. According to the DOJ, they boast around 600 members in the U.S., including some in Northern AZ.

**Mongols**

Founded by Hispanic Vietnam War vets, the MC memorably brawled with HA in the deadly Laughlin riot of 2002. They're believed to have a growing Valley presence.

**Outlaws**

America's oldest MC (est. 1935) has no known AZ presence, but is a longtime HA rival; Barger's 1988 federal conviction stemmed from an alleged plot to blow up an Outlaws clubhouse.

BIKERS (HTTPS://WWW.PHOENIXMAG.COM/TAG/BIKERS/)

MOTORCYCLES (HTTPS://WWW.PHOENIXMAG.COM/TAG/MOTORCYCLES/)

## Related Posts



Contest: Surreal Arizona (https://www.pho annual-readers-photo-contest-surreal-arizona/)



Thoughts and Prayers and Syringes (https://www.pho and-prayers-and-syringes/)



Cast Away (https://www.pho away/)



# JOSHUA HERBERT OF MONGOLS HELD IN KILLING OF HELLS ANGEL JAMES DUTY OF ORANGE

MATT COKER | JUNE 23, 2017



**UPDATE, JUNE 23, 3:01 P.M.:** *Joshua Ryan Herbert, 27, of Corona, has been formally charged in Riverside County with first-degree murder, attempted murder, a special circumstance allegation of killing for the benefit of a gang and sentencing enhancements for use of a gun and great bodily injury.*

*Held without bail at the Robert Presley Detention Center in Riverside, Herbert is scheduled to be arraigned this afternoon at the Riverside Hall of Justice.*



*The Riverside Police Department has released more details about the fatal shooting of James "Floppy" Duty: He was fueling up with four fellow Hells Angels bikers at the Shell station just off of the 91 freeway. Herbert and another person, who remains at large and has not been identified, allegedly drove by and opened fire. Duty was struck multiple times. A bullet only grazed the helmet of the unidentified Hells Angels member who was not injured. The attackers fled toward the freeway. The Anaheim Police Department, the California Highway Patrol, the Garden Grove Police Department, the Long Beach Police Department and other agencies helped Riverside police investigators determine the Mongols was responsible for the shootings, Detective Jim Simons told City News Service. That led to search warrants being served earlier this week in Anaheim, Cathedral City, Corona, Garden Grove, Huntington Beach and Riverside. Herbert, who was no previous felony convictions, was taken into custody without incident Wednesday at his residence on Monterey Peninsula Drive. Police say the handgun that killed Duty was seized during the raids, as were other firearms and various gang paraphernalia. Anyone with information that can help investigators can call Simons at 951.353.7138.*

**ORIGINAL POST, JUNE 23, 6:19 A.M.:** A 27-year-old man has been arrested for the murder of an Orange man who belonged to the Hells Angels, according to authorities.

James Duty, 31, was with some fellow Angels flying colors at a Shell gas station in Riverside on May 21, when they were ambushed by members of the longtime rival motorcycle gang the Mongols, says the Riverside Police Department.

Duty, whose nickname was "Floppy," and another member of the Hells Angels were struck by gunfire; the Orange resident later died at a hospital.

The other victim, who was not identified, was shot in the head, but his helmet deflected the bullet and he was not injured.

Riverside cops announced Thursday that Joshua Herbert, a member of the Mongols, has been arrested for Duty's slaying and the attempted murder of the second shooting victim.

There is nothing to indicate Herbert knew either victim before opening fire, police add.



### MATT COKER

*OC Weekly* Editor-in-Chief Matt Coker has been engaging, enraging and entertaining readers of newspapers, magazines and websites for decades. He spent the first 13 years of his career in journalism at daily newspapers before "graduating" to *OC Weekly* in 1995 as the alternative newsweekly's first calendar editor.



🗁 **N E W S**

WATCH

ADVERTISEMENT

83° 95° 99°

*Search Site*

# Police: Fight between motorcycle gangs behind deadly shooting on Buck Owens Blvd

by Eyewitness News staff
Tuesday, May 8th 2018





*Police investigate a shooting outside of Zingo's Cafe on Buck Owens Boulevard in Bakersfield, Calif., Saturday, May 5, 2018. (KBAK/KBFX photo)*

BAKERSFIELD, Calif. (KBAK/KBFX) — A confrontation between two rival biker gangs led to the shooting of Ricardo Viera last Saturday, according to Bakersfield police.

ck of Buck Owe     83°    95°    99°   s of the

g part.

WATCH

During the event, members of the Mongols Motorcycle Club showed up, and police said a fight soon started.

Search Site                          n a car

and began to fire it into a crowd, police said.

One person was hit by the gunfire, and they suffered minor injuries.

Police said another person who was attending the event saw Viera firing the shotgun, and they retrieved their legally owned handgun and shot several rounds at Viera.

He was struck by a round and killed.

Afterwards, the person who shot Viera called police to report their involvement in the shooting.

The person was detained and extensively interviewed, however that person were released as police said they don't anticipate "future charges are forthcoming."

The name of the person who shot Viera is being withheld due to threats of retaliation.

Investigators believe Viera's attempt to shoot at rival gang members was motivated by his affiliation with the Mongols.

Anyone with any further information about this case is asked to call Detective Shane Shaff at (661) 326-3861.

**MORE TO EXPLORE**

**Disgraced former BPD detective Damacio Diaz released from federal custody**

**NEWS › CRIME + PUBLIC SAFETY**

# Motorcyclist shot, killed on 210 Freeway in San Bernardino



San Bernardino Police detectives investigate the scene of a homicide where two motorcyclists were shot and one killed on the 210 Freeway early Friday, June 6, 2018 in San Bernardino prompting authorities to shut down the eastbound lanes of the freeway and the transition road to the 215 Freeway. (Photo by Watchara Phomicinda, The Press-Enterprise/SCNG)

By **BEATRIZ E. VALENZUELA** | bvalenzuela@scng.com | San Bernardino Sun
PUBLISHED: July 6, 2018 at 7:05 a.m. | UPDATED: July 6, 2018 at 2:01 p.m.



Motorcyclist shot killed on 210 Freeway in San Bernardino - San Bernardino Sun

A motorcyclist was shot and killed on the 210 Freeway early Friday, with a second motorcyclist getting wounded, San Bernardino police said.

Police identified the man killed as Shawn Fowler, 44, of Utah.

Fowler was traveling eastbound on the 210 near the 215 Freeway with his wife on the same bike and other riders through San Bernardino when someone experienced mechanical issues with their motorcycle, Lt. Mike Madden said.

Fowler and another rider pulled over to the side of the freeway and a short time later, around 4 a.m., shots rang out. Fowler's wife was not injured.

Initial information indicates the shooter may have been traveling in the opposite direction when the shooting took place, officials said.

Police ask anyone who may have witnessed the shooting to contact the San Bernardino Police Department at 909-384-5742.

Newsroom Guidelines
News Tips
Contact Us
Report an Error

 The Trust Project

Be the first to know about Coronavirus coverage and more.



6/29/2020

Case 1:17-cr-00583-EMC Document 1084-18 Filed 06/29/20 Page 82 of 91

Man affiliated with Mongols motorcycle gang sentenced for role in fatal gunfight with Hells Angels | News | bakersfield.com

https://www.bakersfield.com/news/man-affiliated-with-mongols-motorcycle-gang-sentenced-for-role-in-fatal-gunfight-with-hells-angels/article_a00a59ec-1b4f-11e9-a0dd-4340a58a5695.html

# Man affiliated with Mongols motorcycle gang sentenced for role in fatal gunfight with Hells Angels

BY JASON KOTOWSKI jkotowski@bakersfield.com
Jan 18, 2019

A Bakersfield man affiliated with the Mongols motorcycle gang was sentenced Friday in connection with a fatal gunfight that occurred between the gang and the rival Hells Angels gang last year.

Christopher Clay Wilson, 40, was sentenced to time served and three years' probation on an accessory charge to which he pleaded no contest in August. Other charges, including five counts of attempted murder, were dismissed.

The charges stemmed from a fatal shooting that occurred in June at a motorcycle wash fundraiser organized by the local chapter of the Hells Angels in the 3200 block of Buck Owens Boulevard.

Wilson and other affiliates and members of the Mongols showed up at the event to confront the Hells Angels, according to police. One Mongol, Ricardo Viera, armed himself with a pump-action pistol grip shotgun and waited in a gas station parking lot.

Meanwhile, two other Mongols affiliates brandished metal objects and challenged Hells Angels at the event, police said. They lured several Hells Angels into the gas station parking lot, and Viera opened fire on them.

A person at the wash then armed himself with a handgun and fired several rounds at Viera, killing him.

Wilson and the other affiliates — Arturo Desiderio, 38, and Eliseo Ray Miranda, 46 — fled the scene but were arrested soon after the incident.

Desiderio and Miranda remain charged with attempted murder, among other crimes, and are scheduled to go to trial next month.

The person who fatally shot Viera was not charged with a crime because police said witness statements and video evidence backed up his statement that he acted in self-defense. His name was not released, but police said he was in possession of numerous items consistent with being affiliated with the Hells Angels.

MORE INFORMATION



Recent high-profile incidents shine a light on local outlaw motorcycle gangs

6/29/2020                    Recent high-profile incidents shine a light on local outlaw motorcycle gangs - The Bakersfield Californian - 3/16... Merced County, Cali...

Case 3:17-cr-00533-EMC Document 1084-18 Filed 06/29/20 Page 84 of 91

⚠ CORONAVIRUS (COVID-19) RESOURCE CENTER
READ MORE (/PS/CORONAVIRUS/)

❤ Add To Favorites (/MyAccount/Apps/favorites/Myfavorites.aspx?
favChannel=myLibrary&favTitle=102859&favDesc=News&favUrl=)

# RECENT HIGH-PROFILE INCIDENTS SHINE A LIGHT ON LOCAL OUTLAW MOTORCYCLE GANGS

The Bakersfield Californian - 3/16/2019

March 16-- Mar. 16--They cut an imposing figure.

Heads turn and people tend to keep their distance when members of Bakersfield's local outlaw motorcycle gangs enter an establishment. Instantly recognizable due to their leather vests with patches proclaiming their affiliation, these groups historically have a reputation for violence.

Some recent incidents involving the groups have only furthered that reputation. One was a deadly stabbing at a popular dive bar involving two motorcycle gang members, the other an exchange of gunshots in broad daylight during a fundraiser on Buck Owens Boulevard.

Those who spot members of a biker gang are best advised to leave them alone. Anyone who starts trouble could quickly find himself surrounded and in extreme physical danger.

"They engage in acts of violence or drug sales as needed," said Senior Police Officer Louis James, of the Bakersfield Police Department's gang unit.

"If one engages in a physical altercation, the others will engage, too," he said.

The Hells Angels, Mongols and Devils Diciples all have a presence in the Bakersfield area, with the Hells Angels maintaining a clubhouse in the Oildale area. James said the Mongols claim to have a clubhouse locally but he's never seen it.

While the Devils Diciples have a Bakesfield patch, they don't have a clubhouse here. There are also several Vagos members in town, James said.

Dive bars are the usual hangout for these groups, but they sometimes turn up in unexpected places. For example, James said, police received a call of some biker gang members at Wiki's Wine Dive & Grill, an upscale establishment.

Their numbers are relatively small, but there's something about biker gang members, probably due to their reputation, that people generally become more concerned if they see a fight break out between them, according to James.

Those who join these gangs are referred to as "1-percenters," taken from a quote from the American Motorcycle Association saying 99 percent of motorcycle riders abide by the law. The implication is these 1 percent don't.

Exact numbers can be hard to tally because some members may be living in town while others might be from a chapter in another city stopping in for a fundraiser or other event.

The officer gave the following estimates for local biker gang members:

* Hells Angels: more than 20.

* Devils Diciples: more than 10.

* Mongols: more than 10.

* Vagos: fewer than 10.

RECENT INCIDENTS AND RIVALRIES

Last month, Hells Angels affiliate Michael Adam Morales, 32, was fatally stabbed at Guthrie's Alley Cat in downtown Bakersfield. His accused killer is Russell Vannoy, 60, a member of Devils Diciples.

There previously was no rivalry between the two gangs, but James said the killing of Morales, known as "Mikey Smash," has the potential to cause trouble between the two. He said he doesn't know if there are meetings going on between the hierarchies of the two groups to make peace, or if this is possibly the start of a rivalry.

In another high-profile case, members of the Mongols gang in May showed up at a Hells Angels bike wash to provoke the rival gang. Police said one of the Mongols, Ricardo Viera, fired a round from a pump-action pistol grip shotgun into a crowd of people at the event, injuring at least one person.

A Hells Angels affiliate, whose name was never released, armed himself with a handgun and fired several rounds at Viera, killing him. Three Mongols were later charged with multiple offenses in connection with the incident. The Hells Angels affiliate was not charged after it was determined he acted in self-defense.

There has long been a rivalry between the Mongols and Hells Angels. In an incident that made national news, a massive brawl between the two groups broke out at a Nevada casino in 2002. A Mongol was stabbed to death and two Hells Angels fatally shot during the melee.

In Bakersfield, James said, a lot of the incidents of violence involving these gangs don't involve firearms. Most are assaults, not shootings.

Police step up enforcement after incidents involving them, James said, to determine who is on probation or parole and let them know they're keeping an eye on them.

MEMBERSHIP AND INSIGNIA

Some biker gang members may be unemployed. Others hold down jobs with six-figure salaries. James recalled a case in which a gangster from out of town was employed as a defense attorney.

Regarding those members with full-time jobs, James said, "They got in the gang at one point and remained there yet are still successful in their normal life. They still attend meetings and participate in runs."

Usually, James said, biker gang members are civil if police contact them asking about a motorcycle run or what they've been doing in general. They typically begin getting agitated if questioned regarding specific crimes.

Those who are the most confrontational are the "prospects," which are bikers interested in joining the gang but who are on a probationary period -- typically a year -- before becoming full-fledged members allowed to wear the group's full patch. Prospects are expected to prove their loyalty and engage in activities as directed by members.

They're the ones most likely to be arrested.

A word about those patches: members have been known to kill over them. Even something as simple as tapping a gang member on the back and touching the patch can lead to a beating or worse.

"They consider the patch one of their most prized possessions," James said.

Each gang has its own insignia. The Hells Angels' insignia is a death's head with wings, the Mongols' a cartoon Genghis Khan-like figure riding a motorcycle, the Devils Diciples' a wheel with tridents crossing it and the Vagos' features Loki, the god of mischief in Norse mythology.

Feds weigh in on California's highest-profile motocross shuttle fight at Dcument...1084-18...Filed 06/29/20...Bakersfield Californian...Merced County, Cali...

James asked that anyone who sees a large gathering of biker gang members notify police so they can check out the situation and identify who they are and what chapter they're from. Also notify police if outlaw motorcycle gangs are spotted at a bar.

There's always the potential for violence if a rival group show up.

"We don't want any members to get killed or injured, or any bystanders either," James said.

Jason Kotowski can be reached at 661-395-7491. Follow him on Twitter: @tbcbreakingnews.

———

(c)2019 The Bakersfield Californian (Bakersfield, Calif.)

Visit The Bakersfield Californian (Bakersfield, Calif.) at www.bakersfield.com

Distributed by Tribune Content Agency, LLC.

---

### Nationwide News

🔗 OPINION: Crosby: New program in Aurora putting more focus on crisis intervention (/ps/news-article-detail.aspx?id=114521)

🔗 Pandemic a setback to St. Paul's Ujamaa Place, a helper to black men on the margins (/ps/news-article-detail.aspx?id=114476)

🔗 News Archive (/ps/news-archive.aspx)

---

 (http://www.trilogyir.com/)

## FOR TECHNICAL ASSISTANCE:

✉ admin@trilogyir.com (mailto:admin@trilogyir.com?Subject=From Network of Care)



**Shooting scene on Highway 395 near Pasco**

Raw footage from the shooting scene investigation on Highway 395 about three miles north of Pasco Multiple law enforcement agencies responded after receiving reports of a man that was shot Northbound lanes were closed temporarily during the inve BY BOB BRAWDY

**UP NEXT** ✕

SEPTEMBER 02, 2017 12:13 PM , UPDATED SEPTEMBER 02, 2017 01:05 PM



Raw footage from the shooting scene investigation on Highway 395 about three miles north of Pasco Multiple law enforcement agencies responded after receiving reports of a man that was shot Northbound lanes were closed temporarily during the inve BY BOB BRAWDY



**Listen to this article now**
05:41   Powered by **Trinity Audio**

After a Hells Angels member from California was shot in the leg while passing through Pasco, witnesses clammed up and refused to share anything with detectives.

Two weeks later, state investigators are hopeful people will come forward to give some clues into what happened that Aug. 18 afternoon on Highway 395.

The wounded motorcyclist, Dennis Donahue, 52, has since been released from the hospital. And five of his fellow members, who were arrested on suspicion of criminal mischief with a deadly weapon, posted bail and have not been charged.

**TOP ARTICLES**



**Shooting scene on Highway 395 near Pasco**

Raw footage from the shooting scene investigation on Highway 395 about three miles north of Pasco  Multiple law enforcement agencies responded after receiving reports of a man that was shot  Northbound lanes were closed temporarily during the inve
BY BOB BRAWDY

UP NEXT    ✕

Tri-Cities area COVID deaths top 100. New cases still far above reopening target

"This was a very kind of chaotic situation where it stretched over a lot of miles," said Lt. Randy Hullinger with the Washington State Patrol's criminal investigation division. "I think it would be hard to go through an experience like that and not be scared ... (but) I don't know what completely their reason is" for not cooperating.

Hullinger described it as "an interesting circumstance" because people who were victims at different points in the road rage incident won't tell anything to investigators.

"We know that there's somebody out there who saw something, it's that they just haven't (seen the news reports) yet" asking for witnesses, said Hullinger. "... It doesn't matter how big or small they think their information is. We'd love to talk to them because sometimes as we talk, other details will start to come out."

## Breaking news & more

Sign up for one of our many newsletters to be the first to know when big news breaks

SIGN UP

The altercation is believed to have started on Highway 395 near Clearwater Avenue in Kennewick with motorcycles, vehicles and pickups driving erratically. It continued north over the blue bridge and through Pasco, briefly onto eastbound Interstate 182, and then back onto Highway 395 heading toward Spokane.

Hullinger said they know that others were involved aside from Donahue and the five men arrested. Those other motorcycles and vehicles likely sped off onto side streets from Highway 395 and Interstate 182 in an attempt to either get away or hide, he said.

That's why investigators think there are more potential witnesses who just don't realize they saw something important. Even if they didn't see the actual shooting of Donahue on northbound Highway 395 near the King City Truck Stop, they may have



Shooting scene on Highway 395 near Pasco

Raw footage from the shooting scene investigation on Highway 395 about three miles north of Pasco Multiple law enforcement agencies responded after receiving reports of a man that was shot Northbound lanes were closed temporarily during the inve

BY BOB BRAWDY

UP NEXT

✕

## Local news has never been more important

Subscribe for unlimited digital access to the news that matters to your community

#READLOCAL

Three motorcycles then pulled onto the shoulder ahead of him and one rider pointed a handgun at the man, according to court documents. The man, who called 911, said the other two riders appeared to talk to their buddy for a moment and then the third guy put the gun in his waistband and they drove off.

The witness further said that after fixing his vehicle, he continued north on Highway 395 and, as he passed the shooting scene, he recognized those same three motorcyclists on the side of the highway, documents said.

Investigators have determined that based on the timing of the witness' call to emergency dispatchers, the gun was pointed at him "within moments" of Donahue being shot in the left leg.

When troopers, police and deputies responded to the shooting, they found five motorcycles stopped on the shoulder along with a Chevrolet Silverado. The pickup was traveling with the group of motorcyclists.

Bullets reportedly damaged three motorcycles, and a bloody pistol was found about 15 feet away from the parked motorcycles.

Hullinger said they are fairly confident that someone from a different group of motorcycles or another vehicle shot Donahue. Additionally, Donahue is not the rider who pointed the gun at the disabled motorist moments before, he said.

The five people arrested that day would not speak to investigators about what happened.

The men — all from California, ranging in age from 47 to 66 and identified as Hells Angels members based on their clothing and motorcycles markings — were booked into the Franklin County jail on the criminal mischief allegation. Two of them also were accused of unlawfully possessing a firearm.

The Hells Angels Motorcycle Club is considered a criminal gang by the U.S. Department of Justice.



**Shooting scene on Highway 395 near Pasco**

Raw footage from the shooting scene investigation on Highway 395 about three miles north of Pasco  Multiple law enforcement agencies responded after receiving reports of a man that was shot  Northbound lanes were closed temporarily during the inve
BY BOB BRAWDY

UP NEXT      ✕

cellphones and the motorcycles. Sant said he hopes to get reports on those findings within two to four weeks, if not sooner.

Hullinger said the investigators don't yet know if it was a mutual combat situation, so they have to look at all angles of what might have led up to the shooting,

"The detectives are working diligently and we'll just keep plugging away until we see what we come up with," he said. "Everyone still is suspect in this thing until we can get it resolved."

People with information on the initial altercation, the eventual shooting or anything in between are asked to contact state patrol Detective Scott Neustel at 509-734-5818, 509-249-6743 or Scott.Neustel@wsp.wa.gov.

*Kristin M  Kraemer: 509-582-1531, @KristinMKraemer*



Franklin County Sheriff deputies and Washington State Patrol trooper investigate the scene on Highway 395 about three miles north of Pasco, where a man was shot in the leg on Aug  18  Witnesses have remained silent about the incident, which is still under investigation  Watch a video at tricityherald com/video BOB BRAWDY
*TRI-CITY HERALD*

💬 **COMMENTS** ⌄

---

READ NEXT

TRENDING STORIES

'Well is drying up.' Tri-Cities construction industry bracing for more layoffs