**Exhibit 19**

# BIKER WAR ERUPTS IN ILLINOIS

By **Jerry Thomas, Tribune Staff Writer**

CHICAGO TRIBUNE

NOVEMBER 20, 1994  |  ROCKFORD

**B**ob Long was standing behind the counter of his auto-parts shop on Broadway, preparing to open for business, when he heard a "bang, bang, bang" from the motorcycle shop next door.

At first he dismissed the noise, thinking it was just LaMont Mathias, his buddy of 15 years, getting an early start on the Harley Davidson bikes he repaired and rebuilt.

Two hours later, just before lunchtime, Long discovered the noise he had heard that morning was gunfire that killed his 47-year-old "no nonsense" friend-leader, according to authorities, of the Hell's Henchmen motorcycle gang.

Though Rockford has been home to the Henchmen for more than a decade, this working-class city has remained relatively quiet and safe. But Mathias' June 28 violent death signaled that something had gone awry in the underground world of motorcycle gangs.

According to authorities in Rockford and Chicago, a war has broken out in Illinois between the Chicago-based Outlaws and the California-based Hell's Angels, which recently merged with the Henchmen.

The increased violence comes as police resources have shrunk and authorities across the nation have shifted their focus to street gangs. As a result, motorcycle gangs have become more sophisticated and have expanded their markets.

"They are similar in structure and criminal activity to the Mafia, but their lifestyle is around the motorcycle," said Detective Michael Vaughn, a gang specialist for the Los Angeles Police Department.

Authorities say the Angels-a gang of predominantly white, blue-collar, middle-aged men-took over the Henchmen here, which also has chapters in Chicago and South Bend, Ind., because the Angels wanted to get a foothold in the large and lucrative Chicago-area drug trade.

The Angels also are heavily involved in murder-for-hire schemes, prostitution, car thefts and the distribution of illegal guns, authorities contend.

The 44-year-old Hell's Angels are the nation's largest motorcycle gang, with several thousand members in 94 chapters worldwide. They specialize in the distribution of chemical drugs, such as methamphetamine, according to Vaughn.

Since the so-called "designer" drugs are more popular with young whites, authorities said, the Angels plan to target the suburbs and pockets of the city where there are large numbers of whites. Those areas would not overlap with the drug market served by black and Hispanic gangs, authorities said.

But the Angels are treading onto the territory of the Outlaws, the dominant motorcycle gang in the Midwest.

"It has always been known that the Outlaws kept the Hell's Angels outside Chicago," said Richard Obartuch, a gang crime specialist for the Chicago Police Department. "But (Chicago) is like the last hurdle they have to overcome to make a statement.

"(The Angels) want to be top dog, and that is all part of that mentality. And the Outlaws say, `We are just as bad as you. And if you come in, well and good, but you will have to pay a tremendous price.' "

The Outlaws made it clear with Mathias' death that the Angels are not welcome in Illinois, law enforcement officials said.

Nevertheless, more than 300 Angels rolled into Rockford last summer, displaying their colors on their chromed, antique bikes to attend Mathias' funeral and to posthumously induct him into the Hell's Angels.

That made the Outlaws even angrier.

In October, Roger Fiebrantz, Mathias' successor as head of the Henchmen, was seriously injured when an explosive device went off in his truck parked beside his trailer home. Fiebrantz remains in the intensive care unit of a Rockford hospital.

On Oct. 7, Mike Coyne, the acting president of the Henchmen, found a bomb beneath his car that later exploded. Later that day, a car exploded outside the Henchmen's clubhouse in Chicago. No one was injured in either bombing.

"Obviously, they have turned up the heat again another notch," Obartuch said.

In recent weeks, law enforcement officials from Rockford and Chicago and Winnebago and Cook Counties, as well as the Illinois State Police, the FBI and the U.S. Bureau of Alcohol, Tobacco and Firearms have been investigating the bombings and devising a plan to prevent more violence.

"The Hell's Angels, with their national identity and pride, will not permit anything like (the bombings) to go unanswered," Obartuch said. "They can't. They will lose total face (respect). You can expect continuing incidents, and it will probably escalate. Neither side will back down."

The Hell's Angels and the Outlaws have a history of bloody battles.

In September, a clash between the Angels and the Outlaws at a Lancaster, N.Y., drag race erupted into gunfire and knife fights. Each gang suffered a casualty.

The last big showdown was the "July 4th Massacre" in 1979, when the Hell's Angels stormed into a Charlotte, N.C., clubhouse and gunned down five Outlaws. Authorities believe the shooting was in retaliation for the killings a year earlier of seven Hell's Angels in a Montreal bar.

Later that year, 32 Hell's Angels, including their leader, Ralph Barger, were named in a 25-count federal indictment in California, which included charges of fraud and murder.

After Barger was convicted and sentenced to prison, the Hell's Angels slowly began to disappear from the American landscape.

But as it turned out, they didn't disband; they simply transformed themselves. The big clubs went international, and some members traded greasy jeans for business suits.

The Outlaws gang, which was organized in Chicago in 1962 and grew to a few thousand members, mostly in the Midwest and the South, was able to co-exist with the Henchmen with little violence before the Angels arrived, authorities said.

That is why Mathias' killing was such a shock.

Long said it is hard for him to believe that Mathias, a divorced father of three who once was a foreman at the nearby Chrysler plant, flirted with the wrong side of the law.

"I will never forget that day," Long said, referring to the shooting. "I felt so sad for his girlfriend. She cried so hard and so long her face was swollen.

"And you know what's so funny about that? No one saw anything."

---

## Corrections

Additional material published Nov. 21, 1994:Corrections and clarifications.A story Sunday about recent violence between two motorcycle gangs contained the wrong dates for the car bombings in Rockford and Chicago, which occurred on Nov. 7. The Tribune regrets the error.

---

Copyright © 2020, Chicago Tribune

**SUMMARY OF EVENT:**

On March 14-15, 2009, ATF undercover agents and confidential sources met with Members of the OUTLAWS MOTORCYCLE CLUB (OUTLAWS MC) from North Carolina, South Carolina and Virginia.  During this meeting undercover agents attended the Regional Bosses meeting, which took place in Hopewell, Virgina.  Additionally, undercover agents and confidential sources were present when Members of the OUTLAWS MC planned and carried out an assault on Members of the DESPERADOS MC, a HELLS ANGELS MC affiliate club.  This assault took place in Petersburg, Virginia.  Several Members of the OULTAWS MC came armed with firearms to commit this assault.

**NARRATIVE:**

1. On March 11, 2009, ATF Special Agent (SA) Jeff Grabman, while working in an undercover capacity, was contacted by Les WERTH, OUTLAWS MC COPPER REGION PRESIDENT.  During this telephone conversation, WERTH told SA Grabman that he (WERTH) and approximately 5 other OUTLAWS MC Members from North and South Carolina would be coming to the Richmond, Virginia area on Saturday, March 14, 2009.  WERTH told SA Grabman that they had business that they had to discuss.

2. Shortly after this conversation, SA Grabman contacted Mark FIEL, AKA SNUFF, MANASSAS/FRONT ROYAL, VIRGINIA OUTLAWS MC PRESIDENT by telephone.  During this conversation, SA Grabman informed FIEL that WERTH had contacted him (SA Grabman) and that WERTH and others were coming to the Richmond area on Saturday.  FIEL stated that he already knew about the planned meeting and would see SA Grabman at his (SA Grabman's) residence on Saturday.   SA Grabman had a later conversation with FIEL on March 12, 2009, during which FIEL told SA Grabman that WERTH and the other OUTLAW MC Members were meeting in Richmond to conduct the Regional Bosses meeting, where WERTH would discuss everything that was talked about at the National meeting held in Daytona, Florida during the recent March bike week.  FIEL added that these members were also going the be in Richmond to show support for the Richmond chapter.  FIEL also told SA Grabman that he (FIEL) had spoken to Charles LOVE, AKA REBAR, PRESIDENT of the RICHMOND, VIRGINIA Chapter of the PAGAN's MC (PMC) and told LOVE that several Members of the OUTLAWS MC from out of state would be in the Richmond area on Saturday.

3. On March 13-14, SA Grabman was contacted several times by LOVE by telephone.  During these conversations, LOVE stated that he too had PMC Members from outside the Richmond area in town, as a show of support and to assault members of the HAMC and their affiliate clubs if they came into the Southern Star bar, located in Colonial Heights, Virginia.  LOVE asked SA Grabman to meet with himself and other PMC Members when the OUTLAWS MC Members from out of state came into town.

4. On March 14, 2009, ATF SA's Grabman, Dan Ozbolt and Thomas Anderson, along with two ATF Confidential Sources, met with the following OUTLAWS MC Members:

   - Les WERTH – COPPER REGION PRESIDENT
   - Mike MARIACA, AKA M & M – PRESIDENT of the ROCK HILL, SC CHAPTER
   - Mike SMITH – PRESIDENT of the LEXINGTON, NC CHAPTER
   - Harry MCCALL – VICE PRESIDENT CHAROLETTE, NC CHAPTER
   - Christopher TIMBERS, AKA ALIBI – MEMBER MANASSAS, VIRGINIA CHAPTER
   - Lyle BEATTY, AKA BUTCHY- MEMBER MANASSAS, VIRGINIA CHAPTER
   - William DAVEY, AKA REBEL – MEMBER ASHVILLE, NC CHAPTER

5. During this meeting at the undercover residence in Hopewell, Virginia, WERTH stated that he wanted SA Grabman to locate a hotel where they could conduct the Regional Meeting.  It was made apparent that the OUTLAWS were concerned about locations being bugged by law enforcement and stated that they wanted to do it at another location.  It was later told to undercover agents that Bosses Meetings are always held in a

"neutral" location that is safe. SA Grabman was able to locate a room at the Fairfield Inn, in Hopewell, Virginia to conduct the meeting.

6. While at the undercover residence, the Members of the OULTAWS that were present stated that they had come to Richmond to conduct this meeting, in part because they wanted to take the opportunity to come to Virginia to find and assault Members and associates of the HELLS ANGELS MC (HAMC) and their support clubs. Undercover agents were asked to describe the membership and strength of the HAMC and their support clubs, to include where the local establishments were that they frequent. The undercover agents were told that following the Regional Meeting, Members of the OUTLAWS were going to be going out in the Richmond area to find and assault these HAMC Members and support club members. Additional details of this conversation are contained on the audio/video CD recording made at the undercover residence, which has been placed into ATF Evidence as Item #E-088.

7. The regional Meeting was held in room 327 at the Fairfield Inn, located in Hopewell, Virginia. During the course of this meeting, which WERTH ran, issues that were presented at the National meeting were discussed, to include:

- The OULTAWS currently have 526 Members, and 50 new Members since December of 2008.
- Rochester, IL has a new Black Piston Chapter
- Mt. Vernon, IL has a new Black Piston Chapter
- "BOBBY" from Peoria, IL is out of the club
- "ROAD HOG" from Indiana quit the club
- Member need to write more letters to Members in Prison, so they feel needed and do not cooperate with law enforcement
- Absolutely no pictures on any websites of Outlaw members
- The OUTLAWS in Orlando have a new clubhouse
- "POCKETS" from Pensacola, FL was arrested by the "Feds" for a fight
- New OUTLAWS Prospect Chapter in Cleveland, TN
- The OUTLAWS are not going to attend the National NCOM meeting this year
- The OUTLAWS now have 89 Chapters, in 1992 they only had 27 Chapters
- The Wilkinsburg, PA Chapter of the OUTLAWS was raided approximately a week ago by the "Feds".
- The New York NIGHT RIDERS MC has patched over to become HELLS ANGELS MC Members.
- "RANDY" from Columbus, OH Chapter quit the club
- The ANIMALS MC from Pennsylvania are now an official OUTLAWS Affiliate Club
- Need to be cautious around the black WHEELS OF SOUL MC Members, some OUTLAWS ok with them others are not
- If a Members fails to defend his patch or is "punked out" while wearing his patch, he will have his 1%er Diamond cut off his colors because he embarrassed the club
- "DOMINICH" will be "off-paper" soon.
- The HIGHLAND CLAN MC, which is an OUTLAW support club from Wisconsin/Northern Michigan, opened a new chapter in Ohio.
- BLACK HAWKS MC in Martinsburg, IN is an official OUTLAWS support club
- MINYUNS MC in Anderson, IN is now an official OUTLAWS support club
- As of now, the OUTLAWS are not going to the "SMOKEOUT" at the Rockingham Drag Strip on May 15, 2009
- "SIR RICH" from Oklahoma is out of the club
- "ED" from Ardmore, OK is out bad from the club
- OUTLAWS LLC dues this year are $425.00, $42.50 per region
- "SKEETER" in CT is out of the club
- NH Chapter has lost their clubhouse, "HO JO" will now be the point of contact for anyone needing anything in NH
- "LARRY MAC" is going to CANCUN, MX to talk to people there about opening a chapter

- Savannah, GA clubhouse is being forced to move.
- "GRIZZ" from Savannah is out of the club
- "JESSIE" in Alabama was involved in a motorcycle robbery/scam involving another OUTLAWS Member for $10,000 and is out of the club in bad standing
- All patches in the COPPER REGION have to go through "LIGHTNING".
- There is a new OUTLAWS MC Chapter starting mid-summer in Madison, WS
- "RABBI" from Wisconsin is out of the club
- Black Pistons MC is updating their Chapter list and should be available soon.

8.  Additional information was also presented concerning runs and events that are scheduled for this summer, as well as listings of OUTLAWS MC Members that are in the hospital or who have recently been involved in motorcycle accidents. A copy of SA Grabman's (who attended this meeting) handwritten notes, have been placed in the ATF case file.

9.  Following this meeting, all the OUTLAWS MC Members listed above who came to the undercover residence, along with SA's Grabman, Ozbolt and Anderson and the two Confidential Sources (CS's) went to eat at a local restaurant in Hopewell, Virginia. After eating dinner, while standing outside the restaurant, MARCICIA made statements about having "MAGGOT ALAMODE for desert or better yet MAGGOT LIVER". MAGGOT is a derogatory term used by the OULTAWS MC referring to the HELLS ANGELS MC. During this conversation, WERTH stated that he wanted to go down to the area where the HELLS ANGELS MC or their Affiliates might be, send three OUTLWAS MC Members inside see what happens and the rest can come in behind.

10.  After eating, WERTH told SA Grabman to find out where the HAMC and/or their Associate clubs would be that evening. SA Grabman told WERTH that he had not been to any of their (HAMC Members and/or associates) bars in the Richmond, Virginia area before. SA Grabman stated that the only bar that he was aware that the HAMC Affiliate clubs, DESPERADOS MC, MERCILESS SOULS MC and the PURE EVIL MC frequent was a bar called the "COCKADES" located in Petersburg, Virginia. SA Grabman further stated that he did not know where it was located. WERTH instructed SA Grabman to find out the exact location of the bar and stated that this was the place that he wanted to go to that evening. SA Grabman attempted to get WERTH to go to an OUTLAWS MC and PMC friendly bar, the Southern Star, but WERTH stated he did not want to go there and again instructed SA Grabman to locate the COCKADE bar. SA Grabman then called PMC PRESIDENT LOVE to find out where the bar is located. LOVE gave SA Grabman a general location of the bar and then put DEVILS GRIP MC PRESIDENT, Chuck BARLOW on the telephone who gave further directions. During this conversation, LOVE told SA Grabman to call him if they ran into any HAMC Affiliate club Members, stating that he and several other PMC Members would be there to help them if needed.

11.  While driving to the COCKADE bar, WERTH called SA Grabman, who was in a separate vehicle, and instructed him to find a place for everyone to pull off so he (WERTH) could discuss the plan that he had devised. The undercover agents and CS's, followed by the OUTLAWS MC Members, pulled into a school parking lot off Highway 36 and parked. Everyone exited their respective vehicles and WERTH then detailed his plan. WERTH stated that he wanted three of the smaller OUTLAWS MC Members, selecting SA Anderson, one of the ATF CS's and OUTLAWS MC Member DAVEY, to go into the bar first. WERTH then stated that himself, MARCICIA and MCCALL would then go into the bar "slick back", referring to not wearing their colors. WERTH stated that SA's Grabman and Ozbolt, along with BEATTY and TIMBERS, would wait outside the bar and watch over Mike SMITH, who would stand outside the bar, in plain site wearing his OUTLAWS patch, to try to lure anyone outside into the bar. SA's Grabman and Ozbolt, along with BEATTY and TIMBERS, were then to follow SMITH into the bar, approximately 15 minutes after the first group entered the bar. While in the parking lot, WERTH, MARCICIA and MCCALL were observed with firearms, placing them on their person.

12.  Everyone then left the parking lot in their respective vehicles and drove directly to the COCKADE bar, located at 305 N. SYCAMORE STREET, PETERSBURG, VIRGINIA. As planned, one of the ATF CS's, DAVEY and SA Anderson, all wearing their OUTLAWS MC patches, entered the bar first, shortly thereafter followed

by WERTH, MARCICIA and MCCALL, who were not wearing any OUTLAWS MC insignia. Approximately 5-10 minutes later, SMITH walked up, wearing his OUTLAWS MC patch and stood across the street from the bar. Within five minutes, two Members of the DESPERADOS MC walked up along side the bar with two females. As they neared the front of the bar, they motioned for the two females to walk back from the direction from where they had come and were heard telling the females to go back to the car. The two DESPERADOS then walked into the middle of the road and began verbally confronting SMITH. The DESPERADOS were heard yelling at SMITH, stating that Petersburg was "their town" and that the COCKADE was "their bar". SMITH responded that VIRGINIA is an OUTLAW state, that Petersburg is an OUTLAW town and this is an OUTLAW bar now. After a couple of minutes of this banter, the two DESPERADOS entered the bar. Shortly thereafter followed by SMITH, BEATTY, TIMBERS and SA's Grabman and Ozbolt, who were all wearing OUTLAWS MC patches. When the two DESPERADOS MC Members entered the bar, they were joined thereafter by a third DESPERADO wearing a DESPERADOS MC patch. Two of the DESPERADOS MC Members walked past SA Anderson, DAVEY and the ATF CS and then continued onto and entered the men's restroom near the rear of the bar.

13. After a brief time period, the two DESPERADOS MC Members exited the bathroom and as they walked past SMITH and BEATTY, they engaged in a heated conversation with SMITH and BEATTY. During this verbal confrontation, SMITH began physically assaulting one of the Members of the DESPERADOS MC. During this confrontation, the DESPERADOS MC Member attempted to retrieve a large Mag Light from his rear pocket. As he began to remove the flashlight, SA Ozbolt grabbed it from his hand (this flashlight was placed into ATF Evidence as Item #031).

14. As the physical altercation began, SA's Grabman and Anderson, who were approximately 5-6 feet away from the altercation and who were not participating in the altercation, were assaulted by a DESPERADOS MC Associate, during which this individual struck SA Grabman across the face with a full beer bottle, leaving SA Grabman with a gash on his forehead, which produced a large amount of blood. SA's Grabman and Anderson, disarmed this individual, utilizing their ATF issued batons and this individual then ran out of the bar.

15. During this assault, the DESPERADOS MC Members exited the bar. SA's Grabman and Ozbolt also exited the bar a short time later and walked back to the ATF undercover vehicle to attempt to remove the blood that had come from SA Grabman's facial injury and to attempt to stop the bleeding.

16. Shortly thereafter, SA's Grabman and Ozbolt exited the vehicle and walked back into the bar. During this assault, and while seated in the vehicle, SA Grabman received several telephone calls from PAGANS MC PRESIDENT Charles LOVE, AKA REBAR, as well as SA Ozbolt received several calls from UNTAMED MC Member "CHEW CHEW". SA Grabman spoke with LOVE during one of these calls and informed LOVE that the OULTAWS were at the time engaged in an ongoing assault with the DESPERADOS MC. It was later learned that LOVE, PMC Lynchburg Member "TORCH", PMC Richmond SGT-at-ARMS JIMBO, DEVILS GRIP MC PRESIDENT Chuck BARLOW and UNTAMED MC Member CHEW CHEW, had showed up at the bar to help participate in the assault of the DESPERADOS MC Members. Further details of their participation are detailed in a separate ATF ROI.

17. SA's Grabman and Ozbolt re-entered the bar and all the rest of the OUTLAWS MC Members were still in the bar. A short time later, several marked police units from the Petersburg Police Department arrived at the bar. All of the OUTLAWS MC Members, including the undercover agents and the CS exited the bar and walked together around the corner. As they walked they observed numerous Members of the DESPERADOS MC standing in a parking lot. WERTH, MARCICIA and SMITH began walking toward these DESPERADOS MC Members, followed by the rest of the OUTLAWS MC Members, to include the ATF undercover agents and the CS. As they approached the DESPERADOS MC Members, a female was observed passing a handgun through an open window of her vehicle to one of the DESPERADOS MC Members who was next to the vehicle (this is the same DESPERADOS MC Member, believed to be identified as AKA "RAMBO", the ENFORCER for the PETERSBURG, VIRGINIA DESPERADOS MC CHAPTER. WERTH, who had walked to approximately 15 feet from where the DESPERADOS MC Members were standing, made a statement to the DESPERADOS MC Member who was now holding the handgun at his side, that he (WERTH) knew that the individual had the gun

in his hand, stated words to the effect of "you are a 1%er, lets see if you are willing to do what it takes to be a 1%er". At this point, WERTH pulled back his coat and placed his hand on his pistol, which was now in open view and MARCICIA withdrew his silver colored revolver from the back of his pants, showing it to the DESPERADOS MC Members and then placed it under his arm. During the course of this confrontation, the DESPERADOS MC Member who had assaulted SA Grabman with the beer bottle inside the bar, withdrew a knife and held it at his side in confrontation to SA's Grabman and Anderson, who had walked to where he was standing in the group. SA Grabman disarmed this individual utilizing his ATF issued baton and the individual then ran from the area. After a short verbal exchange between WERTH and the DESPERADOS MC Members present, local law enforcement marked units began arriving in the area. The OUTLAWS MC Members, to include the undercover agents and the CS, then walked away from the area.

18. Following this incident, it was discovered that DAVEY had been arrested inside the bar by officers from the Petersburg Police Department for possession of brass knuckles and a concealed weapon (knife). DAVEY was allowed to bond out on the misdemeanor violations and later met up with undercover agents. During this time, SA Ozbolt received a telephone call on his undercover phone from CHEW CHEW. When SA Ozbolt answered the telephone, he discovered that it was PMC PRESIDENT LOVE that had utilized CHEW CHEW's phone to call him. During this discussion, LOVE told SA Ozbolt about how he (LOVE), along with PMC Member TORCH, PMC SGT-at-Arms JIMBO, DEVILLS GRIP MC PRESIDENT Chuck BARLOW and UNTAMED MC Member CHEW CHEW had come to the COCKCADE bar to help assault members of the DESPERADOS MC with the OUTLAWS. LOVE told SA Ozbolt that they had jumped out of their vehicle with three axe handles and a gun and chased down some of the DESPERADOS MC Members.

19. The OUTLAWS MC Members and the undercover agents and CS, regrouped and then went to Live Wires bar, located in Hopewell, Virginia, during which no additional incidents occurred. During this time, TIMBERS and BEATTY left the bar, stating that they were driving back home.

20. After leaving the Live Wire bar, The OUTLAWS MC Members, along with the undercover agents and the CS drove back to the undercover residence. While driving back to the undercover residence, Mike SMITH, who was riding in the undercover vehicle with SA's Grabman and Ozbolt, along with DAVEY, stated that "bad part about being in another state is I feel naked without my gun, you know I am a felon, I'm not supposed to have one". A criminal history check of SMITH's criminal background shows that he is in fact a convicted felon.

21. Upon returning to the undercover residence, there were brief discussions concerning the evening's incident. Additionally, WERTH was observed removing the pistol that he carried in a belly band around his waist. SA Ozbolt was allowed by WERTH to look at the pistol, which is described as a silver in color, Ruger P 90 pistol. SMITH and DAVEY did not stay at the undercover residence, but instead returned and utilized the room at the Fairfield Inn, which had been used to conduct the earlier Regional Bosses meeting.

22. The following morning, March 15, 2009, around 9:00am, the OUTLAWS MC Members who had stayed at the undercover residence, WERTH, MARCICIA and MCCALL, left and drove back to North Carolina.

23. Further details of this event are contained on the audio CD recording made from the recording device worn by SA Ozbolt, which has been placed into ATF Evidence as Item #E-089.



WATCH TRENDING TRAILERS NOW!                     0:07/VB



# Hells Angels ambushed Pagans in Augusta County shooting

<u>Brad Zinn</u>, The News Leader    Published 1:52 p.m. ET Oct. 4, 2018 | **Updated 1:59 p.m. ET Oct. 4, 2018**



*(Photo: Submitted/ACSO)*

STAUNTON - During the early morning hours of Sept. 10 at the Hometown Inn near Greenville, five men — four of them reportedly members of the Hells Angels motorcycle gang and the other a prospect — were lying in wait after two members of the rival Pagans Motorcycle Club were spotted across the street at the Pilot Travel Center.

Roughly 90 minutes later, as the two Pagans pulled into the motel parking lot on their motorcycles, an ambush was unleashed, based on video evidence shown Thursday in Augusta County Circuit Court.

One of the Pagans was shot, the other knocked off his motorcycle and beaten with a hammer.

**More:** Staunton woman faces child abuse charge (/story/news/local/2018/10/03/staunton-woman-charged-child-abuse/1507902002/)

Prior to the shooting, which took place shortly before 3 a.m., after the two Pagans were seen at the travel center, one of the motorcycle gang members rousted four others from their rooms at the motel.

After the men took off their Hells Angels gear and changed into different clothing, one of the Hells Angels kept close tabs on the Pagans across the street with binoculars. Another was seen holding an iPad in their direction as he presumably filmed them, motel surveillance video showed. Three other Hells Angels were nearby.

An
roo

1 free article left.

**Fourth of July Sale.**
$3 for 3 months. Save 90%.

Subscribe Now

clerk, unaware there were now rival gang members at the motel, gave them a
g to evidence.

As
wip
inv

econd rider was knocked off his motorcycle as it was still moving. The rider in front
to the ground. As he ran, two Hells Angels opened fire on him, video showed. An

**News**       .

The victim was struck once in the lower left side of his back. He survived the shooting and was released from the University of Virginia Medical Center in Charlottesville after a week-long stay, according to testimony.

## Get the Daily Briefing newsletter in your inbox.

Non-subscriber Daily Newsletter

Delivery: Daily

Your Email                                                                                                          →

The beating victim was not seriously injured.

Both victims were members of the Pagans Motorcycle Club out of southern Virginia, the sheriff's office said.

**More:**  Sex offender arrested in Verona stun gun attack (/story/news/local/2018/10/03/sex-offender-charged-verona-stun-gun-attack/1508613002/)

Seven suspects were arrested at the scene. Two guns and a shell casing were recovered at the motel by investigators.

Following the shooting, Augusta County Sheriff Donald Smith said both groups were passing through the area following an unidentified convention.

One of two men accused of opening fire is Anthony Milan, 28, of East Elmhurst, New York. Milan is a prospective member of the Hells Angels in New York City, according to evidence. He appeared in Augusta County Circuit Court on Thursday in an attempt to get a bond set.

Dominick J. Eadicicco, 48, of Staten Island, New York, is also suspected of opening fire, evidence showed.

Milan, Eadiccio and three others are charged with two counts of malicious wounding by a mob, along with single counts of conspiracy to maliciously wound, gang participation in a criminal act and use of a firearm in the commission of a felony.

In court Thursday, Milan, who has no prior felonies, was denied bond.

Two other Hells Angels were not charged in the attack but face drug and gun charges.

All seven suspects remain behind bars.

**More:**  Two dead in Nelson County crash (/story/news/local/2018/10/02/two-dead-nelson-county-crash/1506696002/)

Read or Share this story: https://www.newsleader.com/story/news/local/2018/10/04/hells-angels-ambushed-pagans-augusta-county-shooting/1521012002/

**1** free article left.

**Fourth of July Sale.**
**$3 for 3 months. Save 90%.**

Subscribe Now

News                            .



**AP NEWS**

Top Stories    Topics ⌄    Video    Listen    

# Pagan Bikers Indicted in Brawl

FRANK ELTMAN     March 12, 2002

AD

NEW YORK (AP) _ Seventy-three members of the Pagans motorcycle gang were indicted Tuesday on federal racketeering charges stemming from a fatal brawl last month at a rival biker group's convention on Long Island.

The fight at the Hells Angels-sponsored Hellraisers Ball left one man dead and at least 10 others injured during the Feb. 23 motorcycle and tattoo expo in Plainview.

Prosecutors allege the Pagans were outraged the Hells Angels scheduled an event on what they still consider their home turf. The Pagans had been Long Island's dominant gang until their ranks were decimated by federal prosecutions several years ago.

ADVERTISEMENT

Trending on AP N

California govern
commutes 21 ser

French ex-prime
found guilty of fr

Rolling Stones th
over using their s

Prosecutors allege that Pagans members from Ohio, Pennsylvania, Maryland and elsewhere converged on Long Island and conspired to attack the Hells Angels event. Hundreds of weapons, including knives, bats, brass knuckles and shotguns, were seized.

Mark Lancaster, a lawyer for the 73 Pagans, who were being held without bail, insisted the Pagans arrived ``with a purely peaceful intent'' and were attacked by Hells Angels.

Prosecutors allege some Pagans had written out wills before heading to the expo, and several wore bulletproof vests.

Among those at the Hellraisers Ball were Sonny Barger, the Angels' legendary leader, and Chuck Zito, a member who appears in the HBO series about prison life, ``Oz.''

AD

6/29/2020
San Antonio Bandido who killed Hell's Angel member gets 18 years in prison without parole - San Antonio Express-News

Case 5:17-cr-00503-EMC Document 1084-20 Filed 06/29/20 Page 13 of 46

**BREAKING NEWS**



H-E-B cases jump by 24

**USAA closes offices to workers until at least 2021**

**Converse man charged with murder, leads police on high-speed...**

**SAPD officer arrested after being found with assault victim**

**Body of girl, 1, found in Guadalupe after kayak overturned**



https://www.mysanantonio.com/news/local/article/San-Antonio-Bandido-who-killed-Hell-s-Angel-13282005.php

# San Antonio Bandido who killed Hell's Angel member gets 18 years in prison without parole

By **Guillermo Contreras**   Updated 2:55 pm CDT, Thursday, October 4, 2018



**IMAGE 1 OF 84**

Robert Romo was sentenced to 18 years without parole for killing a rival biker in 2006. **Click through the gallery to see other Bandidos sentenced in Texas and other facts about the notorious MC club.**

A San Antonio man who killed a member of the Hell's Angels in 2006 to gain membership in the rival Bandidos Motorcycle Club was sentenced Thursday to 18 years in prison without parole.

Robert Romo, 45, testified at a trial for the Bandidos' former two top leaders that he was the triggerman in the March 2006 shooting of Anthony W. Benesh III, who was slain outside a pizza restaurant in Austin in front of his children and girlfriend.

Benesh's killing was unsolved for 11 years, until federal authorities in early 2017 developed information that led them to charge Romo and three other Bandidos in the murder, among them Romo's older brother, Johnny "Downtown" Romo, 48, who was a high-ranking national sergeant-at-arms in the Bandidos.

Up Next - RELATED NEWS: MLB's fanless return and its impact on local businesses

---

**RELATED:** SAPD: James Avery worker pawned nearly $18K in stolen jewelry

Like Johnny Romo, Robert Romo faced life in prison without parole, but prosecutors also asked Senior U.S. District Judge David Ezra for a reduction. The judge gave Robert Romo 18 years for murder in aid of racketeering and 18 years for using and

6/29/2020     San Antonio Bandido who killed Hell's Angel in Austin gets 20 years in prison without parole again - San Antonio Express-News

Case 5:17-cr-00603-EMC Document 1084-20 Filed 06/29/20 Page 16 of 46

discharging a firearm in aid of a racketeering murder, then ran the sentences concurrently.

Johnny Romo pleaded guilty to the same charges as his brother and received a sentence of 15 years without parole on Wednesday.

---

**Related Stories**



**Bandidos' secrets spilled by ex-national ranking member**

**Judge hands down fate for Bandidos leader in S.A.**





**Bandido learns fate for retaliation killing near San Antonio**



**San Antonio judge sentences Bandido turned informant to 15 years without parole**



**Jurors hear wiretaps and recorded Bandidos meetings**



**Bandidos ex-president admits using cocaine but denies racketeering**

---

At trial, the Romo brothers testified that the hit on Benesh was ordered by then-Bandidos national president Jeffrey Fay Pike and the directive was passed on to Johnny Romo by John Xavier Portillo, who was a national sergeant-at-arms in 2006 and went on to became national vice president in 2013. Benesh, who had planned to start a chapter of the Hell's Angels in Austin, had ignored warnings from the Bandidos to not fly Hell's Angels colors in Texas, which is considered the Bandidos homeland and territory.

Pike, 63, of Conroe, and John Portillo, 59, of San Antonio were sentenced last week to life in prison without parole after they were convicted of charges that they sanctioned, ordered or led the bikers' racketeering conspiracy over several years.

**RELATED:** Jurors deciding man's fate in child sex attack blamed on dogs

According to Robert Romo's testimony, the hit crew, using

walkie-talkies to communicate while

POWERED BY CONCERT                                    FEEDBACK

in two separate vehicles, staked out Benesh's home over two days, deciding to move in on the second day for the kill. The day of the slaying, Robert Romo brought a hunting rifle fitted with a scope that he had borrowed from a friend over a year earlier, according to Robert Romo's testimony.

Both Romos also testified that Robert Romo was rewarded by being made a full-patch Bandidos member earlier than is normal and that he was made a part of a squad called the Fat Mexican Crew, tasked as enforcers for the Bandidos' national chapter. The "Fat Mexican" is the Bandidos insignia widely seen on their motorcycle vests and accessories.

*Guillermo Contreras covers federal court and immigration news in the San Antonio and Bexar County area. Read him on our free site, mySA.com, and on our subscriber site, ExpressNews.com. | gcontreras@express-news.net | Twitter: @gmaninfedland*

© 2020 Hearst Communications, Inc.

HEARST

**APRIL 2007**

# The Gang's All Here

When a beloved brother died last summer, more than four hundred bikers thundered into San Antonio for his funeral. As they swapped stories about the old days and guzzled beer, one message could be heard over the roar of their Harleys: Bandidos forever.

---

BY        **SKIP HOLLANDSWORTH**

ISSUE      **APRIL 2007**

SHARE

NOTES      **0 COMMENTS**

---

T HEY BEGAN ARRIVING AT THE MISSION PARK They began arriving at the Mission Park Funeral Home in San Antonio early on a Friday afternoon. They came in packs, riding two, sometimes three abreast, their motorcycles roaring loudly enough to rattle all the funeral home's windows.

People who worked in the nearby stores and businesses rushed outside to get a better look. One man, standing in the parking lot of a Mexican restaurant, called a friend on his cell phone and shouted, "There must be a hundred of them!" A woman driving a Ford Taurus swerved to the shoulder of the road and slammed on her brakes as a group of them raced past her, missing her car by inches.

They kept coming and coming, their wind-burned faces grim and purposeful. They were dressed in steel-toed boots, jeans, and their "colors": denim or black leather vests covered with a variety of red-and-gold patches that carried such slogans as "Loyalty is our honor," "Our colors don't run," and "Expect no mercy." On the back of every vest was a large patch of a bellicose Mexican bandit brandishing a pistol and a machete.

"It's the Bandidos!" yelled the man in the parking lot. "The Bandidos are here!"

On this September afternoon, the members of the Bandidos Motorcycle Club were indeed

On this September afternoon, the members of the Bandidos Motorcycle Club were indeed in San Antonio. They had come to pay their respects to one of their early members, Luis Bonilla, a.k.a. Bandido Chuco, who had died at the age of 65 from liver cancer. They thundered into the funeral home's parking lot, gunning their engines again and again, sending thick clouds of exhaust into the air. One Bandido popped a wheelie on his Harley-Davidson and rode on his back tire for at least thirty yards. Another raced down the parking lot, hit his brakes, leaned his entire body to the left, whipped his motorcycle around, and then raced the other way. On the back of some of the motorcycles were the Bandidos' wives or girlfriends, known as PBOLs: Proud Bandido Old Ladies.

Standing in the doorway to the chapel, the thin, dark-suited director of the funeral home smiled nervously, his lips as pale as milk. "They promised us there would be no trouble," he said hesitantly as the Bandidos parked their bikes and began hugging and kissing one another on the mouth—the traditional Bandido greeting.

"I love you, brother!" barked one beefy, middle-aged Bandido, wrapping his tattooed arms around a Bandido whose long gray hair was held back with a bandanna.

"Man, that Chuco was a bad motherf—er," said another, wearing a T-shirt underneath his vest that read "Snitches are a dying breed!" "Remember how he used to say that if we ever had a problem, we should handle it very, very violently?"

The men roared with laughter. There were more bear hugs and kisses as more Bandidos arrived. A flask or two passed around. Several of them headed into the chapel to see Chuco in his casket. He was dressed in his favorite black T-shirt, black jeans, and his Bandidos vest. He was surrounded by bouquets of flowers, along with photos of him in his younger days standing beside his motorcycle or next to topless biker chicks.

Suddenly, the Bandidos heard a sound in the distance, a distinct *whomp-whomp-whomp*. They walked back outside, looked up, and saw a helicopter coming right at them. It banked to the right and began to circle the funeral home. In the helicopter's open door were a couple of men in police uniforms holding binoculars.

"The pigs are here," someone said.

For a few moments, the Bandidos stood there, unmoving. And then, as if given a silent cue, several of them lifted their hands in unison and flashed their middle fingers toward the sky.

IF YOU WEREN'T LIVING HERE THIRTY or forty years ago, you might not have any idea

IF YOU WEREN'T LIVING HERE THIRTY or forty years ago, you might not have any idea who the Bandidos are. You probably have no inkling that they were once the terrors of Texas, so fearsome that when a rumor spread through a town that they were coming, people literally headed inside their homes and locked their doors.

And even if you do know who they are, you could very well have trouble believing they still exist. The Bandidos? The renegade motorcycle gang? Aren't they long gone, artifacts of the *Easy Rider* era? Hasn't the motorcycle world been taken over by lawyers, doctors, and advertising executives, all those self-proclaimed "chromosexuals" who pull back their hair in neat ponytails and don designer sunglasses and expensive black leather jackets so that they can take leisurely rides through the countryside on sunny weekend afternoons?

In fact, the Bandidos are not just hanging on, they are thriving. With an estimated 800 to 1,000 members in sixteen states (about 400 in Texas alone) and another 1,400 members in Canada, Europe, and Australia, they are now as large as the fabled Hells Angels, from California, and according to law enforcement officials who investigate the club, the new Bandidos—or at least some of them—are just as ribald and rebellious as the originals, whom the cops used to chase day and night.

In the past couple of years alone, police around the country have arrested Bandidos for everything from drug dealing and kidnapping to possession of illegal weapons and trafficking in stolen vehicles. Bandidos have been accused of threatening people who were preparing to testify against them in court and of beating and even shooting any member of rival motorcycle clubs who has either not shown them the proper respect or attempted to invade one of their territories.

Last March, for instance, police in Austin announced that the Bandidos were the prime suspects in one of the city's most shocking murders: the slaying of a 44-year-old local motorcyclist named Anthony Benesh. Benesh, who had been trying to start an Austin chapter of the Hells Angels, had been shot in the head, apparently by an unseen sniper, as he was leaving a North Austin restaurant with his girlfriend and two children. According to homicide detective Frank Rodriguez, in the days before his murder, Benesh had been receiving telephone calls from Bandidos telling him to stop wearing a vest that displayed Hells Angels patches. Obviously, said Rodriguez, Benesh didn't follow their advice.

But it's not only the Bandidos' rivals who are getting killed. Less than a month after the Benesh shooting, eight Bandidos were found stuffed inside abandoned vehicles in a field in Canada. Investigators speculated that the victims had been killed by a team of hit men as part of an "internal cleansing" ordered by the Bandidos' leaders. "Unlike the Hells Angels, who have tried to finesse their public image with toy runs and other charity stunts," wrote

the Canadian journalist Julian Sher, who has spent years covering motorcycle gangs, "the Texas-based Bandidos have never shied away from flaunting their brutal pedigree. 'Cut one, we all bleed,' the Bandidos warn—and the blood has never stopped flowing, often from internal strife as much as external battles."

Today the police seem more determined than ever to bring the Bandidos down. Federal prosecutors have gone so far as to indict Bandidos under the Racketeer Influenced and Corrupt Organizations Act (RICO), a federal statute originally intended to destroy Mafia families, claiming that the club is an "organized criminal enterprise" that resorts to "intimidation, extortion, violence and threats of violence against rival motorcycle clubs" to maintain its "power, territory and profits." This past August, the federal government also admitted in a court filing that the Bureau of Alcohol, Tobacco, Firearms and Explosives, along with "other investigative agencies," was carrying on "active investigations" into the club. And according to the law enforcement gossip mill, at least one of those investigations is now focused on Texas, where all the Bandidos' national officers live.

Yet as they made abundantly clear at their gathering in San Antonio, the Bandidos are not remotely intimidated. Throughout that Friday afternoon and into the evening, Bandidos continued roaring toward the funeral home, some of them coming from as far northwest as Washington and as far southeast as Alabama. Old Bandidos who had retired from the club years ago showed up, many of them with backs and hips so creaky they were barely able to throw their legs over their choppers, and the new generation of Bandidos also came, sitting astride $30,000 custom-made Harleys with perfect pinstriping. Even a handful of European Bandidos had flown in for the occasion, borrowing motorcycles from members of the San Antonio chapter so they too could ride.

"Let me tell you one thing, my friend," said a Bandido who had seen me standing quietly by the funeral home's front door taking notes. He had introduced himself only as F.O., and he was one of the most intimidating-looking men I've ever seen. Built like a professional wrestler, he had thick black hair and a black Fu Manchu mustache, and just below his chin was a tuft of beard tied up with string and held in place by a fourteen-karat gold skull with diamonds in the eyes.

F.O. lifted one of his meaty arms and poked me so hard in the chest with his forefinger that I thought my sternum was going to crack.

"We are Bandidos forever, forever Bandidos," he said. "We are brothers until the day we die.

And no one, absolutely f—ing no one, is going to take that brotherhood away."

I SAW MY FIRST BANDIDOS IN 1969, when I was eleven years old. My father, a straitlaced Presbyterian minister, took our family to Galveston for a vacation. We were walking in our bathing suits on the sidewalk next to the seawall when a group of them roared past us on the adjoining boulevard, their engines as loud as fighter jets.

"Get down!" my father yelled, as if he thought the Bandidos might shoot us. He ran over and put his arms around one of my sisters, thinking they might kidnap her. "Get down!" he shouted again. It was one of the most thrilling experiences of my life.

For me and my friends, the Bandidos were like the bogeymen. At recess, we swapped stories —perhaps true, perhaps not—about how Bandidos pulled out their enemies' teeth with pliers and beat them with heavy metal wrenches. We talked about Bandidos carrying bombs with them on their motorcycles, which they used to blow up gas stations that refused to serve them. We even believed that, just for fun, they had sex with dead women.

And as far as we were concerned, the great outlaw of the state was not Sam Bass, John Wesley Hardin, or any of the other nineteenth-century gunslingers mentioned in our textbooks. It was the Bandidos' founder, Donald Chambers—only he rode a Harley instead of a horse. To this day, I can remember the first time I saw his photo: a mug shot, printed in a newspaper, that had been taken after he had been arrested. He was as lean as a plank, with light brown hair that fell to the bottom of his neck and sideburns that went down to his jaw line, and he stared at the camera with a cocky, you'll-never-bring-me-down expression.

"He was a hell-raiser, there was no question about that," said his daughter, Donna Lee Chambers-Miers, who lives near Crockett and used to go barhopping with her father when she was a teenager. "When he started downing shots of Windsor Canadian whiskey, people learned real quick that he was not someone to mess with. God, Daddy was famous for the way he could throw a punch. And if that didn't work, he'd pull out his knife and start swinging that around too."

Chambers started the Bandidos in March 1966, when he was 36 years old and working on the ship docks in Houston. In the past, he had been a member of other Houston-area motorcycle clubs, but they had bored him. He told his friends that he was naming his club the Bandidos, in honor of the Mexican bandits who refused to live by anyone's rules but their own, and he began recruiting his first members not only out of Houston but also out of the biker bars in Corpus Christi, Galveston, and San Antonio.

"Don't looking for people who fit into what he called 'polite society,'" said one of Chambers's first members, Royce Showalter. Showalter, his white hair long and braided, is now sixty years old, living in San Antonio on disability payments and barely able to walk because of past motorcycle accidents. But when I spoke to him, he still smiled brightly at the memory of those early days when Chambers came into his life. "He wanted the badass bikers who cared about nothing except riding full time on their Harley-Davidsons. He wanted bikers who lived only for the open road. No rules, no bullshit, just the open road."

In that era there were already a number of hard-core biker clubs scattered throughout the country, including the Outlaws, the Pagans, and, of course, the Hells Angels, which had been formed shortly after World War II. Those clubs called themselves the One Percenters, a phrase stolen from a former president of the American Motorcyclist Association who once declared, after a rumble between two motorcycle clubs in California, that 99 percent of motorcyclists were law-abiding citizens and 1 percent nothing more than "outlaws." The Hells Angels were particularly notorious: The year Chambers started the Bandidos, soon-to-be-famous journalist Hunter S. Thompson published *Hell's Angels: The Strange and*

*Terrible Saga of the Outlaw Motorcycle Gangs*, a book that detailed the club's violent, drug-fueled adventures.

"All of us read it to get some ideas on what we should be doing," said Showalter. "And then we looked at one another and said, 'Hell, we can do a lot better than these guys.'"

By the early seventies, Chambers had more than one hundred members, many of whom were restless young Vietnam veterans who, in the words of one Bandido I spoke to, "had gotten bored sitting at home trying to be nice after the government had taught them how to be so bad." The original Bandidos had wild, unruly hair, scraggly beards, huge tattoos, and cigarettes sticking out of their mouths, and they went by such nicknames as Revolver, Pecker, Deadweight, Rawhide, Coonass, and Crankcase. One member was nicknamed Log Cabin because he loved drinking whiskey from a Log Cabin syrup bottle. Although the club was made up mostly of white males, Chambers welcomed Hispanics, and for a couple of years, there was one black man who rode with the club. His nickname was Spook.

In some ways, oddly, the Bandidos were not all that different from any other fraternal organization. Just like the Rotary Club, each chapter was required to have a weekly meeting where attendance was taken and dues paid. Just like the Lions Club, its members had vests and were given rules about wearing them. (A Bandido was required to wear his vest whenever he rode his motorcycle. Conversely, if he was in a car, he had to take it off.) Like

the Elks, the Bandidos had their own clubhouses, and like the Masons, they had their own initiation rites.

But that's where the comparisons ended. Consider, for instance, the gold-colored "courtesy card" that Chambers printed up for his members to give to "citizens" (the word they used to describe nonmembers). Embossed in red at the top of each card was the Bandidos' ominous motto: "We are the people our parents warned us about." In the lower left corner were the initials "FTW" (for "F— the World"). And in the middle of each card was the phrase "Bandido by profession, Biker by trade, Lover by choice, You have just had the honor of meeting …," which was followed by that particular member's signature.

Or consider the Bandidos' initiation rites. Once a new member received his Bandidos vest, he was ordered to lay it on the ground. The other members of his chapter then urinated, vomited, and defecated on it. The new recruit was then required to put the vest back on and dry it out by riding on his motorcycle.

"We were so crazy back then it's amazing we are alive," said Showalter. "We'd go flat out on our motorcycles all day long, eighty to ninety miles an hour, and then at night, we'd hold our parties far out in the woods so the cops wouldn't find us. There was booze and drugs everywhere. We had girls show up who wanted to screw everyone. There was always someone stumbling into the bonfire and someone else shooting a pistol into the air. We'd party till dawn, go to sleep right there on the ground, and then get up, get on our motorcycles, and hit the road again."

Then, in 1972, Chambers and two other Bandidos were arrested for shooting to death two drug dealers in El Paso over a botched sale. The police said that before killing the dealers, Chambers had made them dig their own graves. Then Chambers and the other Bandidos had set their bodies on fire before burying them.

Chambers was sentenced to two consecutive life terms in prison, leading some police officials to speculate that the Bandidos, without their founder, would disband. But his right-hand man, Ronnie Hodge, another former Houston dockworker, who was the size of a grizzly bear, took over and did not make the slightest attempt to tone down the Bandidos' renegade image. Throughout the seventies, they were arrested for dealing drugs, running prostitution rings, extorting money from the owners of roadhouses and strip joints—even operating illegal pit bull fights.

"Yep, we were the bad boys," said one of the most infamous Bandidos from those years, 63-year-old Franklin "Stubs" Schmick, who now lives in East Texas with his Old Lady of the

past fifteen years, Barbara "Dummy" Schmick, a chatty, sassy woman who, during the seventies, was renowned among the Bandidos for her bombshell looks and her extracurricular activities at an Austin nude-modeling studio. "I'll be honest, it was a lot more fun back then. The police had no cell phones and no video cameras, which meant we all had a much better chance of getting away."

IN THE LATE SEVENTIES, the Bandidos became suspects in two of the state's most publicized shootings: the attempted slaying in 1978 of James Kerr, an assistant U.S. attorney in San Antonio who was reportedly conducting an investigation into the club, and the 1979 assassination of U.S. district judge John Wood Jr., of San Antonio, who was known as Maximum John for his merciless sentences for drug offenders, a few of whom were Bandidos.

Kerr identified three Bandidos in a police lineup as his possible assailants. In the Wood case, more than one hundred Bandidos were subpoenaed to appear before a federal grand jury. Suddenly, the club found itself in the national spotlight: In *Newsweek*, they were described as "the single greatest organized crime problem" in Texas, and on ABC's *20/20*, a

young Geraldo Rivera noted that seven of the club's eight national officers had criminal records "involving drugs, guns, or violence."

Unrepentant, the Bandidos insisted that they had not shot the prosecutor or the judge and that the only reason they were being harassed was because of their anti-establishment posturing. (In the *Newsweek* article, a defiant Hodge snarled, "We're the last free Americans.") And when members of an El Paso crime family, the Chagras, were eventually convicted of hiring hit men to shoot Kerr and Wood—Wood's killer was Charles Harrelson, the father of actor Woody Harrelson—the Bandidos promptly celebrated by throwing huge parties and racing around on their motorcycles, shooting their middle fingers at just about everyone they came across, including cops.

Furious, law enforcement agencies redoubled their efforts to bring the club down. Some police departments formed motorcycle gang task forces. The FBI went so far as to buy a biker bar in Dallas, bringing in as the "owner" a New York agent who tried to find out what the Bandidos were up to.

In 1985, after a long undercover investigation, hundreds of federal agents and local police officers in eight states arrested nearly one hundred Bandidos and their associates on charges of narcotics trafficking. (To round up the Bandidos in Lubbock, the police used an armored personnel carrier to bust into their fenced compound.) And in 1988 almost all the

Bandidos' national officers, including Ronnie Hodge and Stubs Schmick, who was then a national vice president, were arrested by federal agencies for conspiring to bomb homes and automobiles belonging to members of the Banshees, an upstart Dallas motorcycle club.

"The feds thought that they finally had us with that one, that there would be no one left to run the club," chuckled Schmick, who, along with Hodge, was given a five-year sentence. "But by the time we headed off to prison, we already had the next group of leaders ready to go. That's the Bandido way."

IN 1998 THERE WAS TALK ONCE AGAIN that the Bandidos had suffered a fatal blow: Craig "Jaws" Johnston, who was then the Bandidos' president, and other leaders pleaded guilty in federal court to charges that they had conspired to manufacture and sell as much as a thousand pounds of methamphetamine. But the Bandidos kept right on growing, opening new chapters throughout the country. The club also continued expanding into Canada, Australia, and Europe, where young motorcyclists were enamored of the Bandidos after reading about their exploits in biker magazines. The European Bandidos proved themselves to be just as aggressive as their American counterparts, setting off a turf war

with Europe's Hells Angels and at one point firing anti-tank grenades at two Hells Angels clubhouses in Denmark.

The Bandidos were so brazen that they even started their own Web site. It contained a list of all the Bandidos' chapters, photos of famous dead Bandidos such as Chambers (who died of cancer in 1999) and Hodge (who died of heart disease in 1992), and a page where supporters and wannabes could purchase Bandidos T-shirts, clocks, coffee cups, tote bags, calendars, and thong panties. (Written on the front of the panties was the phrase "Support Your Local Bandidos.")

In 2005 the feds made their next assault on the Bandidos' empire. They hit Johnston's successor, George Wegers, who lived in Washington State, and 27 other Bandidos and their associates in that area with a RICO indictment. The specific charges were hardly flashy: Wegers and the others were accused of such varied crimes as stealing motorcycles, kidnapping a rival motorcycle club member (the kidnapping lasted a day), and conspiring to kill a disloyal Bandido associate who was suspected of meeting with federal agents (the killing never took place). Defense attorneys criticized federal prosecutors for stitching together a racketeering case based on minor felonies and misdemeanors. Still, the evidence was strong enough that 18 of the Bandidos, including Wegers, agreed to plea deals in return for short prison sentences.

And as soon as Wegers was gone, the feds quickly began circling his successor, Jeff Pike, who lives just north of Houston. "It's only a matter of time," a highly placed Texas law enforcement official told me last spring. "Every man who's ever been president of the Bandidos has been brought down, and it's only a matter of time before Mr. Pike gets brought down too."

On an impulse, I sent an e-mail to the Web site, asking if the 51-year-old Pike would agree to an interview. I figured I wouldn't hear from him. A couple of undercover police officers who follow the club had told me that Bandidos officers never discuss anything with "citizens." "They're not going to be real receptive to a reporter showing up," one officer said. "You ask one wrong question, and you could be in for an ass-kicking."

But a couple of weeks later, Pike called. "I hope you don't believe all that bullshit the feds are feeding you," he said in a surprisingly cheerful voice. "I'm just a clean-cut American guy who loves riding his motorcycle. You'd be surprised. I'm almost always in bed by ten p.m. Come on down, I'll talk to you."

For a second, I didn't know what to say. "You're going to let me come to your house—the head of the Bandidos?" I asked.

Pike laughed out loud. "Oh, hell, it's not like it's any secret where I live. The cops drive by here just about every day just to see what I'm up to. The Houston FBI agent who investigates us has called me so many times that I've got his number on my speed dial. We've gotten to know each other so well that I once met him at a Denny's for a cup of coffee to answer his questions."

A few days later I drove into a well-kept neighborhood near the Woodlands residential community. I headed down a street containing mostly sprawling ranch-style homes on large lots, at least a couple of acres in size. Toward the end of the road was Pike's property.

I assumed I would be met by one of his sergeants at arms, eyeing me suspiciously, maybe with a handgun sticking out of the back of his pants. There was a tall front gate with a "Go Away" sign attached to it, but it was wide open. I headed down a dirt road, drove past a stand of trees, and saw an unfinished two-story frame home, about 3,500 square feet. Standing before the home was a handsome, strapping man. He had no visible tattoos and no facial hair except for a neatly groomed goatee, and his crew cut was flecked with gray. He was dressed in blue denim shorts, a white T-shirt, and tennis shoes with white socks. He looked like just another middle-aged man who had spent the morning working in the yard.

"You're Jeff Pike?" I asked.

"You got him," he said, shaking my hand and giving me a confident grin.

For a while, we admired his house, which he was building himself; one side of the upstairs had floor-to-ceiling windows and a long balcony. Pike, who's divorced, told me that although he would be living in it alone, he wanted it to be big enough that his two kids would have a place to stay when they came to visit him from college.

I stared at him. "Kids in college?"

"They're at a major university right here in Texas," he said, grinning again. (To protect their privacy, Pike asked me not to name the school.) "You know, we're not all that different than anyone else. We have families. We take our clothes to the dry cleaners. And we all go to work. We've got guys who own their own businesses, guys who work for oil companies, guys who are in the computer industry. Up in Washington, one of our Bandidos is an engineer at Microsoft."

He showed me his bicycle, which he rides eleven miles a day to stay in shape, and then he led me into the first floor of his house, which was basically a garage containing a couple of vintage automobiles and motorcycles that he was restoring. A few years ago, Pike owned a large street-rod shop in Tomball. Now, he said, he works here alone, restoring and customizing vehicles for select customers—"including a local constable, who knows I do good work," he said with a smirk.

In one corner of the garage were his Harley-Davidsons. One was a black 1988 Softail Custom. The other he had built himself to look just like a chopper out of the seventies, complete with an elongated Springer front end, high handle bars, and chrome pipes. Next to the Harleys was his Bandidos vest, hanging from a coat rack.

"There's my stuff," he said, handing me a bottle of water.

Pike told me that he had been an altar boy at a Catholic church in California, where he was born and raised. But by his teenage years, he had discovered "cigarettes and girls," and he also became fascinated with motorcycles when he saw a pack of Hells Angels flying down a road. "It was all chrome and noise," he said. "It was just something you don't forget, like a cowboy seeing his first train."

He dropped out of high school, and in 1973 he moved with a buddy to Texas—"partly

because the drinking age was eighteen." A couple of years later, when he was twenty years old, he bought a big Harley Panhead. "Everyone said to me, 'Lock it up. The Bandidos live here, and they love to steal motorcycles.' "

Eventually, Pike met some Bandidos at a Harley shop in Houston and at the strip joints on Gessner Road, and in 1979 he became a "prospect." He quickly moved his way up in the club, becoming president of one of Houston's chapters in 1988 at the age of 33 and a national vice president eleven years later. For a Bandido, he was relatively clean, his rap sheet consisting of just two crimes: In 1987 he paid an $800 fine after pleading guilty to a misdemeanor assault charge (he admitted stabbing a man who was arguing with him at a party), and in 1992 he received twenty months deferred adjudication after being charged with illegally wiring his house in order to steal electricity from the city of Houston.

But the fact was that few of the new Bandidos were compiling spectacular rap sheets. "These are not your father's Bandidos," said Kent Schaffer, a well-known Houston attorney who has been defending the club for 23 years. "Yes, they love riding fast. They love the tough biker persona. They are not Boy Scouts, but they are not outlaws. They are not

getting on their bikes and looking to commit crimes. About the only thing they get these days are speeding tickets."

Although federal investigators in the 2005 RICO indictment claimed that Bandidos were sometimes required to pay the club a "road tax" (a percentage of their proceeds derived from criminal activities), Ed Winterhalder, a former Bandido from Oklahoma who quit the club in 2003, told me that only 10 percent of today's Bandidos make a living through crime. "And what they do is not organized crime authorized by the club," he said. "They trade guns and stolen bike parts. They do some minor drug deals. They might do a burglary here and there. But that's it."

On the other hand, said the highly placed Texas law enforcement official, Bandidos have a tendency to turn violent, especially during confrontations with other motorcycle clubs: "What you have to remember is that these men don't become Bandidos because they are simply motorcycle enthusiasts. They become Bandidos because they love being known as the badasses. And when you get a bunch of men like that together in one club, you better watch out, because there's no telling what can happen."

And the police certainly had their doubts about Pike. In surveillance photos, they saw the "Expect no mercy" patch on his vest, which is the Bandidos' equivalent of the Purple Heart, given to any member who has drawn blood or spilled his own blood in defense of the club.

Their suspicions about him only deepened after the Benesh and the Canadian affairs. The Austin police, in particular, wanted to know if he had ordered the killing of Benesh as a way to send a message to all motorcycle clubs about what he would do to anyone he found moving into Bandidos territory. Canadian authorities were curious to learn if Pike had ordered the shooting of the eight Bandidos to remind other members just what would happen to them if they too turned against the club.

Pike, however, did not seem the slightest bit defensive when I mentioned the cops' theories. "I know they're trying to pin everything on us," he said. "But we're not out there shooting people, for God's sake. None of my guys shot some goofy Hells Angels wannabe who meant nothing to us, and as for that Canada mess, I didn't have any contact with that chapter up there for weeks before those killings. I have no idea what happened to any of them."

Pike sighed and tossed his empty bottled water into a trash can. "Why can't the feds just accept the fact that we're a bunch of old bikers who love to get together and have some fun? Why don't they start chasing real criminals, like those kids in street gangs who scare the

shit even out of me, instead of following us everywhere we go, tapping our phones, and trying to destroy us with a bunch of made-up charges?"

For the first time, Pike's smile faded and his eyes narrowed slightly. "You know, if the feds spent as much time investigating a police department as they do investigating us, they'd eventually catch someone breaking a law. But would they call that entire department a criminal enterprise? Would they say, 'All police officers commit crimes,' the way they tell reporters like you, 'All Bandidos commit crimes'? Hell, no."

BY SATURDAY MORNING, AT LEAST FOUR HUNDRED Bandidos were in San Antonio, gathered in the parking lot of an evangelical church for Chuco's funeral. The police helicopter also showed up, circling clockwise, and an unmarked van with darkened windows stopped across the street. A Bandido scout went over to check out the van and came back to report that it too was filled with police officers, one of whom was taking photos with a high-powered camera.

Bandidos are not exactly Bible-thumpers. Only a few went inside the church for the service to hear Chuco's sister deliver a tearful eulogy, concluding with the line "Oh, Chuco, I will miss your laughing and your fighting." Those who remained in the parking lot stood around their bikes. Some of them downed beers, ignoring the handwritten signs on the church doors that read "Please, no drinking on church property." One Bandido, pretending he had

a rifle in his hands, aimed at the police helicopter and fired off a few imaginary rounds.

I strolled around the parking lot, trying to find someone to interview. Although Pike's assistants had told a few of the members that he was letting a reporter come to the funeral, many had no idea who I was. "Hi, how are you?" I said to a Bandido wearing a bandanna and dark sunglasses. "What's it to you, motherf—er?" he replied, his breath smelling of alcohol and cigarettes. I attempted to eavesdrop on a conversation among some of the older Bandidos, thinking I might hear some interesting anecdotes about the club. "Jesus, my f— ing cholesterol," one of them said. "F—ing off the f—ing charts."

I turned around and came face to face with F.O., who had stabbed me in the sternum the day before. He hugged me so hard that all the air shot out of my lungs. "Don't you f—ing wish you were a Bandido?" said F.O., which I later learned stood for "F— Off"; then he introduced me to two women whom he described as "my two Old Ladies": Meja, a blond beauty who has been with him for 26 years, and Crystal, a brunet college student who has been with him for 4 years. Crystal was wearing not only a necklace with a pendant that read "PBOL" but also a leather belt that carried the stitched-in phrase "Property of Bandido F— Off."

"I split time equally with them," F.O. said. "A few nights at Meja's, then a few nights at Crystal's, then back to Meja. Not bad, huh?"

A few minutes later, I came across an agreeable, clean-cut young Bandido named Lenny Jonas. He was 36 years old, the son of one of the first members, Steve "Panhead" Jonas, who had been shot to death at a San Antonio bar in 1983. Lenny, who was married with four kids, worked for an electric cooperative in the Hill Country. He told me he didn't see his father much when he was a boy. "But when I got older, people would talk about him—talk about his love of adventure," he said. "So I decided to get a bike. I started meeting Bandidos. And now, five years later, here I am."

As we talked, his wife, Nicole, walked up. She was 33 years old, tall and blond, and she was wearing a vest that had a patch on the back that read "Proud Bandido Old Lady." "People told me I had lost my mind when I said I was going to marry a Bandido," said Nicole, who runs a pet grooming salon in the Hill Country. "They said Lenny would be gone all the time, riding with the club to God knows where. And the truth is that I sometimes do get jealous of all the time he spends with the club. He jumps up, says he'll be back soon, and is gone for four days. But I know he loves it so much that I would never ask him to quit."

When Lenny was out of earshot, I asked Nicole what she thought about the allegations that the Bandidos were a criminal enterprise. "Well, if they are committing crimes, I don't see

them doing it," she said. "But here's the thing. When Lenny takes off on his bike, I don't ask questions about what he's doing. Lenny is a grown man. If he wishes to do something illegal, that's his choice. All I ask is that he not bring it home and tell me about it. That way, if I'm ever asked to testify about anything, I can honestly say I do not know."

After the service, all the Bandidos headed to their bikes. They knocked back their kickstands with their boots and roared off, lining up behind the hearse, two by two, the line growing longer and longer. The hearse and the motorcycles proceeded down a major boulevard, then turned into the cemetery, the sound of the bikes so deafening that other mourners who were laying out flowers for their loved ones put their hands to their ears.

When the hearse stopped, members of Chuco's own San Antonio chapter carried his casket to the grave site. "Careful, now, goddammit, be careful," someone said. The coffin was lowered into the ground, and a mariachi band sang "Te vas, ángel mío" ("You Leave, Angel of Mine"). A minister read a poem about a dead biker ("Can you feel the wind in Heaven, while the men hold back the tears?"), and right after he said "amen," a friend of the Bandidos pulled up in a pickup with a keg of beer strapped to the bed. A few minutes later,

another car appeared, and out popped a couple of female employees of a local nude dance club called XTC Cabaret. Wearing high heels and miniskirts, they passed out flyers and free drink tickets, telling the Bandidos that they ought to visit later that night to watch them perform.

Before long, several of the Bandidos headed to the Double Deuce, one of south San Antonio's better biker bars. I tagged along in my rental car. When I walked in, F.O., who was there with his Old Ladies, leaned into my ear and said, "Buddy, it would behoove you to buy some beers. The Bandidos would appreciate it."

Without saying a word, I bought a round for everyone—a total of 96 beers. The music on the jukebox cranked up, and I saw Jeff Pike by a pool table.

"Are you starting to understand?" he said.

"Understand what?" I asked.

"The brotherhood. The love we have for one another as brothers." He paused and stared at me. "You know, I feel sorry for guys who don't have a clue what this feels like."

I bought another round, and then another—asking questions the entire time about Bandido life to anyone who would look my way. But soon, I realized, the Bandidos were ignoring me

me to anyone who would look my way. But soon, I realized, the Bandidos were ignoring me. They obviously had their own business to discuss. I looked at Pike, who raised his eyebrows.

"Time to leave?" I asked.

"Could be," he said with a grin.

As I got in my rental car, I heard the familiar *whomp-whomp-whomp* of the police helicopter. It circled the Double Deuce—once, twice, then three times.

A few Bandidos finally came outside. They looked at the helicopter, and once again, as if given a silent cue, they lifted their hands in unison and flashed their middle fingers toward the sky.

Photographs by Wyatt Mcspadden

---



0

**COMMENTS**

**SHARE**

**TAGS:** **SOCIETY**, **BANDIDOS**

Case 3:17-cr-00533-EMC  Document 1084-20  Filed 06/29/20  Page 34 of 46

 

MENU

# The Hell's Angels and the Pagans

BY GEORGE ANASTASIA  |  JANUARY 09, 2020



Hell Boy swings a mean stick.

 Just ask Jeffrey Shank.

  The two outlaw motorcycle gang members "got together" one afternoon back in April 2018 at a gas station on Elizabeth Avenue in Newark. Shank, who had just left the Hells Angels' clubhouse a few blocks away, stopped to get some gas for his bike.

Hell Boy, whose given name is Robert DeRonde, pulled into the station in a pickup truck. A video surveillance camera captured the action from there. DeRonde jumped out of his truck with a metal baseball bat in his hands and leveled his first shot, a two-handed swing from the right side, at Shank's head. The biker, fortunately, was wearing a helmet. He went down, but then tried to scramble to his feet.

Hell Boy moved in, swinging from the left side this time, and cracked Shank across the back and shoulders several times. The camera then picked up two other men closing in, one wielding what appeared to be a long metal pipe that he used to bash Shank across the ribs and back.

The three hitmen then left the scene with Shank crumpled in a ball next to his bike. DeRonde, who later pleaded guilty to an assault charge and was sentenced to four years in prison, was a member of the Pagans Motorcycle Club, according to authorities. Shank was an associate of the Hells Angels. The gas station attack was a vivid example of what law enforcement investigators contend is an escalation in tension between the two rival biker gangs who are vying for control and dominance in one of the darkest and most brutal segments of the underworld.

The New Jersey State Commission of Investigation (SCI) aired the video at a hearing in Trenton back in October that focused on what investigators say is growing concern over the violent resurgence and expansion of the Pagans.

The three-hour hearing included testimony from investigators who have tracked the activities of the club. They said there has been a rise in both membership and assaults over the past two years.

Case 3:17-cr-00533-EMC Document 1084-20 Filed 06/29/20 Page 36 of 46

The hearing also included recorded testimony about life in the biker underworld from three former club members whose voices were disguised to protect their anonymity. And finally, there were appearances by three alleged leaders of the New Jersey branch of the organization, all of whom repeatedly cited their fifth amendment right against self-incrimination while refusing to answer nearly every question posed to them.

Like the mob, the bikers believe in a code of silence.

And like the mob, bikers have always used violence as both a negotiating tool and a way to settle disputes. The beating at the gas station was a little of both. Authorities say the Pagans are trying to move into Hells Angels territory in both North Jersey and New York.

One investigator who testified at the hearing said it was "just a matter of time" before a war breaks out between the two groups and expressed concern that "civilians get caught in the middle."

The Pagans and the Hells Angels have been there before.

The Hellraisers Ball on Long Island back in 2002 is one graphic example. A group of about 60 Pagans stormed a catering hall where the Hells Angels-sponsored event was being held. The affair was open to the public and included blues bands, porn stars, motorcycle exhibits and tattoo contests. One Pagan was killed and dozens of others were injured in the melee that ended with multiple arrests. Police seized nearly 500 weapons that day, including guns, knives, bats and clubs. Civilians—non-bikers attending the event—were simply collateral damage, caught in the line of fire.

On a smaller scale, Pagans often boast about what is known in the biker underworld as "The Bloodshed at the Woodshed." The Woodshed was a bar in Burlington County where on New Year's Day in 2005 a group of Pagans and their associates attacked and brutally beat three Hells Angels who at the time were recruiting members in South Jersey and Philadelphia. Several Pagans, in fact, had "patched over," giving up their membership in the Pagans to become Hells Angels.

Case 3:17-cr-00533-EMC Document 1084-20 Filed 06/20/20 Page 37 of 46

A few weeks after the Woodshed attack, one of those Pagans-turned-Angels was killed in a drive-by shooting on the Schuylkill Expressway in Philadelphia after being followed by members of the Pagans from a local go-go bar.

The Pagans may not boast the membership numbers of some of the bigger clubs—the Hells Angels, the Outlaws and the Bandidos—but they have always matched or exceeded them when it comes to violence. No one has ever been arrested in connection with that murder or with the attack at the Woodshed.

It is the conventional wisdom in law enforcement circles that the Pagans thwarted the Hells Angels' attempted move into the Philadelphia–South Jersey area back in 2005. Now, the SCI seems to be saying, the Pagans have embarked on an expansion plan of their own.

One clear example, authorities said, is a change on the "colors" that club members wear. The blue denim vests or jackets with word Pagans in large letters across the back often included the location of the local chapter along the bottom. Now, authorities say, that is being replaced with the words "East Coast," a signal that the club wants a regional rather than a local identity.

Whatever the locale, however, the club is still heavily involved in extortion, drug dealing and violence, say investigators. Meth is still the drug of choice for both sale and consumption within Pagan circles, say police. But now instead of manufacturing their own—for years Pagan Purple was a recognized brand in the meth business—most of the meth being sold by the bikers is imported from Mexico in a distribution deal with drug cartels from south of the border.

Little else has changed within the organization, with drugs and extortion being primary sources of income; violence and intimidation being a way of life, and misogyny a big part of the club's social set.

"Women are lower than dogs," one expert testifying before the SCI said during the hearing in October. Women can never be members. Like the mob, the biker underworld is one of the last exclusive men's clubs in America. Women are designated as "property of" different club

Case 3:17-cr-00533-EMC Document 1084-20 Filed 06/29/20 Page 38 of 46

members and can be shared sexually. They are also used to transport drugs and weapons and as messengers bringing information to and from different chapters.

The SCI hearings opened a window into the operations of the outlaw gang. The testimony and evidence reinforced much that has already been said and written.

A former Pagan, James "Jimmy D" DeGregorio, offered similar insights after he became a cooperating witness back in the 1980s. DeGregorio, interviewed for a documentary now available on YouTube, described himself as a former "cooker"—meth manufacturer—for the club. He said he turned to the government after members of his own organization tried to set him up for murder.

This was at a time when the Pagans boldly clashed with the Philadelphia mob then headed by Nicodemo "Little Nicky" Scarfo. Scarfo tried to impose a "street tax" on all drug dealers not affiliate with his crime family. Many paid. But the Pagans balked.

In fact, DeGregorio and an associate kidnapped two mobsters during the ongoing dispute and DeGregorio shot one of the mobsters as he tried to flee. DeGregorio was arrested—the shooting occurred in downtown Philadelphia and within view of several police officers. Jimmy D said he was ready to do his time for that assault. It came with his life as an outlaw biker.

What he wasn't ready for, he said, was a plot by several Pagans who conspired with the mob to have him killed. That's why, he said, he began cooperating

In the same interview, he offered an explanation for the biker's code of silence, the code that he broke.

The two expressions Pagans would shout to one another after being arrested, he said, were "argo" and "nunya." That was code, he explained, for what a biker should say in response to any question posed by law enforcement. Argo was short for "ah go f— yourself," he said, and nunya stood for "none a ya f—ing business."

Nothing subtle, it was an outlaw biker's version of omerta.

Bold, brash and in your face.

Like a metal baseball bat to the head.

Just ask Jeffrey Shank.

---

   MOB SCENE, OUT & ABOUT



New Opportunity Publishing, LLC

7025 Central Highway | Pennsauken, NJ 08109 | 856.912.4007

## COMPANY

OUR EVENTS

ABOUT US

JOIN THE CLUB

SUBSCRIBE

ADVERTISE

## FOLLOW US

  

Copyright © 2020 JerseyMan | PhillyMan Magazine . All Rights Reserved.

## Dozens of squad cars respond to melee

**Police say only two injured, none arrested.**
**Police say only two injured, none arrested.**

April 02, 2006|JEFF PARROTT Tribune Staff Writer

- 
  - 
  - Share on emailShare on printShare on redditMore Sharing Services
    - 
      - 
      - 
      - 

Area police broke up a large fight Saturday between rival motorcycle gangs at the St. Joseph County 4-H Fairgrounds. Dozens of people, some wielding weapons, were involved in the melee that erupted shortly after noon, police said. The bikers, including those wearing "Outlaw" and "Hells Angels" gang jackets from Chicago, Detroit and Indianapolis, were attending a motorcycle swap meet. More than 30 police cars from South Bend, St. Joseph County and Mishawaka responded to the scene. Two bikers suffered injuries that required medical attention but were not life-threatening, said St. Joseph County police spokeswoman Jaimee Thirion. A county officer, Cpl. Kent Wickham, suffered minor injuries in a traffic accident on his way to the fairgrounds, Thirion said. After bringing the disturbance under control, police canceled the remainder of the event and ordered those attending to leave. No arrests were made, police said. Dan Hardman, who with his wife had set up a booth to sell parts, described a chaotic scene. "They were using bats, (motorcycle) forks, hammers on each other, with no regard for anyone around them, even children," said Hardman, who saw an 8-month-old child in the booth next to his. Hardman, a member of a Christian biker ministry called Bikers at the Crossing, said most of the time, biking is a peaceful "family thing." This turned out to be anything but. He said a police account that only two people were injured was "baloney." "They were using fenders on top of heads, it was horrible," he said. Witness Bob Candler, of Niles, agreed. "It was pretty ugly," said Candler. "I seen a guy getting hit in the head with a hammer, he kept waling on him." Hardman voiced sharp criticism for the security at the event and its promoters, Paragon Promotions of Portage, Mich. "You don't allow colors to mix," Hardman said, referring to the fact that rival gang members were allowed to wear their gang symbols. "There should have been a lot more security. There were two (security guards), and they ran like girls." Paragon Promotions officials did not return a call seeking comment Saturday. An employee of Freedom Cycle Inc., 6210 U.S. 31 South, who declined to give his name, said the Michiana area has long been the "turf" of three gangs: the Hells Angels, Iron Cats and Devils Diciples. The gangs might have considered it poor "etiquette" when the Outlaws showed up without having first cleared it with the gangs. "It was the Angels and the Outlaws in the same place, period. That's all you need to know," said the employee, who did not attend the event but heard about it from people who did. "It's a club mentality, like one baseball team against another, or just like two high schools. There's been an ongoing dispute between the two clubs forever." Candler said the Outlaws should have been arrested. He found it odd that so many, at least 75, would come all the way from Indianapolis just for a small swap meet. "They were not there for a good time," Candler said. "I think they were there looking for trouble." Dan Brouillette, of Goshen, said he arrived shortly after police and was never allowed in. He had hoped to trade a motorcycle for some parts. He arrived to see men attempting to leave the fairgrounds

EXPERT-00001381

on their motorcycles, only to be detained by police officers pointing shotguns at them, Brouillete said. "The next thing I know it's a giant episode of 'Cops,' " he said. "It's the most excitement I've seen in a long time, so I'm glad I came out." But Candler was less flippant. "It was sickening," he said, recalling how a young woman turned to him and his girlfriend as the fighting broke out. "She was pretty frightened. She said, 'Don't leave me.' " Staff writer Jeff Parrott: jparrott@sbtinfo.com (574) 235-6320

EXPERT-00001382



# The Biker Wars

### BAR FIGHTS, CAR BOMBINGS AND COLD-

### BLOODED MURDER—IT WAS A LOCAL BUT BRUTAL CONFLICT

### BETWEEN THE OUTLAWS AND THE HELL'S ANGELS

## article By James R. Petersen

ATE: November 22, 1994
FROM: Bureau of Alcohol, Tobacco and Firearms, Washington, DC
TO: All Federal, State and Local Law Enforcement Agencies
SUBJECT: Officer Safety Advisory

"Since October 1993, a series of escalating violent acts and conflicts have taken place between Chicago-area Outlaws and Hell's Angels motorcycle clubs. This growing feud is the result of a territorial conflict involving the conversion of Hell's Henchmen Motorcycle Club to Hell's Angels. The Outlaws are vehemently opposed to the Hell's Angels' establishing a Midwest chapter and are aggressively protecting their territory. To date, as a result of this feud, there have been three documented homicides and six bombings in a three-state area. All law enforcement personnel should take extreme caution when stopping or encountering members of Outlaws or Hell's Angels motorcycle clubs."

•

This fax may be the first document to recognize the range war between two of America's largest biker gangs, which seemed to take Washington by surprise. In 1987 the feds arrested archangel Ralph "Sonny" Barger and dozens of his associates on charges related to a plot to blow up the Chicago clubhouse of the Outlaws. (The plan had been concocted by an undercover provocateur.) News accounts had predicted that biker gangs would just fade away without leadership. The stories were wrong.

The incident credited with escalating the conflict occurred on June 25, 1994. Peter Rogers, a.k.a. Grease or Greased Lightning, was riding his Harley-Davidson on the Dan Ryan Expressway in Chicago. A van pulled up behind him, the occupants opened fire and the regional president of the Outlaws took a bullet in the leg and another in the gut before escaping up an exit ramp.

Word of the shooting spread throughout the Midwest. The next day, the Outlaws made their annual run to the Illiana Motor Speedway for the motorcycle drag races and a swap meet. Spokesmen for the gang warned a BATF agent on the scene that if the Invaders (a club associated with the Hell's Angels) showed up, there would be "dead bodies all around." No Invaders



# The Biker Wars

BAR FIGHTS, CAR BOMBINGS AND COLD-

BLOODED MURDER—IT WAS A LOCAL BUT BRUTAL CONFLICT

BETWEEN THE OUTLAWS AND THE HELL'S ANGELS

## article By James R. Petersen

ATE: November 22, 1994
FROM: Bureau of Alcohol, Tobacco and Firearms, Washington, DC
TO: All Federal, State and Local Law Enforcement Agencies
SUBJECT: Officer Safety Advisory

"Since October 1993, a series of escalating violent acts and conflicts have taken place between Chicago-area Outlaws and Hell's Angels motorcycle clubs. This growing feud is the result of a territorial conflict involving the conversion of Hell's Henchmen Motorcycle Club to Hell's Angels. The Outlaws are vehemently opposed to the Hell's Angels' establishing a Midwest chapter and are aggressively protecting their territory. To date, as a result of this feud, there have been three documented homicides and six bombings in a three-state area. All law enforcement personnel should take extreme caution when stopping or encountering members of Outlaws or Hell's Angels motorcycle clubs."

*

This fax may be the first document to recognize the range war between two of America's largest biker gangs, which seemed to take Washington by surprise. In 1987 the feds arrested archangel Ralph "Sonny" Barger and dozens of his associates on charges related to a plot to blow up the Chicago clubhouse of the Outlaws. (The plan had been concocted by an undercover provocateur.) News accounts had predicted that biker gangs would just fade away without leadership. The stories were wrong.

The incident credited with escalating the conflict occurred on June 25, 1994. Peter Rogers, a.k.a. Grease or Greased Lightning, was riding his Harley-Davidson on the Dan Ryan Expressway in Chicago. A van pulled up behind him, the occupants opened fire and the regional president of the Outlaws took a bullet in the leg and another in the gut before escaping up an exit ramp.

Word of the shooting spread throughout the Midwest. The next day, the Outlaws made their annual run to the Illiana Motor Speedway for the motorcycle drag races and a swap meet. Spokesmen for the gang warned a BATF agent on the scene that if the Invaders (a club associated with the Hell's Angels) showed up, there would be "dead bodies all around." No Invaders

80





**GOVERNMENT EXHIBIT 2-1 A**

Blood on the prairie: The government charged the Outlaws with waging a decade-long campaign of terror. Outlaw pal Donald Wagner, above, was executed during a drug rip-off in 1992; LaMonte Mathias, below left, a Hell's Henchman, was murdered in his motorcycle shop in 1994. The Angels, in turn, killed Outlaw Walter Posnjak, below right, during a wild rumble at an upstate New York speedway.



Club mottoes: "Outlaws Forever, Forever Outlaws" and "God Forgives, Outlaws Don't" (below)

Outlaws on trial: the hard corps of the Stateline chapter (i.e., those entitled to wear the SS emblem), above, from left to right, Harvey "RV" Powers, Kevin "Spike" O'Neill, Randall "Madman" Miller, Robert "Clay" Kruppstadt. The scrambled image is that of hit man David Wolf, now a protected witness.

**O.F.F.O. G.F.O.D.**

attended, but after the event, police pulled over the Outlaws' fortified war wagon—an armor-plated van with a gun port. Inside it were handguns, rifles, a submachine gun, bulletproof vests, smoke grenades, ammunition and walkie-talkies.

The day after that, June 27, David Wolf, a former member of the Insanity Motorcycle Club and a would-be Outlaw, saw an opportunity to prove himself. Kevin "Spike" O'Neill, president of the Wisconsin/Stateline chapter of the Outlaws, gave Wolf a map of Rockford, Illinois with a circle around a motorcycle shop owned by a Hell's Henchman. O'Neill wanted Wolf to check out LaMonte Mathias, a nationally known drag racer and leader of the Henchmen's weekly runs. According to Wolf, O'Neill was vague at first. "I'm not going to ask you to kill the guy. I'm not going to come right out and ask you. If the opportunity comes up, do what you can." Then the Outlaw indicated by a gesture that he wanted Wolf to cut the enemy's throat. If Mathias were there with his old lady, the instruction continued, kill them both.

Wolf traveled to Rockford with Harvey "RV" Powers, a former member of the Death Marauders, who was also a probationary Outlaw. Accompanying them was Alan "Big Al" McVay, a hangaround friend of the club. The trio partied in the car, did a few lines of coke, checked into a motel and then cruised the nudie bars.

The next morning the hit squad overslept. Because Wolf had no tattoos that might warn his intended victim, he volunteered to check out Mathias' motorcycle shop. He tucked his unruly hair under a baseball cap, entered the shop and bought some spark plugs from a man who matched the description of Mathias.

Wolf left the shop but returned a few moments later and asked to exchange the plugs. Sensing something, Mathias dove through a door to the back of the shop. Wolf opened fire with a .45. Three slugs tore into the target's shoulder, head and neck. Mathias was still alive, but Wolf then bludgeoned the biker with enough force to break off a section of the gun's butt. Wolf tried to

(continued on page 167)

82

PAGE 82

EXPERT-00001387