**Exhibit 20**

# WEST COAST OFFICERS MEETING
## July 14, 2007
## Berdoo

### NEW BUSINESS

**ROLL CALL:** All present

**BERDOO:** NNB
*July 15th  - Summer Bash        December 9th – Toy  Run          March 22, 2008 – Charter 60th Anniversary*

**FRISCO:** We are wondering what the status is on the property return from the Laughlin case. **Troy** (Nomads Nv) will be asking Judge Mahan about this when he goes to **Ray Ray's** (Sonoma Co') next hearing.
*September 9th - Poker Run        December 8th - Christmas Party*

**OAKLAND:** NNB
*August 25th - End of Summer Party      October 20th - We will be celebrating Mike Musick's 20 year anniversary  & Fuki's 30 Year* along with *Sonoma's 35th &  O. C. 's 10th anniversaries.*

**RICHMOND:** Todd Vernon's 17 year old son has recently passed away.

**NOMADS CA:** The DA in Hollister has dropped the case against Rob & Bobby
*September 16th  -- Fall Ball @ the Mountain House*

**DALY CITY:** NNB
*August  18th - Poke Her Run      October 14th - Annual Harvest Run.*

**DAGO:** As of 06-21-07 new hangaround **William "Lil  Billy" Wright II**

**SAN  JOSE:** Thanks to all that came with our charter to Hollister. Next Saturday there is a bike festival in our area, if anyone is interested in coming with us. We're leaving our clubhouse @ 1:00 pm

**SONOMA CO:** We would like to host the October WCOM to coincide with our anniversary party & the combined North & South Halloween parry, on October 20th Approved by the room today. (see meeting dates below). As of 06-20-07 new prospect **Joel "Doughboy" Silva**. As of 05-18-07 **Rick Talbot** has quit the club. (pictures passed out)
*October 14th - End of Summer Poker Run/BBQ      October 20th - Charter 35th  anniversary party     December 12th - Toy Run/Block Party*

**SACTO:** We are submitting a USA motion today to amend our rule concerning motions for assessments/donations. (copies passed out and is also on your disk)

**VENTURA:** NNB

**S.F.V.:** NNB
*January 01, 2008 - Charter  30th  Anniversary  Party*

**MONTEREY**: Thanks to all that came to Hollister, special thanks to Santa Barbara & Fresno.
*August 25th – Poker Run*

**VALLEJO:** NNB
Sept. 16th – Summer Blow-Out

**SHASTA CO:**  As of 06-22-07 **Phil Strada** quit (pictures passed out and are on your disk) Due to our low numbers we are asking to be frozen. Decided today Shasta was frozen. The three remaining members (**Billy & Red & Bobby T**) will be going to Nomads Ca. July 30th next court date for Bobby T.
*August 18th  -- Low Coast Run     October 27th  - Red & White  Fright Night        December 8th  - Holidaze Party*

**ANCHORAGE:** NNB
*December 14th  -Alaska's 25th Anniversary  (party  will held in Anchorage)*

**FAIRBANKS:** NNB

**NOMADS WA:** 08-01-07 is Smilin' **Rick's** 20th Anniversary. We'd like to know when people come to our area…… So please contact someone from our charter.

**ORANGE CO:** As of 06-22-07 **Parker Mitchell** has left the club (pictures passed out) On the week of Sept 12th, Rod is going to be brought to Orange Co to face additional charges
*October 20th - We will be celebrating our 10th anniversary (actual date is Oct l8th) in Sonoma Co. along with their 35 Year Anniv.*

**CAVE CREEK:** Mike was arrested in Frankfort on his way to the funeral in Italy. This is an old case going back to when he was a member in Italy. Due to the federal forfeiture against our clubhouse it was decided to sell our half to the feds and move out. We will be moving out next week.
*October 27th - Charter 10 year anniversary party*

**MESA:** NNB

**NOMADS ARIZONA:** NNB

**PHOENIX:** NNB

**TUCSON: Chuckles** will be completing his non-assoc. and will be back with US on August 4th.

**MERCED CO:** As of 05-20-07 new member **Ron Monahan**. As of 06-14-07 new prospect **Chris Thissen**. Our next court date is 07-23-07 On our way to Hollister **Ray Ray** broke his foot in traffic. The next day prospect **Charlie** broke his leg.

**NOMADS NEVADA:** As of 07-01-07 **Johnny Merchant** has transferred to Nomads Nevada from Cleveland. **Tracy** is going to do his parole in San Jose because they won't allow him to come back to Reno while on paper.
*Sept 21st - Best Breast in the West        Sep 22nd - Cathouse Run*

**FRESNO CO:** As of 07-13-07 **Mike Lynch** has transferred to Santa Barbara. Thanks to all that showed up to our Thunder Run

**DENVER:** NNB

**SANTA CRUZ:** New officers President - **Chris** VP - **Brian** Secretary - **Ricky** Treasurer - **Hector** SAA - **Justin** Our charter anniversary celebration has been changed from July 21st to August 25th (actual date 07/22/02) August 18th - Aces & Eights annual Poker Run. December 15th - Christmas Ball. **Phil** is home and doing well. He will be receiving treatments every 2-3 weeks. Thank you to all who sent cards.
*August 25th - Charter's 5 year anniversary party (actual date 02/22/02) also Justin Harrah 5 Year Anniversary Party*
*August 18th - Aces & Eights annual Poker Run        December 15th - Christmas Ball*

**LAS VEGAS:** Cornbread's prelim hearing is scheduled for July 23rd.
*September 29th – 5th Annual Strip Poker Run*

**R'SIDE:** New president - **Paul**. Concerning the incident in Portugal, **Adam** is taking steps to meet with members from France.
*August18th -Party @ the Roadhouse.*

**SANTA BARBARA:** As of 07-13-07 **Mike Lynch** has transferred from Fresno Co. As of 07-05-07 new prospect **John Whitaker**. Happy Anniversary to Denver. We heard from **Chad** (Dago) who said if anyone is going to Sturgis they may be able to get in and visit with him ... he is in Rapid City.

**SIN CITY:** As of 07-03-07 prospect **Brian** has quit. (pictures passed out) Congratulations to Ray Ray (Sonoma Co) on his new baby. July 21st - Pre Sturgis party (flyers passed out)
*July 21st - Pre Sturgis party*

**EAST COAST:** J.C. (Rochester) attended for the East Coast. ECOM notes were read and are on your disk.

## GENERAL BUSINESS

- Concerning Sonoma Co's motion from last month .... This is a California issue and was voted on today by California only.
- We need to schedule a USA Run -2008, committee meeting ASAP. As per our roles, we need to announce the location of the run by January 1st when the money is due.
- The History Channel interview was brought up and questioned today. Answers to come next month??

# TRAILING REMINDERS

- **(03/10/07)** .... Due to inappropriate behavior by people at recent past runs, it is being brought up that everyone should conduct themselves in a more civilized fashion.
- **(10/21/06)** ...To make things go quicker at the end of the WCOM's please bring your disk empty of all files. Thank you-
- **(10/21/06)** ... We spoke awhile back about the MySpace.com website and that members should not be using the club name or deathheads on their personal sites. If anyone still has this kind of content on their site... it needs to be taken off ASAP.
- **(09/16/06)** ... In addition to submitting the proper "out forms" on the disks, there should also be hard copies passed out at the WCOM's **IN COLOR.**
- **(03/1 I/66)** ... To all charters having a funeral, try to give enough lead time (i.e. a week) for a good attendance and to allow people to get good airfares.
- **(11/14/05)** ... For future reference: There have been accounts set up by Mike for our West Coast Donations.
    - 1st account: for West Coast parties, runs, monthly donations etc. Checks or money orders payable to "H.A.M.C. West Coast"
    - 2nd account: for USA Runs - Checks or money orders payable to "USA Run"
    - 3rd account: for World Runs - Checks or money orders made payable to "World Run"
    - All donations to be sent to:
        - *North End Choppers CIO Mike Lynch*
        - *4770 East Carmen Avenue*
        - *Fresno, California 93703* _
- **(02/15/05)** .... When a charter changes their email address they need to send notice of that change to Cadu (Brazil) postmaster@hells-angels.com so he can update the address book that he sends out to everyone periodically.

## MOTIONS FROM TODAY

- USA-07-14-07-02 (Sacramento) To amend our existing rule concerning motions on assessments/donations. (motion passed out)

## MOTIONS FROM JUNE

- WC-06-16-07-02 (Sonoma Co) To bring the membership of Shasta Coup for their patches.

W.C.  134 YES        86 N0
**Required 2/3's 147  MOTION FAILED**

## WORLD MOTIONS FROM JUNE 2007

- WOM 06-01-07-01  (Denmark) All future votes concerning new countries are voted on by members and not by countries. One man one vote and 3/4 majority.

|  | YES | NO |
|---|---|---|
| W.C. | YES | NO |
| E.C. | YES | NO |
| World Total | YES | NO |
| **Required  2/3's** | | **MOTION** |

- WOM-06-O1-07-02 (Spain) To host the World Run in 2012

|  | YES | NO |
|---|---|---|
| W.C. | YES | NO |
| E.C. | YES | NO |
| World Total | YES | NO |
| **Required 2/3's** | | **MOTION** |

## WORLD MOTIONS FROM DECEMBER 2006

**\*\*Note\*\*** After discussion of the motions below at the recent WOM, the tallies for will be due at the next W.O.M. which should be somewhere around the end of the year?? So we can gather our tallies at the September WCOM.

- WOM- 11-24-06-01 (Dago) To allow the Corporation to submit motions limited only to Corporation business.

|  | YES | NO |
|---|---|---|
| W.C. | YES | NO |
| E.C | 129 YES | 155 NO |
| World  Total | YES | NO |
| **Required 2/3's** | | **MOTION** |

- WOM-11-24-06-03 (Dago) To reverse the decision to stop wearing, displaying and making anything portraying NAZI Items.

|  | YES | NO |
|---|---|---|
| W.C. | YES | NO |
| E.C. | 247 YES | 44 NO |
| World Total | YES | NO |
| **Required 2/3's** | | **MOTION** |

## CHARTER RUN REPS - NORTH

| | | | |
|---|---|---|---|
| Frisco - **Chris** | Oakland – **Marvin** | Richmond - **James** | Nomads Ca. - **Rob** |
| Daly City - **JJ** | San Jose - **Steve** | Sonoma Co. -**Nick** | Sacto – **Matt** |
| Monterey - **Danny** | Vallejo - **Steve** | Shasta Co - **Billy T** | Nomads Wa. – **Steve** |
| Merced Co. - **Ray** | Nomads Nev. - **Troy** | | Santa Cruz - **Mickey** |

## CHARTER RUN REPS - SOUTH

| | | | |
|---|---|---|---|
| Berdoo - **Jeff** | Dago - **Steve** | Ventura – **Joe** | SFV - **P.J.** |
| O.C. - **Jose** | Cave Creek - **Spa Bob** | Mesa – **BL** | Nomads Az - **Rick** |
| Phoenix -**J.D.** | Tucson-**Mac** | Las Vegas -**O.B.** | R' Side - **Atom** |
| Santa Barbara - **Archie** | Denver - Mike | **Fresno Co. - Mike** | **West Vegas-Pee Wee** |

**NORTH RUN - SEPTEMBER 07-09**
**COMBINED NORTH & SOUTH HALLOWEEN PARTY-OCTOBER 20TH IN SONOMA CO.**
**NEW YEARS EVE PARTY -**

## MEETINGS

| | |
|---:|---|
| **USA RUN**: | Aug. 11, 2007 @ 10:00 am in Oakland |
| **NORTH RUN:** | Aug. 11, 2007 @ 11:00 am in Oakland |
| **WCOM:** | Aug. 11, 2007 @ 12:00 pro in Oakland |
| **EURO:** | Aug. 24, 2007 @ 03:00 pro in South End Denmark |
| **ECOM:** | Sept. 08, 2007 @ 02:00 pro in Providence |
| **WCOM:** | Sept. 15, 2007 n 12:00 pm in Berdoo |
| **CORP:** | Oct. 19, 2007 @ 8:00 pro in Sonoma Co |
| **WCOM:** | Oct. 20, 2007 @ 12:00 pro in Sonoma Co. |
| **WCOM:** | Nov. 17, 2007 @ 12:00 pro in Berdoo |
| **WCOM:** | Dec. 15, 2007 @ 12:00 pro in Oakland |