UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>JONATHAN JOSEPH NELSON,<br><br>　　　　　　Defendant. | Case No. 17-cr-00533-EMC-1<br><br>**ORDER REGARDING PROTOCOL FOR DAUBERT HEARING SCHEDULED AUGUST 18, 2020** |

　　　　The attached Protocol is in effect for *Daubert* Hearing set to occur August 18, 2020 at 9:00AM in Courtrooms 9 and 8, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA. and subsequent hearing dates thereafter.

　　　　**IT IS SO ORDERED**.

Dated: August 8, 2020

_____
EDWARD M. CHEN
United States District Judge