UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JONATHAN JOSEPH NELSON,<br><br>　　　　Defendant. | Case No. 17-cr-00533-EMC-1<br><br>**ORDER OF EXAMINATION OF WITNESS AT *DAUBERT* HEARING SET AUGUST 18, 2020**<br><br>Docket No. 1126 |

Order of examination of witness will be conducted as follows:

**Brian Wendt (Live) IC**
John Philipsborne (Live), Martin Sabelli (Remote)
**Jonathan Nelson (Live) IC**
Jai Gohel (Live)
**Raymond Foakes (Live) IC**
George Boisseau (Live)
**Damien Cesena (Live) OC**
Galia Amran (Live), Eneda Hoxha (Live)
**Russell Ott (Not Present) OC**
Marcia Morrissey (Remote)
**Christopher Ranieri (Not Present) OC**
John Walsh (Remote)

At any time, in the event the addition of any one person exceeds the 10 person limit in the courtroom, the defendant and/or additional counsel will exit courtroom to conform with protocol.

With the exception of the above amendment to the protocol, the [1126] Order Regarding Protocol For Daubert Hearing Scheduled August 18, 2020 stands.

**IT IS SO ORDERED**.

Dated: August 11, 2020

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　United States District Judge