UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>JONATHAN JOSEPH NELSON,<br>　　　　Defendant. | Case No. 17-cr-00533-EMC-1<br><br>**ORDER REGARDING DAUBERT HEARING BINDERS** |

　　In light of the potential logistical issues associated with introducing exhibits during a hybrid in-person/Zoom evidentiary hearing—and to maximize efficiency—the parties are directed to provide 3 binders of exhibits they intend to use or are likely to use at the hearing. The binders will be available the day of the hearing for: (1) the Court, (2) the witness, and (3) opposing counsel. Those binders must be delivered by **Friday, August 14, 2020**, so they can be aired out (and any surface virus expired) by the Tuesday, August 18, 2020, *Daubert* hearing. In order to minimize duplicate exhibits, parties are directed to meet and confer before submitting binders.

　　A digitable form of the binder shall be submitted to the Court by email: ( EMCCRD@cand.uscourts.gov ) by Monday morning.

　　**IT IS SO ORDERED**.

Dated: August 13, 2020

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　United States District Judge