# ATTACHMENT B

## Four arrests follow shooting outside bar

Eureka Times Standard (California)

November 9, 2008 Sunday

Copyright 2008 Times - Standard All Rights Reserved

**Section:** NEWS; Local

**Length:** 410 words

**Byline:** John Driscoll/The Times-Standard

## Body

A Merced man was seriously wounded after he was shot outside The Shanty in Eureka late Friday night, and four men were arrested on suspicion of attempted murder shortly afterward.

Robert Daniel Thompson, 43, of Merced was found lying in the intersection of Third and C streets, bleeding from several gunshot wounds, when police arrived at about 11:10 p.m. About five minutes later, officers stopped a vehicle at Watson and D streets and arrested four men believed to be involved in the shooting.

Eric Gunner Lundin, 28, Dustin Christopher **_Liebes_**, 36, and Brad Lee Miller, 26, all of Eureka, and Eric Dean Garcia, 28, of Redding, were booked into Humboldt County jail on charges of attempted murder.

Det. Ron Harpham said that there were a number of witnesses to the shooting or its aftermath, since the incident took place outside two popular bars on a Friday night. But he added that despite talking with some of the witnesses, a complete picture of what happened hasn't been put together.

"We're really looking for citizens' assistance to come forward and talk about what they witnessed," Harpham said.

Eureka Police Chief Garr Nielsen said earlier Saturday that the shooting may have stemmed from the longtime battle between the Hell's Angels and **_Mongols_** motorcycle gangs, but detectives have not been able to confirm that.

Thompson was sent to U.C. Davis Medical Center for treatment. The center confirmed he was in their emergency room Saturday afternoon, but could not say what his condition was.

A bartender at The Shanty, who asked not to be named, said the man who was shot had been in the bar earlier that night for a drink, and was wearing a Hell's Angels T-shirt. The man was not a regular, the bartender said, and there was no altercation inside the bar. The shooting happened outside the bar, the employee said, and some patrons inside ran out to see what was happening.

"Everyone thought it was fireworks," the bartender said.

Harpham said that officers were able to recover a gun or guns, but wouldn't say what type or how many due to the ongoing investigation. He said that there were more rounds shot than were accounted for at the scene, and asked people in the area to let police know if they find bullet holes or other evidence in the area.

"We've got a lot of work to do before we can really say what our conclusions are," Harpham said.

Anyone with information regarding the incident is asked to call Harpham at 441-4305 or Det. Todd Wilcox at 441-4315.

# Alleged Mongols shooters charged for gang crime

Times-Standard (Eureka, California)

November 14, 2008 Friday

Copyright 2008 Times - Standard

Distributed by McClatchy-Tribune Business News

**Section:** STATE AND REGIONAL NEWS

**Length:** 567 words

**Byline:** Sean Garmire, Times-Standard, Eureka, Calif.

## Body

Nov. 14--Four men accused of gunning down a Hells Angels member outside an Old Town bar last week were arraigned in court Thursday afternoon on charges of attempted murder, assault with a firearm and participating in a criminal street gang.

At their Thursday arraignment, the suspects -- Eric Gunner Lundin, 28, Dustin Christopher **_Liebes_**, 36, Brad Lee Miller, 26, and Redding resident Eric Dean Garcia, 28 -- all pleaded not guilty to the charges, and were appointed public defenders.

Investigators in the case have speculated the shooting may have resulted from a rivalry between two biker gangs: The Hells Angels and the **_Mongols_**.

Eureka Police Detective Patrick O'Neill could neither confirm nor deny the four suspects are members of the **_Mongols_**, but Thursday's charges indicate authorities do believe the shooting was gang-related.

The charge for participating in a street gang applies to anyone who assists in a felony crime undertaken by members of a gang.

The **_Mongols_** Motorcycle Club is one of seven outlaw motorcycle gangs recognized by the United States Department of Justice, which lists the **_Mongols_** as "an extremely violent (gang) that poses a serious criminal threat to the Pacific and Southwestern regions of the U.S."

According to the U.S. Department of Justice Web site, agents with the Bureau of Alcohol, Tobacco and Firearms have called the **_Mongols_** "the most violent and dangerous outlaw motorcycle gang in the nation."

On Nov. 7, 43-year-old Robert Thompson was found bleeding in an intersection outside a Eureka bar, shot several times. Thompson survived the shooting, and was treated at U.C. Davis Medical Center. In the days after the shooting, medical staff reported Thompson was in fair condition; however, on Monday a hospital worker stated they had been requested not to give out any additional condition reports on Thompson, or even confirm whether he was at the hospital.

Shortly after the shooting, authorities found the four suspects driving, and arrested them. O'Neill said investigators found a handgun in the vehicle, but could not say whether the weapon was used in the shooting.

In 1987, Thompson was found guilty of kidnapping a woman. He served seven years in prison and is listed as a convicted sex offender on California's Megan's Law Web site.

Alleged Mongols shooters charged for gang crime

In 2006, Thompson was tried and acquitted twice in Merced County court for the 1986 murders of 12-year-old Jodi Marie Ragsdale and 15-year-old Sheila Carter. Their murders remain unsolved.

A woman identifying herself as a friend of Thompson's, attended the Thursday hearing. Joy, who declined to give her last name, said the shooting was "terrible," and Thompson is "a devoted husband and a loving father."

The four suspects have been booked into the Humboldt County jail. Lundin, **_Liebes_** and Miller are held on $500,000 bail, while Garcia is held on $500,000 plus an additional $10,000 stemming from an arrest warrant out of Manteca, Calif.

Sean Garmire can be reached at 441-0514 or sgarmire@times-standard.com

To see more of the Times-Standard, or to subscribe to the newspaper, go to http://www.times-standard.com. Copyright (c) 2008, Times-Standard, Eureka, Calif. Distributed by McClatchy-Tribune Information Services. For reprints, email tmsreprints@permissionsgroup.com, call 800-374-7985 or 847-635-6550, send a fax to 847-635-6968, or write to The Permissions Group Inc., 1247 Milwaukee Ave., Suite 303, Glenview, IL 60025, USA.

**Load-Date:** November 14, 2008

---

**End of Document**

# Prelim begins for alleged Mongols shooters

Eureka Times Standard (California)

December 16, 2008 Tuesday

Copyright 2008 Times - Standard All Rights Reserved

**Section:** NEWS; Local

**Length:** 355 words

**Byline:** Sean Garmire/The Times-Standard

## Body

A silver revolver was found lying next to a Hells Angels member who was hit in a non-fatal shooting outside an Old Town bar in early November.

On the early morning of Nov. 8, medical responders found 43-year-old Robert Thompson bleeding in the Third Street intersection.

Thompson was shot several times in the incident, and according to testimony given by a Eureka police detective, a .22-caliber revolver was found lying next to him, with a single shot expended.

The four men charged in the shooting appeared in Humboldt County Superior Court Monday on the first day of their preliminary hearing.

According to testimony given by investigators at the hearing, witnesses at the scene notified police the shooter, who had been wearing a black baseball cap, had sped away in a dark-colored van. A van was found later that night, and authorities arrested Eric Gunner Lundin, 28, Dustin Christopher *Liebes*, 36, Brad Lee Miller, 26, and Redding resident Eric Dean Garcia, 28.

All four have pleaded not guilty to charges of attempted murder, assault with a firearm and participating in a criminal street gang.

Inside the van, investigators reportedly found a disassembled semi-automatic handgun, and Lundin in possession of a black baseball cap.

Eureka Police Department Detective Todd Wilcox, who testified at the Monday hearing, said that during an interview just after his arrest, Lundin denied any knowledge of the event.

"I asked him ... what had happened tonight," Wilcox testified. "He said he hoped that I could tell him."

From early on in the investigation, authorities have speculated the shooting may have resulted from a rivalry between two biker gangs, The Hells Angels and the *Mongols*. So far, investigators have not released evidence linking the four suspects to a motorcycle gang.

The four suspects have been booked into the Humboldt County jail.

Lundin, *Liebes* and Miller are held on $500,000 bail, while Garcia is held on $500,000 plus an additional $10,000 stemming from an arrest warrant out of Manteca.

The preliminary hearing is expected to last through Wednesday.

## Expert links shooting suspects to Mongols motorcycle gang

Times-Standard (Eureka, California)

December 17, 2008 Wednesday

Copyright 2008 Times - Standard

Distributed by McClatchy-Tribune Business News

**Section:** STATE AND REGIONAL NEWS

**Length:** 829 words

**Byline:** Sean Garmire, Times-Standard, Eureka, Calif.

## Body

Dec. 17--An expert on outlaw motorcycle gangs testified in court Tuesday, explaining that three of four men implicated in the non-fatal shooting of a suspected Hells Angels member appear to be patch-wearing *Mongols* gang members.

Chris Cervantes, a Montebello police detective and ATF investigator, was brought from the Los Angeles area to provide expert testimony at a preliminary hearing for the men suspected of shooting 43-year-old Robert Thompson.

Authorities have seized the men's property, including clothing reportedly emblazoned with the gang's logo and an application to join the *Mongols* Motorcycle Club -- an outlaw motorcycle gang the U.S. Bureau of Alcohol, Tobacco and Firearms has labeled as the most "violent and dangerous" in the nation.

On Nov. 8, authorities responded to shots fired on Third Street in downtown Eureka. There, police found Thompson lying in an intersection, bleeding from multiple gunshot wounds.

Later that night, authorities located a dark-colored van, similar to one witnesses saw at the scene, and arrested Eric Gunner Lundin, 28, Dustin Christopher *Liebes*, 36, Brad Lee Miller, 26, and Redding resident Eric Dean Garcia, 28.

Upon searching the van, investigators reportedly located a disassembled semi-automatic hand gun.

The four have pleaded not guilty to charges of attempted murder, assault with a firearm and participating in a criminal street gang.

Three of the suspects bear tattoos, which Cervantes said linked them to the gang.

Lundin, *Liebes* and Garcia all have diamond-shaped "1%" tattoos inked on their necks. Called the "one-percenter" tattoo, Cervantes said, it has been adopted by the *Mongols* and refers to the traditional concept that 99 percent of motorcyclists are law-abiding citizens.

Lundin has the letters "MFFM" -- or *Mongols* Forever Forever *Mongols* -- tattooed on his knuckles, and has the traditional Mongol head on his chest and right arm.

The Mongol head, a Genghis Khan look-alike wearing sunglasses, is also tattooed on Garcia's forearm.

The letters "RFFN" -- Respect Few Fear None -- are displayed across *Liebes*' chest.

Cervantes said that tattoo can only be worn if the member has committed violent acts against Hells Angels members.

Expert links shooting suspects to Mongols motorcycle gang

As the story goes, the **_Mongols_** were formed in the 1970s by a small group of Latinos who were denied entry to the Hells Angels due to their ethnicity, he testified. There are now between 500 and 600 members in chapters throughout the United States, including California, Oregon, Nevada and Florida.

The **_Mongols_** Web site declares the organization's support of a new chapter that has opened in Italy.

Although the **_Mongols_**' regional presence is not strong enough to warrant a Humboldt chapter, Cervantes testified there is a Northern California chapter. No matter where the chapters are, they are governed by the "Mother Chapter" which hands down orders, many of which are based on the gang's constitution.

The long-standing rivalry between the Hells Angels and the **_Mongols_** began early on, emanating from similarities between patches worn by the two gangs, he said. The violence escalated over time into a bloody gang war, with the **_Mongols_** perpetrating the majority of the attacks.

"This is a war. These guys are trying to kill each other, and the **_Mongols_** are winning," Cervantes said. "There are a lot of (Hells Angels) dying at the hands of (**_Mongols_**') knives and guns."

On Oct. 22, a U.S. District Court judge granted an injunction banning gang members, family and any associate from wearing, licensing or distributing the **_Mongols_**' logo.

With the banning of the **_Mongols_**' trademark, officers have ordered members to stop wearing the logo, Cervantes testified.

However, during a search of a storage unit rented by one of the suspects, authorities located **_Mongols_** paraphernalia, including a T-shirt with "prospect," which is worn by someone intending to be initiated into the gang, and a gang application, he said.

The application had been mailed to "The Mayor," which Cervantes said is Lundin's moniker, leading him to believe "Lundin is the president of this Northern California chapter."

During recorded interviews taken at the jail, Lundin reportedly told officials he would be willing to give up his patch as a "bargaining chip," Cervantes said.

"I have a really hard time believing he would be giving up his patch if he didn't have a patch," he said.

All the suspects were returned to the Humboldt County jail, where they remain on $500,000 bail. Their preliminary hearing is expected to end today.

Sean Garmire can be reached at 441-0514 or sgarmire@times-standard.com

To see more of the Times-Standard, or to subscribe to the newspaper, go to http://www.times-standard.com. Copyright (c) 2008, Times-Standard, Eureka, Calif. Distributed by McClatchy-Tribune Information Services. For reprints, email tmsreprints@permissionsgroup.com, call 800-374-7985 or 847-635-6550, send a fax to 847-635-6968, or write to The Permissions Group Inc., 1247 Milwaukee Ave., Suite 303, Glenview, IL 60025, USA.

**Load-Date:** December 18, 2008

**End of Document**

# Suspected Mongols accept plea agreement

Eureka Times Standard (California)

December 18, 2008 Thursday

Copyright 2008 Times - Standard All Rights Reserved

**Section:** NEWS; Local

**Length:** 709 words

**Byline:** Sean Garmire/The Times-Standard

## Body

Members of the **_Mongols_** biker gang implicated in the shooting of a suspected Hells Angel in early November have all accepted plea agreements offered by the Humboldt County district attorney.

In the agreement offered on the third day of the preliminary hearing, three of four men admitted to participating in a criminal street gang -- an outcome that sets new precedent for prosecutors in Humboldt County, potentially easing legal efforts against gang members in the future.

Eric Gunner Lundin, the 28-year-old who shot Robert Thompson outside The Shanty in Old Town Eureka, pleaded no contest to felony charges of assault with a firearm and participating in a criminal street gang.

Lundin now faces between two and three years in prison at his sentencing Jan. 15.

Dustin **_Liebes_**, 36, and Eric Garcia, 28, both pleaded no contest to the felony charge of participation in a criminal street gang, and 26-year-old Brad Miller -- whom investigators believe was attempting to become a member of the gang -- pleaded no contest to being an accessory after the fact.

Those three men face up to one year in jail or one year probation at the Jan. 15 sentencing.

Deputy District Attorney Ben McLaughlin, who prosecuted the case, said he intends to request the sentencing judge prohibit the men from associating with other gang members, which would legally bar the men from each other's company.

McLaughlin called the outcome "appropriate," after facts in the Nov. 7 shooting incident surfaced late in the investigation showing 43-year-old Thompson may have fired the first shot.

Eureka Police Detective Todd Wilcox said when authorities arrived at the scene of the shooting they found a .22-caliber handgun with one spent shell lying next to Thompson.

McLaughlin said Thompson, a convicted sex offender and kidnapper, refused to provide testimony at the men's trial, and declined ownership of the gun.

Chris Cervantes, a Montebello police detective and ATF investigator working the outlaw biker gang unit, said no matter who fired first, the shooting was a gang-related act, and it was appropriate for the men to be prosecuted.

"A gun is a tool of a gang. It's a sign of power -- it's a sign of respect," Cervantes said. "There's no self-defense there."

Cervantes was flown to Humboldt County to provide expert testimony about the **_Mongols_** street gang, which the U.S. Bureau of Alcohol, Tobacco and Firearms has labeled the most "violent and dangerous" in the nation. The gang has between 500 and 600 members in chapters throughout the United States, as well as Canada and Italy.

Cervantes said following a Tuesday night intelligence briefing that he believes there are **_Mongols_** chapters in Eureka and elsewhere in Humboldt County.

But for the most part, he said, the entire Eureka chapter is now in jail, and there appears to be only a small Mongol presence in the region.

The **_Mongols_** organization is led by a mother chapter, which operates out of Southern California. The long-standing rivalry between the Hells Angels and the **_Mongols_** began decades ago over disputes about similarities between patches worn by the two gangs. But the violence has escalated over the years into a bloody gang war.

McLaughlin said jail recordings have shown Lundin has requested attorney fees from the mother chapter, and Wilcox said recordings show others have attempted to communicate with **_Mongols_** members outside of jail.

Ultimately, Cervantes said the men's admission has bolstered law enforcement's battle against the outlaw biker gang.

Leaders of the organization call the group the **_Mongols_** Motorcycle Club. The group organizes rides that distribute toys to children, operates in accordance to a constitution and requires new prospective members fill out an application. The seemingly legitimate exterior made it difficult in the past for authorities to legally establish the **_Mongols_** are, in fact, a gang, Cervantes said.

With Wednesday's conviction, authorities will have greater power prosecuting members of biker gangs in Humboldt County, Cervantes said.

"We went into some uncharted grounds here in Eureka," he said. "It's far more successful that the gang allegations were sustained rather than these guys getting more time."

Sean Garmire can be reached at 441-0514 or sgarmire@times-standard.com

**Load-Date:** December 18, 2008

---

**End of Document**

# Mongols members sentenced for shooting

Eureka Times Standard (California)

January 21, 2009 Wednesday

Copyright 2009 Times - Standard All Rights Reserved

**Section:** NEWS; Local

**Length:** 405 words

**Byline:** Sean Garmire/The Times-Standard

## Body

Four men arrested in connection to the non-fatal shooting of a suspected Hells Angels member in November were sentenced in Humboldt County Superior Court Tuesday afternoon to terms ranging from three years in prison to 180 days in jail.

All four men, three of whom were found to be card carrying members of the **_Mongols_** Motorcycle Club, pleaded guilty in a plea agreement offered during their preliminary hearing, after evidence surfaced that the victim -- Robert Thompson -- may have fired first.

Deputy District Attorney Ben McLaughlin said although there are no current plans to charge Thompson as a felon in possession of a firearm, the matter is still under investigation.

The accused gunman in the case, 28-year-old **_Mongols_** gang member Eric Gunner Lundin, was sentenced by Judge Dale Reinholtsen to three years in prison for felony charges of assault with a firearm and participating in a criminal street gang.

Lundin's attorney, Glenn Brown, said his client will likely serve "a little over two years."

Dustin **_Liebes_**, a 36-year-old who the prosecution named as the president of the area **_Mongols_** chapter, was sentenced to one year in jail with five years probation. Shasta County resident Eric Garcia, 28, was also given a one year jail sentence with five years probation. Both men had pleaded guilty to participation in a criminal street gang, and both were granted 110 days time served.

Brad Miller, 26, was sentenced to 180 days in jail, with 110 days credit.

The prosecution alleged Miller -- who was not part of the gang -- was a prospective member. Miller pleaded guilty to being an accessory to a felony after the fact, but denied attempting to gain entry to the gang.

In addition to various fines, Reinholtsen stipulated that none of the men can associate with one another, or wear clothing or patches identifying them as gang members.

At the sentencing, Reinholtsen heard defense arguments that it was by happenstance the four men had come face to face with Thompson outside a bar in Old Town Eureka in November, and that evidence shows Thompson fired his handgun at the scene, raising the possibility he fired first.

Reinholtsen, who did not hear evidence given at the men's preliminary hearing, said he found it to be "an amazing coincidence" the four men happened across each other.

After sentencing, the four men were returned to the Humboldt County jail.