DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

AJAY KRISHNAMURTHY (CABN 305533)
KEVIN J. BARRY (CABN 229748)
LINA Y. PENG (NYBN 5150032)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7050
    FAX: (415) 436-7234
    Ajay.krishnamurthy@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 17-CR-533-EMC |
| Plaintiff, | Declaration of Ajay Krishnamurthy |
| v. | |
| JONATHAN JOSEPH NELSON et al., | |
| Defendants. | |

I, Ajay Krishnamurthy, declare as follows:

1. I am an Assistant United States Attorney assigned to the prosecution of this case. Attached as Exhibit 1 is a true and accurate copy of Jorge Gil-Blanco's "Statement of Opinion" regarding the Hells Angels. It was produced to the defense as EXPERT-00000254–318 on January 31, 2020.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on September 22, 2020 in San Francisco, California.

                                                          /s/ Ajay Krishnamurthy
                                                          AJAY KRISHNAMURTHY
                                                          Assistant United States Attorney