**Exhibit 1**

**2014**

# STATEMENT OF OPINION
Jorge Gil-Blanco

## HELLS ANGELS OUTLAW MOTORCYCLE GANG

*"This report is protected by legal professional privilege. To ensure privilege is not waived please keep this report confidential and in a safe and secure place. This report should not be distributed, nor any reference to it made, to any person or organization not directly involved in making decisions on the subject matter or this report."*

**T C   O N E   T R A I N I N G   &   C O N S U L T I N G**

EXPERT-00000254

**TABLE OF CONTENTS**

1.  INTRODUCTION                                                          Page 3

2.  DECLARATION                                                           Page 5

3.  FORMATION OF OUTLAW MOTORCYCLE GANGS                                  Page 5

4.  HISTORY OF THE HELLS ANGELS                                          Page 7

5.  HELLS ANGELS WORLD EXPANSION                                         Page 9

6.  STRUCTURE OF THE HELLS ANGELS                                        Page 10

7.  HELLS ANGELS IDENTIFIERS                                             Page 17

8.  HELLS ANGELS RULES                                                   Page 28

9.  APPROACH OF HELLS ANGELS TOWARDS LAW ENFORCEMENT                     Page 35

10. SUPPORT FOR MEMBERS THAT ARE INCARCERATED                           Page 37

11. INTERNAL DISCIPLINE                                                  Page 38

12. LEAVING THE CLUB                                                     Page 40

13. PATCHOVERS                                                           Page 44

14. REPUTATION OF THE HELLS ANGELS                                      Page 45

15. TERRITORY                                                            Page 50

16. PURPOSE OF AFFILIATION & FACILITATION                               Page 54

17. CONCLUSION                                                           Page 55

EXPERT-00000255

1. **INTRODUCTION**

    **1.1.** I have been a police officer and deputy sheriff for several agencies, including the Los Angeles Police Department, Sacramento County Sheriff's Department, San Jose Police Department and Dixon Police Department, since 1973. I am currently a San Mateo County Sheriff's Office Reserve Deputy Sheriff, assigned to the Gang Intelligence Unit since 2012.  As a Reserve Deputy, I assist the Gang Unit with Outlaw Motorcycle Gang Intelligence and investigations.  A full copy of my curriculum vitae appears in **Annexure A** to this report.

    **1.2.** Since my assignment to the Criminal Intelligence Unit of the San Jose Police Department in 1990, where I was assigned as the Outlaw Motorcycle Gang (OMG) investigator, I have continued to investigate, consult and provide expert testimony on OMG cases.

    **1.3.** I have been deemed an expert by United States courts to including both Federal and State courts in, California, Nevada, Arizona, Washington and British Columbia, Canada on forty (40) instances, testifying at Evidentiary Hearings, Grand Jury Hearings, Preliminary Hearings, Jury Trials and an Immigration Hearing (telephonic).  Of the forty (41) instances, thirty-seven (38) involved testimony on the Hells Angels, two (2) on the Vagos and one (1) on the Misfits OMGs.[1]

    **1.4.** My statement of opinion is based on the knowledge and experiences I have gained through various sources, with a major focus on the Hells Angels OMG, including:

---

[1]  See Annexure A (Jorge Gil-Blanco CV) for dates and courts of testimony.

EXPERT-00000256

**1.4.1.**  Personal direct involvement in numerous OMG investigations.

**1.4.2.**  Personal observations made while monitoring numerous Hells Angels "runs" and events.

**1.4.3.**  Hundreds of conversations and exchanges I have had with other police officers and OMG investigators at the national and international level.

**1.4.4.**  Hundreds of seized documents from Hells Angels clubhouses and members that I continue to review and study.

**1.4.5.**  Analysis of a number of criminal prosecution cases involving Hells Angels members.

**1.4.6.**  Numerous personal conversations I have had with former and present Hells Angels members.

**1.4.7.**  Reading articles, books and reports involving OMGs, including a report of European Police Office (**Europol**) entitled, *The Hells Angels MC: A Criminal Organization*, 1st edition, (2012) (**Europol Report**).  In **Annexure B** to this report, I include a bibliography of the publications that I have relied upon in preparing this report.

**1.5.** In my capacity as an OMG Investigator and Instructor, I have the opportunity to attend a number of national and international conferences on the subject of OMGs, as either presenter or attendee.  Generally, topics include new trends, specific information regarding OMGs, involvement in criminal activity, the meaning of old and new patches and tattoos, updates on gang membership and, in the case of international conferences, overviews of OMGs from investigators from different countries.  Ex-members of OMGs are made available for a

4

question period where investigators can ask about gang structure, gang activity, business etc.  These conferences provide an opportunity to discuss OMGs with other investigators from around the world

**1.6.** I have been asked to prepare this report by the NSW Crown Solicitor's Office on behalf of the NSW Commissioner of Police.  A copy of my letter of instructions appears in **Annexure C** to this report.

**1.7.** This report will summarize the history, the background and the characteristics that make up the Hells Angels.  I believe the content supports my opinion that the Hells Angels are a world wide criminal organization.

## 2. <u>DECLARATION</u>

**2.1.** This statement of opinion is impartial and based upon open-minded reasoning.  I reserve the right to add, amend, alter, retract and/or develop my opinion further, if I am subsequently exposed to any further evidence, facts or issues.  I am aware that my primary responsibility is to ensure I do not mislead the court through being less informed than my role demands.  I am prepared to consider any new facts that are presented to me.

**2.2.** Throughout my statement of opinion below, I have made footnotes to specific incidents and examples.  My knowledge on the specific topics is not just limited to these footnotes, but is also based upon the sources of information that I have identified in paragraphs 1.4 and 1.5 above.

**2.3.** I, Jorge Gil-Blanco, acknowledge for the purpose of Rule 3l.23 of the *Uniform Civil Procedure Rules* 2005 that I have read the Expert Witness Code of Conduct in Schedule 7 to the said rules and agree to be bound by it.

5

### 3. FORMATION OF OUTLAW MOTORCYCLE GANGS – 1%'ER PHENOMENA

**3.1.** In this part of my report, I provide an overview of the emergence of OMGs, which are sometimes referred to as **"1%ers"**. The information I set out in this part of my report is based upon: Books read, documents seized, conversations with former members, conversations with other Hells Angels experts. The history of the Outlaw Motorcycle Gang (OMG) experience has spanned over the last 60 years.  There are several different accounts on how the term "1%'er" evolved.  My statement of opinion does not profess to provide an authoritative perspective of that history. The incidents leading up to the birth of the 1% scene do not bear in any way on the content of the opinion I provide on whether the Hells Angels Motorcycle Club is a criminal organization.

**3.2.** The OMG experience began in the United States in the 1940's, after the end of World War II (**WWII**). A segment of American veterans returned home and missed some of the aspects of the wartime military. They began riding motorcycles in groups to have the sense of adventure and camaraderie they missed from the war.  OMGs calling themselves the "Pissed Off Bastards Of Bloomington" (**POBOB**), "Market Street Commandos" and the "Boozefighters" were formed.

**3.3.** The American Motorcycle Association (**AMA**) was founded in 1924.  At its inception, it inherited the organization of the Gypsy Tours from the Federation of American Motorcyclists (**FAM**). The Gypsy Tours featured rides and various motorcycle competition events that included hill climbs, dirt-track events, and

6

motorcycle games such as slow races, stake races and plank riding. The Gypsy Tours were cancelled during WWII but brought back after the war[2].

**3.4.** "On July 3, 1947, the festivities in Hollister began. Around 4,000 motorcyclists flooded Hollister, almost doubling the population of the small town. They came from all over California and the United States. Motorcycle groups in attendance included the POBOBs, the Boozefighters, the Market Street Commandos and the Galloping Goose Motorcycle Club. The town was completely unprepared for the number of people that arrived. Initially, the motorcyclists were welcomed into the Hollister bars, as the influx of people was great for business. But soon, they started causing a problem in Hollister. The drunken motorcyclists were riding their bikes through the small streets of Hollister and consuming huge amounts of alcohol. They were fighting, damaging bars, throwing beer bottles out of windows, racing in the streets, and other drunken actions. By the evening of July 4, 'they were virtually out of control'. This was all too much for the seven-man police force of Hollister to handle. The police tried to stop the motorcyclists' activities by threatening to use tear gas and by arresting as many drunken men as they could. The ruckus continued through July 5 and slowly died out at the end of the weekend as the rallies ended and the motorcyclists left town."[3] The POBOBs played an integral role in the Hollister incident, on which the movie "The Wild One" was based staring Marlon Brando. Two months later the same clubs went to Riverside, California for the Labor Day weekend, another AMA sanctioned event. The same thing happened again as it did in

---

[2]  **AMA website;** http://www.americanmotorcyclist.com/about/history
[3]  **Hollister riot - Wikipedia, the free encyclopedia:** *en.wikipedia.org/wiki/Hollister_riot*

EXPERT-00000260

Hollister. Over 4,000 people, bikers and citizens, took over the town's main street[4].

**3.5.** There are several versions of how the term "1%er" was coined.  The most popular version is that the AMA was embarrassed by the actions of the participants of the rioting that took place in Hollister and Riverside and attempted to distance themselves from the participants.  The AMA stated, "the trouble was caused by the one percent deviant that tarnishes the public image of both motorcycles and motorcyclists".   The other version was attributed to the secretary of the AMA who stated that "the disreputable cyclists are possibly one percent of the total number of motorcyclists; only one percent are hoodlums and troublemakers".[5]

**3.6.** Another version is that the AMA made a statement that "ninety-nine percent of the motorcyclists are good people enjoying a clean sport and it's the one percent that are antisocial barbarians".[6]

## 4.   <u>HISTORY OF THE HELLS ANGELS</u>

**4.1.** In this section of my report, I provide an outline of the history of the Hells Angels.  The information I set out in this part of my report is based upon: Books read, documents seized, conversations with former members, conversations with other Hells Angels experts.  There are several versions of the inception of the Hells Angels.  The first chapter of the Hells Angels was established on March 17, 1948 in San Bernardino (Berdoo) County, California.  There were several other Hells Angels chapters in California (San Gabriel, North Sacto, Sacto, etc)

---

[4]  **POBOB website;** http://www.pobob.com/info.php
[5]  **Born to Be Wild: A History of the American Biker and Bikes 1947-2002 By Paul Garson, Editors of Easyriders.**
[6]  **POBOB website;** http://www.pobob.com/info.php

EXPERT-00000261

that were established prior to the 1960s, however they did not survive and are not listed anywhere[7].

**4.2.** The Hells Angels were named after a WWII bomber squadron called the Hell's Angels[8].

**4.3.** There were two other chapters formed, San Francisco (Frisco) in 1954 and Oakland in 1957. All three were operating independently of each other until Sonny Barger brought them together as one organization.

**4.4.** At first, the Hells Angels was a "loose knit" group with a lot of infighting among members. The original patch that was worn on the back of their vests was nicknamed the "bumblebee patch." It consisted of a winged skull with an aviator's cap that resembled a bumblebee.



---

7  **"The Rebels: A Brotherhood of Outlaw Bikers", written by Daniel Wolfe, University of Toronto (1991), "Outlaw motorcycle clubs do not have a written history, only an oral one, a mythology made up of intangible recollections and stories that can easily be swept away. The only tangible vestiges of the club's past are the club minutes and photograph albums that are kept in the clubhouse, along with the pins that members wear on their colours", p. 70**
8  **Hell's Angels World War II 303rd B-17 Bomber Group, http://www.303rdbg.com/**

9

EXPERT-00000262

**4.5.** Under the tutelage of Sonny Barger, the Hells Angels became more organized and developed rules[9].  In 1959, a detailed winged skull with an aviator's cap became the Hells Angels back patch that was named the "death head" and also referred to as the "Barger Larger" patch.[10]  This "death head" had an open mouth.



**4.6.** In 1987, at the conclusion of Operation Cacus[11], a third version of the "deathhead" emerged.  This "deathhead", which is the current "official" Hells Angels patch, has a mouth that is stitched shut.  The significance of the stitched closed mouth is that "we don't talk about club business."[12]



## 5.   HELLS ANGELS WORLD EXPANSION

**5.1.** The first chapter that was established outside of California and the United States, and the fourth oldest existing chapter, is the Auckland, New Zealand chapter that was formed in 1961.[13]  Since then, the Hells Angels has grown to

---

[9]  **Ralph 'Sonny' Barger (with Keith and Kent Zimmerman),** *Hell's Angel: The Life and Times of Sonny Barger and The Hell's Angels Motorcycle Club* **(New York: Harper Collins, 2000), p. 32**
[10]  **Ralph 'Sonny' Barger (with Keith and Kent Zimmerman),** *Hell's Angel: The Life and Times of Sonny Barger and The Hell's Angels Motorcycle Club* **(New York: Harper Collins, 2000), p. 33**
[11]  **Operation "Cacus", was a FBI investigation that utilized Alaska and West Coast Sergeant-at-arm Hells Angels member, Anthony Tait, as a confidential informer**
[12] **Personal conversation with Anthony Tate**
[13] **Hells Angels website;** http://affa.hells-angels.com/

10

EXPERT-00000263

four hundred plus (400+) chapters located in forty-six (46) countries,[14] with an estimated membership of five-thousand (5,000)[15], not including "Prospect" and "Hangaround" chapters.

**5.2.** The Hells Angels started their major expansion internationally in the 1970s. Their international expansion was due to the increase in their criminal networks in order to stay ahead of their competition.

**5.2.1.** George Wethern, who at the time was Vice-President of the Oakland Hells Angels Chapter, stated in his book, *A Wayward Angel:* ***The Full Story of the Hells Angels*** **(1978)** *"We didn't believe in granting chapters for the sake of growth, nor to provide us with a place to stay when we were on vacation.  The additions were designed to contribute to our image and business concerns, by providing a drug route link, manufacturing a drug, supplying chemicals or distributing drugs in an untapped area"* [16]

**5.3.** Based on my experience as an OMG investigator, George Wethern's statement is truly representative of the expansion and growth exhibited by the Hells Angels throughout the world.

**5.4.** In 1975, the first Australian Hells Angels chapters were formed in Sydney and Melbourne.[17]

---

[14] **Hells Angels website;** http://affa hells-angels.com/
[15] **Based on conversations with OMG investigators worldwide**
[16] **George Wethern and Vincent Colnett,** *A Wayward Angel: The Full Story of the Hells Angels* **(Richard Marek Publishers, 1978), p. 102**
[17] **Hells Angels website;** http://affa hells-angels.com/ **- HA Charters Worldwide**

11

EXPERT-00000264

## 6. <u>STRUCTURE OF THE HELLS ANGELS</u>

**6.1.** In this part of my report, I describe the structure of the Hells Angels. The information I set out in this part of my report is based upon: Books read, documents seized, conversations with former members, conversations with other Hells Angels experts. The Hells Angels is a highly structured worldwide organization. It is a "one man one vote" organization[18].

**6.2.** When considering what and who the Hells Angels is, we must recognize that some aspects of Hells Angels have changed significantly from 1948 to today while other aspects have remained the same. The core values of the Hells Angels have remained the same. All of the Hells Angels chapters subscribe to the same basic Hells Angels values. In other words, the Hells Angels in the United States is the same Hells Angels as the Hells Angels in Australia, Europe, Canada and other countries. They are all guided by the Hells Angels World Rules. In addition the Hells Angels have country rules and chapter rules.

**6.2.1.** As Sonny Barger says in his book: *"The chapters have their own identity, but they share the same core values.*"[19]

**6.3.** The base organizational unit of the Hells Angels is the chapter. Each chapter elects officers such as a President, Vice-President, Secretary, Treasurer, and Sergeant-at-Arms. The officers are responsible for raising money, planning social events, maintaining order and discipline and interacting with other chapters and the executive groups of the Hells Angels organization.

---

[18] **Hells Angels World Rule Nov 29, 1986 – One man, one vote**
[19] **Ralph 'Sonny' Barger, with Keith and Kent Zimmerman,** *Hell's Angel: The Life and Times of Sonny Barger and The Hell's Angels Motorcycle Club* **(Harper Collins, 2000), p. 33**

EXPERT-00000265

**6.3.1.** **President:** The leader with absolute power.  He can veto decisions made by members on matters concerning club business.  Some run their charter with an iron fist.  Others run it more democratically.[20]

**6.3.2.** **Vice-President:** Takes the place of the President in his absence.[21]

**6.3.3.** **Secretary:** Takes notes at chapter meetings.  Usually takes care of all chapter email and correspondence.  Is the keeper of the minutes.[22]

**6.3.4.** **Treasurer:** Handles financial matters such as collecting chapter dues, fines, and money for defense funds, pays chapter bills and writes checks.[23]

**6.3.5.** **Road Captain:** In the United States, this position is mostly a collateral duty and not considered an Officer/Executive position.  He would be in charge of organizing club motorcycle "runs".  He maps out the route of the run, the destination and the stops for gas and food.  He is also responsible for the safety of the group while traveling.[24]

**6.3.6.** **Sergeant-at-Arms:** He is responsible for chapter discipline. He can impose fines at chapter meetings and mediate disputes between members.  He answers directly to the president and can obtain consent from him to use force or violence in dealing with another member who has disobeyed the rules of the club. When a member is demoted, the Sergeant-at-Arms is responsible for reclaiming and maintaining possession

---

[20] **Based on my conversations with former Hells Angels members**
[21] **Based on my conversations with former Hells Angels members**
[22] **Based on my conversations with former Hells Angels members.**
[23] **Based on my conversations with former Hells Angels members**
[24] **Based on my conversations with former Hells Angels members**

13

of that member's colors.  He also knows who has the weapons (firearms)[25] in the chapter.  He will enforce the covering up of tattoos on ex-members that are supposed to cover them up[26].  (Refer to sections 7.1.6 through 7.1.7.4 for details on "Rules Regarding Tattoos").

**6.4.**   The remainder of the chapter consists of Members, Prospects, and Hangarounds.  Each chapter is required to have six (6) "full patched" members in order for the chapter to operate.  Once a chapter goes under the mandatory six (6) members, the chapter must shut down or be "frozen" until the membership reaches that six (6) member threshold.

   **6.4.1.**   A chapter can be "frozen" for a drop in members on "the street" (not incarcerated) or loss of members in that chapter:  For example, seized minutes record "*<u>France</u>: Toulouse charter frozen due to the fall in membership.*"[27]

   **6.4.2.**   A chapter can also be "frozen" due to action taken by region vote**.**  In reviewing the Hells Angels West Coast Officer Meeting (WCOM) minutes, I found the following entries showing how a chapter was "frozen" due to the gang rivalry between the Hells Angels and Vagos:

      **6.4.2.1.**   "*April 14, 2007 WCOM: SONOMA CO: ……..  Our whole charter is seriously upset with Shasta CO's recent conduct.*"[28]

---

[25] Former Individual Confidential Source, member of United States chapter that needs to be kept confidential, Debrief by Canadian Biker Enforcement Unit and me, Dated September 12th, 2013 – "The Sergeant at Arms is aware of who has weapons, who will bring them.  He doesn't necessarily have them himself."

[26] Former Individual Confidential Source, member of United States chapter that needs to be kept confidential, Debrief by Canadian Biker Enforcement Unit and me, Dated September 12th, 2013 – "The Sgt of Arms looks after that, he's supposed to make sure and if you don't a crew can be sent out to make sure it's done."

[27] Annex 116 - World & Euro Minutes Zagreb 07-11-08 (1021395-2-1)

[28] April 14, 2007 WCOM, seized pursuant to SW at Berdoo Clubhouse on 7-24-07, which I monitored

EXPERT-00000267

**6.4.2.2.** "*June 16, 2007 WCOM: SONOMA CO: …….   We are submitting an "In house motion" today to bring up the members in Shasta Co for their patches. (motion on your disk).*

**6.4.2.2.1.** At this meeting, Sonoma submitted the motion:[29]

---

### FORM FOR A REQUEST OR APPROVAL

(This side for Secretary use only)

**MOTION MADE BY:** Sonoma Co Seconded by Frisco      **MOTION TYPE:** West Coast

**DATE:** 06-16-07      **DESCRIPTIVE NAME:**

**PRESENTED TO:** West Coast      **MOTION NUMBER:** WC-06-15-07-02

1) **Reason for Request:** In the past several months there has been a ongoing situation in the Shasta Co area that has not been handled properly and reflects badly on the membership of our club.

2) **Motion or Request:** Due to this unacceptable situation and the lack of resolution in the Shasta Co area we are submitting this motion to bring the existing Shasta Co members (with the exception of Bobby T) up for expulsion from the club.

3) **Amendment: None.**

---

**6.4.2.3.** "*July 14, 2007 WCOM:  "Shasta frozen."*[30]

**6.5.** Each chapter operates in the area they claim, however, the chapter is required to follow the Hells Angels rules regionally, nationally and internationally:  "*local chapters are autonomous but must live up to the requirements of the clubs'*

---

[29] **Seized during Operation Palmetto 81 – A 3yr investigation of the Hells Angels Greenville South Carolina Charter from approximately July 2006 to April 2009.**
[30] **July 14, 2007 WCOM, seized pursuant to a search warrant at the Hells Angels Berdoo chapter clubhouse on 7-24-07, which I monitored**

15

*national charter and maintain the group's power, persona, and reputation*" [31].
They take care of their own internal disciplinary measures against members and
the criminal activities of the chapter with regard to its territory.

**6.6.**    Each Chapter conducts regularly scheduled weekly meetings, referred to as
"church".  Strict rules of order are followed and minutes taken. Chapter meetings
mostly concern legitimate activities, such as planning social events, voting in new
members, and the like. Additionally, chapter meetings often involve the discussion
of criminal activities, for example the encouraging of assault and/or retaliation.  If
questions concerning criminal activities arise, the utmost security to prevent
detection is used. They will use hand signals and/or write on paper to meet
outside and discuss. They will meet outside the clubhouse where they feel more
secure about not being bugged (listening devices).  Sometime, however, they
will discuss openly at their meeting(s). (As an example, refer to paragraph
6.4.2.2.1. – The Sonoma charter discusses how they are upset with Shasta and
want the members kicked out as they did not "handle the situation properly" and
it "reflects badly" on the Hells Angels.  The "situation" they were referring to
was that the Vagos (a rival OMG) had established a chapter in the Redding
(Shasta County) area after the Hells Angels had shut down Hellbent MC, a
Hells Angels support club, in Shasta County.  The Vagos made the 13 members
of Hellbent full patch Vagos overnight and the Hells Angels were upset.  There
were several violent confrontations between the Vagos and Shasta Charter

---

[31] **James Quinn and D. Shane Koch,** ***Deviant Behavior: The Nature of Criminality within One-Percent Motorcycle
Clubs* (University of North Texas, 2003), page 288.**

EXPERT-00000269

members.  Sonoma felt that Shasta was unable to properly make the Vagos back

down.[32]

**6.7.**   The United States Hells Angels is comprised of 78 chapters, which are divided into

two executive groupings: the West Coast and the East Coast. The West Coast is

comprised of chapters west of Denver, Colorado.  The East Coast is comprised of

all chapters east of Omaha, Nebraska.

**6.8.**   Each executive group is comprised of a President, Vice-President, Secretary,

Treasurer, Sergeant-at-Arms, and East and West Coast Representatives, who are

drawn from the officers of the various chapters within each grouping. These groups

comprise the elite leadership of Hells Angels in the United States. The two officers'

committees meet regularly at what is commonly referred to as the West Coast

Officers' Meeting (**WCOM**) and East Coast Officers' Meeting (**ECOM**). The

WCOM is held monthly, alternating between the Oakland clubhouse and the

Berdoo clubhouse.  The ECOM meets every six (6) weeks at varying East Coast

clubhouses. An East Coast Representative will attend the WCOM and a West Coast

Representative will attend the ECOM.  WCOM and ECOM officers discuss diverse

activities including resolving disputes among chapters and members, reporting on

events of interest and on funds coming in and money disbursed by the Hells Angels

Defense Funds.  As with individual chapter meetings, officers also have engaged in

criminal activities (such as assault, battery, and conspiracy) at these officers

meetings, as explained in the next paragraphs.

**6.8.1.**   One such incident was related to me by former Hells Angels Oakland

chapter Vice-President Robert Sandy:

---

[32] **Former Individual Confidential Source, member of United States chapter that needs to be kept confidential, debriefed by me and my investigation of incidents involving Hells Angels and Vagos in Shasta County.**

17

EXPERT-00000270

**6.8.1.1.** Sandy related an incident where Rick Mar (Hells Angel Monterey chapter president) had given an interview to the news media. Mar talked about Club business to the media regarding membership information. The Oakland chapter was not happy about the interview and had the entire Monterey Chapter appear at an Oakland "church" to answer questions. Sandy related that this was done to administer a beating to the Monterey chapter members for talking about Club business to outsiders. Sandy stated that it would start with questioning of the members and would proceed with a beating.  Sandy stated he participated in the beating and that there was also a visiting Australian member that administered a beating to Mar.[33]

**6.8.1.2.** Sandy stated he was familiar with approximately three other instances where the Oakland Chapter made other chapters appear in front of them at meetings in order to administer a beating. One instance was at a WCOM, where members of other chapters beat members of the Vallejo Chapter, but it was initiated by Oakland.[34]

**6.9.** The Hells Angels hold international meetings twice a year called "World Meetings."  Each "World Meeting" is alternated between different countries.  They will schedule one of the meetings to coincide with the Hells Angels "World Run".  During these meetings, they discuss any problems and concerns that the world

---

[33] **Robert Sandy (Oakland HA member) Debrief by FBI Agent Michael LaPlante and me, dated 3 April 1998**
[34] **Robert Sandy (Oakland HA member) Debrief by FBI Agent Michael LaPlante and me, dated 3 April 1998**

EXPERT-00000271

chapters have.  They also discuss corporation issues at the national and international level.  Motions are made and put up for a vote, amendments or new rules are sometimes adopted.  Chapter representatives will in turn take the information back to their countries where it will be disseminated at the local chapter level.  Minutes for these meetings are usually transported via digital media such as flash drives.

**6.9.1.**   "*There will be at least one (1) member from every HAMC charter & prospect charter at all World Runs.*  **Penalty:** *1000 US donation to be paid to the host country. Extenuating circumstances will be considered.*"[35]

**6.9.2.**   "*Each country to have at least 2 representatives at all World Meetings.* **Penalty:** *Fine for missing World Meeting will be $2,000 U.S. funds to be paid to the host country by the next World Meeting, if only one country representative is present. Exceptions must be appealed with an acceptable reason by the next world meeting.*"[36]

**6.10.**   There is also a Hells Angels Corporation that oversees the development and protection of the trade marking of the Hells Angels "deathhead" and other Hells Angels signs and symbols (i.e. "81", "Big Red Machine", etc).

# 7.   HELLS ANGELS IDENTIFIERS

**7.1.**   In this part of my report, I describe the identifiers of the Hells Angels. The information I set out in this part of my report is based upon:  Documents seized, conversations with former members, conversations with other Hells Angels experts.  There are a variety of clothing identifiers for Hells Angels members,

---

[35] **Hells Angels World Rules section addressing "Organizational Rules" – Seized during search warrant at Dago Clubhouse 8-3-11, which I monitored**
[36] **Hells Angels World Rules section addressing "Organizational Rules" – Seized during search warrant at Dago Clubhouse 8-3-11, which I monitored**

EXPERT-00000272

prospects, hangarounds, and associates.  The "club" or "gang" colors of the

Hells Angels are "Red & White."

**7.1.1.  Members:**  Can be identified by their official emblem, commonly called

"colors," "patches" or "cuts". The colors are worn on a sleeveless denim

vest, sleeveless or half sleeve leather vest.  They can also be identified

by the wearing of "soft colors," which is anything other than the above

described vest (i.e. jacket, shirt, t-shirt, etc.).  On the back of the

"colors" the Hells Angels winged deathhead is sewn in the center along

with a patch indicating "MC" (Motorcycle Club).  Above these insignias

is a top rocker indicating the name "Hells Angels," below is a bottom

rocker that indicates a state, province, region, or country in which the

chapter is located.  The one exception is with the German chapters,

which designate the particular chapter on the bottom rocker.  The top

and bottom rockers have a white background with red lettering.  On the

front of their vest they typically wear a deathhead pin, chapter

designator, rank and/or other assorted patches that will be discussed in

another section.

**7.1.1.1.**  Colors are a member's most valued possession.  They are told

that all Hells Angels colors and paraphernalia are property of

the Hells Angels Corporation.  Once they attain official

hangaround status, all candidates are required to sign a contract

to this effect.[37]

---

[37] Annex 83a to the Europol Report entitled "Corporation Property Agreement" (142491_001))

EXPERT-00000273

**7.1.2.  Prospects:** Wear a vest that has on the back a bottom rocker that indicates a state, province, region, or country in which the chapter is located.  Above the bottom rocker is the "MC" patch.  There are no other patches on the back.  On the front of the vest, they wear either a red and white patch with the word "Prospect" and the chapter to which they belong.  These two patches are worn on the front left breast.  A prospect can also wear a "soft color" t-shirt with the bottom rocker and MC on the back.

**7.1.3.  Hangarounds:** Commonly wear a vest with a red background and white lettering that designates the chapter they are a hangaround for.  This is worn on the front left breast.  In some areas of the West Coast USA, hangarounds wear a rectangular patch with a red background and white letter with the chapter designation, on the back bottom of their vest.  This is commonly referred to as a "license plate."

**7.1.4.  Associates:** Can be seen wearing "support" clothing and/or patches on their vests (i.e. t-shirts sold by various chapters of the Hells Angels that show logos such as "Big Red Machine," "Red & White Support," etc.).  Some associates wear no distinguishable clothing at all.

**7.1.5.  Rules Regarding Colors:** The Hells Angels have a set of written rules called the "Hells Angels Motorcycle Club World Rules."  These rules are crafted into a bound book and have been distributed to each Hells Angels chapter worldwide.  Each chapter is issued a Rule Book with its number on it.  The number corresponds with the order in which the

21

chapter was established (i.e. Berdoo would be #1, Frisco would be #2, Oakland would be #3, etc.).[38]

**7.1.5.1.** ***"Constitutional Rules"*** –

    **7.1.5.1.1.** *"Members can have only one set of patches at a time. (Racing patch exception)"; "Members must wear the same computer design style patch."*[39]

**7.1.5.2.** ***"Prohibitive Rules"*** –

    **7.1.5.2.1.** *"No more support t-shirts with HELLS or ANGELS on it to be sold to the public";*

    **7.1.5.2.2.** *"ALL support gear (shirts, hats, rings, key chains, anything) MUST say "support" with the number 81 and must NOT have indicia that closely resembles our own (i.e. rockers, deathheads and lay out)* ***Penalty:*** *$500 U.S. fine paid to regional treasury"*[40]

**7.1.5.3.** ***"Standard Rules"*** –

    **7.1.5.3.1.** *"All countries and members will adhere to our tradition of 10 year members and older having the privilege and retaining the right exclusively to wear belt buckles portraying both the name HELLS ANGELS and the DEATH HEAD";*

---

[38] **Annex 22 to the Europol Report– entitled "Address to the World meeting in Rio (World Rules Committee letter)" (1021395-2-1)**

[39] **Section addressing "Constitutional Rules" – Seized during search warrant executed at Hells Angels Dago chapter clubhouse on 3 August 2011, which I monitored**

[40] **Section addressing "Prohibitive Rules" – Seized during search warrant executed at Hells Angels Dago chapter clubhouse on 3 August 2011, which I monitored**

EXPERT-00000275

**7.1.5.3.2.** *"Members can have only one set of patches at a time.  (Racing patch exception)";*

**7.1.5.3.3.** *"Members must wear the same computer design style patch";*

**7.1.5.3.4.** *"Only Hells Angels will wear Hells Angels paraphernalia. No ex-member or ex-prospect will possess any club property/indicia I.E. (all patches, plaques, apparel, jewelry, paint jobs) including indicia on all personal websites.* **Penalty:** *Club property to be returned, charter responsible to pay a fine of $500 U.S. with explanation at the 'appropriate forum'* **Amendments**: *Options – to give a certificate of service. Name of member, date in and out, in appreciation from charter";*

**7.1.5.3.5.** *"There will be nothing on the back of the patch except the colours, which is HELLS ANGELS, DEATHHEAD, MC, and COUNTRY/STATE/CHARTER";*

**7.1.5.3.6.** *"For all charters/City and Officer tags or "flashes" to be rectangular in shape with square corners.* **Penalty:** *500 US dollars per tag to be paid to the corporation. Fines to be paid to the account where your annual Corporation fees are paid."*[41]

---

[41] Section addressing "Standard Rules" – Seized during search warrant executed at Hells Angels Dago chapter clubhouse on 3 August 2011, which I monitored

EXPERT-00000276

**7.1.5.4.** ***"Traditions"*** – *"Traditions are beliefs or customs passed on from one generation to the next, often verbally, that are undocumented but are understood to be respected and followed."*

**7.1.5.5.** *"Old patches are destroyed by burning";*

**7.1.5.6.** *"No use of another country's or charters Deathheads, side rockers, front flashes etc. without their permission";*

**7.1.5.7.** *"If you wear your charter tag, your own charter pin, a world pin, and/or an officer tag, it should be on the left breast";*

**7.1.5.8.** *"Belt buckles with the words HELLS ANGELS and a DEATHHEAD are to be worn only by members who have at least 10 years in the club";*

**7.1.5.9.** *"Belt buckles with the words HELLS ANGELS and an Enamel DEATHHEAD are to be worn only by members who have at least 20 years in the club";*

**7.1.5.10.** *"Only members can ride a motorcycle with Hells Angels insignia, except in extenuating circumstances";*

**7.1.5.11.** *"All side view Deathhead pins and patches should face the same way as our back patch, except in the case of opposing pins or patches";*

EXPERT-00000277

**7.1.5.12.** *"No member should possess anniversary jewelry which he is not entitled to wear."[42]*

**7.1.6.** **Rules Regarding Tattoos:** The rules vary from chapter to chapter. Some require a Hells Angels tattoo whereas some do not. The Hells Angels refer to any variation of the "deathhead" tattoo (frontal or side views) as a "club tattoo." The Hells Angels also consider the wording "Hells Angels" as a "club tattoo".

**7.1.7.** As a general rule, however, the majority of Hells Angels members get a Hells Angels tattoo as soon as they attain full membership. I have seen at least one Hells Angel member who did not have any Hells Angels tattoo (Gary Minnich – Daly City). Some chapters require that a member get a Hells Angels tattoo one year from attaining full membership, whereas others require a Hells Angels tattoo by the next "church" meeting.[43]

**7.1.7.1.** Some rules about tattoos are:

**7.1.7.1.1.** *"Must be in the club 5 years before getting a back patch."[44]*

**7.1.7.1.2.** *"Prospects may get a prospect tattoo (upon approval)."[45]*

---

[42] **Section addressing "Traditions" – Seized during search warrant executed at Hells Angels Dago chapter clubhouse on 3 August 2011, which I monitored**
[43] **Vallejo Hells Angels Motor Cycle (HAMC) Rules – Seized during search warrant executed at Hells Angels Vallejo chapter clubhouse on 11 December 2013 by Alcohol, Tobacco and Firearms agents (I was not present at this search warrant)**
[44] **Vallejo Hells Angels Motor Cycle (HAMC) Rules – Seized during search warrant executed at Hells Angels Vallejo chapter clubhouse on 11 December 2013 by Alcohol, Tobacco and Firearms agents (I was not present at this search warrant)**
[45] **Vallejo Hells Angels Motor Cycle (HAMC) Rules – Seized during search warrant executed at Hells Angels Vallejo chapter clubhouse on 11 December 2013 by Alcohol, Tobacco and Firearms agents (I was not present at this search warrant)**

EXPERT-00000278

**7.1.7.2.** There are two ways of leaving the Hells Angels.  Good standing or bad standing.  It is commonly referred to as "left" or "out." "Left" means the member is out of the Hells Angels in good standing and is required to have an "out date" – date he quit the Hells Angels - next to his "club tattoo."  "Out" means the member was thrown out of the Hells Angels and he is required to cover up his "club tattoos."  The covering of the tattoos can either be with another tattoo, blacked out, or crossed out.  I have personally observed the above described tattoos on several ex-members.

**7.1.7.3.** When a member is thrown "out," the method of covering up the tattoos varies based on the circumstances and/or the chapter.  A member can be given the option to have the tattoos covered by a certain date and to report back to the chapter or members will pay him a visit to ensure they have been covered up.

**7.1.7.4.** The most common method of covering up the tattoos is done in a more violent manner.  Many a member has been administered a beating then held down while his tattoos are covered up.[46]/[47] It is either completely blacked out or simply covered with an "X".

---

[46] People vs. Stephen Sanders, et al – San Diego County, California; Nicholas Neff – Dago HA SAA who was beaten and forcibly held while his tattoos were covered up by a HA member on 26 April 20007 (conversation that I had with victim and former Hells Angels member Nicholas Neff)
[47] See Annexure D to this report, which shows photos of various HA tattoos – depicting both OUT and Left (Bad and Good Standing respectively)

EXPERT-00000279

7.2. **PATCHES & SIDE ROCKERS:**  There are many patches that have a particular meaning and some that don't have any meaning other than to the individual member.  Based on my experience as an OMG investigator and the debriefs of prior Hells Angels members and a former individual confidential source, below are the meaning of some patches:



7.2.1. **DIRTY WHITE BOY –** Connected more to charters from the south means fight to the end.[48] Red & white patch.  Used internationally by Hells Angels members.  *(Photo obtained from ATF Analyst Michael Will – from Hells Angels World Run 2013 held in Hungary)*



7.2.2. **DEQUIALLO** - Assaulting a police officer (whether of or on-duty).[49]

7.2.3. **WARRIOR** – Means "Taking Care of Business"  (TCB). Comes in both side rocker and patch.  Red & white.[50] *(Photo obtained from ATF Analyst Michael Will – from Hells Angels World Run 2013 held in Hungary)*

---

[48] Former Individual Confidential Source, member of United States chapter that needs to be kept confidential, Debrief by Canadian Biker Enforcement Unit and me, dated September 12th, 2013
[49] Several debriefs of former Hells Angels members and Former Individual Confidential Source, member of United States chapter that needs to be kept confidential, Debrief by Canadian Biker Enforcement Unit and me dated September 12th, 2013
[50] Former Individual Confidential Source, member of United States chapter that needs to be kept confidential, Debrief by Canadian Biker Enforcement Unit and me, dated September 12th, 2013

EXPERT-00000280

**7.2.4. BRUTAL/BRUTAL SQUAD** – Means TCB, used by chapters in Myrtle

Beach USA Area.  Predominantly worn as a side rocker. [51] *(Photos obtained*

*from various surveillances by ATF personnel and me)*

 

**7.2.5. DIXIE** – Worn by members from the south of the Mason-Dixon line, a

southern boy.  Someone from the south can give the patch to another

member.  Comes in both patch and side rocker (different variations).

**7.2.6. WAR** – We Are Ready; member is ready to go to

war with anyone.  Comes in both side rocker and

patch.  Red & white.[52] *(Photo obtained from various*

*surveillances by ATF personnel)*



**7.2.7. FILTHY FEW** – Means the wearer has

committed an act of violence for

the benefit of the gang, from a

beating to a killing.[53] Comes in



patch, side rocker and tattoo.  *(Photo obtained from various surveillances by me)*

---

[51] Former Individual Confidential Source, member of United States chapter that needs to be kept confidential, Debrief by Canadian Biker Enforcement Unit and me, dated September 12th, 2013

[52] Several debriefs by me of former Hells Angels members and Former Individual Confidential Source, member of United States chapter that needs to be kept confidential

[53] Former Individual Confidential Source, member of United States chapter that needs to be kept confidential, Debrief by Canadian Biker Enforcement Unit and me, dated September 12th, 2013

EXPERT-00000281

**7.2.8.** **666** - (**FFF**) Filthy Few Forever.  Another variation of Filthy Few.  It is seen on side rockers, tattoos, pins and patches.

**7.2.8.1.** *"Well the black and white one with the "666", "FFF" or*





*lightning bolts between the words means that you've killed for the club.  Like a Mongols or an Outlaw who's colors are black and white.  You can only get a patch from another filthy few member.   The killing has to be witnessed.  And if you are a member and another filthy few member calls on you, you have to go do the task.  There are Filthy Few patches that are red and white, but they don't mean the same those are just handed out for stuff like fighting.  For example a lot of chapters before you make full patch they want you to commit a felony or draw blood."*[54] **(Photo obtained from various surveillances by me)**

**7.2.9.** **STURGIS WRECKING CREW** – Was at Sturgis Annual Event and committed an act of violence for benefit of gang.  Patch.

**7.2.10.** **WRECKING CREW** – Means TCB.  Side rocker.

---

[54] **Former Individual Confidential Source, member of United States chapter that needs to be kept confidential, Debrief by Canadian Biker Enforcement Unit and me, dated September 12th, 2013**

EXPERT-00000282

**7.2.11. DOG SOLDIER –** Its like Dawn Patrol or Wrecking Crew means TCB[55].

"The Dog Soldiers or Dog

Men was one of six military

societies of the Cheyenne



Indians. Dog Soldiers were noted as both highly aggressive and effective

combatants."[56] The meaning for the Hells Angels is that they consider

themselves warriors and "soldiers" for the HA.  Any member can wear it

as a statement, you don't have to "earn it." Red & white patch. *(Photo*

*obtained from various surveillances by me)*

**7.2.12. FRONTLINE –** Means that the person who wears the patch was involved

in a street war with a rival

gang.  In Canada, the only

members who wear the

frontline patch are the



members in Quebec who were in the war with the Rock Machine, another

OMG. Black and white patch or tattoo.[5758]  *(Photo taken by me on 7/20/2013 during*

*2013 Canada Run in Vancouver, BC)*

---

[55] **Former Individual Confidential Source, member of United States chapter that needs to be kept confidential, Debrief by Canadian Biker Enforcement Unit and me, dated September 12th, 2013**
[56] **Wikipedia, http://en.wikipedia.org/wiki/Dog_Soldiers**
[57] **Detective Sgt Len Isnor debrief of Oshawa HA member, Steven Gault 2006 (I was not present during this interview)**
[58] **Timothy Jordan Debrief by BEU Detective Sgt Raymond Wolf and me, dated September 13, 2010 – "A member who was in a war"**

EXPERT-00000283

**7.2.13. FRONTLINE CREW** – The black and white

(patch) were given to those members who were

arrested at the Laughlin River shootout (between

Hells Angels and

Mongols) in April

2002.[59]



Raymond Foakes – Threw
kick that started incident

In Canada, the patch means that the person who wears the patch was

involved in a street war with a rival gang.[60]

The red and white (patch & side rocker)

means they are soldiers on the front line of

the war against rivals.[61]



**7.2.14. BUSHIDO** – A patch designed by John "Fuki" Fukushima (Oakland HA)

meaning "Way of the Warrior."  Red and

white patch.



**7.2.15. MASTERS OF MENACE** – From New York City; taking care of

business (TCB)[62].

## 8.  HELLS ANGELS RULES

**8.1.**  In this part of my report, I discuss the rules that govern the Hells Angels. The

information I set out in this part of my report is based upon:  Documents seized,

conversations with former members, conversations with other Hells Angels

---

[59] Former Individual Confidential Source, member of United States chapter that needs to be kept confidential, Debrief by Canadian Biker Enforcement Unit and me, dated September 12th, 2013
[60] Detective Staff Sgt Len Isnor interview of Steven Gault (Oshawa HA member) (I was not present during this interview)
[61] Former Individual Confidential Source, member of United States chapter that needs to be kept confidential, Debrief by Canadian Biker Enforcement Unit and me, dated September 12th, 2013
[62] Former Individual Confidential Source, member of United States chapter that needs to be kept confidential, Debrief by Canadian Biker Enforcement Unit and me, dated September 12th, 2013; Timothy Jordan Debrief by BEU Detective Sgt Raymond Wolf and me dated September 13, 2010

31

EXPERT-00000284

experts.  As delineated in paragraph 7.1.5, there are written rules for the Hells Angels that address the entire worldwide organization.  All Hells Angels chapters are expected to abide by these rules.

**8.2.**   There are also Country Rules (i.e. USA Rules, Canada Rules, Australia Rules, etc.).  In the United States, in addition to the country rules, there are East Coast, West Coast and Chapter Rules.[63]

**8.3.**   In addition to written rules, there are also "unwritten" rules.  Not all the rules, written or unwritten are related to criminal activity.  Some of the unwritten rules remain unwritten so that law enforcement cannot use it against the Hells Angels to show their criminality.  Some of the unwritten rules are:[64]

**8.3.1.**   No testifying for the prosecution

**8.3.2.**   No making statements to police

**8.3.3.**   No calling 911

**8.3.4.**   No making comments to the media

**8.3.5.**   Duty of Prospect is to ensure safety of Full-Patch Member

**8.3.6.**   Cell phones and pagers – remove batteries and put in box prior to WCOM

**8.3.7.**   No female members

**8.4.**   The Hells Angels are looking for someone who is sophisticated and successful in a criminal way.[65] Based on my experience, conversations with former Hells Angels members and the criminal activity that I have consulted about and

---

[63] **Hells Angels World, USA, West Coast & East Coast Rules, seized pursuant to a search warrant executed on the Hells Angels Mesa chapter clubhouse on 25 August 2011 (I was not present during this search warrant)**

[64] **Former Individual Confidential Source, member of United States chapter that needs to be kept confidential, Debrief by Canadian Biker Enforcement Unit and me, dated September 12th, 2013**

[65] **Former Individual Confidential Source, member of United States chapter that needs to be kept confidential, Debrief by Canadian Biker Enforcement Unit and me, dated September 12th, 2013: "*Well they have to have and ride a motorcycle, they should be sophisticated and successful, but in a criminal way.  They are a benefit to the club.*"**

32

EXPERT-00000285

investigated, the Hells Angels want prospective members and members who are able to conduct their criminal activity (i.e. distribute controlled substances, commit extortions, commit assaults) without bringing too much heat to the organization.  They should be able to make money and maintain the reputation of the Hells Angels of fear and intimidation without being investigated by the police.

**8.5.** Rules regarding qualifications for membership:

    **8.5.1.** "No undesirables in the club**!** *For example: No snitches, junkies, cops or ex-cops, etc. Membership shall be limited to men who are not and have never chosen to belong to, or worked with any law enforcement agency or authority which has the power of arrest or incarceration.*"[66]

    **8.5.2.** Must own a motorcycle

    **8.5.3.** Get noticed by chapter members

    **8.5.4.** Member of chapter has to vouch for person

    **8.5.5.** Must have full-patch member as sponsor

**8.6.** Stages of membership in the Hells Angels:

    **8.6.1.** There are several stages in the process of becoming a full-patch member – Associate/Friend, Hangaround, Prospect, and Member.

    **8.6.2.** **Associate** – Anyone can be an associate. A full-patch member introduces the associate to the Hells Angels.  Their background is thoroughly checked. They are invited to various club functions including, but not limited to runs. They generally assist Hells Angels members by facilitating, promoting and protecting their criminal activities.  As an

---

[66] **Hells Angels Motorcycle Club World Rules 2012, Section addressing "Constitutional Rules" – Seized during search warrant at Hells Angels Omaha Clubhouse 7-15-13 (I was not present)**

EXPERT-00000286

associate, they are not involved in the process of becoming a Hells Angel, it is not an official status of the Hells Angels.

**8.6.3.  Friend** – Sometimes "Friend" and "Associate" are the same.  A "Friend" can be categorized as someone who donates money, attends parties, donates to the cause and is allowed to hangaround the Hells Angels.[67]

**8.6.4.  Hangaround** – This is the first stage in the process of becoming a Hells Angel member.  I refer to this status as a "non-voting" member of the Hells Angels.  They are commonly listed in the WCOM minutes and wear a specific patch on their vest (see paragraph 7.1.3).  There is no specified amount of time a person remains a hangaround.  Approval to be elevated to "Prospect" status varies from chapter to chapter.  Some chapters require 100% vote whereas others allow one NO vote to become a Prospect[68].  They cannot participate in meetings but guard the surroundings of the meetings to ensure the safety of members attending. They are subservient to all full-patched members of the chapter and must complete what they are ordered to do.  Hangarounds are required to pay club dues and contribute to the defense fund.

**8.6.4.1.**  *"They make hangaround, they get a key and basically show up there and make sure the place is ready for the meetings, weekly*

---

[67] **Former Individual Confidential Source, member of United States chapter that needs to be kept confidential, Debrief by Canadian Biker Enforcement Unit and me, dated September 12th, 2013**
[68] **Vallejo HAMC Rules – Seized during search warrant executed at the Hells Angels Vallejo chapter clubhouse 11 December 2013 (I was not present)**

EXPERT-00000287

> *meetings, ah give people rides ah because the traffic tickets and what not."*[69]

**8.6.4.2.** *"And then ah eventually, ah there's no time period for a hangaround, but ah it could be anywhere from 3 months to a year."*[70]

**8.6.5. Prospect** – This is the second and final step in the process of becoming a Hells Angel member.  The prospecting period lasts a minimum of one year and can last up to two years.  To become a full-patched member takes a unanimous 100% vote by the members of the chapter.  I also refer to this status as a "non-voting" member of the Hells Angels.  They are commonly listed in WCOM minutes and wear specific patches on their vest (see paragraph 7.1.2).  Prospects are required to pay club dues and contribute to the defense fund.  They demonstrate their loyalty, their ability to carry out and obey orders, and to be actively involved in criminal activities.  Their main job is to make sure that nothing happens to a full-patch member.[71]  They are expected to be armed, especially while traveling with full-patched members.[72]  This is where loyalty and the mindset of the individual are tested.  The Hells Angels "own" a Prospect 24/7.

**8.6.5.1.** The best example of what is expected of a prospect and can be seen in a document that has been seized from various Hells

---

[69] **Former Individual Confidential Source, member of United States chapter that needs to be kept confidential, Debrief by Canadian Biker Enforcement Unit and me, dated September 12th, 2013**

[70] **Former Individual Confidential Source, member of United States chapter that needs to be kept confidential, Debrief by Canadian Biker Enforcement Unit and me, dated September 12th, 2013**

[71] **Former Individual Confidential Source, member of United States chapter that needs to be kept confidential, Debrief by Canadian Biker Enforcement Unit and me, dated September 12th, 2013**

[72] **Former Individual Confidential Source, member of United States chapter that needs to be kept confidential, Debrief by Canadian Biker Enforcement Unit and me, dated September 12th, 2013**

EXPERT-00000288

Angels locations (Fresno Clubhouse and several Fresno members' residences in 2003 and the Mesa Clubhouse in 2011). The document is entitled "What is an M/C?" and appears with a coversheet from "Chesty", the Secretary of the Hells Angels Long Island chapter (**What is an M/C Document**).  The document stated:

> "*A serious M/C commands respect for one, or both, for two reasons:*
>
> 1. *Those who are informed recognize the deep level of personal commitment and self discipline that a man has to demonstrate and in order to wear a patch. So much so that it is akin to being a full time profession for the individual. They realize that a club's Colors are closely guarded and the membership process is long and difficult. All else put aside, you have to respect the man for what he has accomplished by being able to earn and keep the Patch he wears.*
>
> 2. *Those who are less informed see only the surface of things. They see the vigilance of mutual support. The potential danger of invoking a response from a well organized unit that travels in numbers and are always prepared for confrontation. They know that no one can provoke one club member without being answerable to*

EXPERT-00000289

*the entire Club. And that such an answer is a point of honor that must come to the last man. The type of respect that this generates is one that is born out of fear.*

*"Of all things in this man's life his loyalty and commitment to the well being of his Club comes first. Above family, friends, job, personal possessions, and personal safety. There is never, ever any doubt or time spent on even considering which comes first. The only thing that approaches his commitment to the Club, is his commitment to his brothers. But even here, the interests of the Club always comes before that of the individual."*[73]

**8.6.5.2.**   The same document goes on to provide "do's and don'ts" for the prospect.  *"Always display an aggressive positive attitude"; "Be security minded.  Look around and see what is going on around you in public places and report anything that seems suspicious"; "In public places, never, ever, let a Patch Holder walk off unescorted….GO with him, keep him in sight, and always be watching his back"; "Remember that you are a Prospect for the Club 24 hours a day.  Your association with the Club does not go on and off with your vest."*

---

[73] **What is an M/C with Cover Sheet from "Chesty" HAMC Long Island Secretary**

EXPERT-00000290

**8.6.6.   Full-Patch Member** – When a person attains full-patch membership status they gain the full benefits of wearing the patch.  Once they attain this coveted position, the doors are opened to more criminal activity.

    **8.6.6.1.**  George Wethern stated, who at the time was Vice-President of the Hells Angels Oakland chapter, *"Our psychological edge, the club patch, proved as effective as a cocked shotgun, threatening that every Angel within hailing distance would jump to the brother's assistance."*[74]

    **8.6.6.2.**  Another benefit is using the "power of the patch" in distributing controlled substances (drugs).  As related by former Hells Angels Oakland chapter Vice-President Robert Sandy:

        **8.6.6.2.1.**   *"Any member that was involved in the distribution of methamphetamine will always use the Club to enhance his business. The way that works is that the person(s) that the member is distributing methamphetamine to will know that the member is a Hells Angel. The person(s) will know not to mess with the member as they will have not only the member to deal with but the entire Club. The benefit to the person(s) is that they buy into the "myth" about the higher quality of Hells*

---

[74] **George Wethern and Vincent Colnett, *A Wayward Angel: The Full Story of the Hells Angels* (Richard Marek Publishers, 1978), p. 46**

EXPERT-00000291

*Angels manufactured methamphetamine that they in turn are distributing."[75]*

**8.6.6.2.2.** *"Another benefit derived from being a Hells Angels member who distributes methamphetamine is that there is a built in network throughout the United States and the World. Anytime a member attends a Hells Angels function, other members find out who has a "stash bag" (methamphetamine supply on them) and asks for a sample. If they like the methamphetamine they will ask for larger quantities from that member and arrange for purchases at a later date."[76]*

**8.6.6.3.** Steven Gault, a full patch member of the Hells Angels Oshawa (Canada) chapter explained that receiving the patch "opened the door" to communication with members to facilitate criminal activity.  Gault was asked if the Hells Angels were "*a club a bunch of old boys that just get together and ride, can you shed any light on that or is that ah façade or is it?*"  Gault replied by saying, *"That couldn't be farther from the truth there's very I can't even think of one that ah doesn't break the law in some way shape or form whether it's on lower level or higher level um like as with Niagara they have complete control of the coke dealing and the whole Niagara Region anybody steps in there um they'll*

---

[75] **Robert Sandy (Oakland HA member) Debrief by FBI Agent Michael LaPlante and me, dated 3 April 1998**
[76] **Robert Sandy (Oakland HA member) Debrief by FBI Agent Michael LaPlante and me, dated 3 April 1998**

EXPERT-00000292

*kill him point blank ah you don't play with their game so they're*
*all their lives are built upon drug dealing."*[77]

**8.6.6.4.** The What is an MC Document stated: *"When a man has earned*
*his Patch it does not mean that he has reached a goal and from*
*that point can just kick-back and coast. Moving from Hang*
*Around, to Prospect, to Patch Holder is not climbing from one*
*level to the next. Instead, progressing through the Club is like*
*moving up an ascending slope, and in time becoming a stronger*
*and more committed brother."*[78]

## 9. <u>APPROACH OF HELLS ANGELS TOWARDS LAW ENFORCEMENT</u>

**9.1.** In this part of my report I discuss the attitude of Hells Angels' members towards
law enforcement officers.  The information I set out in this part of my report is
based upon:  Documents seized, conversations with former members,
conversations with other Hells Angels experts. All OMGs have a disdain towards
the police.  The Hells Angels is no different.  They don't call 911 (they even have
t-shirts to that effect).  Law enforcement is considered the "enemy."

**9.2.** The Hells Angels have a specific patch that deals with assaulting a police officer
(whether off or on-duty).  The patch comes in two forms.  The original patch was
spelled (incorrectly) "DEQUIALLO" and has a black background with white
lettering.  The other patch, which appeared approximately in 2009, is spelled
(correctly) "DEGÜELLO" and has a white background with red lettering.  Both
patches have the same meaning.

---

[77] **Detective Staff Sgt Len Isnor interview of Steven Gault (Oshawa HA member), conducted on September 16, 2006
(I was not present)**
[78] **What is an M/C Document**

EXPERT-00000293

**9.3.** The term DEGÜELLO *"is a Spanish noun from the verb 'degollar', to describe the action of throat-cutting. More figuratively, it means 'give no quarter.' It signifies the act of beheading or throat-cutting and in Spanish history became associated with the battle music, which, in different versions, meant complete destruction of the enemy without mercy."*[79]

**9.4.** There is also another patch, more common with the East Coast USA Hells Angels.  It is "P.P.B.S." and has a black background with white lettering.  The initials stand for "Providence Pit Bull Squad."  It has the same meaning as the "DEGÜELLO" patch, meaning that the wearer has earned it for assaulting a police officer.  "Dequiallo means you punched out a cop."[80]

**9.5.** Former Hells Angels member Charles Haas, Sgt-at-Arms in the Sonoma chapter, spoke to law enforcement officers including myself about the Dequiallo patch.  He told us that Dequiallo means 'give no quarter, expect no mercy.' To earn the Dequiallo patch, a member must stand his ground and never back down from the cops.  Charles Haas said he received his Dequiallo patch when he knocked out two Blue Knights in New Jersey. These two Blue Knights were off-duty cops.[81]

**9.6.** Former Hells Angels member David Atwell (Downtown Toronto Chapter – Canada) spoke in the following terms about the "Dequiallo" patch.  *"What it means to the Hells Angels as a Police Officer is you pull a guy over that's wearing that patch and you're gonna confrontation. It – it's gonna be his way, not*

---

[79] http://en.wikipedia.org/wiki/El_Degüello
[80] George Kaminski (Sergeant-at-Arms of the Hells Angels Monterey chapter) debrief in my presence on 28 March 1997
[81] Debrief of Charles Haas on 18 march 1997 at Federal Correction Institute Phoenix, where I was present

41

*your way, he's not gonna comply, he's not gonna be – he's gonna ignore you*

*perhaps. It's gonna be a fight."*[82]

**9.7.** From 1990 through 1998, I met and interviewed the following ex-members of the

Hells Angels:  Terry Norman (ex-member of the Winston-Salem chapter); George

Kaminski (ex-member of the Monterey chapter, where he was the Sergeant-at-

Arms); and Robert Sandy interviews (ex-member of the Oakland chapter, where

he was the Vice-President).  They confirmed the meaning of the Dequiallo

(Degüello), and P.P.B.S. patches that I have set out above.

## 10.  SUPPORT FOR MEMBERS WHO ARE INCARCERATED

**10.1.** In this part of my report, I discuss the support system the Hells Angels provides

for members who are imprisoned for criminal offences.  The information I set

out in this part of my report is based upon: Documents seized, conversations

with former members, conversations with other Hells Angels experts.  The Hells

Angels members who are in jail or prison are referred to as the "Big House

Crew" (**BHC**).  It is also sometimes referred to as "Brothers Held in Captivity."

**10.2.** The Hells Angels keep a list of members who are in the BHC and distribute the

list to the membership.  A newsletter is also distributed to all members detailing

the comings and goings of BHC members. [83]

**10.3.** In an interview with a law enforcement officer, former Hells Angels member

was asked "Does the club benefit from members illegal activity?" He responded

that a member who is involved in illegal activity is supposed to "*chip in*" or

---

[82] Detective Staff Sgt Len Isnor interview of Toronto HA member, David Atwell (September 18, 2011).  I met Atwell in 2014 and also interviewed him, confirming his prior interview that I had read
[83] BHC March 2012 Newsletter, which was seized pursuant to search warrant at the Hells Angels Mesa chapter clubhouse 19 July 2012.

EXPERT-00000295

"*kick up*" money to the club.  The amount is never spoken about.  It's not brought up in an open forum.  A member will make donations, like to the **BHC**. Members are supposed to "*kick-up*" as it's the criminal activities that bring heat on the club.[84]

**10.4.** Support of incarcerated members is important to the Hells Angels.  It ensures that the incarcerated member feels the "love" of the organization and do not feel isolated and abandoned.  The concern is that if a member feels abandoned by the organization, he will be more prone to cooperate with law enforcement and divulge information about the Hells Angels and their criminal activity.[85] Chapter prospects are encouraged to reach out to incarcerated members by writing to them.[86]

## 11.   <u>INTERNAL DISCIPLINE</u>

**11.1.** In this part of my report I discuss internal discipline in the Hells Angels.  The information I set out in this part of my report is based upon:  Documents seized, conversations with former members, conversations with other Hells Angels experts.  The Hells Angels has many rules.  As explained to me by several ex-members, rules are meant to be broken – it depends on who you are (status in organization and power of the chapter you belong to) as to what punishment, if any, shall be meted out.  The punishments range from monetary fines, to the patch (colors) being "boxed," to beatings, to being thrown out of the Hells Angels with a "no contact rule."  There are "written rules" and "unwritten rules"

---

[84] Former Individual Confidential Source, member of United States chapter that needs to be kept confidential, Debrief by Canadian Biker Enforcement Unit and me, dated September 12th, 2013
[85] Former Individual Confidential Source, member of United States chapter that needs to be kept confidential, Debrief by me (on continual basis)
[86] Former Individual Confidential Source, member of United States chapter that needs to be kept confidential, Debrief by me (on continual basis)

43

EXPERT-00000296

when it comes to internal discipline.  The "unwritten rules" will vary from chapter to chapter.  There are many more rules, however, I will touch on some examples of these rules and discipline attached to them in this section.

**11.2.**   Under the Hells Angels "Constitutional Rules"[87]:

**11.2.1.**   "Disputes that become physical shall be fair and reflect our belief in brotherhood (no weapons shall be used by either man). Alleged use of a weapon must be presented at an appropriate meeting and is subject to remedial measures that may include expulsion from the club."

**11.2.2.**   "Behavior unbecoming of a Hells Angel shall be cause for immediate expulsion from the club. *Examples include; lying, stealing or misuse of a member's or prospect's property, or woman.*"

**11.2.3.**   "If any member is found to be using a needle to inject narcotics into his body or causes narcotics to be injected into his body, the moment that this fact is known that member is immediately out of the club, regardless of the fact that he is dead or alive (except for medical or non-recreational purposes)."

**11.2.3.1.**   It is, however, okay to use a needle for steroid injection, as it is for the "benefit of the Hells Angels."[88]

**11.3.**   Under the Hells Angels "Prohibitive Rules"[89]:

---

[87] **Hells Angels Motorcycle Club World Rules 2012, Section addressing "Constitutional Rules" – Seized during search warrant at Hells Angels Omaha Clubhouse 7-15-13 (I was not present)**

[88] **George Kaminski (Sergeant-at-Arms of the Hells Angels Monterey chapter) debrief in my presence on 28 March 1997: "*So there's that fine line, you know, uh they, they, some you know, they, you know, still have some that do use injections steroids because they say that it is for the benefit of the club.*"**

[89] **Hells Angels Motorcycle Club World Rules 2012, Section addressing "Prohibitive Rules" – Seized during search warrant at Hells Angels Omaha Clubhouse 7-15-13 (I was not present)**

EXPERT-00000297

**11.3.1.** "*No HAMC charter, HAMC member, or HAMC Prospect be allowed to market anything bearing the name Hells Angel and/or Death Head logo without proper licensing by the corporation.*

**Penalty:** *$200 fine for violation to be paid to the Corporation*."

**11.3.2.** "*Do not put official World Run Photos on Internet sites. Do not put party photos or pictures of Brothers on Internet sites without those Brothers permission.* **Penalty:** *To be decided by a World Meeting*."

**11.3.3.** "*ALL support gear (shirts, hats, rings, key chains, anything) MUST say "support" with the number 81 and must NOT have indicia that closely resembles our own (i.e. rockers, deathheads and lay out)* **Penalty:** *$500 U.S. fine paid to regional treasury*."

**11.3.4.** "*To amend the no Heroin rule to include the freebasing of addictive chemical compounds such as cocaine, meth, crack and similar chemical compounds.* **Penalty:** *Existing penalty remains the same 'Kicked Out'*."

**11.4.** There is a status known as having a "patch in the box" ("boxed"). The chapter takes the Hells Angels vest (patch) and holds on to it for a period of time for some type of transgression that is not sufficient to be kicked out for. The member is still "in" the club, but his activities have been suspended. A "boxed" member doesn't attend meetings or Hells Angels functions. A "boxed" member loses or gives up his right to vote on club matters.

**11.4.1.** While having the "patch in the box" the chapter members must decide whether the member should remain in the club or leave. During this

45

time the chapter will review the matter and a decision will be made as to the member's status in the Hells Angels.[90]

12. **LEAVING THE CLUB**

    **12.1.** As partially addressed in paragraph 7.1.7.2, there are two ways of leaving the Hells Angels – "Left" & "Out."

        **12.1.1.** "Left" - The (hangaround, prospect, or member) leaves for personal reasons or he is given the option to leave the Hells Angels before he is kicked out. They can associate with other Hells Angels and occasionally visit the clubhouse. Members can associate with them also. This is sometimes referred to as "out in good standing."  In addition to having an "out" date near their Hells Angels tattoo, they must return all Hells Angels paraphernalia.

        **12.1.2.** The chapter they "left" can change their status from Left to Out at any time they desire.  Each chapter is required to take a frontal and side view photograph of the member along with a scanned copy of their driver's license, their membership status (hangaround, prospect, or member) at the time and reason for leaving.

---

[90] **George Kaminski (Sergeant-at-Arms of the Hells Angels Monterey chapter) debrief in my presence on 28 March 1997: Q: What would be a reason for suspension? A: "*Suspension, that's a, there is no suspension. You have a, some charters have like what we had a, Ok, a patch in a box.*"  Q: Ok. so what's a patch box then? A: "*Your screwing up, but not enough to throw out*" "*So he can't wear his patch. He can't wear no Hells Angel patch for nearly a month. Straight up*" Q: Ok. Is it actually physically collected? Kept at the club? A: "*Yeah, you know, not all the shirts, just the patch, you know, put in what they call a patch box. They put it in a patch box and then, you know, 30 days you straighten and you get it back.*"**

EXPERT-00000299



**OUT OF CLUB**

**BALTIMORE**

Charter

☐ Member
☐ Prospect
☐ Hangaround

**DAVID  COSNER**

Name

**COS**

A K A

Address

**12-22-06 Date In**

**11-16-07 Date Out**

**PERSONAL**

Reason

**"LEFT" GOOD  STANDINGS**

Additional Info

EXPERT-00000300

**12.1.2.1.**   An example of being given the option to leave instead of getting kicked out is when the Sonoma County chapter was upset[91] with the Shasta County chapter and wanted the members kicked out.[92] The Shasta County chapter was "frozen". One member (Phil Strazdas) was allowed to "Leave" in good standing and the three remaining members of the Shasta County chapter (Bobby T, Red McGarry, and Billy Clem) were transferred to the California Nomads chapter. McGarry and Clem were then listed as "left" the club and.[93]

**12.1.2.2.**   A member was kicked out but allowed to associate with the chapter: (San Jose chapter member) "*Billy Hayton got too deep into inhaling nitrous oxide and would get really stupid when drinking alcohol. Hayton would chase other member's "old ladies*" (a member's wife or girlfriend). *He was kicked out, but allowed to still associate with the Club*."[94]

---

[91] **WCOM dated April 14, 2007 – Seized pursuant to a search warrant executed at Hells Angels Berdoo chapter clubhouse on 27 July 2007, which I monitored. "*Our whole charter is seriously upset with Shasta CO's recent conduct.*"**

[92] **WCOM dated April 14, 2007 – Seized pursuant to a search warrant executed at Hells Angels Berdoo chapter clubhouse on 27 July 2007, which I monitored. "*We are submitting an "In house motion" today to bring up the members in Shasta Co for their patches.*" At this meeting, Sonoma submitted the motion stating "*Reason for Request: In the past several months there has been a ongoing situation in the Shasta Co area that has not been handled properly and reflects badly on the membership of our club.*" "*Motion or Request: Due to this unacceptable situation and the lack of resolution in the Shasta Co area we are submitting this motion to bring the existing Shasta Co members (with the exception of Bobby T) up for expulsion from the club. The motion was: "MOTION MADE BY: Sonoma Co Seconded by Frisco.*"**

[93] **WCOM dated August 11 2007 – Seized pursuant to a search warrant executed at Hells Angels Berdoo clubhouse on 27 July 2007, which I monitored. "*NOMADS CA: As of 07/19/07 ex Shasta Co members Billy & Red left the club. (pictures next month)*"**

[94] **Robert Sandy (Oakland HA member) Debrief by FBI Agent Michael LaPlante and me, dated 3 April 1998**

EXPERT-00000301

**12.1.3.** If the member is listed as "Out," it means the member is thrown out of



the club and is not allowed to have any contact with the members and members are not allowed to have contact with him. He will have to cover his tattoos.

49

**12.1.4.** Upon being thrown out, the chapter will keep his motorcycle and will usually force him to sign over the title of the bike to the chapter. A beating may or may not be administered – depending on the circumstances.[95]

## 13. PATCHOVERS

**13.1.** In this part of my report I discuss how members of other OMGs can join the Hells Angels. The information I set out in this part of my report is based upon: Documents seized, conversations with former members, conversations with other Hells Angels experts. Recruitment may be made from other OMGs, if it is to the benefit of the Hells Angels as a whole. The benefit for the Hells Angels is commonly for control of "turf" (territory) for drug distribution and any other criminal activity the members are involved in (i.e. prostitution, extortion, etc.). By allowing members of another OMG to become a Hells Angel, it eliminates the competition (and the wars that are bad for business that go along with them); strengthens their numbers and allows them to stay below the radar (by lessening the high visibility of assaults on rivals in public places).

**13.2.** When the members of an OMG drop the patch of their gang to become members of another OMG that is commonly referred to as a "patchover."

**13.3.** Rarely do we see patchovers in the United States between the seven major OMGs (Hells Angels, Bandidos, Outlaws, Pagans, Mongols, Vagos, and Sons of Silence). It has, however, occurred – in 2003 the Hells Angels accepted

---

[95] **Former Individual Confidential Source, member of United States chapter that needs to be kept confidential, Debrief by Canadian Biker Enforcement Unit and me, dated September 12th, 2013- "They'll lose their bike, their money. Anything of money value they're taking. The may get a beating. They'll get held at the clubhouse, and a crew will be sent to their house and clean it out. A lot of chapters are saying don't take their bikes anymore because of the heat it causes. They will create forms to sign over the property."**

EXPERT-00000303

several members of the Pagans MC in Philadelphia and established the Philadelphia chapter. Loyalty to one's club is paramount to an Outlaw Motorcycle Gang member, the Pagans were not happy about some of their members going over to their rivals. Many incidents of violence occurred between the Pagans and Hells Angels over the patchover, which ended with the folding of the Hells Angels Philadelphia chapter in 2005.

13.4.  A member of another OMG can join the Hells Angels only if the Hells Angels feel that it will benefit the Hells Angels. The Hells Angels for the majority of times make the person prospect for the minimum one year mandatory time required of a prospect. There have been, however, incidents where a member of another OMG was given a "patch for patch" and was not made to prospect. This occurred in December 29th, 2000 in Ontario, Canada (the ceremony was held at the Sorel Chapter, Quebec clubhouse) when a total of 168 patches and 11 prospect patches were given to members of the Para-Dice Riders, Satan's Choice, Last Chance and Lobos MCs. This move was made to enhance the Hells Angels' drug trade and to decimate the Bandidos expansion into Ontario, Canada.[96]

## 14.  REPUTATION OF THE HELLS ANGELS

---

[96] **R. v. Lindsay; Between Her Majesty the Queen, and Steven Patrick Lindsay and Raymond Lawrence Bonner; [2005] O.J. No. 2870; Court File Nos. 022474/01 and 022474/02; Ontario Superior Court of Justice M.K. Fuerst J.; Judgment: June 30, 2005. Paragraphs 208, 275 and 438. "¶208 Staff Sergeant Lemieux testified that there has been strife between the Hells Angels, the Outlaws, and the Bandidos over control of the drug trade in various territories." "¶275 Minutes of a World Officers meeting in November 2001 indicated that there was discussion about the Thailand chapter. It made prospects full members after only a short time. Other countries, including Canada, objected. The Thailand chapter explained that this was done to "secure" Asia for the HAMC. The Bandidos and the Outlaws each had a chapter in Thailand already. In Staff Sergeant Lemieux's opinion, the HAMC was competing for territory in which to conduct the drug trade." "¶438 …… In early December 2000, the RM patched over to the Bandidos, in the witness' opinion to put pressure on the Hells Angels to negotiate. On December 29, 2000, the Hells Angels patched over Ontario clubs, in the witness' opinion to counteract the Bandidos and prevent their expansion in Ontario. Shortly after that event, some members of the RM, who were by then Bandidos, patched over to become members of the HAMC."**

EXPERT-00000304

14.1.   In this part of my report I discuss the reputation of the Hells Angels. The information I set out in this part of my report is based upon:  Documents seized, conversations with former members, conversations with other Hells Angels experts. The Hells Angels have established a reputation of fear and intimidation. As stated in the What is an M/C Document "*Respect is borne out of fear.*[97]" Based on my experience, the Hells Angels operate with this mantra.  The tactic of instilling fear is used not only to promote their illicit business, but also to maintain control over their support clubs and citizens.  If a member is involved in the distribution of controlled substances, he will use the aspect of fear that comes with the patch to ensure that his customers do not attempt to steal from him or question what he does, as they know that not only are they dealing with the individual member but the entire Hells Angels organization.  The support clubs know that the Hells Angels are the dominant gang and are kept in a subservient role with the knowledge that the Hells Angels have the ability to strip them of their club patches.  It is used to intimidate citizens to keep them from reporting anything they either witness or are a victim of, to the police.  The only way they maintain the respect is to rule by fear and intimidation.

14.2.   This reputation was established in the early 60's.  In his book "Hell's Angel: The Autobiography of Sonny Barger," Sonny Barger wrote: "*Fuck with a Hell's Angel and if the guy doesn't light you up, he could be tossed out of the club for not standing up for himself.  No second chances.  Members are routinely voted out of the club – and beaten up – if they don't stand up for themselves*."  "*We take such a hard line because if a Hell's Angel is out in public by himself and somebody*

---

[97] See What is an M/C Document

EXPERT-00000305

*insults him or rat-packs him, we expect him to stand up for himself (and the club's reputation) and not just walk away.  Light the guy up, fine.  If you get beat up, you get beat up.  But never take an insult.  If the guy fucks you up, your friends can always return and rectify the situation.  These rules apply all the times, whether you're with other Hell's Angels or on your own.  If you can't stand up for yourself in front of other members, how can we be sure you'll stand up when you're alone?  Angels don't like to make too many rules, but a few basics have kept the club in operation for over fifty years."*[98]

14.3.   Not only does their reputation instil fear and intimidation but it also recruits more people into the Hells Angels.  Again, in his book *Hell's Angel: The Autobiography of Sonny Barger*, Sonny Barger wrote: *"By 1966, the Hell's Angels grew past the state of California, accepting clubs that admired our reputation and wanted to affiliate."  "We even had a charter in Australia, which we used to call "the forgotten charter.  The early Frisco club granted them a charter, but nobody had ever heard back from them since they joined."*[99]

14.4.   As evidence of the attraction the Hells Angels reputation has for new recruits, in his book, **"A Wayward Angel,"** George Wethern went on to say: "As I outgrew the high school scene, the club's kamikaze style and camaraderie fascinated me."[100]  Many a member has been drawn to the Hells Angels for the

---

[98] **Ralph 'Sonny' Barger (with Keith and Kent Zimmerman),** *Hell's Angel: The Life and Times of Sonny Barger and The Hell's Angels Motorcycle Club* **(New York: Harper Collins, 2000), p. 71**

[99] **Ralph 'Sonny' Barger (with Keith and Kent Zimmerman),** *Hell's Angel: The Life and Times of Sonny Barger and The Hell's Angels Motorcycle Club* **(New York: Harper Collins, 2000), p. 35**

[100] **George Wethern and Vincent Colnett,** *A Wayward Angel: The Full Story of the Hells Angels* **(Richard Marek Publishers, 1978), p. 27**

EXPERT-00000306

"brotherhood" aspect, only to find that it was not what they expected it to be. They find that it is about making money.[101]

14.5.   The more that a member is or appears to be violent, the more his reputation in the gang will be enhanced.  George Wethern wrote: "*My temper prevented Helen from ever really relaxing in public places, but it enhanced my club reputation. My style earned me a spot among the "heavyweights," the front line of offense comprised of the biggest, brawlingest brothers.*"[102]

14.6.   The reputation that Sonny Barber started in the early 60's still exists to this day. In his book, Sonny Barger wrote: "*'One on all, all on one' means that when you fight with one Hell's Angel, you fight us all.*"[103]  During a debrief of a former Hells Angels member, he related that the same ideology exists today.  He was asked: Q- "*Debt collections, what does it mean to have a patch?*" A- "*Everything you're a fuck'n juggernaut you know what I mean.  Nobody wants to fuck with that.  I mean you don't want a problem, you got a problem, there's a **motto in the club that's all on one and one on all** that means you should be afraid to take on everybody by yourself or all of us against fucking one of them you know what I mean.  It's all on one and one on all so I mean **it's the reputation for the club speaks for itself**.  It's how the individual presents himself that gives you the golden ticket or the juice power you know what I mean.  I ain't paying for fuck'n*

[101] Timothy Jordan Debrief by BEU Detective Sgt Raymond Wolf and me, dated September 13, 2010 – Q- "Asked to comment on brotherhood? A- There is real no brotherhood.  It's about money.  At funerals, which you had to go to, it looked like brotherhood."
[102] George Wethern and Vincent Colnett, *A Wayward Angel: The Full Story of the Hells Angels* (Richard Marek Publishers, 1978), p. 46
[103] Ralph 'Sonny' Barger (with Keith and Kent Zimmerman), *Hell's Angel: The Life and Times of Sonny Barger and The Hell's Angels Motorcycle Club* (New York: Harper Collins, 2000), p. 39

EXPERT-00000307

*you know any illegal activities out there I want to do I don't pay for it. I just walk in there and fuck'n do it.*"[104]

**14.7.** The Hells Angels will sponsor "Toys for Tots", "Blood Drives" and "Charity Events" to try and mask their true purpose – criminal activity. They hope that by sponsoring these types of events, the public will remember when it comes time for court. It could not have been stated any better than during a debrief of former Hells Angels Monterey chapter Sergeant-at-Arms, George Kaminski, when asked about an entry in one of the Monterey chapter minutes entry about a toy run. Kaminski stated the following: "*The toy run is a toys for tots type of thing.*" He was asked "*Ok. Why do the Hell's Angels do the toy uh.*" Kaminski responded – "*Oh, it's good PR.*" He was then asked "*Ok. Why do they need good PR?*" Kaminski responded – "*It's normally in the papers you get so many bad PR that you need some good PR, you know.*" "**Potential jurors don't forget.**"[105]

**14.8.** During the service of a search warrant at the Hells Angels Daly City clubhouse in California on 10 April 2008, I located a printed email with a photograph of an Ontario Hells Angel member posing with a young child next to a sign "Borri Benefit." The caption under the photograph stated: "*After some consultation with professionals interested in our fight for **fair justice**, it has been expressed to me that our **public image needs desperately to be improved**, and a strategy has been recommended that is tried and true by other groups the world over. From now on, every Hells Angel event, every party, should pick out a local charity, be it a*

---

[104] **Former Individual Confidential Source, member of United States chapter that needs to be kept confidential, Debrief by Canadian Biker Enforcement Unit and me, dated September 12th, 2013**
[105] **George Kaminski (Sergeant-at-Arms of the Hells Angels Monterey chapter) debrief in my presence on 28 March 1997**

EXPERT-00000308

*food bank, homeless shelter, kids hospital and contribute something. The amount is does not have to be large. Even small contributions help and are appreciated.*"[106]



Windsor hamc Ontario held their on the road party and helped a **local family** that recently lost their father. see it at  www.realdealnews.com

After some consultation with professionals interested in our fight for *fair justice*, It has been expressed to me that our **public image needs desperately to be improved**, and a **strategy has been recommended** that is tried and true by other groups the world over.

From now on, *every* ***Hells Angel*** *event*, every party, should pick out a *local charity*, be it a food bank, homeless shelter, kids hospital and contribute *something*. The amount is does not have to be large. Even small contributions help and are appreciated.

## 15.   **TERRITORY**

**15.1.**   In this part of my report I discuss the attitude of Hells Angels' members to territory. The information I set out in this part of my report is based upon: Documents seized, conversations with former members, conversations with other Hells Angels experts. The Hells Angels are very territorial. They have "unwritten" rules about encroaching in fellow members' drug distribution

---

[106] The PR Campaign photograph was seized by me pursuant to search warranted executed at Hells Angels Daly City chapter clubhouse on 10 April 2008.

EXPERT-00000309

territory[107] and they are also concerned about rivals encroaching into their territory.

15.2.    One method used by a Hells Angels member in controlling his drug network is by implementation of taxes.  Taxing can occur in various ways.  A dealer who is being supplied by one Hells Angels member can be authorized to operate in another member's territory.  The dealer pays a tax for the privilege of bringing drugs into the other members controlled territory.[108]

15.3.    A person can also be taxed on dealing or operating in a Hells Angels territory without authorization.

15.4.    Another form of taxation is what occurred in Ventura, California.  Speaking in terms of using the "power of the patch", a former Hells Angel member related: "*If I want to get high, I'm hitting every fuck'n drug dealer in this town that I know and I'm going to walk in there and say what do you got for me.  Nothing.  What do you mean?  You doing this in this town it brings heat on us so you're gonna kick down and I'm going to look the other way and I'll be back next week you know what I mean.  If I'm broke I'll go to the drug dealers and tell them hey what do you got for me, what do you mean, I need some money I want to go out tonight and by the way give me some shit too you know what I mean.  It's ah it's a juice*

---

[107] **Detective Staff Sgt Len Isnor interview of Steven Gault (Hells Angels Oshawa chapter member), conducted on September 16, 2006 (I was not present during this interview)** *"…anybody will back ya and ah another place you'll get stopped is when another member has a territory and that that's called (unintelligible) meeting anyway like ah when we had all the head banging in Peterborough um they believed I was trying to get in their territory and sell drugs in Peterborough…"*

[108] **Conversations with Detective Sgt Len Isnor re Hells Angels taxing methods based on his experience as an expert on Canadian Hells Angels.**

57

*card man, its better than.. you don't even have to hold a pistol to nobody you know what I mean you just go do what you want.*"[109]

15.5.  Another former South Carolina Hells Angels member was asked: Q – "*How did they control the drug territory in his chapter?  Were methods like taxing used?*" A – "*No taxing was used.  You dealt in their area and were caught you were beaten.*"[110]

15.6.  When going into a new area, the Hells Angels usually have a well thought out plan.  As explained by a former Hells Angels member: Q – "*When moving into a new territory or trying to take over an area is there any methods that the Hells angels use?*" A – "*Well first we'll go into the area and see who the dealers are and they get approached and told your either on the train or you'll get run over by it. This is our area now.  If there is a puppet club in the area we'll see who the most connected guy is in that area and he'll do the job for us.  Sometimes I'd let the guy become a hangaround so he has the added tools to do the job.  Use his position to gain respect and control the area.  If no puppet club, I'd give the area to a prospect and it was his job to control that area, and sometimes I'd pick an individual who was well connected in the community to do the work for me.  We insulate ourselves as much as possible.  But if you can't watch your money or control an area you may have to take control to get things back in order.*"[111]

15.7.  The Hells Angels would have discussions amongst themselves relative to their rivals.  As explained by a former South Carolina Hells Angels member:  Q – "*Is*

[109] **Former Individual Confidential Source, member of United States chapter that needs to be kept confidential, Debrief by Canadian Biker Enforcement Unit and me, dated September 12th, 2013**
[110] **Timothy Jordan Debrief by BEU Detective Sgt Raymond Wolf and me, dated September 13, 2010**
[111]**Former Individual Confidential Source, member of United States chapter that needs to be kept confidential, Debrief by Canadian Biker Enforcement Unit and me, dated September 12th, 2013**

EXPERT-00000311

*the East Coast membership more aggressive towards the Mongols as opposed to*
*the West Coast membership?*"  A – "*It's about geography.  The East Coast*
*membership is pressuring the West Coast membership to become more involved*
*in the fight for territory against the Mongols.  While the West Coast membership*
*is pressuring the East Coast membership to become more involved in fighting the*
*Outlaws for territory.*"

15.8.    Rivalries arise between the dominant OMGs over their criminal activities.  As

discussed by former Hells Angel Oshawa (Ontario) chapter member Stephen

Gault when he is asked whether the Hells Angels got along with the Bandidos.

His response was that they did not, the reason being the Bandidos were running

prostitutes and selling cocaine, marijuana and pills in what the Hells Angels

considered their territory.  Gault further explained that they handled the invasion

of territory by "aggressive recruiting."[112]

15.9.    Regardless of the method used, the main tool for implementing control of their

territory is through the Hells Angels' reputation for violence.

15.10.  The Hells Angels will regard certain geographical areas as their territory.  They

have a, "you're either with us or against us" attitude. The only clubs allowed to

operate in what the Hells Angels consider to be their territory are the ones that are

willing to be "support" clubs.

---

[112]**Detective Staff Sgt Len Isnor interview of Steven Gault (Oshawa HA member), conducted on September 16, 2006**
**(I was not present during this interview): "***uh that's when your taking over like if uh any regular citizens where*
*they're selling drugs uh start selling for Bandido um they'll take any means necessary to convince them to sell drugs*
*for the HA um and where necessary uh you'll go right to war with uh any rivals um uh one (1) example is where uh*
*Eric a Bandido uh was moving his uh strippers into Oshawa and selling cocaine at the Dynasty um several uh puppet*
*club members uh couple of prospects and uh full patch member Shawn ROBINS (ph) attended there um looking for*
*Eric and Shawn ended up stabbing him trying to kill him and I believe they shot at the rest of the Bandidos that were*
*in their car…*"

EXPERT-00000312

**15.11.** A support club does not necessarily operate under the direction and control of the Hells Angels. A support club is not required to perform specific tasks such as site security and bodyguard duties. There is no requirement for members of support clubs to engage in criminal activities, however, this does not preclude individual members from voluntarily becoming involved in the commission and/or facilitation of criminal activities in support of the Hells Angels and/or a specific member of the Hells Angels.  Support club members will often socialize and attend various structured events sponsored and/or organized by the Hells Angels. They are normally required to wear the "support patch" (i.e. "Support Red & White"; "Support Frisco Red & White"; etc.) on their vests.  This displays the amount of support that they have in their area.

**15.12.** In addition to the "support" clubs there are "puppet clubs."  Puppet clubs are ones that are created by and controlled by the Hells Angels chapter that forms them. They can be used to help control Hells Angels territory.  As explained by a former Hells Angels Ventura chapter member when asked the purpose of having a puppet club:  "*Well, hopefully they're ah there could be all different types of functions you know ah uses I should say for puppet clubs.  Ah for one hopefully it's gonna take some of the heat off of you, you know what I mean.  For two if it doesn't then they pretty much gotta they can move freely for you, here take this over to this house, pick this up and bring it back here you know what I mean.  It's just exactly that - a puppet club and we hold the strings.  Umm you can ah I mean ah the, the possibilities are endless you could ah you could start a puppet club and tell them you gotta pay two hundred bucks a month to exist in your county even though you*

EXPERT-00000313

*started them.  They just go into that knowin' that you know they're number 2 they*

*think you know what I mean but really they ain't shit*"[113]

## 16.   PURPOSE OF ASSOCIATION AND FACILITATION

16.1.   In this part of my report I set out my opinion regarding why members of the Hells
Angels associate with one another. The information I set out in this part of my
report is based upon:  Documents seized, conversations with former members,
conversations with other Hells Angels experts.  Members claim that they joined
an OMG because they sought a brotherhood bond with unconditional support.
They claim that it is about riding a motorcycle.

16.2.   It is my opinion that the reason members join is for the "power of the patch."  As
stated previously in paragraphs 8.6.6.2 through 8.6.6.4, the purpose is to facilitate
and enhance their criminal activity through their worldwide network.





---

[113]Former Individual Confidential Source, member of United States chapter that needs to be kept confidential,
debrief by me on a continual basis

61

EXPERT-00000314

**16.2.1.** In addition to the Hells Angels members' ability to use their network to conduct their illicit drug trade and other illicit criminal trades, they use it to hide fugitive members.  As depicted in the above wanted posters of two fugitive Dago (San Diego) members – Dabbs is still a fugitive with Scholder having been captured in Langley, British Columbia during a traffic stop on May 8th, 2014.

**16.2.2.** Prior to that incident, another fugitive Hells Angels Mesa, Arizona member, Paul Eischeid was arrested in February 2011 in Buenos Aires, Argentina.  Eischeid, a successful stockbroker at the time of his arrest, was indicted on drug trafficking, kidnapping, and murder charges in 2003, but fled the country after being placed under house arrest.  A co-defendant (Mesa, Arizona Hells Angels member, Kevin Augustiniak) in that case has since pled guilty to homicide.  Eischeid is being supported by the Hells Angels Buenos Aires chapter members in addition to having defense funds set up in the United States, by the Hells Angels to fight his extradition.[114]

**16.3.** It is my opinion that members of the Hells Angels associate for the purposes of organizing, planning, facilitating, supporting and/or engaging in serious criminal activity and that the organization represents a risk to public safety.

---

[114] **Europol Report Annexure 413 – Stuttgart Minutes 02-12-11 (1037895-1-1): World & European Meeting – Stuttgart – 2nd December 2011**
**"_New Business:_              _Argentina_**
**_1/ Donations to Paul should be sent by countries and not charters._"**

EXPERT-00000315

## 17. <u>DO MEMBERS OF THE HELLS ANGELS ENGAGE IN CRIMINAL ACTIVITY</u>

17.1.   In this part of my report I set out my opinion regarding the criminal activity that members of the Hells Angels engage in. The information I set out in this part of my report is based upon:  Documents seized, conversations with former members, conversations with other Hells Angels experts, crime reports of crimes committed by members of the Hells Angels.

17.2.   I am aware of numerous crimes committed by members of the Hells Angels, to include homicide, aggravated assault, assault with a deadly weapon, robbery, possession of firearms, possession of deadly weapons (other than firearms), auto theft, mortgage fraud, manufacture of controlled substances, distribution of controlled substances, witness intimidation, kidnap, mayhem, felon in possession of a firearm.[115]

17.3.   The culture of the Hells Angels organization allows a Hells Angels member to engage in criminal activity.  You don't get involved in the membership process unless you are willing to engage in criminal activity.  This starts at the onset with the willingness to assault rival OMG members.

17.4.   A Hells Angels member has a worldwide network to facilitate their criminal activity, particularly in the area of manufacture and distribution of controlled substances (Cocaine, Methamphetamine, Extasy, Oxycontin, etc.) and sales/purchase of firearms.

17.5.   The networking starts at the Prospect level and is cultivated as they advance to full membership.  As explained to me by a former Hells Angels member, who held various leadership positions during his ten year membership (Chapter

---

[115] Annexure C – Hells Angels predicate cases (convictions)

EXPERT-00000316

Sergeant-at-Arms and Chapter President), "*The networking starts when you are on a run as a Prospect. While standing guard duty you meet Prospects from other chapters from different parts of the country and the world. During those runs, you get to know what drug and/or firearm connections they have. You find out where you can make a profit in distributing controlled substances or obtaining chemicals to manufacture methamphetamine. You build a relationship with those Prospects every time you are both on a run. Once you are both full patch members you continue that relationship.*"[116]

17.6.    As previously stated in this document, a Hells Angels member also has the ability to find safe harbor while a fugitive from justice. As evidenced by the Paul Eischied (Hells Angels Mesa (Arizona) chapter member) case – Eischied was being harbored by the Buenos Aires (Argentina) chapter of the Hells Angels until his arrest in Buenos Aires. Eischied is still being supported by the Buenos Aires chapter and carried on the roster as a member of the Buenos Aires chapter while in custody. Eischied is a fugitive from a homicide case where he and two other Hells Angels Mesa chapter members beat unconscious a female (Cynthia Garcia) who they felt had disrespected them while at the Hells Angels Mesa chapter clubhouse. They then put Cynthia Garcia in the trunk of a vehicle and drove her out to the desert, where they stabbed and nearly decapitated her and left her to die.

17.7.    The Hells Angels organization is a culture that encourages criminal activity by its members. This is evidenced by how they stand by their members that are incarcerated. Hells Angels members are not kicked out of the organization for

---

[116] **Former Individual Confidential Source, member of United States chapter that needs to be kept confidential, debrief by me on a continual basis**

EXPERT-00000317

committing crimes.  They earn patches and ribbons for committing assaults and being wounded by rival OMG members (Filthy Few, Degüello, Purple Heart).  A Hells Angels' status is elevated for being violent.

**17.8.**  In this statement of opinion, I have outlined and explained the organizational attributes or characteristics of an OMG that show that the Hells Angels are a worldwide criminal organization per the New South Wales Pt. 2 of the *Crimes (Criminal Organizations Control) Act 2012*.  I have used these attributes as a helpful analytical model for organizing the information and knowledge I have referenced in this document about the Hells Angels Motorcycle Club.  These represent a useful but not exclusive or exhaustive organizational scheme for determining whether or not the Hells Angels Motorcycle Club is a criminal organization.

**17.9.**  It is my opinion that those organizational attributes and the information collected under them illustrate that the main purpose or main activities of the Hells Angels Motorcycle Club is the facilitation as well as the commission of serious criminal offences and demonstrate that the Hells Angels Motorcycle Club is a criminal organization.

**17.10.**  It is my opinion that the information collected under the organizational attributes and referenced in this document clearly illustrate that membership in the Hells Angels Motorcycle Club serves a common purpose: to secure, maintain, and control exclusive markets for criminal activities.

EXPERT-00000318