DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

AJAY KRISHNAMURTHY (CABN 305533)
KEVIN J. BARRY (CABN 229748)
LINA Y. PENG (NYBN 5150032)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Email: ajay.krishnamurthy@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 17-CR-533-EMC |
| Plaintiff, | |
| v. | Motion for Leave to File Motion for Reconsideration; [Proposed] Order |
| JONATHAN JOSEPH NELSON et al, | |
| Defendants. | |

The United States respectfully moves for leave to file a motion for reconsideration of this Court's January 13, 2021 discovery order. *See* ECF No. 1419 (minute entry).

**I.    Argument**

    A.  *Applicable Legal Standards*

Northern District Criminal Rules 2-1, 47-1 and 47-2, together with Civil Rule of Court 7-9, authorize a motion for leave to file a motion for reconsideration in specified circumstances. The Court's rules require a party to first seek leave of Court. Civil L.R. 7-9(a). The party seeking reconsideration must also show reasonable diligence in seeking the relief. Civil L.R. 7-9(b). One of the grounds for relief is "[a] manifest failure by the Court to consider material facts or dispositive legal arguments which

were presented to the Court before such interlocutory order." Civil L.R. 7-9(b)(3). In addition, the Ninth Circuit has held that district courts have "inherent power" to grant motions for reconsideration in criminal cases. *United States v. Lopez-Cruz*, 730 F.3d 803, 811 (9th Cir. 2013).

      B.   <u>The United States Has Been Reasonably Diligent</u>

The United States has been reasonably diligent in seeking leave to file a motion for reconsideration. "A motion for reconsideration is timely presented if filed within the original period for review," *United States v. Villapudua-Perada*, 896 F.2d 1154, 1156 (9th Cir. 1990) (citation omitted), which is thirty days, 18 U.S.C. § 3731. This motion is being filed 19 days after the Court entered its discovery order. This falls well within the thirty days that the United States has to file its Notice of Appeal.[1] *Villapudua-Perada*, 896 F.2d at 1156 ("Because the time to appeal a dismissal of an indictment is thirty days, the time for the government to move for reconsideration of the dismissal is also thirty days.").

      C.   <u>This Court Should Exercise Its Discretion to Reconsider Its Discovery Order</u>

This Court should exercise its discretion to reconsider its January 13, 2021 discovery order because of a "manifest failure . . . to consider material facts or dispositive legal arguments which were presented to the Court." Specifically, prior to the Court's discovery order, the United States had argued that the Jencks Act and Federal Rule of Criminal Procedure 16(a)(2) precluded any order requiring the immediate production of (1) Jencks Act material, and (2) law enforcement reports that could identify civilian witnesses. ECF No. 1191 at 2-3 (Reply In Support of United States' Appeal of Discovery Order). The United States had also argued that "[t]he actual scope of [its] appeal [was] narrow" because it sought only to protect a limited universe of materials where it "believe[d] the risk of harassment or intimidation to witnesses [was] acute." *Id.* at 5. Neither the Jencks Act nor Federal Rule of Criminal Procedure 16(a)(2) were addressed in the Court's January 13, 2021 discovery order. ECF No. 1419 (minute entry).

//

//

---

[1] For the purposes of filing a Notice of Appeal, the United States considers the Proposed Motion for Reconsideration filed as of this date. *United States v. Ibarra*, 502 U.S. 1, 7 (1991).

Motion for Leave to File Motion For Reconsideration    2
17-CR-533-EMC

## II. Conclusion

For the foregoing reasons, the United States respectfully requests the Court to grant this motion.

DATED: February 1, 2021                                  Respectfully submitted,

DAVID L. ANDERSON
United States Attorney


  _/s/_____
AJAY KRISHNAMURTHY
KEVIN J. BARRY
LINA Y. PENG
Assistant United States Attorneys


### [PROPOSED] ORDER

The Court GRANTS this motion for leave to file the motion for reconsideration. The United States' Motion for Reconsideration is ordered filed.

DATED: _____                      _____
                                          HON. EDWARD M. CHEN
                                          United States District Judge