1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  AJAY KRISHNAMURTHY (CABN 305533)
   KEVIN J. BARRY (CABN 229748)
5  LINA Y. PENG (NYBN 5150032)
   Assistant United States Attorneys
6
        450 Golden Gate Avenue, Box 36055
7       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
8       FAX: (415) 436-7234
        Email: ajay.krishnamurthy@usdoj.gov
9
   Attorneys for United States of America

10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 17-CR-533-EMC |
| Plaintiff, | |
| v. | Motion to Confirm Briefing Schedule with Respect to Defendant Wendt's Motion in Limine to Exclude Evidence Technician Testimony (ECF No. 1457). |
| JONATHAN JOSEPH NELSON et al, | |
| Defendants. | Hon. Edward M. Chen |

The United States respectfully requests that this Court confirm its previously ordered briefing schedule with respect to the recently filed motion by Wendt. On February 3, 2021, Defendant Wendt filed a motion *in limine* to (1) exclude the evidence of Luminol and presumptive blood testing at the 2017 search of the Hells Angels Fresno clubhouse on various grounds including *Daubert* and to (2) exclude the testimony of Forensic Examiner Amanda Bakker on F.R.E. 401, 402, 403 and *Daubert* grounds. (ECF No. 1457). Wendt noticed this motion to be heard on February 24, 2021, the date of the case's next status hearing before this Court.

As reflected in this Court's minute order following the January 13, 2021, status conference, the Court directed that the issue of FBI evidence recovery technicians be briefed according to the schedule

for the third round of *Daubert* briefing. (ECF No. 1419 at 4.) The third round of *Daubert* briefing schedule set by the Court ordered that defendants' opening briefs are due February 2, 2021, the government's opposition briefs are due February 24, 2021, any replies due March 9, 2021, with a hearing set for March 24, 2021, at 9:00 a.m. (*Id.* at 2.)

In accordance with this order, the government presently intends to file its opposition brief to Wendt's motion on February 24, 2021, and the Court should hear the motion on March 24, 2021. For the avoidance of confusion, the government requests that the Court confirm its previously ordered schedule.

DATED: February 4, 2021

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

_/s/_
AJAY KRISHNAMURTHY
KEVIN J. BARRY
LINA Y. PENG
Assistant United States Attorneys

### [PROPOSED] ORDER

In accordance with the previously ordered schedule for the third round of *Daubert* briefing, the government shall file its opposition brief by February 24, 2021, to Wendt's motion (ECF No. 1457). Any replies are due March 9, 2021. The Court will hear the motion on March 24, 2021, at 9:00 a.m.

IT IS SO ORDERED.

DATED: February 5, 2021

EDWARD M. CHEN
United States District Court Judge