UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** March 10, 2021   **Time:** 2:40-3:05= 25 Minutes   **Judge:** EDWARD M. CHEN

**Case No.**: 17-cr-00533-EMC-1   **Case Name:** USA v. Jonathan Joseph Nelson

**Attorney for Government:** Ajay Krishnamurthy
**Attorneys for Defendant:** Jai Gohel, Richard Novak
**Defendant:** [X] Present by audio  [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [ ] Not in Custody

**Deputy Clerk:** Angella Meuleman   **Court Reporter:** Jo Ann Bryce
**Interpreter:**   **Probation Officer:** Nelson Barao

### PROCEEDINGS HELD BY ZOOM WEBINAR

[1517] Motion to Modify Conditions of Release – Held.

### SUMMARY

Parties stated appearances and proffered argument. Defense counsel confirmed defendant's appearance by phone.

Defense counsel reported defendant has a painting contractor business, Nelson Bros. Painting, wherein his son, Jonathan Nelson, Jr., is managing projects. There are several big upcoming projects defendant's son needs his father's hands-on help with regarding day-to-day activities and is currently unable to without being physically present on the jobsite as stated on the record. Court directed defense counsel to provide USPO with further documentation verifying contracts described in Defendant's supporting papers.

Current sureties for this defendant are Steven Nelson and Tracy Nelson (defendant's brother and sister). Court directed counsel to speak with Jonathan Nelson Jr. regarding assigning him as co-custodial and surety for his father and if he agrees to take on that responsibility, the USPO is to interview him for that purpose.

Government is happy to revisit the issue once Mr. Nelson, Jr. is interviewed and it has more information, but it further opposes citing concern for safety of undisclosed witnesses. Additionally, Government cites the fact that defendant's son is also involved in a known criminal enterprise.

Parties to return for further hearing on 3/24/2021 at 9:00AM.

**CASE CONTINUED TO: March 24, 2021 at 9:00AM for Further Motion Hearing.**