JOHN T. PHILIPSBORN - SBN 83944
Law Offices of JOHN T. PHILIPSBORN
507 Polk Street, Suite 350
San Francisco, CA 94102
(415) 771-3801
jphilipsbo@aol.com

MARTÍN ANTONIO SABELLI - SBN 164772
Law Offices of MARTIN SABELLI
740 Noe Street
San Francisco, CA 94114-2923
(415) 298-8435
msabelli@sabellilaw.com

K. ALEXANDRA McCLURE – SBN 189679
Law Office of ALEXANDRA McCLURE
214 Duboce Ave
San Francisco, CA 94103-1008
(415) 814-3397
alex@alexmcclurelaw.com

Attorneys for BRIAN WAYNE WENDT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JONATHAN JOSEPH NELSON, et al.,<br><br>    Defendants. | **Case No. CR-17-00533-EMC**<br><br>**FIRST AMENDED BRIAN WENDT MOTION TO EXTEND TIME TO FILE MOTIONS TO SUPPRESS EVIDENCE; SUPPORTING DECLARATION OF COUNSEL**<br><br>**Date:  To be set by the Court**<br>**Dept: The Honorable Edward M. Chen** |

TO THIS HONORABLE COURT; TO COUNSEL FOR THE GOVERNMENT; TO ALL DEFENSE COUNSEL:

    BRIAN WENDT, through his lawyers, moves this Court for an order extending the deadline for filing motions to suppress evidence which are currently due on May 3, 2021.  (Doc 1582, Minutes of March 24, 2021 hearing at page 5.)  He requests that the

**FIRST AMENDED MOTION TO EXTEND TIME TO FILE MOTIONS TO SUPPRESS EVIDENCE; SUPPORTING DECLARATION OF COUNSEL**

1

setting of a new date be discussed at the hearing set for May 14, 2021, given that several defense counsel for Mr. Wendt's co-defendants are asking for more time to file such a motion. The basis for this motion is as follows:

1. The need for Mr. Wendt to file for an extension of time for the filing of motions to suppress has been made  counsel for Mr. Wendt's co-defendants. Mr. Nelson, Mr. Ott, Mr. Lyles, Mr. Diaz, Mr. Ranieri, and Mr. Hefferman have reported through their counsel that they too agree that more time is needed for the preparation of motions to suppress so that they can ensure that they have been able to consider suppression issues in their cases.

2. As a result of the hearing of March 24, 2021, undersigned counsel Philipsborn, who had assumed responsibility for the main defense CAST briefing and for Phase Three *Daubert* briefing related to alleged blood evidence in the Fresno Clubhouse (which was heard on March 24), then assumed primary responsibility for briefing discovery issues that were heard by Judge Beeler on April 15, 2021, and for the filing of the Wendt severance motion in advance of the April 29, 2021 due date. At this point, Ms. McClure is still reviewing discovery in this matter and Mr. Sabelli is limited in what he can devote his time to given case management processes put in place during discussions with the Court's CJA lawyer;

3. Pursuant to case management and funding-related communications and orders that are maintained under seal under 18 U.S.C. § 3006A, the Wendt defense has been transitioning lead counsel Martín Sabelli out of the role that he occupied since 2017, which has resulted in transitions in case assignments and workload for undersigned Philipsborn and newly appointed co-counsel Alex McClure;

4. Counsel for Mr. Wendt have been unable to meet with their client since a point in March of 2020; episodically throughout 2021, Mr. Wendt's jail unit at Santa Rita has been placed in quarantine, reducing the opportunity for attorney-client meetings even further and delaying necessary discussions about litigation and trial preparation;

5. While the Government has decided to not introduce the fruit of one of the

1 searches involving Mr. Wendt (related to a car stop in Minnesota), the defense continues
2 to review recent discovery, including discovery provided in mid-March 2021, in part to
3 assess the constitutional validity and legality of warrants issued that resulted in other
4 searches pertinent to Mr. Wendt, including but not limited to consideration of whether
5 there are *Franks v. Delaware*, 438 U.S. 154 (1978) issues relating to a search of a
6 residence that Mr. Wendt is alleged to have been occupying with another individual in
7 Tulare, California in November 2017;

8   6.   Mr. Wendt and his lawyers would benefit from being able to discuss certain
9 aspects of the discovery that are covered by AEO orders in analyzing searches that
10 occurred particularly in 2017.  The Wendt defense is preparing and readying to file a
11 motion seeking greater access to discovery materials currently covered by AEO
12 protections, particularly given the highly limited opportunity for attorney-client
13 consultations that Mr. Wendt has under current circumstances.

14   The Wendt defense will file a motion focused on the AEO issues no later than
15 May 7, 2021.

16   This motion is based on the record in this case; the Court's scheduling orders and
17 directives of March 24, 2021; the above statement of this motion; the supporting
18 declaration of counsel; and will be based on further arguments and information supplied
19 to the Court at the time of any hearing on this motion.

20   //
21   //
22   //
23   //
24   //
25   //
26   //
27   //
28   //

**FIRST AMENDED MOTION TO EXTEND TIME TO FILE MOTIONS TO SUPPRESS EVIDENCE;
SUPPORTING DECLARATION OF COUNSEL**

| | |
|---|---|
| Dated: April 30, 2021 | Respectfully Submitted,<br>JOHN T. PHILIPSBORN<br>MARTIN ANTONIO SABELLI<br>K. ALEXANDRA McCLURE |
| | */s/ John T. Philipsborn*<br>JOHN T. PHILIPSBORN<br>Attorney for Brian Wayne Wendt |
| | */s/ Martín A. Sabelli*<br>MARTIN ANTONIO SABELLI<br>Attorney for Brian Wayne Wendt |
| | */s/ Alexandra McClure*<br>K. ALEXANDRA McCLURE<br>Attorney for Brian Wayne Wendt |

**GRANTED**
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DATED: April 30, 2021

**FIRST AMENDED MOTION TO EXTEND TIME TO FILE MOTIONS TO SUPPRESS EVIDENCE; SUPPORTING DECLARATION OF COUNSEL**
4