[prepared by]
RICHARD G. NOVAK (SBN 149303)
P.O. Box 5549
Berkeley, CA 94705
626-578-1175 (voice)
Richard@RGNLaw.com

JAI M. GOHEL (SBN 170782)
819 Eddy Street
San Francisco, CA 94109
415-771-6714 (voice)
JaiGohel@rocketmail.com
**Attorneys for Defendant**
**JONATHAN JOSEPH NELSON**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:17-cr-00533-EMC |
| **Plaintiff,** | **DEFENDANTS JONATHAN JOSEPH NELSON, RUSSELL TAYLOR OTT AND BRIAN WAYNE WENDT'S JOINT STATUS REPORT RE PENDING DISCOVERY, DISCLOSURE AND SCHEDULING ISSUES, AND EXHIBITS A-D THERETO** |
| **vs.** | |
| **JONATHAN JOSEPH NELSON, et al.,** | |
| **Defendants.** | **Hearing Date:  August 13, 2021** |
| | **Hearing Time: 10:30 a.m.** |
| | BEFORE THE HONORABLE EDWARD M. CHEN, DISTRICT JUDGE |

Defendants JONATHAN JOSEPH NELSON, RUSSELL TAYLOR OTT and

BRYAN WAYNE WENDT, each of whom is in the Court's Trial Group One,

hereby jointly file this status report for the Court's consideration prior to the status

conference scheduled to occur in this matter on August 13, 2021. This report was

1  prepared by counsel for Jonathan Nelson and was reviewed and approved by counsel

2  for Russell Ott and Brian Wendt. A separate status report is being filed to address

3  joint jury composition challenge issues.

4  Dated: August 6, 2021                    Respectfully submitted on behalf of
                                            Defendants Nelson, Ott, and Wendt, by
5

6                                           _____/s/  Richard G. Novak_____

7                                           RICHARD G. NOVAK
                                            JAI M. GOHEL
8                                           Attorneys for Jonathan Joseph Nelson

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                            2

## JOINT STATUS REPORT RE DISCOVERY, DISCLOSURE AND SCHEDULING ISSUES

### I.

### Introduction

At the most recent status conference in this matter on July 9, 2021, this Court ordered the government to promptly disclose to counsel for the three "trial group one" defendants the "non-Jencks" discovery that it had earlier lodged with the Court for *in camera* review. The Court also ordered the parties to meet and confer concerning a comprehensive pre-trial schedule, to meet and confer concerning AEO designation issues, and to file proposed schedules.

There has been a flurry of activity by counsel for the three trial group one defendants since that hearing, as well as by other defense counsel in this matter. There have also been a number of hearings held, orders issued and judicial recommendations made since July 9, 2021, which collectively expose the reality that the present status of the government's disclosures, and, frankly, its efforts to prevent certain other apparently exculpatory disclosures, render it impossible for the trial group one defendants  to state with any specificity when they can file the various pre-trial motions that still need to be researched, investigated, filed and litigated. Unfortunately, the government's proposed motions and disclosure schedule is like the proverbial square peg in a round hole, on matters that require the protection of the defendants' Fifth and Sixth Amendment rights.

The trial group one defendants have conferred several times about the matter and respectfully submit that it is premature for the Court to set motions cut-off dates or deadlines for defense disclosures. This status report is being prepared as defense counsel are still receiving discovery of critical importance to their understanding of case facts and to their identification of legal issues. The defense has long been underscoring that the government's approach to discovery was inevitably and

1  prejudicially impacting the defense's ability to timely prepare. Significant work will

2  need to be done by all counsel and likely by the court as well before it is appropriate

3  to set deadlines for the defense to file motions and disclose witnesses and exhibits.

4  The next sections of this status report attempt to succinctly summarize the

5  developments over the past thirty days that bring defense counsel to this conclusion.

6  **II.**

7  **The Government's Purported Disclosure of the "Non-Jencks Materials"**

8  **Lodged With the Court for *In Camera* Review**

9  At the status conference of July 9, 2021, this Court divided the materials that

10  had been lodged for *in camera* review by the Court into two categories.  Materials

11  that the Court deemed "non-Jencks" were to be disclosed to counsel for trial group

12  one only, initially on an AEO basis, no later than July 14, 2021.

13  Unfortunately, the government decided to disclose these materials to all

14  defense counsel in this matter, but with substantial redactions, as opposed to only the

15  trial group one defense counsel without redactions.  After numerous written

16  communications and a telephonic meet and confer, the government agreed to redo

17  the production to trial group one counsel without redactions and did so just six days

18  ago.  The government also acknowledged that it had an obligation to produce a set of

19  materials that had earlier been designated as "witness safety" materials in a form that

20  could be utilized by counsel and paralegals, as the earlier production was pursuant to

21  a format in which none of those materials could be extracted, searched, copied,

22  printed, or otherwise processed.

23  On July 30, 2021, the government completed the re-production of the "non-

24  Jencks" materials to trial group one counsel only, without redactions.  On August 3,

25  the "witness safety" materials were produced to trial group one counsel by the court-

26  funded defense coordinating paralegals.

27  While trial group one counsel now have these materials in hand, they were

28

accompanied by a completely useless index such that defense counsel and their paralegals cannot determine what the subject matter is of any of the document without reviewing them.  While that is our responsibility, to review the documents and not rely on a government index, the government's production of July 30, 2021 substantially exceeds the modest amount of material it previously represented it had lodged with the Court for *in camera* review.  The July 30, 2021 production included over 30 gigabytes of materials, and over 2 gigabytes of PDF documents alone.[1]  Trial group one counsel and their paralegals *are beginning* to review these materials, but it will be a time-consuming process.  Mere delivery of the production by the government does not impart to defense counsel knowledge as to what is in the documents, how they relate to trial preparation and investigation, and how they may relate to the identification of pre-trial motions that need to be filed.

Moreover, preparation and presentation to the government of a comprehensive list of discoverable materials that are known to exist but were not produced, based upon a careful review of newly disclosed materials, is time-consuming but important work for defense counsel and paralegals.  While it has begun with respect to these new productions, it is far from complete.  Initial review of the unredacted "witness safety" materials, for example, reveals that there were numerous consensual but secret recordings which may not have been produced along with the related

--------------------

[1] The government will note that defense counsel appear to be complaining about "more" discovery as opposed to "less," but that is not the discussion here. The problem is one of timing and meaningful opportunity to assess what has been produced, although we *are* surprised that the production of non-Jencks materials lodged with the court for *in camera* review was accompanied by a vast amount of additional material that could have been produced far earlier.

1  documents.

2  ## III.

3  ## Protocol For Deciding Which "AEO" Materials May Be Reviewed at This Time

4  ## with the Trial Group One Defendants,

5  ## with Other Defendants and Their Counsel, and With Witnesses

6  At the hearing in this matter on July 9, 2021, the Court directed the parties to

7  meet and confer concerning which documents designated as AEO should be de-

8  designated as such.  The purpose of that order was to permit trial group one counsel

9  to confer with their clients about trial preparation, investigation and motions, and so

10 that the other defendants who are allegedly implicated in charged and uncharged

11 overt acts and substantive counts and/or their counsel or third party witnesses can be

12 consulted on a confidential basis about their knowledge of the events at issue, their

13 assessment of government's investigative reports on these issues, the content of

14 witness statements, and the identification of potentially exculpatory evidence that

15 trial group one counsel need to be aware of and pursue.

16 Government counsel and trial group one counsel met and conferred on this

17 issue on July 22 and reached an impasse concerning how that AEO "designation"

18 process should take place.  Trial group one defense counsel informed the

19 government that because of the vast amount of material that is presently designated

20 as AEO including, but not limited to, the materials ultimately produced in

21 *unredacted* form on July 30, 2021, it was wholly impractical for the review to occur

22 on a document-by-document basis.  The government declined to agree to engage in a

23 "de-designation" review in which the frame of reference is not document by

24 document but is over act by overt act, and witness by witness.

25 This disagreement was presented to Magistrate Judge Beeler in pleadings filed

26 before and during the hearing she conducted on July 29.  Judge Beeler's

27 recommenda*tion* to this Court, at the conclusion of that hearing, is attached hereto as

28

1   Exhibit A.  Magistrate Judge Beeler recommends that this Court adopt the
2   recommendation of trial group one defense counsel.  It is both logical and more
3   efficient.

4        Counsel for the trial group one defendants ask this Court to order the
5   government to meet and confer with trial group one counsel concerning the lifting of
6   AEO restrictions on discovery on an act by act and witness by witness basis, rather
7   than on a document-by-document basis.  Reviewing the AEO restrictions on a
8   document by document basis where the defense has the burden of identifying each
9   and every document that they believe needs to be reviewed with the trial group one
10  defendants, and with counsel and/or defendants outside of trial group one and/or
11  third party witnesses is inefficient, will take a far longer time to accomplish, ignores
12  the reality that the government knows exactly which documents relate to which
13  charged and uncharged events and to which potential government witnesses, and
14  requires the defendants to disclose their work product.

15       Only after AEO restrictions have been lifted on such materials can trial group
16  one counsel begin to discuss those materials with their clients, with counsel for and
17  the other defendants whose actions are at issue and third-party witnesses, all of
18  whom may have important information about the incidents at issue and the
19  statements of witnesses concerning those issues.

20       The Court first heard these arguments from the Wendt defense, and counsel
21  for Mr. Nelson later explained in specific detail the problems created by the
22  maintenance of the AEO restrictions. The discussions were reiterated to Judge
23  Beeler on July 29th.  Appropriate and realistic AEO and other discovery management
24  must precede the filing of pre-trial motions. The government's currently suggested
25  schedule is unrealistic and places the group one defendants in the position of
26  reiterating the argument that the government's approach to discovery was bound to
27  cause delays.

28                                                   7

Attached hereto as Exhibit B is a status report recently filed with Magistrate Judge Beeler concerning the AEO issue.  Attached to that status report (as its own Exhibit A) is the government's most recent discovery transmittal letter which reveals both the vast majority of the discovery recently produced and the large portions which the government unilaterally claims are subject to "AEO" restrictions.

Also attached to the instant joint status report is a defense index listing all AEO discovery produced by the government prior to the July 2021 production. (Exhibit C) As the Court can see from the recent production index (Exhibit B) and the defense-generated AEO chart (Exhibit C), the amount of material designated by the government as "AEO" is vast, a fact likely not known to this Court when it envisioned a document-by-document protocol for review of AEO status.

## IV.

### Magistrate Judge Beeler's Order Granting the Motions for Bills of Particulars

On July 29, 2021, Magistrate Judge Beeler granted, in part, defense motions for bills of particulars.  (Exhibit D) The government must produce a bill of particulars no later than August 24, 2021.  The content of the bill of particulars will further inform how the trial group one defendants proceed with preparation of pre-trial motions.

## V.

### This Court's Sealed Order of July 28, 2021

On July 28, 2021, this Court issued a sealed order.  (Doc. No. 1917) Therein, this court ordered the government to produce to trial group one counsel *"without further delay"* the materials addressed in that sealed order.  Suffice to say, trial group one counsel have not seen and were not aware of Magistrate Judge Beeler's sealed order on this matter, which is apparently dated April 2, 2021, more than four months ago.

Counsel for Mr. Nelson promptly asked the government to comply with the

8

1  sealed order.  To date, the government has not done so, but reported to counsel on
2  August 3, 2021 that it has "sought relief" from that order.

3         If the government has taken an appeal or seeks reconsideration of this Court's
4  sealed order, counsel for the group one defendants clearly have both standing to
5  participate in that review process and a constitutional obligation to do so, based on
6  the Court's findings on the merits of the government's motion.  Defense counsel
7  sought clarification from the government about what it meant by "the government
8  has sought relief" but no answer was forthcoming.

9         Counsel for the trial group one defendants can glean from the sealed order
10 only very general information about the materials at issue, although not enough to
11 know how the materials at issue may implicate further motions practice and trial
12 preparation.  Nor do we know whether a court of competent jurisdiction has stayed
13 this Court's order compelling disclosure "without further delay."  Once this issue is
14 better understood, we will be in a position to assess how it relates to pre-trial
15 motions and other sequencing of pre-trial activities.

16        Therefore, we request that this Court disclose or require the government to
17 disclose the present litigation posture of this issue, and if this Court's sealed order is
18 under review, grant counsel for the group one defendants leave to participate in that
19 litigation.

20                                        **VI.**

21                 **The Outcome of the Order to Show Cause Proceeding**

22        On August 5, 2021, this Court conducted a sealed hearing on objections to the
23 Report and Recommendation that was issued after the conclusion of the sealed Order
24 to Show Cause proceeding conducted by Magistrate Judge Kim.  The government's
25 motion to participate in that sealed hearing argued that Magistrate Judge Kim's
26 conclusions are directly relevant to who should see and who should not see which
27 materials in this case.  That argument is the mirror image of, and corroborates, the

28

1  expressed concerns of counsel for the trial group one defendants.  We need to be

2  able to review and discuss "AEO" designated materials with other defense counsel

3  and their clients in order to effectively prepare for trial, including preparation of pre-

4  trial motions.

5       Only after this Court brings to a close the OSC proceeding, which has now

6  been pending for almost a year, can counsel for the group one defendants proceed

7  with those portions of their investigation and trial preparation that are implicated

8  and, frankly, stymied by the pendency of the allegations in that proceeding. And

9  while the most obvious of the issues presented by the OSC proceeding relates to one

10 specific defendant, the combination of the OSC proceeding and the AEO

11 designations affect group one's ability to discuss charged and uncharged act related

12 discovery with all other counsel, all other defendants, and potential witnesses.

13 **VII.**

14 **<u>Conclusion</u>**

15      Counsel for the group one defendants respectfully suggest that this Court

16 issue the case management orders sought herein.  The government's proposed

17 schedule is unrealistic and premature and ignores the amount and the complexity of

18 the work to be done by the defense before deadlines can be set without further

19 jeopardizing the defendants' Fifth and Sixth Amendment rights.

20

21 Dated: August 6, 2021           Respectfully submitted on behalf of
                                          Defendants Nelson, Ott, and Wendt, by

22                                    **/s/**  Richard G. Novak

23                                 RICHARD G. NOVAK

24                                 JAI M. GOHEL
                                   Attorneys for Jonathan Joseph Nelson

25

26

27

28 10

EXHIBIT A

1

2

3

4

5

6

7

8    UNITED STATES DISTRICT COURT

9    NORTHERN DISTRICT OF CALIFORNIA

10   San Francisco Division

11   UNITED STATES OF AMERICA,                    Case No. 17-cr-00533-EMC (LB)

12            Plaintiff,

13       v.                                        **DISCOVERY ORDER**

                                                   Re: ECF No. 1911
14   JONATHAN JOSEPH NELSON,

15            Defendant.

16

17       This order addresses discovery issues for trial group one that are raised in the notice at ECF

18   No. 1911.[1] As discussed at the July 29, 2021 hearing:

19       1.   The government must produce the witness safety materials immediately (as it has agreed to

20   do).

21       2.   The government must produce the unredacted non-Jencks Act discovery immediately on a

22   hard drive that is to be delivered to the defense discovery coordinator. The government

23   represented that it would do so as soon as possible and in any event within 1 week.

24       3.   The trial judge previously ordered the parties to confer on de-designation of AEO material

25   on a document-by-document basis.[2] As discussed at the hearing, this is not practical. Employing a

26

27   ─────────────────────
     [1] Group One Mot. – ECF No. 1911; Citations refer to material in the Electronic Case File (ECF);
     pinpoint citations are to the ECF-generated page numbers at the top of documents.

28   [2] July 9, 2021 Minute Order – ECF No. 1897 at 2–3.

United States District Court
Northern District of California

category-by-category approach is a more expedited way to de-designate AEO materials. An example is overt-acts evidence: rather than looking at the issue on a document level, a categorial approach may be more effective. The court recommends that process. The court also recommends a further case-management conference with the trial judge to discuss the issue.

**IT IS SO ORDERED.**

Dated: August 3, 2021

_____
LAUREL BEELER
United States Magistrate Judge

EXHIBIT B

1   ROBERT WAGGENER - SBN: 118450
    LAW OFFICE OF ROBERT WAGGENER
2   214 Duboce Avenue
    San Francisco, California 94103
3   Phone:       (415) 431-4500
    Fax:         (415) 255-8631
4   E-Mail:      rwlaw@mindspring.com

5   MARCIA ANN MORRISSEY- SBN: 66921
    LAW OFFICE OF MARCIA ANN MORRISSEY
6   11400 W. Olympic Blvd., STE 1500
    LOS ANGELES, CA 90064
7
    Attorney for Defendant RUSSELL TAYLOR OTT
8

9

10                    **UNITED STATES DISTRICT COURT**

11                  **NORTHERN DISTRICT OF CALIFORNIA**

12

13
    UNITED STATES OF AMERICA,                No.  CR 17 533 EMC
14
                          Plaintiff,          NOTICE RE TRIAL GROUP ONE
15                                            DISCOVERY
           v.
16                                            DATE: July 29, 2021
    RUSSELL TAYLOR OTT,                       TIME:  9:00 a.m.
17                                            DEPT: Magistrate Judge Laurel Beeler
                          Defendant.
18   _____/

19
    **TO:    THE UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF
20          CALIFORNIA; ASSISTANT UNITED STATES ATTORNEYS KEVIN BARRY
            AJAY KRISHNAMURTHY AND LINA PENG; AND TO THE CLERK OF THE
21          ABOVE-ENTITLED COURT:**

22
           This NOTICE and request for various directives and orders to the government is
23
    submitted on behalf of Trial Group One defendants Nelson, Wendt, and Ott.[1] Trial for these three
24
    defendants is scheduled to begin on January 10, 2022, a little over five months from the date of
25

26   _____

27         [1] This Notice is filed on behalf of all three Trial Group One defendants, with an
    understanding that defendant Wendt will be filing a separate pleading addressing discovery
28   issues particular to defendant Wendt.

    **NOTICE RE TRIAL GROUP ONE DISCOVERY**

1   this hearing. Adequate preparation time is essential for these three defendants and it is submitted

2   that the government has violated orders by the district court and engaged in a pattern of delaying

3   Group One defendants' efforts to collect, review, and investigate the trial discovery in this case.

4   Group One's position on these matters is known to the government by means of a recent meet

5   and confer, and the Group One defendants continue to await materials to which should have been

6   delivered weeks ago.

7       All the parties in the case last appeared before Judge Chen on July 9, 2021. (*See*, Dkt. No.

8   1897 - Minute Order of Proceedings) At the hearing the Court ordered the disclosure of non-

9   Jencks Act materials to Group One defendants by July 14, 2021, with Jencks Act materials to be

10  produced no later than 90 days before the trial date. The Court also recognized the long repeated

11  argument by defense counsel "that, in order to facilitate defense preparation for trial, the AEO

12  protective order for non-Jencks materials should be lifted earlier than 90 days before trial or the

13  order should extend to codefendants in the case." *Id*. at 2-3. "[T]he Court instructed the parties to

14  meet and confer during the week of July 19, 2021, and stipulate to a selective lifting of the AEO

15  protective order for non-Jencks materials wherever possible. If the parties are unable to agree on

16  the materials that can be disclosed prior to the default 90 day timeline for lifting of the order,

17  they are to address the matter expeditiously before Magistrate Judge Beeler on a document-by-

18  document basis". *Id*. at 3 Trial Group One defendants set up a meet and confer session with the

19  government for the afternoon of July 22, 2021. Also, shortly after the July 9 hearing with Judge

20  Chen, Group One defendants requested that the previously disclosed Witness Safety (WS)

21  discovery materials produced in October 2019 be provided to Group One defendants without the

22  added protections that the electronic files could not be printed or copied.[2]

23      On July 14, 2021 a 14 page letter to all defense counsel regarding the production of 30+

24  gigabytes of discovery was delivered to the discovery coordinator for the Nelson case, Bryan

25

26  _____

27      [2] The significance of removing these protections is that, once removed, the documents
    can be accessed by paralegals to digitize and search, and printed copies can be utilized by counsel
28  and defense staff.

NOTICE RE TRIAL GROUP ONE DISCOVERY

Reuter.[3] The actual production of the materials was to be accomplished by means of multiple

volumes sent through the USAfx cloud delivery system. 12 pages of the 14 page letter consisted

of an index of the large production, with approximately 40-50 line items per page, with almost all

of the line items containing non-specific file name items, such as the "identification" of the group

of documents pasted below.

| BegDoc | EndDoc | Description | Protective Order Status |
|---|---|---|---|
| HA-00074351 | HA-00074356 | 281P-SF-5626535_0000769.pdf | AEO |
| HA-00074357 | HA-00074358 | 281P-SF-5626535_0000770.pdf | AEO |
| HA-00074359 | HA-00074362 | 281P-SF-5626535_0000779.pdf | AEO |
| HA-00074363 | HA-00074366 | 281P-SF-5626535_0000781.pdf | AEO |
| HA-00074367 | HA-00074367 | 281P-SF-5626535_0000781_1A0000317_0000001_PHYSICAL.pdf | AEO |
| HA-00074368 | HA-00074369 | 281P-SF-5626535_0000784_Import.pdf | AEO |

The July 14, 2021 discovery letter provided by the government is attached hereto as Exhibit A.

So this court is aware, the total number of documents alone in this case is well over 100,000,

with a large bulk of them protected or significantly redacted.

Because of issues regarding the USAfx delivery to the discovery coordinator, the

approximately 1 GB of documentary discovery that was part of the July 14 production could not

be distributed to defense counsel until the weekend of July 17. The remainder of the large

production still had to be processed, converted, and organized before it could be distributed.[4]

---

[3] The delivery of this large, ultimately problematic, volume of discovery was curious to
Trial Group One counsel on two levels. One, that the delivery of discovery was directed at all
Nelson case counsel and not the counsel proceeding to trial as was discussed at the July 9
hearing. Second, that the 30+ gigabyte production of materials so substantially exceeded the
volume of discovery that the government stated had been withheld, a matter of pages rather than
gigabytes.

[4] The USAfx transfer process of volumes of electronic discovery, first to the discovery
coordinator and then distribution to counsel, by its nature further delays actual review of the
materials. As a practical matter, this process neutralizes and extends a court ordered "deadline".
Production of discovery by the government by a particular date should be real, such that the
materials are actually ready for distribution to counsel on the set date. Here, the proposal by
defense counsel is that large scale productions of electronic discovery be delivered on the set date
by delivering a hard drive to the defense discovery coordinator, rather than relying on cloud
based transfer.

1   Upon review of the documentary discovery, it was apparent that a large portion of the

2   documentary discovery contained substantial redactions, and that no WS materials had been

3   produced. In particular, the WS materials from October 2019 had not been produced without the

4   no copying, no printing protections.

5          Upon review of the July 14 documentary evidence and its significant redactions, On July

6   19, 2021 Trial Group One counsel sent an email to the government complaining of the redactions

7   in the documentary production, the timing of the production, and the inherent difficulties of

8   producing large volumes of electronic materials through the USAfx system. The text of the email

9   sent to the government on July 19 is attached hereto as Exhibit B. The position of Trial Group

10  One counsel is and was that the July 14, 2021 production was contrary to the content and spirit of

11  Judge Chen's orders stated at the July 9 hearing and contained in the resulting minute order.

12         The email sent to the government on July 19 went unanswered, and the first opportunity

13  to discuss the July 14, 2021 production was during the telephonic meet and confer between

14  Group One counsel and the government that took place on the afternoon of July 22. The sum

15  total of the government's position was (1) They disagreed that they had violated an order of

16  Judge Chen; (2) They agreed that they would turn over a complete set of unredacted discovery to

17  Group One Counsel at the end of this week (July 30, 2021) - begging the question of otherwise

18  when were they going to turn over the unredacted discovery to Group One; (3) At the end of the

19  following week they would turn over a set of the WS materials to Group One counsel without the

20  no printing, no copying restrictions (August 6, 2021); (4) They were unwilling to provide a hard

21  drive with the discovery at the end of this week and would continue utilizing the USAfx delivery

22  method; and (5) They had no AEO documents that they were presently willing to agree to

23  redesignate as non-AEO, save for a group of documents that had been discussed with defendant

24  Lyles; and (6) They insisted that the AEO redesignation discussion would proceed on a

25  document-by-document basis.

26         To be remembered is that pursuant to the order of Judge Chen the meet and confer to

27  occur the week of July 19 was to discuss the redesignation of AEO documents and to then bring

28  any disagreements to the attention of the magistrate. The entire spirit of that order was to

**NOTICE RE TRIAL GROUP ONE DISCOVERY**

-4-

1   effectively expedite the trial preparation process for the Group One defendants. Now that spirit

2   and process has been entirely thwarted. Trial Group One defendants can not intelligently discuss

3   redesignation of AEO documents when they are redacted and they cannot read, or necessarily

4   digest and comprehend the content of the document(s). The concept of redesignation is so that

5   Group One counsel can discuss AEO document with non-Group One counsel, potentially their

6   clients, and any witnesses. Now Group One counsel are only going to receive unredacted AEO

7   materials some time after the present hearing, and then strive to read, digest, comprehend, and

8   cross-reference those materials, and then go back to the government on a document-by-

9   document, item by item, basis to request the government to consider a redesignation. It is

10  submitted that every indication is that the government will be largely, if not entirely, disagreeable

11  to redesignation. The notion is then to go before the magistrate court for the review of each

12  contested item, a potentially very, very lengthy process. In the meantime, the time before a

13  January 2022 trial date continues to tick away. Trial Group One submits that we have reached an

14  untenable, unrealistic position in terms of effectively preparing for trial, and the discovery

15  production and AEO designation processes have to be reexamined and changed.

16          For the information of the Court, at the recent meet and confer the government was asked

17  to consider a redesignation of AEO materials based on the particular conduct covered by a group

18  of discovery materials. Here is the example that was provided: The government's enterprise

19  evidence at the Group One trial will certainly involve overt acts and alleged conduct that does not

20  involve a Group One defendant. It stands to reason that to prepare for that trial evidence, the

21  Group One defendants will need to talk to the attorney for the defendant alleged to be part of the

22  particular incident, the individual defendant, and/or any witness to the alleged conduct.

23  Wholesale redesignation of the set of AEO discovery materials relating to that incident would

24  then allow effective and realistic preparation as to the trial evidence for the incident. The

25  government rejected this proposal and insists on an item by item discussion and litigation.[5]

26  _____

27          [5] A suggestion by Trial Group One defendants is that the government, rather than the
    defense, should have to promptly justify continuing AEO designation on a document-by-
28  document basis. The whole concept of document-by-document analysis, and then litigation, is

Under these circumstances the Trial Group One defendants have no choice but to bring this entire situation to the attention of the Court and to ask for various remedies and relief. This next step was made plain to the government in the meet and confer. For the foregoing reasons, Trial Group One is therefore asking the Court take the following steps:

1) Order the government to immediately produce unredacted non-Jencks Act discovery to Trial Group One counsel on a hard drive to be provided to the Nelson defense discovery coordinator;

2) As to Trial Group One, order the government to immediately redesignate all AEO discovery as non-AEO discovery, or in the alternative, as the Trial Group One defense seeks to negotiate further with the Government on the future of the AEO designated discovery, Group One counsel should immediately be permitted to discuss the subject matters and witness names set forth in the AEO discovery provided without showing or providing copies of the AEO discovery to their clients, and should also be able to use the AEO information to conduct witness interviews from this point in the case forward;

3) Order the government to produce any existing substantive index of the discovery material in this case that labels the materials by its substance or content, and any level of protection to the materials designated by the government.

Trial Group One defense lawyers have met and conferred several times recently in an effort to discuss defense positions on the current status of discovery, and also to discuss trial preparation. The consensus of the group of lawyers is that especially because of delays in the transmission of discovery combined with the serious limitations caused by pervasive AEO designations attached to disclosures covering Group One charges, charged overt acts, and proposed uncharged act evidence, it is unlikely that Group One counsel can provide effective

---

handicapped by the lack of a coherent index of discovery materials being provided to defense counsel, and the lack of an understandable file naming system in the multiple, sequential productions of discovery.

assistance to their clients given the combination of the prohibitions against conferring with their clients about issues central to the case; limitations on the ability to investigate with Government reports in hand; the difficulty of investigation as the COVID situation becomes increasingly difficult again. The defense has also explained to the Court that the utility of the existence of a common purpose privilege protection in this case has been diminished by the limitations placed on Group One Counsel who at present cannot discuss case facts as disclosed in AEO reports with non Group One counsel, co-defendants and witnesses. Given delays in disclosures caused by logistical issues, it is highly unlikely in the experience of Trial Group One defense counsel that discovery that is theoretically to be provided to defense counsel 90 days before trial would actually get in the hands of current defense counsel at that time because of the current mechanics of the dissemination of discovery. All of these issues have combined to cause serious concerns to Group One Counsel about their levels of likely preparation for the trial of this case for a January 10, 2022 trial date.

Respectfully submitted,

July 25, 2021

/s/ _____
ROBERT WAGGENER
Attorney for Defendant
RUSSELL TAYLOR OTT

/s/ _____
MARCIA MORRISSEY
Attorney for Defendant
RUSSELL TAYLOR OTT

NOTICE RE TRIAL GROUP ONE DISCOVERY

-7-

*EXHIBIT A*



**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

| | |
|---|---|
| *11th Floor, Federal Building* | *(415)436-7200* |
| *450 Golden Gate Ave., Box 36055* | *FAX: (415) 436-7234* |
| *San Francisco, CA 94102-3495* | |

July 14, 2021

Erik Babcock, Esq.
717 Washington Street, Second Floor
Oakland, CA 94607
erik@babcocklawoffice.com
Counsel for Brian Burke

Martin Sabelli, Esq.
740 Noe Street
San Francisco, CA 94114
msabelli@sabellilaw.com
Counsel for Brian Wendt

George Boisseau, Esq.
740 4th Street, Second Floor
Santa Rosa, CA 95404
boisseaugc@msn.com
Counsel for Raymond Foakes

John G. Walsh, Esq.
63 Atlantic Avenue, 3rd Floor
Boston, MA 02110
johnwalsh15@rcn.com
Counsel for Christopher Ranieri

Robert Waggener, Esq.
214 Duboce Ave.
San Francisco, CA 94103
rwlaw@mindspring.com
Counsel for Russell Ott

James Bustamante
1000 Brannan Street, Suite 488
San Francisco, CA 94103
james@jacksonsquarelaw.com
Counsel for Merl Hefferman

Galia Amram, Esq.
217 Leidesdorff
San Francisco, CA 94111
gamram@durietangri.com
Counsel for Damien Cesena

James Thomson, Esq.
732 Addison Street, Suite A
Berkeley, CA 94710
james@ycbtal.net
Counsel for David Diaz

Randy Sue Pollock, Esq.
286 Santa Clara Avenue
Oakland, CA 94610
rsp@rspollocklaw.com
Counsel for Jeremy Greer

Jai Gohel, Esq.
819 Eddy Street
San Francisco, CA 94610
jaigohel@rocketmail.com
Counsel for Jonathan Nelson

Richard G. Novak, Esq.
65 N. Raymond Ave., Suite 320
Pasadena, CA 91103
richard@rgnlaw.com
Counsel for Jonathan Nelson

Michael W. Clough, Esq.
6114 LaSalle Ave #833
Oakland, CA 94611
mwclough@gmail.com
Counsel for Russell Lyles, Jr.

Re:   <u>United States v. Nelson, et al.</u>
      17-CR-0533 EMC


Dear Counsel:

In response to your request for discovery, please find enclosed for your review

FBI reports, attachments, photographs, and videos itemized in the attached index.

Please contact me if you have any questions concerning the foregoing.


Very truly yours,

STEPHANIE M. HINDS
Acting United States Attorney


_____
        /s/
KEVIN J. BARRY
AJAY KRISHNAMURTHY
LINA PENG
Assistant United States Attorneys

| BegDoc | EndDoc | Description | Protective Order Status |
|--------|--------|-------------|------------------------|
| HA-00073802 | HA-00073805 | 281P-SF-5626535-FF_0000006.pdf | Unrestricted |
| HA-00073806 | HA-00073807 | 281P-SF-5626535_0000440.pdf | Unrestricted |
| HA-00073808 | HA-00073809 | 281P-SF-5626535_0000441.pdf | Unrestricted |
| HA-00073810 | HA-00073811 | 281P-SF-5626535_0000443.pdf | Unrestricted |
| HA-00073812 | HA-00073813 | 281P-SF-5626535_0000444.pdf | Unrestricted |
| HA-00073814 | HA-00073815 | 281P-SF-5626535_0000458.pdf | Unrestricted |
| HA-00073816 | HA-00073816 | 281P-SF-5626535_0000459.pdf | Unrestricted |
| HA-00073817 | HA-00073818 | 281P-SF-5626535_0000460.pdf | Unrestricted |
| HA-00073819 | HA-00073819 | 281P-SF-5626535_0000476_Import.rtf | Unrestricted |
| HA-00073820 | HA-00073821 | 281P-SF-5626535_0000478.pdf | Unrestricted |
| HA-00073822 | HA-00073822 | 281P-SF-5626535_0000480.pdf | Unrestricted |
| HA-00073823 | HA-00073823 | 281P-SF-5626535_0000481_Import.rtf | Unrestricted |
| HA-00073824 | HA-00073824 | 281P-SF-5626535_0000486.pdf | Unrestricted |
| HA-00073825 | HA-00073825 | 281P-SF-5626535_0000486_1A0000153_0000001_PHYSICAL.pdf | Unrestricted |
| HA-00073826 | HA-00073826 | 281P-SF-5626535_0000487_Import.rtf | Unrestricted |
| HA-00073827 | HA-00073832 | 281P-SF-5626535_0000489.pdf | Unrestricted |
| HA-00073833 | HA-00073833 | 281P-SF-5626535_0000490_Import.rtf | Unrestricted |
| HA-00073834 | HA-00073835 | 281P-SF-5626535_0000491.pdf | Unrestricted |
| HA-00073836 | HA-00073839 | 281P-SF-5626535_0000493.pdf | Unrestricted |
| HA-00073840 | HA-00073841 | 281P-SF-5626535_0000495.pdf | Unrestricted |
| HA-00073842 | HA-00073843 | 281P-SF-5626535_0000496.pdf | Unrestricted |
| HA-00073844 | HA-00073844 | 281P-SF-5626535_0000496_1A0000156_0000001_PHYSICAL.pdf | Unrestricted |
| HA-00073845 | HA-00073845 | 281P-SF-5626535_0000499.pdf | Unrestricted |
| HA-00073846 | HA-00073846 | 281P-SF-5626535_0000501.pdf | Unrestricted |
| HA-00073847 | HA-00073847 | 281P-SF-5626535_0000501_Import.rtf | Unrestricted |
| HA-00073848 | HA-00073849 | 281P-SF-5626535_0000502.pdf | Unrestricted |
| HA-00073850 | HA-00073850 | 281P-SF-5626535_0000503.pdf | Unrestricted |
| HA-00073851 | HA-00073851 | 281P-SF-5626535_0000503_Import.rtf | Unrestricted |
| HA-00073852 | HA-00073852 | 281P-SF-5626535_0000504.pdf | Unrestricted |
| HA-00073853 | HA-00073853 | 281P-SF-5626535_0000504_1A0000158_0000001_PHYSICAL.pdf | Unrestricted |
| HA-00073854 | HA-00073854 | 281P-SF-5626535_0000506.pdf | Unrestricted |
| HA-00073855 | HA-00073855 | 281P-SF-5626535_0000506_1A0000159_0000001.png | Unrestricted |
| HA-00073856 | HA-00073856 | 281P-SF-5626535_0000507.pdf | Unrestricted |
| HA-00073857 | HA-00073857 | 281P-SF-5626535_0000507_Import.rtf | Unrestricted |
| HA-00073858 | HA-00073858 | 281P-SF-5626535_0000508.pdf | Unrestricted |
| HA-00073859 | HA-00073859 | 281P-SF-5626535_0000508_Import.rtf | Unrestricted |
| HA-00073860 | HA-00073860 | 281P-SF-5626535_0000510.pdf | Unrestricted |
| HA-00073861 | HA-00073861 | 281P-SF-5626535_0000510_1A0000160_0000001_PHYSICAL.pdf | Unrestricted |
| HA-00073862 | HA-00073863 | 281P-SF-5626535_0000512.pdf | Unrestricted |
| HA-00073864 | HA-00073864 | 281P-SF-5626535_0000513.pdf | Unrestricted |
| HA-00073865 | HA-00073865 | 281P-SF-5626535_0000513_1A0000162_0000001.png | Unrestricted |
| HA-00073866 | HA-00073866 | 281P-SF-5626535_0000514.pdf | Unrestricted |
| HA-00073867 | HA-00073867 | 281P-SF-5626535_0000514_1A0000163_0000001.png | Unrestricted |
| HA-00073868 | HA-00073870 | 281P-SF-5626535_0000515.pdf | Unrestricted |

| BegDoc | EndDoc | Description | Protective Order Status |
|---|---|---|---|
| HA-00073871 | HA-00073873 | 281P-SF-5626535_0000516.pdf | Unrestricted |
| HA-00073874 | HA-00073874 | 281P-SF-5626535_0000517_1A0000351_0000001_PHYSICAL.pdf | Unrestricted |
| HA-00073875 | HA-00073879 | 281P-SF-5626535_0000517_1A0000351_0000005.pdf | Unrestricted |
| HA-00073880 | HA-00073880 | 281P-SF-5626535_0000517_1A0000351_0000006.pdf | Unrestricted |
| HA-00073881 | HA-00073881 | 281P-SF-5626535_0000518.pdf | Unrestricted |
| HA-00073882 | HA-00073892 | 281P-SF-5626535_0000518_Import.pdf | Unrestricted |
| HA-00073893 | HA-00073893 | 281P-SF-5626535_0000520.pdf | Unrestricted |
| HA-00073894 | HA-00073894 | 281P-SF-5626535_0000520_Import.rtf | Unrestricted |
| HA-00073895 | HA-00073895 | 281P-SF-5626535_0000521.pdf | Unrestricted |
| HA-00073896 | HA-00073896 | 281P-SF-5626535_0000521_Import.rtf | Unrestricted |
| HA-00073897 | HA-00073898 | 281P-SF-5626535_0000522.pdf | Unrestricted |
| HA-00073899 | HA-00073899 | 281P-SF-5626535_0000523.pdf | Unrestricted |
| HA-00073900 | HA-00073900 | 281P-SF-5626535_0000524.pdf | Unrestricted |
| HA-00073901 | HA-00073901 | 281P-SF-5626535_0000524_1A0000166_0000001.png | Unrestricted |
| HA-00073902 | HA-00073902 | 281P-SF-5626535_0000525.pdf | Unrestricted |
| HA-00073903 | HA-00073903 | 281P-SF-5626535_0000528.pdf | Unrestricted |
| HA-00073904 | HA-00073905 | 281P-SF-5626535_0000529.pdf | Unrestricted |
| HA-00073906 | HA-00073906 | 281P-SF-5626535_0000531.pdf | Unrestricted |
| HA-00073907 | HA-00073907 | 281P-SF-5626535_0000531_1A0000170_0000001.png | Unrestricted |
| HA-00073908 | HA-00073908 | 281P-SF-5626535_0000534.pdf | Unrestricted |
| HA-00073909 | HA-00073909 | 281P-SF-5626535_0000535.pdf | Unrestricted |
| HA-00073910 | HA-00073910 | 281P-SF-5626535_0000536.pdf | Unrestricted |
| HA-00073911 | HA-00073920 | 281P-SF-5626535_0000536_1A0000174_0000001.pdf | Unrestricted |
| HA-00073921 | HA-00073921 | 281P-SF-5626535_0000540.pdf | Unrestricted |
| HA-00073922 | HA-00073922 | 281P-SF-5626535_0000557.pdf | Unrestricted |
| HA-00073923 | HA-00073933 | 281P-SF-5626535_0000557_1A0000185_0000001.pdf | Unrestricted |
| HA-00073934 | HA-00073934 | 281P-SF-5626535_0000561.pdf | Unrestricted |
| HA-00073935 | HA-00073936 | 281P-SF-5626535_0000562.pdf | Unrestricted |
| HA-00073937 | HA-00073942 | 281P-SF-5626535_0000563.pdf | Unrestricted |
| HA-00073943 | HA-00073944 | 281P-SF-5626535_0000569.pdf | Unrestricted |
| HA-00073945 | HA-00073946 | 281P-SF-5626535_0000571.pdf | Unrestricted |
| HA-00073947 | HA-00073948 | 281P-SF-5626535_0000573.pdf | Unrestricted |
| HA-00073949 | HA-00073949 | 281P-SF-5626535_0000574_1A0000188_0000001_PHYSICAL.pdf | Unrestricted |
| HA-00073950 | HA-00073950 | 281P-SF-5626535_0000574_1A0000189_0000001_PHYSICAL.pdf | Unrestricted |
| HA-00073951 | HA-00073951 | 281P-SF-5626535_0000577.pdf | Unrestricted |
| HA-00073952 | HA-00073958 | 281P-SF-5626535_0000578.pdf | Unrestricted |
| HA-00073959 | HA-00073959 | 281P-SF-5626535_0000580.pdf | Unrestricted |
| HA-00073960 | HA-00073967 | 281P-SF-5626535_0000583_1A0000191_0000006.pdf | Unrestricted |
| HA-00073968 | HA-00073968 | 281P-SF-5626535_0000584.pdf | Unrestricted |
| HA-00073969 | HA-00073972 | 281P-SF-5626535_0000585.pdf | Unrestricted |

| BegDoc | EndDoc | Description | Protective Order Status |
|--------|--------|-------------|------------------------|
| HA-00073973 | HA-00073973 | 281P-SF-5626535_0000585_1A0000194_0000001_PHYSICAL.pdf | Unrestricted |
| HA-00073974 | HA-00073974 | 281P-SF-5626535_0000585_1A0000195_0000001_PHYSICAL.pdf | Unrestricted |
| HA-00073975 | HA-00073975 | 281P-SF-5626535_0000585_1A0000196_0000001_PHYSICAL.pdf | Unrestricted |
| HA-00073976 | HA-00073976 | 281P-SF-5626535_0000593_1A0000198_0000001.pdf | Unrestricted |
| HA-00073977 | HA-00073977 | 281P-SF-5626535_0000594.pdf | Unrestricted |
| HA-00073978 | HA-00073983 | 281P-SF-5626535_0000594_1A0000199_0000001.pdf | Unrestricted |
| HA-00073984 | HA-00073984 | 281P-SF-5626535_0000595.pdf | Unrestricted |
| HA-00073985 | HA-00073985 | 281P-SF-5626535_0000595_Import.rtf | Unrestricted |
| HA-00073986 | HA-00073988 | 281P-SF-5626535_0000596_Import.pdf | Unrestricted |
| HA-00073989 | HA-00073989 | 281P-SF-5626535_0000598.pdf | Unrestricted |
| HA-00073990 | HA-00073991 | 281P-SF-5626535_0000629.pdf | Unrestricted |
| HA-00073992 | HA-00074000 | 281P-SF-5626535_0000629_1A0000237_0000001.pdf | Unrestricted |
| HA-00074001 | HA-00074002 | 281P-SF-5626535_0000630.pdf | Unrestricted |
| HA-00074003 | HA-00074011 | 281P-SF-5626535_0000630_1A0000238_0000001.pdf | Unrestricted |
| HA-00074012 | HA-00074012 | 281P-SF-5626535_0000648_1A0000251_0000001.pdf | Unrestricted |
| HA-00074013 | HA-00074015 | 281P-SF-5626535_0000648_1A0000251_0000002.pdf | Unrestricted |
| HA-00074016 | HA-00074018 | 281P-SF-5626535_0000648_1A0000251_0000003.pdf | Unrestricted |
| HA-00074019 | HA-00074019 | 281P-SF-5626535_0000648_1A0000251_0000004.pdf | Unrestricted |
| HA-00074020 | HA-00074021 | 281P-SF-5626535_0000648_1A0000251_0000005.pdf | Unrestricted |
| HA-00074022 | HA-00074022 | 281P-SF-5626535_0000648_1A0000252_0000001_PHYSICAL.pdf | Unrestricted |
| HA-00074023 | HA-00074028 | 281P-SF-5626535_0000648_1A0000252_0000002.pdf | Unrestricted |
| HA-00074029 | HA-00074029 | 281P-SF-5626535_0000648_1A0000252_0000003.pdf | Unrestricted |
| HA-00074030 | HA-00074030 | 281P-SF-5626535_0000648_1A0000252_0000004_PHYSICAL.pdf | Unrestricted |
| HA-00074031 | HA-00074039 | 281P-SF-5626535_0000648_1A0000253_0000001.pdf | Unrestricted |
| HA-00074040 | HA-00074046 | 281P-SF-5626535_0000788.pdf | Protected |
| HA-00074047 | HA-00074048 | 281P-SF-5626535_0000789.pdf | Unrestricted |
| HA-00074049 | HA-00074049 | 281P-SF-5626535_0000822.pdf | Unrestricted |
| HA-00074050 | HA-00074061 | 281P-SF-5626535_0000822_Import.pdf | Unrestricted |
| HA-00074062 | HA-00074062 | 281P-SF-5626535_0000823.pdf | Unrestricted |
| HA-00074063 | HA-00074063 | 281P-SF-5626535_0000824.pdf | Unrestricted |
| HA-00074064 | HA-00074065 | 281P-SF-5626535_0000824_Import.pdf | Unrestricted |
| HA-00074066 | HA-00074070 | 281P-SF-5626535_0000843_1A0000345_0000001.pdf | Unrestricted |

| BegDoc | EndDoc | Description | Protective Order Status |
|---|---|---|---|
| HA-00074071 | HA-00074075 | 281P-SF-5626535_0000843_1A0000345_0000002.pdf | Unrestricted |
| HA-00074076 | HA-00074076 | 281P-SF-5626535_0000843_1A0000345_0000003.pdf | Unrestricted |
| HA-00074077 | HA-00074127 | 281P-SF-5626535_0000846_Import.pdf | Unrestricted |
| HA-00074128 | HA-00074130 | 281P-SF-5626535_0000858_1A0000350_0000002.pdf | Unrestricted |
| HA-00074131 | HA-00074159 | 281P-SF-5626535_0000858_1A0000350_0000003.pdf | Unrestricted |
| HA-00074160 | HA-00074169 | 281P-SF-5626535_0000858_1A0000350_0000004.pdf | Unrestricted |
| HA-00074170 | HA-00074170 | 281P-SF-5626535_0000858_1A0000350_0000008_PHYSICAL.pdf | Unrestricted |
| HA-00074171 | HA-00074174 | 281P-SF-5626535_0000858_1A0000350_0000009.pdf | Unrestricted |
| HA-00074175 | HA-00074183 | 281P-SF-5626535_0000858_1A0000350_0000010.pdf | Unrestricted |
| HA-00074184 | HA-00074184 | 281P-SF-5626535_0000867.pdf | Unrestricted |
| HA-00074185 | HA-00074187 | 281P-SF-5626535_0000871_Import.pdf | Unrestricted |
| HA-00074188 | HA-00074189 | 281P-SF-5626535_0000913.pdf | Unrestricted |
| HA-00074190 | HA-00074190 | [NOT PRODUCED] | |
| HA-00074191 | HA-00074197 | 281P-SF-5626535_0000922_1A0000387_0000001.pdf | Unrestricted |
| HA-00074198 | HA-00074198 | 281P-SF-5626535_0000924.pdf | Unrestricted |
| HA-00074199 | HA-00074199 | 281P-SF-5626535_0000924_1A0000389_0000001.pdf | Unrestricted |
| HA-00074200 | HA-00074200 | MissingC.rtf | Unrestricted |
| HA-00074201 | HA-00074211 | 281P-SF-5626535_0000937_Import.pdf | Unrestricted |
| HA-00074212 | HA-00074213 | 281P-SF-5626535_0000952_Import.pdf | Protected |
| HA-00074214 | HA-00074214 | [NOT PRODUCED] | |
| HA-00074215 | HA-00074216 | 281P-SF-5626535_0001113_Import.pdf | Unrestricted |
| HA-00074217 | HA-00074221 | 281P-SF-5626535_0001118_Import.pdf | Unrestricted |
| HA-00074222 | HA-00074225 | 281P-SF-5626535_0001148_1A0000491_0000001.pdf | Unrestricted |
| HA-00074226 | HA-00074236 | 281P-SF-5626535_0001158_1A0000493_0000001.pdf | Unrestricted |
| HA-00074237 | HA-00074246 | 281P-SF-5626535_0001160_1A0000494_0000001.pdf | Unrestricted |
| HA-00074247 | HA-00074249 | 281P-SF-5626535_0000061_Import.pdf | Unrestricted |
| HA-00074250 | HA-00074269 | 281P-SF-5626535_0000395_1A0000102_0000001.pdf | AEO |
| HA-00074270 | HA-00074271 | 281P-SF-5626535_0000448.pdf | AEO |
| HA-00074272 | HA-00074272 | 281P-SF-5626535_0000448_1A0000135_0000001_PHYSICAL.pdf | AEO |
| HA-00074273 | HA-00074274 | 281P-SF-5626535_0000449.pdf | AEO |
| HA-00074275 | HA-00074275 | 281P-SF-5626535_0000449_1A0000136_0000001_PHYSICAL.pdf | AEO |
| HA-00074276 | HA-00074277 | 281P-SF-5626535_0000465.pdf | Protected |
| HA-00074278 | HA-00074283 | 281P-SF-5626535_0000465_1A0000139_0000001.pdf | Protected |
| HA-00074284 | HA-00074285 | 281P-SF-5626535_0000467.pdf | Protected |
| HA-00074286 | HA-00074289 | 281P-SF-5626535_0000470.pdf | Protected |

| BegDoc | EndDoc | Description | Protective Order Status |
|---|---|---|---|
| HA-00074290 | HA-00074291 | 281P-SF-5626535_0000471.pdf | Protected |
| HA-00074292 | HA-00074293 | 281P-SF-5626535_0000471_1A0000143_0000001.pdf | Protected |
| HA-00074294 | HA-00074294 | 281P-SF-5626535_0000471_1A0000143_0000002_PHYSICAL.pdf | Protected |
| HA-00074295 | HA-00074295 | 281P-SF-5626535_0000471_1A0000143_0000004_PHYSICAL.pdf | Protected |
| HA-00074296 | HA-00074296 | 281P-SF-5626535_0000485.pdf | Protected |
| HA-00074297 | HA-00074297 | 281P-SF-5626535_0000485_1A0000152_0000001_PHYSICAL.pdf | Protected |
| HA-00074298 | HA-00074301 | 281P-SF-5626535_0000488.pdf | Protected |
| HA-00074302 | HA-00074302 | 281P-SF-5626535_0000527.pdf | AEO |
| HA-00074303 | HA-00074303 | 281P-SF-5626535_0000527_1A0000169_0000001.pdf | AEO |
| HA-00074304 | HA-00074307 | 281P-SF-5626535_0000651.pdf | Protected |
| HA-00074308 | HA-00074308 | 281P-SF-5626535_0000654.pdf | AEO |
| HA-00074309 | HA-00074309 | 281P-SF-5626535_0000654_1A0000259_0000001_PHYSICAL.pdf | AEO |
| HA-00074310 | HA-00074315 | 281P-SF-5626535_0000674.pdf | AEO |
| HA-00074316 | HA-00074320 | 281P-SF-5626535_0000674_1A0000267_0000001.pdf | AEO |
| HA-00074321 | HA-00074321 | 281P-SF-5626535_0000674_1A0000267_0000002_PHYSICAL.pdf | AEO |
| HA-00074322 | HA-00074322 | 281P-SF-5626535_0000674_1A0000267_0000003.pdf | AEO |
| HA-00074323 | HA-00074323 | 281P-SF-5626535_0000679.pdf | AEO |
| HA-00074324 | HA-00074324 | 281P-SF-5626535_0000679_1A0000270_0000001_PHYSICAL.pdf | AEO |
| HA-00074325 | HA-00074327 | 281P-SF-5626535_0000689.pdf | Protected |
| HA-00074328 | HA-00074330 | 281P-SF-5626535_0000689_1A0000281_0000001.pdf | AEO |
| HA-00074331 | HA-00074331 | 281P-SF-5626535_0000689_1A0000281_0000002_PHYSICAL.pdf | AEO |
| HA-00074332 | HA-00074334 | 281P-SF-5626535_0000691.pdf | AEO |
| HA-00074335 | HA-00074335 | 281P-SF-5626535_0000691_1A0000284_0000001_PHYSICAL.pdf | AEO |
| HA-00074336 | HA-00074336 | 281P-SF-5626535_0000709_1A0000292_0000004_PHYSICAL.pdf | AEO |
| HA-00074337 | HA-00074339 | 281P-SF-5626535_0000710.pdf | AEO |
| HA-00074340 | HA-00074340 | 281P-SF-5626535_0000710_1A0000293_0000001_PHYSICAL.pdf | AEO |
| HA-00074341 | HA-00074341 | 281P-SF-5626535_0000717.pdf | AEO |
| HA-00074342 | HA-00074345 | 281P-SF-5626535_0000729.pdf | AEO |
| HA-00074346 | HA-00074346 | S-00077251-A-008.pdf | AEO |
| HA-00074347 | HA-00074350 | 281P-SF-5626535_0000768.pdf | AEO |

| BegDoc | EndDoc | Description | Protective Order Status |
|--------|--------|-------------|------------------------|
| HA-00074351 | HA-00074356 | 281P-SF-5626535_0000769.pdf | AEO |
| HA-00074357 | HA-00074358 | 281P-SF-5626535_0000770.pdf | AEO |
| HA-00074359 | HA-00074362 | 281P-SF-5626535_0000779.pdf | AEO |
| HA-00074363 | HA-00074366 | 281P-SF-5626535_0000781.pdf | AEO |
| HA-00074367 | HA-00074367 | 281P-SF-5626535_0000781_1A0000317_0000001_PHYSICAL.pdf | AEO |
| HA-00074368 | HA-00074369 | 281P-SF-5626535_0000784_Import.pdf | AEO |
| HA-00074370 | HA-00074370 | 281P-SF-5626535_0000785_Import.pdf | Protected |
| HA-00074371 | HA-00074371 | 281P-SF-5626535_0000795_Import.pdf | Protected |
| HA-00074372 | HA-00074372 | 281P-SF-5626535_0000813_Import.pdf | Protected |
| HA-00074373 | HA-00074375 | 281P-SF-5626535_0000816.pdf | Protected |
| HA-00074376 | HA-00074377 | 281P-SF-5626535_0000819.pdf | AEO |
| HA-00074378 | HA-00074378 | 281P-SF-5626535_0000821_Import.pdf | Protected |
| HA-00074379 | HA-00074379 | 281P-SF-5626535_0000826.pdf | AEO |
| HA-00074380 | HA-00074384 | 281P-SF-5626535_0000830_Import.pdf | AEO |
| HA-00074385 | HA-00074386 | 281P-SF-5626535_0000843_Import.pdf | AEO |
| HA-00074387 | HA-00074387 | 281P-SF-5626535_0000845_Import.pdf | AEO |
| HA-00074388 | HA-00074388 | 281P-SF-5626535_0000847.pdf | AEO |
| HA-00074389 | HA-00074390 | 281P-SF-5626535_0000848_Import.pdf | AEO |
| HA-00074391 | HA-00074392 | 281P-SF-5626535_0000849_Import.pdf | AEO |
| HA-00074393 | HA-00074394 | 281P-SF-5626535_0000850.pdf | AEO |
| HA-00074395 | HA-00074395 | 281P-SF-5626535_0000856_Import.pdf | AEO |
| HA-00074396 | HA-00074396 | 281P-SF-5626535_0000869.pdf | Protected |
| HA-00074397 | HA-00074399 | 281P-SF-5626535_0000872.pdf | AEO |
| HA-00074400 | HA-00074400 | 281P-SF-5626535_0000873.pdf | AEO |
| HA-00074401 | HA-00074401 | 281P-SF-5626535_0000873_1A0000360_0000001.jpg | AEO |
| HA-00074402 | HA-00074402 | 281P-SF-5626535_0000873_1A0000360_0000002.jpg | AEO |
| HA-00074403 | HA-00074403 | 281P-SF-5626535_0000873_1A0000360_0000003.jpg | AEO |
| HA-00074404 | HA-00074404 | 281P-SF-5626535_0000873_1A0000360_0000004.jpg | AEO |
| HA-00074405 | HA-00074405 | 281P-SF-5626535_0000873_1A0000360_0000005.jpg | AEO |
| HA-00074406 | HA-00074406 | 281P-SF-5626535_0000873_1A0000360_0000006.jpg | AEO |
| HA-00074407 | HA-00074407 | 281P-SF-5626535_0000873_1A0000360_0000007.jpg | AEO |
| HA-00074408 | HA-00074409 | 281P-SF-5626535_0000883.pdf | AEO |
| HA-00074410 | HA-00074410 | 281P-SF-5626535_0000887.pdf | AEO |
| HA-00074411 | HA-00074413 | 281P-SF-5626535_0000903.pdf | AEO |
| HA-00074414 | HA-00074417 | 281P-SF-5626535_0000923.pdf | AEO |
| HA-00074418 | HA-00074420 | 281P-SF-5626535_0000925.pdf | AEO |
| HA-00074421 | HA-00074425 | 281P-SF-5626535_0000943.pdf | AEO |
| HA-00074426 | HA-00074426 | 281P-SF-5626535_0000956.pdf | AEO |
| HA-00074427 | HA-00074428 | 281P-SF-5626535_0000963.pdf | AEO |
| HA-00074429 | HA-00074430 | 281P-SF-5626535_0000964_Import.pdf | AEO |
| HA-00074431 | HA-00074431 | 281P-SF-5626535_0000977.pdf | AEO |
| HA-00074432 | HA-00074434 | 281P-SF-5626535_0000977_Import.pdf | AEO |
| HA-00074435 | HA-00074435 | 281P-SF-5626535_0000982.pdf | AEO |
| HA-00074436 | HA-00074436 | 281P-SF-5626535_0000982_Import.pdf | AEO |
| HA-00074437 | HA-00074437 | 281P-SF-5626535_0001031.pdf | AEO |
| HA-00074438 | HA-00074439 | 281P-SF-5626535_0001068.pdf | AEO |

| BegDoc | EndDoc | Description | Protective Order Status |
|--------|--------|-------------|------------------------|
| HA-00074440 | HA-00074441 | 281P-SF-5626535_0001069.pdf | AEO |
| HA-00074442 | HA-00074443 | ▮▮▮▮ 2019-04-24 498.pdf | AEO |
| HA-00074444 | HA-00074455 | 281P-SF-5626535_0001081.pdf | AEO |
| HA-00074456 | HA-00074456 | 281P-SF-5626535_0001084.pdf | AEO |
| HA-00074457 | HA-00074457 | 281P-SF-5626535_0001086.pdf | AEO |
| HA-00074458 | HA-00074462 | 281P-SF-5626535_0001088.pdf | AEO |
| HA-00074463 | HA-00074463 | 281P-SF-5626535_0001089.pdf | AEO |
| HA-00074464 | HA-00074466 | 281P-SF-5626535_0001101.pdf | AEO |
| HA-00074467 | HA-00074468 | ▮▮▮▮ 2019-04-24 498.pdf | AEO |
| HA-00074469 | HA-00074470 | 281P-SF-5626535_0001157_Import.pdf | AEO |
| HA-00074471 | HA-00074472 | 281P-SF-5626535_0001175_Import.pdf | AEO |
| HA-00074473 | HA-00074474 | 281P-SF-5626535_0001196_Import.pdf | AEO |
| HA-00074475 | HA-00074477 | 281P-SF-5626535_0001199_Import.pdf | AEO |
| HA-00074478 | HA-00074479 | 281P-SF-5626535_0000588_Import.pdf | Protected |
| HA-00074480 | HA-00074480 | 281P-SF-5626535_0000589.pdf | Protected |
| HA-00074481 | HA-00074482 | 281P-SF-5626535_0000589_Import.pdf | Protected |
| HA-00074483 | HA-00074483 | 281P-SF-5626535_0000590.pdf | Protected |
| HA-00074484 | HA-00074485 | 281P-SF-5626535_0000590_Import.pdf | Protected |
| HA-00074486 | HA-00074486 | 281P-SF-5626535_0000591.pdf | Protected |
| HA-00074487 | HA-00074488 | 281P-SF-5626535_0000591_Import.pdf | Protected |
| HA-00074489 | HA-00074490 | 281P-SF-5626535_0000598_Import.pdf | Protected |
| HA-00074491 | HA-00074491 | 281P-SF-5626535_0000636.pdf | AEO |
| HA-00074492 | HA-00074493 | 1B527_ATF_Trace_Report.pdf | Protected |
| HA-00074494 | HA-00074495 | 281P-SF-5626535_0000823_Import.pdf | Protected |
| HA-00074496 | HA-00074515 | 281P-SF-5626535_0000858_1A0000350_0000001.pdf | Protected |
| HA-00074516 | HA-00074527 | 281P-SF-5626535_0000858_1A0000350_0000006.pdf | AEO |
| HA-00074528 | HA-00074528 | 281P-SF-5626535_0000858_1A0000350_0000007_PHYSICAL.pdf | AEO |
| HA-00074529 | HA-00074532 | 281P-SF-5626535_0000892.pdf | AEO |
| HA-00074533 | HA-00074571 | [NOT PRODUCED] | |
| HA-00074572 | HA-00074583 | 281P-SF-5626535_0000102_Import.pdf | Protected |
| HA-00074584 | HA-00074587 | 281P-SF-5626535-CAST_0000009.pdf | AEO |
| HA-00074588 | HA-00074590 | 281P-SF-5626535-CAST_0000010.pdf | AEO |
| HA-00074591 | HA-00074614 | 281P-SF-5626535-CAST_0000010_1A0000019_0000001.pdf | AEO |
| HA-00074615 | HA-00074617 | 281P-SF-5626535-CAST_0000011.pdf | AEO |
| HA-00074618 | HA-00074624 | 281P-SF-5626535-CAST_0000011_1A0000021_0000001.xlsx | AEO |
| HA-00074625 | HA-00074628 | 281P-SF-5626535-CAST_0000012.pdf | AEO |
| HA-00074629 | HA-00074630 | 281P-SF-5626535-CAST_0000013.pdf | Protected |
| HA-00074631 | HA-00074631 | 1A141 - SRPD Body Cam | AEO |
| HA-00074632 | HA-00074642 | 329A-SF-142324_BOX_1_OF_2-00000002.pdf | AEO |
| HA-00074643 | HA-00074643 | 329A-SF-142324_BOX_1_OF_2-00000327.pdf | AEO |
| HA-00074644 | HA-00074644 | 1A293 (Serial 710) - 2018-01-10 - Interview.zip [zip file containing several video files of interview] | AEO |
| HA-00074645 | HA-00074645 | 1D-10 AudioVideo - 2015-06-24 Interview [zip file containing HAWK player and audio files] | AEO |
| HA-00074646 | HA-00074646 | 1D-11 AudioVideo - 2015-08-21 Interview [zip file containing HAWK player and audio files] | AEO |

| BegDoc | EndDoc | Description | Protective Order Status |
|--------|--------|-------------|-------------------------|
| HA-00074647 | HA-00074647 | 1D-12 AudioVideo - 2015-08-21 - Aircraft Surveillance [zip file containing N879WM-2015-08-21-224335.mpg] | AEO |
| HA-00074648 | HA-00074648 | 1D-18 AudioVideo - 2017-11-18 - Aircraft Surveillance Videos [zip file containing video files] | AEO |
| HA-00074649 | HA-00074649 | 1D-22 AudioVideo - 2018-02-22 - Aircraft Surveillance [zip file containing video files] | AEO |
| HA-00074650 | HA-00074665 | ▮▮▮▮▮▮▮ Search Warran | AEO |
| HA-00074666 | HA-00074666 | 20160624_014500.jpg [Injury Photo] | AEO |
| HA-00074667 | HA-00074667 | 20160624_014543.jpg [Injury Photo] | AEO |
| HA-00074668 | HA-00074668 | 20160624_014558.jpg [Injury Photo] | AEO |
| HA-00074669 | HA-00074669 | 20160625_222649_001.jpg [Injury Photo] | AEO |
| HA-00074670 | HA-00074671 | S-00083504-A-001.pdf | AEO |
| HA-00074672 | HA-00074673 | S-00083504-A-002.pdf | AEO |
| HA-00074674 | HA-00074674 | 281P-SF-5626535_0000461_1A0000138_0000001.pdf | AEO |
| HA-00074675 | HA-00074675 | S-00083504-A-005.pdf | AEO |
| HA-00074676 | HA-00074686 | 281P-SF-5626535_0000482_1A0000149_0000001.pdf | AEO |
| HA-00074687 | HA-00074691 | 281P-SF-5626535_0000709.pdf | AEO |
| HA-00074692 | HA-00074698 | 281P-SF-5626535_0000709_1A0000292_0000001.pdf | AEO |
| HA-00074699 | HA-00074702 | 281P-SF-5626535_0000709_1A0000292_0000003.pdf | AEO |
| HA-00074703 | HA-00074703 | 281P-SF-5626535_0000709_1A0000292_0000005.pdf | AEO |
| HA-00074704 | HA-00074704 | 281P-SF-5626535_0000766.pdf | AEO |
| HA-00074705 | HA-00074705 | 281P-SF-5626535_0000766_1A0000308_0000001_PHYSICAL.pdf | AEO |
| HA-00074706 | HA-00074707 | 281P-SF-5626535_0000840.pdf | AEO |
| HA-00074708 | HA-00074708 | 281P-SF-5626535_0000900.pdf | AEO |
| HA-00074709 | HA-00074709 | ▮▮▮▮▮ 2018-07-19 328.pdf | AEO |
| HA-00074710 | HA-00074710 | ▮▮▮▮▮ 2018-07-19 395.pdf | AEO |
| HA-00074711 | HA-00074712 | ▮▮▮▮▮ 2018-07-19 498.pdf | AEO |
| HA-00074713 | HA-00074713 | 281P-SF-5626535_0000942.pdf | AEO |
| HA-00074714 | HA-00074714 | 281P-SF-5626535_0000942_1A0000393_0000001.pdf | AEO |
| HA-00074715 | HA-00074715 | 281P-SF-5626535_0000942_1A0000393_0000002.pdf | AEO |
| HA-00074716 | HA-00074719 | 281P-SF-5626535_0000959.pdf | AEO |
| HA-00074720 | HA-00074726 | S-00089942-A-001.pdf | AEO |
| HA-00074727 | HA-00074727 | 281P-SF-5626535_0000973_1A0000407_0000001.docx | AEO |
| HA-00074728 | HA-00074733 | 281P-SF-5626535_0000973_1A0000407_0000002.pdf | AEO |
| HA-00074734 | HA-00074737 | S-00083504-A-008.pdf | AEO |
| HA-00074738 | HA-00074742 | 281P-SF-5626535_0000986.pdf | AEO |
| HA-00074743 | HA-00074744 | 281P-SF-5626535_0000986_1A0000411_0000001.pdf | AEO |
| HA-00074745 | HA-00074745 | 281P-SF-5626535_0000986_1A0000411_0000002.pdf | AEO |
| HA-00074746 | HA-00074746 | ▮▮▮▮▮ 2018-07-19 328.pdf | AEO |
| HA-00074747 | HA-00074748 | ▮▮▮▮▮ i 2018-07-19 498.pdf | AEO |

| BegDoc | EndDoc | Description | Protective Order Status |
|--------|--------|-------------|------------------------|
| HA-00074749 | HA-00074749 | 281P-SF-5626535_0001020.pdf | AEO |
| HA-00074750 | HA-00074753 | S-00083504-A-009.pdf | AEO |
| HA-00074754 | HA-00074754 | 281P-SF-5626535_0001036.pdf | AEO |
| HA-00074755 | HA-00074773 | 281P-SF-5626535_0001036_1A0000425_0000001.pdf | AEO |
| HA-00074774 | HA-00074776 | 281P-SF-5626535_0001036_1A0000425_0000002.pdf | AEO |
| HA-00074777 | HA-00074777 | S-00089942-A-002.pdf | AEO |
| HA-00074778 | HA-00074778 | S-00089942-A-003.pdf | AEO |
| HA-00074779 | HA-00074780 | S-00083504-A-010.pdf | AEO |
| HA-00074781 | HA-00074781 | S-00083504-A-011.pdf | AEO |
| HA-00074782 | HA-00074782 | 281P-SF-5626535_0001090_1A0000463_0000001.jpg | AEO |
| HA-00074783 | HA-00074783 | 281P-SF-5626535_0001090_1A0000463_0000002.jpg | AEO |
| HA-00074784 | HA-00074784 | 281P-SF-5626535_0001090_1A0000463_0000003.jpg | AEO |
| HA-00074785 | HA-00074785 | S-00083504-A-012.pdf | AEO |
| HA-00074786 | HA-00074787 | S-00089942-A-004.pdf | AEO |
| HA-00074788 | HA-00074788 | S-00083504-A-013.pdf | AEO |
| HA-00074789 | HA-00074789 | S-00089942-A-005.pdf | AEO |
| HA-00074790 | HA-00074790 | S-00089942-A-006.pdf | AEO |
| HA-00074791 | HA-00074791 | S-00083504-A-014.pdf | AEO |
| HA-00074792 | HA-00074796 | 281P-SF-5626535_0001238.pdf | AEO |
| HA-00074797 | HA-00074801 | 281P-SF-5626535_0001238_1A0000525_0000001.pdf | AEO |
| HA-00074802 | HA-00074805 | 281P-SF-5626535_0001238_1A0000525_0000002.pdf | AEO |
| HA-00074806 | HA-00074806 | 281P-SF-5626535_0001238_1A0000525_0000003_PHYSICAL.pdf | AEO |
| HA-00074807 | HA-00074809 | S-00089942-A-008.pdf | AEO |
| HA-00074810 | HA-00074827 | 281P-SF-5626535_0001259_1A0000535_0000001.pdf | AEO |
| HA-00074828 | HA-00074828 | 1B681 - Phone Download [zip file containing phone extraction] | AEO |
| HA-00063608 | HA-00063787 | Previously produced 3/16/2021 with erroneous endorsement HA-00063638 to HA-00063817 [bates endorsemenet corrected to match file name] | AEO |
| HA-00063788 | HA-00063794 | Previously produced 3/16/2021 with erroneous endorsement HA-00063818 to HA-00063824 [bates endorsemenet corrected to match file name] | AEO |
| HA-00063801 | HA-00063803 | Previously produced 3/16/2021 with erroneous endorsement HA-00063831 to HA-00063833 [bates endorsemenet corrected to match file name] | AEO |
| HA-00074829 | HA-00074829 | FBI Serial 602 re: surveillance at 516 Frazier Ave - Previously produced 3/5/2021 with overlapping endorsement HA-00053920 [bates endorsemenet corrected to unoccupied range] | Unrestricted |

| BegDoc | EndDoc | Description | Protective Order Status |
|---|---|---|---|
| HA-00074830 | HA-00074830 | Notes re: 2017-09-12 surveillance at 516 Frazier Ave - Previously produced 3/5/2021 with overlapping endorsement HA-00053921 [bates endorsemenet corrected to unoccupied range] | Unrestricted |
| HA-00074831 | HA-00074831 | CHP Report M127-316-17 re: 2017-09-14 surveillance at 516 Frazier Ave - Previously produced 3/5/2021 with overlapping endorsement HA-00053922 [bates endorsemenet corrected to unoccupied range] | Unrestricted |
| HA-00074832 | HA-00074832 | CHP Report M127-316-17 re: 2017-09-15 surveillance at 516 Frazier Ave and vehicle registration info - Previously produced 3/5/2021 with overlapping endorsement HA-00053923 to HA-00053931 [bates endorsemenet corrected to unoccupied range] | Unrestricted |
| HA-00074833 | HA-00074839 | CHP Report M127-316-17 re: 2017-09-19 surveillance at 516 Frazier Ave and vehicle registration info - Previously produced 3/5/2021 with overlapping endorsement HA-00053932 to HA-00053938 [bates endorsemenet corrected to unoccupied range] | Unrestricted |
| HA-00074840 | HA-00074840 | Notes re: 2017-09-21 surveillance at 516 Frazier Ave - Previously produced 3/5/2021 with overlapping endorsement HA-00053939 [bates endorsemenet corrected to unoccupied range] | Unrestricted |
| HA-00074841 | HA-00074848 | CHP Report M127-316-17 re: 2017-09-20 surveillance at 516 Frazier Ave and vehicle registration info - Previously produced 3/5/2021 with overlapping endorsement HA-00053940 to HA-00053947 [bates endorsemenet corrected to unoccupied range] | Unrestricted |
| HA-00074849 | HA-00074849 | CHP Report M127-316-17 re: 2017-10-04 surveillance at 516 Frazier Ave - Previously produced 3/5/2021 with overlapping endorsement HA-00053948 [bates endorsemenet corrected to unoccupied range] | Unrestricted |
| HA-00074850 | HA-00074851 | CHP Report M127-316-17 re: 2017-10-04 surveillance at 516 Frazier Ave - Previously produced 3/5/2021 with overlapping endorsement HA-00053949 to HA-00053950 [bates endorsemenet corrected to unoccupied range] | Unrestricted |
| HA-00074852 | HA-00074864 | CHP Report M127-316-17 re: 2017-09-26 surveillance at 516 Frazier Ave and vehicle registration info - Previously produced 3/5/2021 with overlapping endorsement HA-00053951 to HA-00053963 [bates endorsemenet corrected to unoccupied range] | Unrestricted |
| HA-00074865 | HA-00074873 | CHP Report M127-316-17 re: 2017-09-27 surveillance at 516 Frazier Ave and vehicle registration info - Previously produced 3/5/2021 with overlapping endorsement HA-00053964 to HA-00053972 [bates endorsemenet corrected to unoccupied range] | Unrestricted |

| BegDoc | EndDoc | Description | Protective Order Status |
|---|---|---|---|
| HA-00074874 | HA-00074875 | CHP Report M127-316-17 re: 2017-10-05 surveillance at 516 Frazier Ave - Previously produced 3/5/2021 with overlapping endorsement HA-00053973 to HA-00053974 [bates endorsemenet corrected to unoccupied range] | Unrestricted |
| HA-00074876 | HA-00074878 | FBI Serial 603 re: search warrant at 1430 Country Manor Drive on 2017-11-18 - Previously produced 3/5/2021 with overlapping endorsement HA-00053975 to HA-00053977 [bates endorsemenet corrected to unoccupied range] | Unrestricted |
| HA-00074879 | HA-00074879 | FBI Property Receipt for search at 1430 Country Manor Drive - Previously produced 3/5/2021 with overlapping endorsement HA-00053978 [bates endorsemenet corrected to unoccupied range] | Unrestricted |
| HA-00074880 | HA-00074881 | FBI Serial 605 re: audio recording - FBI Serial 604 re: search warrant at ███████████ on 2017-11-18 - Previously produced 3/5/2021 with overlapping endorsement HA-00053979 to HA-00053980 [bates endorsemenet corrected to unoccupied range] | Unrestricted |
| HA-00074882 | HA-00074883 | Previously produced 3/5/2021 with overlapping endorsement HA-00053981 to HA-00053982 [bates endorsemenet corrected to unoccupied range] | Unrestricted |
| HA-00074884 | HA-00074884 | FBI Serial 606 re: 2017-11-20 return of property to ███████ Previously produced 3/5/2021 with overlapping endorsement HA-00053983 [bates endorsemenet corrected to unoccupied range] | Unrestricted |
| HA-00074885 | HA-00074885 | FBI Property Receipt for search at ███████████ ███ - Previously produced 3/5/2021 with overlapping endorsement HA-00053984 [bates endorsemenet corrected to unoccupied range] | Unrestricted |
| HA-00074886 | HA-00074887 | FBI Serial 607 re: audio recording - Previously produced 3/5/2021 with overlapping endorsement HA-00053985 to HA-00053986 [bates endorsemenet corrected to unoccupied range] | Unrestricted |
| HA-00074888 | HA-00074888 | FBI Serial 608 re: 2017-11-20 return of property to ███████ - Previously produced 3/5/2021 with overlapping endorsement HA-00053987 [bates endorsemenet corrected to unoccupied range] | Unrestricted |
| HA-00074889 | HA-00074889 | FBI Property Receipt for search at ███████████ - Previously produced 3/5/2021 with overlapping endorsement HA-00053988 [bates endorsemenet corrected to unoccupied range] | Unrestricted |
| HA-00074890 | HA-00074900 | FBI Serial 609 re: Cell Site Analysis - Previously produced 3/5/2021 with overlapping endorsement HA-00053989 to HA-00053999 [bates endorsemenet corrected to unoccupied range] | Unrestricted |

| BegDoc | EndDoc | Description | Protective Order Status |
|--------|--------|-------------|------------------------|
| HA-00074901 | HA-00074913 | Cell Site Analysis Report - Previously produced 3/5/2021 with overlapping endorsement HA-0005400 to HA-00054012 [bates endorsemenet corrected to unoccupied range] | Unrestricted |

*EXHIBIT B*

Lina, Kevin, and Ajay,

I am writing concerning the most recent discovery production of July 14 and how it relates to Trial Group One, and am doing so on behalf of all three Group One defendants.

I have attached the 14 page July 14 discovery letter with its included index. The production includes over 30 GBs of material and the discovery letter was sent to all counsel in the case. Speaking with discovery coordinator Bryan Reuter, although the letter is dated the 14th, the actual delivery of the data to Bryan through the USAfx system did not begin until the 16th. Bryan was able to process the document data relatively quickly, and the included PDF documents (approximately 1GB) were distributed to counsel over the weekend. The remaining bulk of the discovery, consisting of recordings, video, one cell phone download, and other data, is still being processed and likely won't be available for distribution until later today. The first point I want to make is that I do not think that under the current circumstances discovery is being produced in a timely fashion. If Judge Chen sets a deadline for production of July 14, particularly with delivery through the USAfx system, then our discovery coordinator should have it available for production on July 14.  The government has to realize that the discovery needs time to be processed, and should take that into account in terms of when the delivery begins. An alternative, especially with large productions, is to get Bryan an external drive in a timely fashion.

Having now had a chance to peruse the documents in this recent production, a significant problem is the amount of redaction. There are literally thousands of redactions in these documents, ranging from words and phrases to entire pages. As to the Group One defendants in particular, we submit that it was the intention and order of Judge Chen that the three defendants, at this point in the proceedings, should be

provided with clean, unredacted copies of the documentary discovery, AEO or otherwise. Please produce unredacted copies immediately.

Just after the last hearing with Judge Chen I emailed you about the previously produced Witness Safety (WS) materials. Understanding that the previously produced electronic WS materials were protected such that the files could not be copied or printed, I asked you to produce those materials to the Group One defendants without those protections in your July 14 production. I did not receive any response to that email request, and now realize that you did not comply with that request in the recent production. Indeed, there were no "WS" materials in the recent production. I renew my request and ask that you immediately produce unprotected WS materials to Group One.

On the subject of the WS materials, Judge Chen's minute order after the last hearing in relevant part stated the following:

**Further Deadlines Set by the Court:**

The Court addressed outstanding discovery issues. First, it **ordered** the Government to produce to counsel for the Group #1 defendants all previously undisclosed "witness safety" materials that are not subject to the Jencks Act by **July 14, 2021.** The Court noted that, in its order of March 24, 2021, it stated its intention to order disclosure of non-Jencks materials (consisting mostly of law-enforcement reports) roughly 120-180 days before the start of the Group #1 trial. *See* Docket No. 1582 at 3-4. As the Group #1 trial is set to begin in approximately 180 days, the Government is to disclose the non-Jencks materials at the present time. Per the Court's earlier orders, Jencks Act materials will be produced to the Group #1 defendants no later than 90 days before trial. *See* Docket No. 1582 at 3. Additionally, the non-Jencks materials will be produced subject to an Attorneys' Eyes Only ("AEO") protective order for the time being. *See* Docket No. 1419 at 4, Docket No. 1582 at 4.

As I noted, there were no WS materials in this recent production to all counsel. Per Judge Chen's order, Group One is asking to immediately be provided with all previously undisclosed "witness safety" materials that are not subject to the Jencks Act. If there are no such materials to turn over, then please clarify that that is the case.

I look forward to hearing back from you. Last Friday we set a meet and

confer with the Group One defendants for this Thursday afternoon. That meeting was set before Group One had the opportunity to review any of the new discovery. Now that we have had that opportunity, at least as to the documentary items, we have more pressing issues just to get access to the discovery that we believe should already have been produced. We should keep the Thursday meeting on the books, but let's make some progress on this recent production as soon as possible. The meet and confer for this week was addressed in another portion of Judge Chen's minute order:

these arguments, the Court instructed the parties to meet and confer during the week of July 19, 2021, and stipulate to a selective lifting of the AEO protective order for non-Jencks materials wherever possible. If the parties are unable to agree on materials that can be disclosed prior to the default 90 day timeline for lifting of the order, they are to address the matter expeditiously before Magistrate Judge Beeler on a document-by-document basis.

Now Group One is in a position of being provided a highly redacted set of new AEO materials from the government, which makes it all the more difficult intelligently and substantively address why the AEO protective order might be lifted for these materials, or previously produced AEO materials. If it hasn't been made clear already, Group One is requesting a completely unredacted set of non-Jencks materials.

Like I said, I look forward to hearing from you.

Before I leave, I want to make one final point. The descriptions on your indexes of discovery, with this recent production being an example, are really not helpful or productive. If there was a way to label files with at least some type of informative description, it would be very much appreciated. Another alternative would be for the government to

produce an actual descriptive index of the files, if any such thing exists.

EXHIBIT C

**US v. Nelson, et al.**
Discovery - AEO Designation ONLY

| Bates Begin | Bates - End | Production Date | Designation on discovery letter | Designation on document | Notes |
|---|---|---|---|---|---|
| HA-00000350 | HA-00000409 | 2/25/2019 | N/A | AEO | No discovery letter |
| HA-00000468 | HA-00000479 | 2/25/2019 | N/A | AEO | No discovery letter |
| HA-00000480 | HA-00000490 | 2/25/2019 | N/A | AEO | No discovery letter |
| HA-00000491 | HA-00000492 | 2/25/2019 | N/A | AEO | No discovery letter |
| HA-00000493 | HA-00000495 | 2/25/2019 | N/A | AEO | No discovery letter |
| HA-00000825 | HA-00000835 | 2/25/2019 | N/A | AEO | No discovery letter |
| HA-00000836 | HA-00000848 | 2/25/2019 | N/A | AEO | No discovery letter |
| HA-00000875 | HA-00000882 | 2/25/2019 | N/A | AEO | No discovery letter |
| HA-00000891 | HA-00000907 | 2/25/2019 | N/A | AEO | No discovery letter |
| HA-00000912 | HA-00000956 | 1/31/2020 | AEO | AEO | Discovery letter incorrectly dated 1/31/2019 |
| HA-00000957 | HA-00000974 | 2/25/2019 | N/A | AEO | No discovery letter |
| HA-00000975 | HA-00000978 | 1/31/2020 | AEO | AEO | Discovery letter incorrectly dated 1/31/2019 |
| HA-00001613 | HA-00001620 | 2/25/2019 | N/A | AEO | No discovery letter |
| HA-00018243 | HA-00018254 | 2/25/2019 | N/A | AEO | No discovery letter |
| HA-00020800 | HA-00020818 | 2/25/2019 | N/A | AEO | No discovery letter |
| HA-00023189 | HA-00023203 | 2/25/2019 | N/A | AEO | No discovery letter |
| HA-00026582 | HA-00026597 | 2/25/2019 | N/A | AEO | No discovery letter |
| HA-00028665 | HA-00028700 | 2/25/2019 | N/A | AEO | No discovery letter |
| HA-00037480 | HA-00037494 | 2/25/2019 | N/A | AEO | No discovery letter |
| HA-00046395 | HA-00046409 | 1/31/2020 | AEO | AEO | |
| HA-00046410 | HA-00046421 | 2/5/2020 | No designation | AEO | Discovery letter incorrectly dated 2/5/2019; AEO is in file name |
| HA-00046422 | HA-00046424 | 2/5/2020 | No designation | AEO | Discovery letter incorrectly dated 2/5/2019; AEO is in file name |
| HA-00046425 | HA-00046600 | 2/5/2020 | No designation | AEO | Discovery letter incorrectly dated 2/5/2019; AEO is in file name |
| HA-00046601 | HA-00046602 | 2/5/2020 | No designation | AEO | Discovery letter incorrectly dated 2/5/2019; AEO is in file name |
| HA-00046603 | HA-00046637 | 2/14/2020 | AEO | AEO | Discovery letter incorrectly dated 2/14/2019 |
| HA-00046638 | HA-00046645 | 3/13/2020 | AEO | AEO | Discovery letter incorrectly dated 3/13/2019 |
| HA-00046648 | HA-00046648 | 4/20/2020 | AEO | AEO | |
| HA-00046649 | HA-00046650 | 4/20/2020 | AEO | AEO | |

**US v. Nelson, et al.**
**Discovery - AEO Designation ONLY**

| Bates Begin | Bates - End | Production Date | Designation on discovery letter | Designation on document | Notes |
|---|---|---|---|---|---|
| HA-00046651 | HA-00046651 | 4/20/2020 | AEO | No designation | AEO in file name |
| HA-00046652 | HA-00046652 | 4/27/2020 | AEO | AEO | AEO in file name |
| HA-00046652 | HA-00046652 | 4/27/2020 | AEO | AEO | AEO in file name |
| HA-00046652 | HA-00046652 | 4/27/2020 | AEO | AEO | AEO in file name |
| HA-00046652 | HA-00046652 | 4/27/2020 | AEO | AEO | AEO in file name |
| HA-00046652 | HA-00046652 | 4/27/2020 | AEO | AEO | AEO in file name |
| HA-00046652 | HA-00046652 | 4/27/2020 | AEO | AEO | AEO in file name |
| HA-00046653 | HA-00046653 | 4/27/2020 | AEO | AEO | AEO in file name |
| HA-00046653 | HA-00046653 | 4/27/2020 | AEO | AEO | AEO in file name |
| HA-00046654 | HA-00046654 | 4/27/2020 | AEO | AEO | AEO in file name |
| HA-00046654 | HA-00046654 | 4/27/2020 | AEO | AEO | AEO in file name |
| HA-00046656 | HA-00046656 | 4/27/2020 | AEO | AEO | AEO in file name |
| HA-00046657 | HA-00046657 | 4/27/2020 | AEO | No designation | AEO in folder name only |
| HA-00046657 | HA-00046657 | 4/27/2020 | AEO | No designation | AEO in folder name only |
| HA-00046657 | HA-00046657 | 4/27/2020 | AEO | No designation | AEO in folder name only |
| HA-00046657 | HA-00046657 | 4/27/2020 | AEO | No designation | AEO in folder name only |
| HA-00046657 | HA-00046657 | 4/27/2020 | AEO | No designation | AEO in folder name only |
| HA-00046657 | HA-00046657 | 4/27/2020 | AEO | No designation | AEO in folder name only |
| HA-00046658 | HA-00046658 | 4/27/2020 | AEO | AEO | AEO in file name |
| HA-00046659 | HA-00046659 | 4/27/2020 | AEO | AEO | AEO in file name |
| HA-00046659 | HA-00046659 | 4/27/2020 | AEO | AEO | AEO in file name |
| HA-00046660 | HA-00046660 | 4/27/2020 | AEO | AEO | AEO in file name |
| HA-00046661 | HA-00046661 | 4/27/2020 | AEO | AEO | AEO in file name |
| HA-00046662 | HA-00046662 | 4/27/2020 | AEO | AEO | AEO in file name |
| HA-00046663 | HA-00046663 | 4/27/2020 | AEO | AEO | AEO in file name |
| HA-00046664 | HA-00046664 | 4/27/2020 | AEO | AEO | AEO in file name |
| HA-00046665_01 | HA-00046665_01 | 4/27/2020 | AEO | AEO | AEO in file name |
| HA-00046665_02 | HA-00046665_02 | 4/27/2020 | AEO | AEO | AEO in file name |
| HA-00046665_03 | HA-00046665_03 | 4/27/2020 | AEO | AEO | AEO in file name |
| HA-00046666 | HA-00046666 | 4/27/2020 | AEO | AEO | AEO in file name |
| HA-00046667 | HA-00046667 | 4/27/2020 | AEO | AEO | AEO in file name |
| HA-00046882 | HA-00046882 | 6/4/2020 | AEO | AEO | listed as incorrect Bates in cover letter |

| Bates Begin | Bates - End | Production Date | Designation on discovery letter | Designation on document | Notes |
|---|---|---|---|---|---|
| HA-00046882 | HA-00046882 | 6/4/2020 | AEO | AEO | listed as incorrect Bates in cover letter |
| HA-00046883 | HA-00046893 | 6/4/2020 | AEO | AEO | |
| HA-00050971 | HA-00051010 | 6/4/2020 | AEO | AEO | |
| HA-00051083 | HA-00051103 | 6/12/2020 | AEO | AEO | |
| HA-00053860 | HA-000053861 | 11/12/2020 | AEO | AEO | |
| HA-00053862 | HA-00053864 | 11/12/2020 | AEO | AEO | |
| HA-00053865 | HA-00053867 | 11/12/2020 | AEO | AEO | |
| HA-00053868 | HA-00053869 | 11/12/2020 | AEO | AEO | |
| HA-00053870 | HA-00053883 | 11/12/2020 | AEO | AEO | |
| HA-00053884 | HA-00053898 | 11/12/2020 | AEO | AEO | |
| HA-00053899 | HA-00053899 | 11/12/2020 | AEO | AEO | |
| HA-00053900 | HA-00053900 | 11/12/2020 | AEO | AEO | |
| HA-00053901 | HA-00053901 | 11/12/2020 | AEO | AEO | |
| HA-00053902 | HA-00053904 | 11/12/2020 | AEO | AEO | |
| HA-00053905 | HA-00053908 | 11/12/2020 | AEO | AEO | |
| HA-00053909 | HA-00053910 | 11/12/2020 | AEO | AEO | |
| HA-00053911 | HA-00053917 | 11/12/2020 | AEO | AEO | |
| HA-00053918 | HA-00053921 | 11/12/2020 | AEO | AEO | |
| HA-00053920 | HA-00053920 | 11/12/2020 | AEO | AEO | |
| HA-00053921 | HA-00053921 | 11/12/2020 | AEO | AEO | |
| HA-00053922 | HA-00053922 | 11/12/2020 | AEO | AEO | |
| HA-00053922 | HA-00053934 | 11/12/2020 | AEO | AEO | |
| HA-00053923 | HA-00053923 | 11/12/2020 | AEO | AEO | |
| HA-00053932 | HA-00053938 | 11/12/2020 | AEO | AEO | |
| HA-00053935 | HA-00053937 | 11/12/2020 | AEO | AEO | |
| HA-00053938 | HA-00053940 | 11/12/2020 | AEO | AEO | |
| HA-00053939 | HA-00053939 | 11/12/2020 | AEO | AEO | |
| HA-00053940 | HA-00053947 | 11/12/2020 | AEO | AEO | |
| HA-00053941 | HA-00053947 | 11/12/2020 | AEO | AEO | |
| HA-00053948 | HA-00053948 | 11/12/2020 | AEO | AEO | |
| HA-00053948 | HA-00053953 | 11/12/2020 | AEO | AEO | |
| HA-00053949 | HA-00053950 | 11/12/2020 | AEO | AEO | |

US v. Nelson, et al.
Discovery - AEO Designation ONLY

| Bates Begin | Bates - End | Production Date | Designation on discovery letter | Designation on document | Notes |
|---|---|---|---|---|---|
| HA-00053951 | HA-00053963 | 11/12/2020 | AEO | AEO | |
| HA-00053954 | HA-00053959 | 11/12/2020 | AEO | AEO | |
| HA-00053960 | HA-00053960 | 11/12/2020 | AEO | AEO | |
| HA-00053961 | HA-00053961 | 11/12/2020 | AEO | AEO | |
| HA-00053962 | HA-00053962 | 11/12/2020 | AEO | AEO | |
| HA-00053963 | HA-00053965 | 11/12/2020 | AEO | AEO | |
| HA-00053966 | HA-00053966 | 11/12/2020 | AEO | No designation | Audio file - no designation in file name |
| HA-00053967 | HA-00053967 | 11/12/2020 | AEO | No designation | Cell extraction, no designation in file name |
| HA-00053968 | HA-00053968 | 11/12/2020 | AEO | AEO | |
| HA-00053969 | HA-00053970 | 11/12/2020 | AEO | AEO | |
| HA-00053971 | HA-00053981 | 11/12/2020 | AEO | AEO | |
| HA-00053971 | HA-00053981 | 11/12/2020 | AEO | AEO | |
| HA-00053973 | HA-00053974 | 11/12/2020 | AEO | AEO | |
| HA-00053975 | HA-00053977 | 11/12/2020 | AEO | AEO | |
| HA-00053978 | HA-00053978 | 11/12/2020 | AEO | AEO | |
| HA-00053979 | HA-00053980 | 11/12/2020 | AEO | AEO | |
| HA-00053981 | HA-00053982 | 11/12/2020 | AEO | AEO | |
| HA-00053982 | HA-00053993 | 11/12/2020 | AEO | AEO | |
| HA-00053983 | HA-00053983 | 11/12/2020 | AEO | AEO | |
| HA-00053984 | HA-00053984 | 11/12/2020 | AEO | AEO | |
| HA-00053985 | HA-00053986 | 11/12/2020 | AEO | AEO | |
| HA-00053987 | HA-00053987 | 11/12/2020 | AEO | AEO | |
| HA-00053988 | HA-00053988 | 11/12/2020 | AEO | AEO | |
| HA-00053989 | HA-00053999 | 11/12/2020 | AEO | AEO | |
| HA-00053994 | HA-00053997 | 11/12/2020 | AEO | AEO | |
| HA-00053994 | HA-00053997 | 11/12/2020 | AEO | AEO | |
| HA-00053998 | HA-00054005 | 11/12/2020 | AEO | AEO | |
| HA-00055065 | | 3/5/2021 | AEO | AEO | |
| HA-00055632 | | 3/5/2021 | AEO | AEO | |
| HA-00055646 | | 3/5/2021 | AEO | AEO | |
| HA-00056595 | | 3/5/2021 | AEO | AEO | |
| HA-00056653 | | 3/5/2021 | AEO | AEO | |

**US v. Nelson, et al.**
**Discovery - AEO Designation ONLY**

| Bates Begin | Bates - End | Production Date | Designation on discovery letter | Designation on document | Notes |
|---|---|---|---|---|---|
| HA-00056671 | | 3/5/2021 | AEO | AEO | |
| HA-00056726 | | 3/5/2021 | AEO | AEO | |
| HA-00056760 | | 3/5/2021 | AEO | AEO | |
| HA-00056800 | | 3/5/2021 | AEO | AEO | |
| HA-00056806 | | 3/5/2021 | AEO | AEO | |
| HA-00056807 | | 3/5/2021 | AEO | AEO | |
| HA-00056810 | | 3/5/2021 | AEO | AEO | |
| HA-00056862 | | 3/5/2021 | AEO | AEO | |
| HA-00056864 | | 3/5/2021 | AEO | AEO | |
| HA-00056865 | | 3/5/2021 | AEO | AEO | |
| HA-00056866 | | 3/5/2021 | AEO | AEO | |
| HA-00056868 | | 3/5/2021 | AEO | AEO | |
| HA-00056870 | | 3/5/2021 | AEO | AEO | |
| HA-00056871 | | 3/5/2021 | AEO | AEO | |
| HA-00056872 | | 3/5/2021 | AEO | AEO | |
| HA-00056873 | | 3/5/2021 | AEO | AEO | |
| HA-00056874 | | 3/5/2021 | AEO | AEO | |
| HA-00056882 | | 3/5/2021 | AEO | AEO | |
| HA-00056883 | | 3/5/2021 | AEO | AEO | |
| HA-00056885 | | 3/5/2021 | AEO | AEO | |
| HA-00056886 | | 3/5/2021 | AEO | AEO | |
| HA-00056887 | | 3/5/2021 | AEO | AEO | |
| HA-00056888 | | 3/5/2021 | AEO | AEO | |
| HA-00056890 | | 3/5/2021 | AEO | AEO | |
| HA-00056891 | | 3/5/2021 | AEO | AEO | |
| HA-00056892 | | 3/5/2021 | AEO | AEO | |
| HA-00056893 | | 3/5/2021 | AEO | AEO | |
| HA-00056894 | | 3/5/2021 | AEO | AEO | |
| HA-00056895 | | 3/5/2021 | AEO | AEO | |
| HA-00056896 | | 3/5/2021 | AEO | AEO | |
| HA-00056898 | | 3/5/2021 | AEO | AEO | |
| HA-00056908 | | 3/5/2021 | AEO | AEO | |

US v. Nelson, et al.
Discovery - AEO Designation ONLY

| Bates Begin | Bates - End | Production Date | Designation on discovery letter | Designation on document | Notes |
|---|---|---|---|---|---|
| HA-00056910 | | 3/5/2021 | AEO | AEO | |
| HA-00056911 | | 3/5/2021 | AEO | AEO | |
| HA-00056912 | | 3/5/2021 | AEO | AEO | |
| HA-00056916 | | 3/5/2021 | AEO | AEO | |
| HA-00056917 | | 3/5/2021 | AEO | AEO | |
| HA-00056921 | | 3/5/2021 | AEO | AEO | |
| HA-00056922 | | 3/5/2021 | AEO | AEO | |
| HA-00056923 | | 3/5/2021 | AEO | AEO | |
| HA-00056932 | | 3/5/2021 | AEO | AEO | |
| HA-00056933 | | 3/5/2021 | AEO | AEO | |
| HA-00056934 | | 3/5/2021 | AEO | AEO | |
| HA-00056935 | | 3/5/2021 | AEO | AEO | |
| HA-00056936 | | 3/5/2021 | AEO | AEO | |
| HA-00056937 | | 3/5/2021 | AEO | AEO | |
| HA-00056938 | | 3/5/2021 | AEO | AEO | |
| HA-00056980 | | 3/5/2021 | AEO | AEO | |
| HA-00056986 | | 3/5/2021 | AEO | AEO | |
| HA-00056995 | | 3/5/2021 | AEO | AEO | |
| HA-00056996 | | 3/5/2021 | AEO | AEO | |
| HA-00057014 | | 3/5/2021 | AEO | AEO | |
| HA-00057020 | | 3/5/2021 | AEO | AEO | |
| HA-00057025 | | 3/5/2021 | AEO | AEO | |
| HA-00057026 | HA-00057026 | 1/5/2021 | AEO | No designation | Video file. Designation only in folder name |
| HA-00057027 | HA-00057027 | 1/5/2021 | AEO | No designation | Video file. Designation only in folder name |
| HA-00057028 | HA-00057028 | 1/5/2021 | AEO | No designation | Video file. Designation only in folder name |
| HA-00057029 | HA-00057029 | 1/5/2021 | AEO | No designation | Video file. Designation only in folder name |
| HA-00057030 | HA-00057030 | 1/5/2021 | AEO | No designation | Video file. Designation only in folder name |
| HA-00057031 | HA-00057031 | 1/5/2021 | AEO | No designation | Video file. Designation only in folder name |
| HA-00057032 | HA-00057032 | 1/5/2021 | AEO | No designation | Video file. Designation only in folder name |
| HA-00057033 | HA-00057033 | 1/5/2021 | AEO | No designation | Video file. Designation only in folder name |
| HA-00057034 | HA-00057034 | 1/5/2021 | AEO | No designation | Video file. Designation only in folder name |
| HA-00057035 | HA-00057035 | 1/5/2021 | AEO | No designation | Video file. Designation only in folder name |

**US v. Nelson, et al.**
**Discovery - AEO Designation ONLY**

| Bates Begin | Bates - End | Production Date | Designation on discovery letter | Designation on document | Notes |
|---|---|---|---|---|---|
| HA-00057036 | HA-00057036 | 1/5/2021 | AEO | No designation | Video file. Designation only in folder name |
| HA-00057037 | HA-00057037 | 1/5/2021 | AEO | No designation | Video file. Designation only in folder name |
| HA-00057038 | HA-00057038 | 1/5/2021 | AEO | No designation | Video file. Designation only in folder name |
| HA-00057039 | HA-00057039 | 1/5/2021 | AEO | No designation | Video file. Designation only in folder name |
| HA-00057040 | HA-00057040 | 1/5/2021 | AEO | No designation | Video file. Designation only in folder name |
| HA-00057041 | HA-00057041 | 1/5/2021 | AEO | No designation | Video file. Designation only in folder name |
| HA-00057042 | HA-00057042 | 1/5/2021 | AEO | No designation | Video file. Designation only in folder name |
| HA-00057043 | HA-00057043 | 1/5/2021 | AEO | No designation | Video file. Designation only in folder name |
| HA-00057044 | HA-00057044 | 1/5/2021 | AEO | No designation | Video file. Designation only in folder name |
| HA-00057045 | HA-00057045 | 1/5/2021 | AEO | No designation | Video file. Designation only in folder name |
| HA-00057046 | HA-00057046 | 1/5/2021 | AEO | No designation | Video file. Designation only in folder name |
| HA-00057047 | HA-00057047 | 1/5/2021 | AEO | No designation | Video file. Designation only in folder name |
| HA-00057048 | HA-00057048 | 1/5/2021 | AEO | No designation | Video file. Designation only in folder name |
| HA-00057049 | HA-00057049 | 1/5/2021 | AEO | No designation | Video file. Designation only in folder name |
| HA-00057050 | HA-00057050 | 1/5/2021 | AEO | No designation | Video file. Designation only in folder name |
| HA-00057051 | HA-00057051 | 1/5/2021 | AEO | No designation | Video file. Designation only in folder name |
| HA-00057052 | HA-00057052 | 1/5/2021 | AEO | No designation | Video file. Designation only in folder name |
| HA-00057053 | HA-00057053 | 1/5/2021 | AEO | No designation | Video file. Designation only in folder name |
| HA-00057054 | HA-00057054 | 1/5/2021 | AEO | No designation | Video file. Designation only in folder name |
| HA-00057055 | HA-00057055 | 1/5/2021 | AEO | No designation | Video file. Designation only in folder name |
| HA-00057056 | HA-00057056 | 1/5/2021 | AEO | No designation | Video file. Designation only in folder name |
| HA-00057057 | HA-00057057 | 1/5/2021 | AEO | No designation | Video file. Designation only in folder name |
| HA-00057058 | HA-00057058 | 1/5/2021 | AEO | No designation | Video file. Designation only in folder name |
| HA-00057059 | HA-00057059 | 1/5/2021 | AEO | No designation | Video file. Designation only in folder name |
| HA-00057060 | HA-00057060 | 1/5/2021 | AEO | No designation | Video file. Designation only in folder name |
| HA-00058728 | | 3/16/2021 | AEO | AEO | |
| HA-00058996 | | 3/16/2021 | AEO | AEO | |
| HA-00063175 | | 3/16/2021 | AEO | AEO | |
| HA-00063176 | | 3/16/2021 | AEO | AEO | |
| HA-00063558 | | 3/16/2021 | AEO | AEO | |
| HA-00063564 | | 3/16/2021 | AEO | AEO | |
| HA-00063568 | | 3/16/2021 | AEO | AEO | |

**US v. Nelson, et al.**
**Discovery - AEO Designation ONLY**

| Bates Begin | Bates - End | Production Date | Designation on discovery letter | Designation on document | Notes |
|---|---|---|---|---|---|
| HA-00063569 | | 3/16/2021 | AEO | AEO | |
| HA-00063601 | | 3/16/2021 | AEO | AEO | |
| HA-00063603 | | 3/16/2021 | AEO | AEO | |
| HA-00063604 | | 3/16/2021 | AEO | AEO | |
| HA-00063605 | | 3/16/2021 | AEO | AEO | |
| HA-00063606 | | 3/16/2021 | AEO | AEO | |
| HA-00063607 | | 3/16/2021 | AEO | AEO | |
| HA-00063608 | | 3/16/2021 | AEO | AEO | |
| HA-00063788 | | 3/16/2021 | AEO | AEO | |
| HA-00063795 | | 3/16/2021 | AEO | AEO | |
| HA-00063796 | | 3/16/2021 | AEO | AEO | |
| HA-00063797 | | 3/16/2021 | AEO | AEO | |
| HA-00063798 | | 3/16/2021 | AEO | AEO | |
| HA-00063799 | | 3/16/2021 | AEO | AEO | |
| HA-00063801 | | 3/16/2021 | AEO | AEO | |
| HA-00063804 | | 3/16/2021 | AEO | AEO | |
| HA-00063805 | | 3/16/2021 | AEO | AEO | |
| HA-00063806 | | 3/16/2021 | AEO | AEO | |
| HA-00063807 | | 3/16/2021 | AEO | AEO | |
| HA-00063809 | | 3/16/2021 | AEO | AEO | |
| HA-00063816 | | 3/16/2021 | AEO | AEO | |
| HA-00063818 | | 3/16/2021 | AEO | AEO | |
| HA-00063819 | | 3/16/2021 | AEO | AEO | |
| HA-00063826 | | 3/16/2021 | AEO | AEO | |
| HA-00063827 | | 3/16/2021 | AEO | AEO | |
| HA-00063828 | | 3/16/2021 | AEO | AEO | |
| HA-00063829 | | 3/16/2021 | AEO | AEO | |
| HA-00063830 | | 3/16/2021 | AEO | AEO | |
| HA-00063831 | | 3/16/2021 | AEO | AEO | |
| HA-00063832 | | 3/16/2021 | AEO | AEO | |
| HA-00063834 | | 3/16/2021 | AEO | AEO | |
| HA-00063835 | | 3/16/2021 | AEO | AEO | |

**US v. Nelson, et al.**
**Discovery - AEO Designation ONLY**

| Bates Begin | Bates - End | Production Date | Designation on discovery letter | Designation on document | Notes |
|---|---|---|---|---|---|
| HA-00063840 | | 3/16/2021 | AEO | AEO | |
| HA-00063841 | | 3/16/2021 | AEO | AEO | |
| HA-00063842 | | 3/16/2021 | AEO | AEO | |
| HA-00063843 | | 3/16/2021 | AEO | AEO | |
| HA-00063844 | | 3/16/2021 | AEO | AEO | |
| HA-00063846 | | 3/16/2021 | AEO | AEO | |
| HA-00063847 | | 3/16/2021 | AEO | AEO | |
| HA-00063859 | | 3/16/2021 | AEO | AEO | |
| HA-00063860 | | 3/16/2021 | AEO | AEO | |
| HA-00063863 | | 3/16/2021 | AEO | AEO | |
| HA-00063864 | | 3/16/2021 | AEO | AEO | |
| HA-00063865 | | 3/16/2021 | AEO | AEO | |
| HA-00063866 | | 3/16/2021 | AEO | AEO | |
| HA-00063867 | | 3/16/2021 | AEO | AEO | |
| HA-00063869 | | 3/16/2021 | AEO | AEO | |
| HA-00063870 | | 3/16/2021 | AEO | AEO | |
| HA-00063872 | | 3/16/2021 | AEO | AEO | |
| HA-00063873 | | 3/16/2021 | AEO | AEO | |
| HA-00063875 | | 3/16/2021 | AEO | AEO | |
| HA-00063876 | | 3/16/2021 | AEO | AEO | |
| HA-00063877 | | 3/16/2021 | AEO | AEO | |
| HA-00063880 | | 3/16/2021 | AEO | AEO | |
| HA-00063881 | | 3/16/2021 | AEO | AEO | |
| HA-00063883 | | 3/16/2021 | AEO | AEO | |
| HA-00063930 | | 3/16/2021 | AEO | AEO | |
| HA-00063931 | | 3/16/2021 | AEO | AEO | |
| HA-00063932 | | 3/16/2021 | AEO | AEO | |
| HA-00063933 | | 3/16/2021 | AEO | AEO | |
| HA-00063938 | | 3/16/2021 | AEO | AEO | |
| HA-00064026 | | 3/16/2021 | AEO | AEO | |
| HA-00064028 | | 3/16/2021 | AEO | AEO | |
| HA-00064069 | | 3/16/2021 | AEO | AEO | |

**US v. Nelson, et al.**
**Discovery - AEO Designation ONLY**

| Bates Begin | Bates - End | Production Date | Designation on discovery letter | Designation on document | Notes |
|---|---|---|---|---|---|
| HA-00064070 | | 3/16/2021 | AEO | AEO | |
| HA-00064071 | | 3/16/2021 | AEO | AEO | |
| HA-00064072 | | 3/16/2021 | AEO | AEO | |
| HA-00064073 | | 3/16/2021 | AEO | AEO | |
| HA-00064074 | | 3/16/2021 | AEO | AEO | |
| HA-00064075 | | 3/16/2021 | AEO | AEO | |
| HA-00064076 | | 3/16/2021 | AEO | AEO | |
| HA-00064077 | | 3/16/2021 | AEO | AEO | |
| HA-00064078 | | 3/16/2021 | AEO | AEO | |
| HA-00064079 | | 3/16/2021 | AEO | AEO | |
| HA-00064080 | | 3/16/2021 | AEO | AEO | |
| HA-00064081 | | 3/16/2021 | AEO | AEO | |
| HA-00064082 | | 3/16/2021 | AEO | AEO | |
| HA-00064094 | | 3/16/2021 | AEO | AEO | |
| HA-00064095 | | 3/16/2021 | AEO | AEO | |
| HA-00064097 | | 3/16/2021 | AEO | AEO | |
| HA-00064122 | | 3/16/2021 | AEO | AEO | |
| HA-00064123 | | 3/16/2021 | AEO | AEO | |
| HA-00064125 | | 3/16/2021 | AEO | AEO | |
| HA-00064161 | | 3/16/2021 | AEO | AEO | |
| HA-00064162 | | 3/16/2021 | AEO | AEO | |
| HA-00064164 | | 3/16/2021 | AEO | AEO | |
| HA-00064165 | | 3/16/2021 | AEO | AEO | |
| HA-00064167 | | 3/16/2021 | AEO | AEO | |
| HA-00064188 | | 3/16/2021 | AEO | AEO | |
| HA-00064195 | | 3/16/2021 | AEO | AEO | |
| HA-00064197 | | 3/16/2021 | AEO | AEO | |
| HA-00064200 | | 3/16/2021 | AEO | AEO | |
| HA-00064208 | | 3/16/2021 | AEO | AEO | |
| HA-00064213 | | 3/16/2021 | AEO | AEO | |
| HA-00064215 | | 3/16/2021 | AEO | AEO | |
| HA-00064217 | | 3/16/2021 | AEO | AEO | |

**US v. Nelson, et al.**
**Discovery - AEO Designation ONLY**

| Bates Begin | Bates - End | Production Date | Designation on discovery letter | Designation on document | Notes |
|---|---|---|---|---|---|
| HA-00064233 | | 3/16/2021 | AEO | AEO | |
| HA-00064235 | | 3/16/2021 | AEO | AEO | |
| HA-00064237 | | 3/16/2021 | AEO | AEO | |
| HA-00064249 | | 3/16/2021 | AEO | AEO | |
| HA-00064251 | | 3/16/2021 | AEO | AEO | |
| HA-00064252 | | 3/16/2021 | AEO | AEO | |
| HA-00064275 | | 3/16/2021 | AEO | AEO | |
| HA-00064277 | | 3/16/2021 | AEO | AEO | |
| HA-00064278 | | 3/16/2021 | AEO | AEO | |
| HA-00064293 | | 3/16/2021 | AEO | AEO | |
| HA-00064295 | | 3/16/2021 | AEO | AEO | |
| HA-00064297 | | 3/16/2021 | AEO | AEO | |
| HA-00064316 | | 3/16/2021 | AEO | AEO | |
| HA-00064318 | | 3/16/2021 | AEO | AEO | |
| HA-00064320 | | 3/16/2021 | AEO | AEO | |
| HA-00064339 | | 3/16/2021 | AEO | AEO | |
| HA-00064340 | | 3/16/2021 | AEO | AEO | |
| HA-00064341 | | 3/16/2021 | AEO | AEO | |
| HA-00064342 | | 3/16/2021 | AEO | AEO | |
| HA-00064343 | | 3/16/2021 | AEO | AEO | |
| HA-00064344 | | 3/16/2021 | AEO | AEO | |
| HA-00064345 | | 3/16/2021 | AEO | AEO | |
| HA-00064346 | | 3/16/2021 | AEO | AEO | |
| HA-00064349 | | 3/16/2021 | AEO | AEO | |
| HA-00064350 | | 3/16/2021 | AEO | AEO | |
| HA-00064353 | | 3/16/2021 | AEO | AEO | |
| HA-00064356 | | 3/16/2021 | AEO | AEO | |
| HA-00064493 | | 3/16/2021 | AEO | AEO | |
| HA-00064496 | | 3/16/2021 | AEO | AEO | |
| HA-00064497 | | 3/16/2021 | AEO | AEO | |
| HA-00064582 | | 3/16/2021 | AEO | AEO | |
| HA-00064583 | | 3/16/2021 | AEO | AEO | |

**US v. Nelson, et al.**
**Discovery - AEO Designation ONLY**

| Bates Begin | Bates - End | Production Date | Designation on discovery letter | Designation on document | Notes |
|---|---|---|---|---|---|
| HA-00064585 | | 3/16/2021 | AEO | AEO | |
| HA-00064586 | | 3/16/2021 | AEO | AEO | |
| HA-00064587 | | 3/16/2021 | AEO | AEO | |
| HA-00064588 | | 3/16/2021 | AEO | AEO | |
| HA-00064589 | | 3/16/2021 | AEO | AEO | |
| HA-00064591 | | 3/16/2021 | AEO | AEO | |
| HA-00064603 | | 3/16/2021 | AEO | AEO | |
| HA-00064606 | | 3/16/2021 | AEO | AEO | |
| HA-00064608 | | 3/16/2021 | AEO | AEO | |
| HA-00066663 | HA-00066663 | 3/16/2021 | AEO | No designation | Media file |
| HA-00066664 | HA-00066664 | 3/16/2021 | AEO | No designation | Media file |
| HA-00066665 | HA-00066665 | 3/16/2021 | AEO | No designation | Media file |
| HA-00066666 | HA-00066666 | 3/16/2021 | AEO | No designation | Media file |
| HA-00066667 | HA-00066667 | 3/16/2021 | AEO | No designation | Media file |
| HA-00066668 | HA-00066668 | 3/16/2021 | AEO | No designation | Media file |
| HA-00066669 | HA-00066669 | 3/16/2021 | AEO | No designation | Media file |
| HA-00066670 | HA-00066670 | 3/16/2021 | AEO | No designation | Media file |
| HA-00066671 | HA-00066671 | 3/16/2021 | AEO | No designation | Media file |
| HA-00066672 | HA-00066672 | 3/16/2021 | AEO | No designation | Media file |
| HA-00066673 | HA-00066673 | 3/16/2021 | AEO | No designation | Media file |
| HA-00066674 | HA-00066674 | 3/16/2021 | AEO | No designation | Media file |
| HA-00066675 | HA-00066675 | 3/16/2021 | AEO | No designation | Media file |
| HA-00066676 | HA-00066676 | 3/16/2021 | AEO | No designation | Media file |
| HA-00066677 | HA-00066677 | 3/16/2021 | AEO | No designation | Media file |
| HA-00066678 | HA-00066678 | 3/16/2021 | AEO | No designation | Media file |
| HA-00066679 | HA-00066679 | 3/16/2021 | AEO | No designation | Media file |
| HA-00066680 | HA-00066680 | 3/16/2021 | AEO | No designation | Media file |
| HA-00066681 | HA-00066681 | 3/16/2021 | AEO | No designation | Media file |
| HA-00066682 | HA-00066682 | 3/16/2021 | AEO | No designation | Media file |
| HA-00066683 | | 3/16/2021 | AEO | AEO | |
| HA-00066686 | | 3/16/2021 | AEO | AEO | |
| HA-00066687 | | 3/16/2021 | AEO | AEO | |

**US v. Nelson, et al.**
**Discovery - AEO Designation ONLY**

| Bates Begin | Bates - End | Production Date | Designation on discovery letter | Designation on document | Notes |
|---|---|---|---|---|---|
| HA-00068073 | | 3/16/2021 | AEO | AEO | |
| HA-00068075 | | 3/16/2021 | AEO | AEO | |
| HA-00068076 | | 3/16/2021 | AEO | AEO | |
| HA-00068077 | | 3/16/2021 | AEO | AEO | |
| HA-00068078 | | 3/16/2021 | AEO | AEO | |
| HA-00068079 | | 3/16/2021 | AEO | AEO | |
| HA-00068081 | | 3/16/2021 | AEO | AEO | |
| HA-00068083 | | 3/16/2021 | AEO | AEO | |
| HA-00068086 | | 3/16/2021 | AEO | AEO | |
| HA-00068089 | | 3/16/2021 | AEO | AEO | |
| HA-00068092 | | 3/16/2021 | AEO | AEO | |
| HA-00068093 | | 3/16/2021 | AEO | AEO | |
| HA-00068095 | | 3/16/2021 | AEO | AEO | |
| HA-00068097 | | 3/16/2021 | AEO | AEO | |
| HA-00068098 | | 3/16/2021 | AEO | AEO | |
| HA-00068100 | | 3/16/2021 | AEO | AEO | |
| HA-00068101 | | 3/16/2021 | AEO | AEO | |
| HA-00068102 | | 3/16/2021 | AEO | AEO | |
| HA-00068103 | | 3/16/2021 | AEO | AEO | |
| HA-00068105 | | 3/16/2021 | AEO | AEO | |
| HA-00068106 | | 3/16/2021 | AEO | AEO | |
| HA-00068107 | | 3/16/2021 | AEO | AEO | |
| HA-00068108 | | 3/16/2021 | AEO | AEO | |
| HA-00068110 | | 3/16/2021 | AEO | AEO | |
| HA-00068112 | | 3/16/2021 | AEO | AEO | |
| HA-00068113 | | 3/16/2021 | AEO | AEO | |
| HA-00068114 | | 3/16/2021 | AEO | AEO | |
| HA-00068115 | | 3/16/2021 | AEO | AEO | |
| HA-00068116 | | 3/16/2021 | AEO | AEO | |
| HA-00068118 | | 3/16/2021 | AEO | AEO | |
| HA-00068120 | | 3/16/2021 | AEO | AEO | |
| HA-00068124 | | 3/16/2021 | AEO | AEO | |

US v. Nelson, et al.
Discovery - AEO Designation ONLY

| Bates Begin | Bates - End | Production Date | Designation on discovery letter | Designation on document | Notes |
|---|---|---|---|---|---|
| HA-00068125 | | 3/16/2021 | AEO | AEO | |
| HA-00068126 | | 3/16/2021 | AEO | AEO | |
| HA-00068127 | | 3/16/2021 | AEO | AEO | |
| HA-00068130 | | 3/16/2021 | AEO | AEO | |
| HA-00068132 | | 3/16/2021 | AEO | AEO | |
| HA-00068133 | | 3/16/2021 | AEO | AEO | |
| HA-00068134 | | 3/16/2021 | AEO | AEO | |
| HA-00068135 | | 3/16/2021 | AEO | AEO | |
| HA-00068136 | | 3/16/2021 | AEO | AEO | |
| HA-00068137 | | 3/16/2021 | AEO | AEO | |
| HA-00071703 | | 3/25/2021 | AEO | AEO | |
| HA-00071705 | | 3/25/2021 | AEO | AEO | |
| HA-00073277 | | 3/25/2021 | AEO | AEO | |
| HA-00073278 | | 3/25/2021 | AEO | AEO | |
| HA-00073280 | | 3/25/2021 | AEO | AEO | |
| HA-00073282 | | 3/25/2021 | AEO | AEO | |
| HA-00073779 | | 3/25/2021 | AEO | AEO | |
| SW-00000101-2 | SW-00000187 | 2/25/2019 | No designation | AEO | No discovery letter |
| SW-00000188-2 | SW-00000280 | 2/25/2019 | No designation | AEO | No discovery letter |
| SW-00000385 | SW-00000428 | 2/7/2019 | No designation | AEO | This bates not referenced in cover letter, but was in production |
| SW-00000429 | SW-00000436 | 2/7/2019 | No designation | AEO | |
| SW-00000437 | SW-00000445 | 2/7/2019 | No designation | AEO | |
| SW-00000446 | SW-00000459 | 2/7/2019 | No designation | AEO | |
| SW-00000460 | SW-00000478 | 2/7/2019 | No designation | AEO | |
| SW-00000479 | SW-00000494 | 2/7/2019 | No designation | AEO | |
| SW-00000495 | SW-00000506 | 2/7/2019 | No designation | AEO | |
| SW-00000507 | SW-00000508 | 2/7/2019 | No designation | AEO | |
| SW-00000509 | SW-00000519 | 2/7/2019 | No designation | AEO | |
| SW-00000520 | SW-00000534 | 2/7/2019 | No designation | AEO | |
| SW-00000535 | SW-00000562 | 2/7/2019 | No designation | AEO | |
| SW-00000563 | SW-00000574 | 2/7/2019 | No designation | AEO | |

**US v. Nelson, et al.**
**Discovery - AEO Designation ONLY**

| Bates Begin | Bates - End | Production Date | Designation on discovery letter | Designation on document | Notes |
|---|---|---|---|---|---|
| SW-00000575 | SW-00000591 | 2/7/2019 | No designation | AEO | |
| SW-00000592 | SW-00000605 | 2/7/2019 | No designation | AEO | |
| SW-00000606 | SW-00000692 | 2/7/2019 | No designation | AEO | |
| SW-00000693 | SW-00000785 | 2/7/2019 | No designation | AEO | |
| SW-00000786 | SW-00000799 | 2/7/2019 | No designation | AEO | |
| SW-00000800 | SW-00000835 | 3/6/2019 | AEO | AEO | |
| SW-00000836 | SW-00000841 | 3/6/2019 | AEO | AEO | |
| SW-00000842 | SW-00000849 | 3/6/2019 | AEO | AEO | |
| SW-00001327 | SW-00001335 | 9/17/2019 | AEO | AEO | |
| SW-00001337 | SW-00001346 | 9/17/2019 | AEO | AEO | |
| SW-00001350 | SW-00001363 | 9/17/2019 | AEO | AEO | |
| SW-00001365 | SW-00001373 | 11/4/2019 | AEO | No designation | AEO in file name, no designation on document |
| SW-00001374 | SW-00001381 | 11/4/2019 | AEO | No designation | AEO in file name, no designation on document |
| SW-00001382 | SW-00001391 | 11/4/2019 | AEO | AEO | |
| SW-00001392 | SW-00001393 | 11/4/2019 | AEO | No designation | AEO in file name, no designation on document |
| SW-00001394 | SW-00001396 | 11/4/2019 | AEO | No designation | AEO in file name, no designation on document |
| SW-00001397 | SW-00001410 | 11/4/2019 | AEO | No designation | AEO in file name, no designation on document |
| SW-00001411 | SW-00001412 | 11/4/2019 | AEO | No designation | AEO in file name, no designation on document |
| SW-00001413 | SW-00001426 | 11/4/2019 | AEO | No designation | AEO in file name, no designation on document |
| SW-00001427 | SW-00001439 | 11/4/2019 | AEO | No designation | AEO in file name, no designation on document |
| SW-00001440 | SW-00001447 | 11/4/2019 | AEO | No designation | AEO in file name, no designation on document |
| SW-00001448 | SW-00001451 | 11/4/2019 | AEO | No designation | AEO in file name, no designation on document |
| SW-00001452 | SW-00001456 | 11/4/2019 | AEO | No designation | AEO in file name, no designation on document |
| SW-00001457 | SW-00001470 | 11/4/2019 | AEO | No designation | AEO in file name, no designation on document |
| SW-00001471 | SW-00001473 | 11/4/2019 | AEO | No designation | AEO in file name, no designation on document |
| SW-00001474 | SW-00001475 | 11/4/2019 | AEO | No designation | AEO in file name, no designation on document |
| SW-00001476 | SW-00001486 | 11/4/2019 | AEO | No designation | AEO in file name, no designation on document |
| SW-00001487 | SW-00001501 | 11/4/2019 | AEO | No designation | AEO in file name, no designation on document |
| SW-00001502 | SW-00001507 | 11/4/2019 | AEO | No designation | AEO in file name, no designation on document |
| SW-00001508 | SW-00001524 | 11/4/2019 | AEO | No designation | AEO in file name, no designation on document |
| SW-00004521 | SW-00004532 | 12/13/2019 | AEO | AEO | |

EXHIBIT D

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17-cr-00533-EMC (LB) |
| Plaintiff, | |
| | **ORDER GRANTING IN PART MOTIONS FOR BILL OF PARTICULARS** |
| v. | |
| JONATHAN JOSEPH NELSON, | |
| Defendant. | Re: ECF Nos. 1779, 1789, 1791, 1801, 1806, & 1809 |

**INTRODUCTION**

This racketeering-conspiracy case involves the Hells Angels Sonoma County chapter (the alleged enterprise) and its associates, including "Hells Angels who have a close relationship" with the Sonoma chapter, "particularly members of the Fresno and Salem/Boston chapters of the Hells Angels."[1] Three defendants moved for bills of particulars: (1) Christopher Ranieri (the alleged president of the Salem/Boston chapter of the Hells Angels); (2) Brian Wendt (the alleged president of the Fresno chapter of the Hells Angels); and (3) Raymond Foakes (an alleged member and

---

[1] Superseding Indictment – ECF No. 374 at 22 (¶ 1), 25 (¶ 11). Citations refer to material in the Electronic Case File (ECF); pinpoint citations are to the ECF-generated page numbers at the top of documents.

United States District Court
Northern District of California

former president of the Sonoma County chapter of the Hells Angels).[2] The court grants the motions in part.

## STATEMENT

Mr. Ranieri moved for a bill of particulars for count one of the superseding indictment charging him with racketeering conspiracy in violation of 18 U.S.C. § 1962(d).[3] He is not named in any of the overt acts listed in paragraph 22 of the superseding indictment. He previously moved for a bill of particulars for the special sentencing factor in count one and for count two, conspiracy to commit murder in aid of racketeering in violation of 18 U.S.C. § 1959(a)(5) (a count that involves victim 1). The court granted the motion in part. Relevantly, it ordered the government to provide a bill of particulars clarifying when Mr. Ranieri joined the conspiracy to murder victim 1 (count two) or to commit murder (special sentencing factor for count one), who was present at the meetings, when they took place, what was said, what Mr. Ranieri said or did, and the names of the victims or other identifying information.[4]

Mr. Wendt moved for a bill of particulars for Count One, where he is charged with two overt acts and killing victim 1 (also implicated in count two — conspiracy to commit murder in aid of racketeering in violation of 18 U.S.C. § 1959(a)(5) and count three — murder in aid of racketeering in violation of 18 U.S.C. § 1959(a)(1)). He joined Mr. Ranieri's motion.[5] Broadly speaking, as to count one, Messieurs Ranieri and Wendt want the government to specify when the conspiratorial agreements occurred, when the defendants joined the conspiracy, where the agreements were reached, who was present, the form the agreements took, the persons (aside from victim 1) that the defendants agreed to kill, the precise words or conduct demonstrating their joining the conspiracy, the locations other than the Northern District of California where the conspiracy occurred, the identities of unnamed accomplices and coconspirators, and the acts that they allegedly committed as part of the

---

[2] *Id*. at 27 (¶ 18); Mots. – ECF Nos. 1779, 1789, & 1791.

[3] Ranieri Mot. – ECF No. 1779 at 1–3.

[4] Order – ECF No. 775 at 3–4.

[5] Wendt Mot. – ECF No. 1789; Wendt Joinder – ECF No. 1809.

United States District Court
Northern District of California

1  conspiracy.[6] Mr. Wendt asks for a similar bill of particulars for the special sentencing factors in count

2  one and as to count two.[7] Mr. Foakes similarly moved for a bill of particulars for count one and the

3  special sentencing factors for count one.[8]

4      Two other defendants joined the motions: (1) David Diaz (the alleged secretary of the Sonoma

5  chapter), charged in count one with two overt acts (stealing property including the motorcycle of

6  victim 5 and having an illegal 13-inch knife);[9] and (2) Russell Lyles (an alleged member and

7  former Sergeant at Arms of the Sonoma chapter), charged in count one with four overt acts

8  including possessing weapons, stealing a motorcycle from victim 3, assaulting victim 5 (also

9  implicated in counts five and six charging assault and maiming of victim 5 in violation of 18

10  U.S.C. § 1959(a)(2) & (3)), and stealing victim 5's motorcycle.[10]

11      The government filed a consolidated opposition to the motions.[11]

12      The court held a hearing on July 29, 2021.

13

14  **LEGAL STANDARD**

15      An indictment "must be a plain, concise, and definite written statement of the essential facts

16  constituting the offense charged." Fed. R. Crim. P. 7(c)(1). "'[A]n indictment is sufficient if it,

17  first, contains the elements of the offense charged and fairly informs the defendant of the charge

18  against which he must defend, and, second, enables him to plead an acquittal or conviction in bar

19  of future prosecutions for the same offense.'" *United States v. Davis*, 336 F.3d 920, 922 (9th Cir.

20  2003) (quoting *United States v. Bailey*, 444 U.S. 394, 414 (1980)). A defendant may move to

21  require the government to supplement an incomplete indictment with a bill of particulars that more

22  _____

23  [6] Ranieri Mot. – ECF No. 1779 at 2–3; Wendt Mot. – ECF No. 1789 at 2–3. They ask for additional
information too, such as did the conspiracy continue after arrest, motive, and so forth. *See, e.g.*, Wendt

24  Mot. – ECF No. 1789 at 2–3. The court's listing of the requests for particulars is not exhaustive.

[7] Wendt Mot. – ECF No. 1789 at 3–5.

25
[8] Foakes Mot. – ECF No. 1791 at 38–39. The district court denied the motion to dismiss. Order – ECF

26  No. 1854 at 2.

[9] Superseding Indictment – ECF No. 374 at 27 (¶ 18), 30 (¶¶ 22j, 22p); Diaz Joinder – ECF No. 1806.

27  [10] Superseding Indictment – ECF No. 374 at 27 (¶ 18), 29–30 (¶¶ 22c, 22h, 22j).

28  [11] Opp'n – ECF No. 1824; Opp'n – ECF No. 1823 at 9 (relying on ECF No. 1824).

fully discloses the nature of the charges. Fed. R. Crim. P. 7(f). "The purposes of a bill of particulars are threefold: '[t]o inform the defendant of the nature of the charge against him with sufficient precision to enable him to prepare for trial, to avoid or minimize the danger of surprise at the time of trial, and to enable him to plead his acquittal or conviction in bar of another prosecution for the same offense when the indictment itself is too vague[] and indefinite for such purposes.'" *United States v. Ayers*, 924 F.2d 1468, 1483 (9th Cir. 1991) (quoting *United States v. Giese*, 597 F.2d 1170, 1180 (9th Cir. 1979)). "A defendant is not entitled to know all the *evidence* the government intends to produce but only the *theory* of the government's case." *United States v. Ryland*, 806 F.2d 941, 942 (9th Cir. 1986) (emphasis in original).

## ANALYSIS

The court orders the government to provide a bill of particulars to the moving defendants clarifying the following:

1. when the defendants joined the alleged conspiratorial racketeering agreement (count one) and when they joined the alleged conspiratorial agreement to commit murder (special sentencing factors), without prejudice to the government's later proving a different date based on evidence later acquired, *cf. United States v. Etienne*, No. CR 17-00093 WHA, 2018 WL 1456658, at *2 (N.D. Cal. Mar. 23, 2018); *United States v. Alvarez*, No. 14-cr-00120 EMC (NC), 2014 WL 7240670, at *2–3 (N.D. Cal. Dec. 19, 2014); *United States v. Cerna*, No. CR 08-0730 WHA, 2009 WL 2998929, at *2 (N.D. Cal. Sept. 16, 2009);

2. who was present at the meetings where the murders or attempted murders were discussed, when and where these meetings took place, what was said at these meetings, and what the defendants allegedly said or did to indicate their participation in the conspiracies, *cf. Etienne*, 2018 WL 1456658, at *5; *Alvarez*, 2014 WL 7240670, at *3; *Cerna*, 2009 WL 2998929, at *3;

3. how the defendants' participation in the acts against victims 1 and 5 gained them entry to and maintained increase in their positions within Sonoma chapter when they were

United States District Court
Northern District of California

not members of that chapter, and also, how the overt acts unrelated to the violent crimes (such as mortgage fraud or marijuana possession) are part of the alleged pattern of racketeering activity, *cf. Cerna*, 2009 WL 2998929, at *3.

4. the person or persons that the defendants purportedly conspired to kill or assault or, if the government does not know the names, as much identifying information as it has, *cf. United States v. Diaz*, No. CR 05-00167 WHA, 2006 WL 1833081, at *3 (N.D. Cal. June 30, 2006); and

5. the jurisdictions other than the Northern District of California where the alleged conspiracies occurred, *cf. Etienne*, 2018 WL 1456658, at *2.

The court otherwise denies the motions for a bill of particulars. *Cf. Etienne*, 2018 WL 1456658, at *2, *5 (denying motion for bill of particulars for "the 'when, where, and how' of every act in furtherance of the conspiracy," including denying motion for the form the alleged conspiratorial agreement to commit murder took and denying motion for identification of all overt acts attributable to the defendants) (citing *Giese*, 597 F.2d at 1181); *Cerna*, 2009 WL 2998929, at *3 (denying motion for bill of particulars for names of unindicted co-conspirators, the date the conspiracy as a whole allegedly began, or all overt acts that comprised the charged activity) (citing *United States v. DiCesare*, 765 F.2d 890, 897 (9th Cir. 1985)); *see also United States v. Ortiz*, No. C 12-00119 SI, 2013 WL 6842541, at *4 (N.D. Cal. Dec. 27, 2013) (where indictment charges a defendant with conspiracy to commit murder under 18 U.S.C. § 1959(a), not substantive murder, "[t]he indictment . . . need not allege that [defendant] committed any specific acts related to any murders . . . . All the indictment need allege is that [defendant] entered into an agreement to commit murder[.]").

## CONCLUSION

The court grants in part the motions for a bill of particulars. The court orders the government to produce a bill of particulars with the information listed above within 21 days of the date of this order. The court further orders the government to supplement its bill of particulars if it learns of additional responsive information. *Cf. United States v. Hernandez*, No. CR-14-0120 EMC, 2015 WL 4498084, at \*3 (N.D. Cal. July 23, 2015).

**IT IS SO ORDERED.**

Dated: August 3, 2021

_____
LAUREL BEELER
United States Magistrate Judge

ORDER – No. 17-cr-00533-EMC (LB)                    6