STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

AJAY KRISHNAMURTHY (CABN 305533)
KEVIN J. BARRY (CABN 229748)
LINA Y. PENG (NYBN 5150032)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6840
    FAX: (415) 436-7234
    Email: kevin.barry@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 17-CR-0533-EMC |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER EXCLUDING TIME |
| JONATHAN JOSEPH NELSON, et al., | |
| Defendants. | |

On December 10, 2021, the Court held a status hearing in this case. The Court set a further status hearing on January 12, 2022. The Court has previously ruled that this multi-defendant RICO and VICAR murder case is complex. In addition, the government has recently produced voluminous discovery materials and will make additional productions in the near future, including *Giglio* materials. The parties are also preparing for the upcoming trial for the Group One defendants.

For these reasons and for good cause shown, the Court finds that failing to exclude the time from December 10, 2021, through January 12, 2022, would unreasonably deny defense counsel and the defendants the reasonable time necessary for effective preparation, taking into account the exercise of

[~~PROPOSED~~] ORDER EXCLUDING TIME
CR 17-0533 EMC

due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court finds that the case is so complex, due to the number of defendants and the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(B)(ii).  The Court further finds that the ends of justice served by excluding the time from December 10, 2021, through January 12, 2022 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from December 10, 2021, through January 12, 2022, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: December 13, 2021

_____
HON. EDWARD M. CHEN
United States District Judge

[PROPOSED] ORDER EXCLUDING TIME
CR 17-0533 EMC