UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN JOSEPH NELSON, et al.<br><br>Defendants. | Case No. 17-cr-00533-EMC-1<br><br>**ORDER RE JOINT PRETRIAL FILINGS** |

The parties shall file their joint proposed jury instructions by **5:00 p.m., March 11, 2022**. The parties shall meet and confer and agree on the instructions. If the parties cannot agree on particular instructions, then for each such disputed instruction the parties' filing shall either: (a) indicate on one instruction the differences of the parties' proposed wording such that their respective positions are discernible to the Court (preferred) or (b) place in consecutive order each of the party's proposed version of that particular instruction. In a footnote to each disputed instruction, the parties will briefly state the authorities in support of their position. The parties shall also file a jointly proposed verdict form by **5:00 p.m., March 11, 2022**.

The Government shall file its Pretrial Conference Statement and the Group One Defendants shall file their joint Pretrial Conference Statement by **5:00 p.m., March 9, 2022**.

**IT IS SO ORDERED**.

Dated: March 4, 2022

_____
EDWARD M. CHEN
United States District Judge