UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TRIAL MINUTES

| **Date:** April 12, 2022 | **Time in Court:** 8:44 – 5:40 = 7 Hours | **Judge:** EDWARD M. CHEN |
|---|---|---|
| **Case No.:** 17-cr-00533-EMC-1 | **Case Name:** USA v. Jonathan Nelson<br>USA v. Brian Wayne Wendt<br>USA v. Russell Taylor Ott | |

**Attorneys for Plaintiff/Gov't:** Kevin Barry, Lina Peng and Ajay Krishnamurthy
**Attorneys for Defendant:** Richard Novak, Jai Gohel, John Philipsborn, Alex McClure, Robert Waggener, Marcia Morrissey

**Deputy Clerks:** Angella Meuleman / Vicky Ayala   **Court Reporters:** Ana Dub / Marla Knox

## PROCEEDINGS

Jury Selection: HELD.

## SUMMARY

Prospective Jury Panel voir dired by Court and parties.  Group 2 Jurors thanked and excused for hardship and cause as stated on the record.  Group 3 from Prospective Jury Panel called for tomorrow will be numbers 213 through 295.

See attached trial log for further details.