UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN JOSEPH NELSON, et al.<br><br>Defendants. | Case No. 17-cr-00533-EMC-1<br><br>**ORDER DENYING UNITED STATES' MOTION TO ADMIT PRIOR CONSISTENT STATEMENTS**<br><br>Docket Nos. 2726, 2741 |

Noting that Joseph Hardisty's trial testimony was attacked on cross examination, the Government specifically sought to admit under Federal Rule of Evidence 801(d)(1)(B): (1) Hardisty's June 15, 2016 recorded interview; (2) his initial interview with the case agents later in June 2016; (3) his testimony before the Grand Jury on March 28, 2017; and (4) his statements to case agents on October 28, 2018. The parties reached an agreement to play a video of the first statement at issue (June 15, 2016 interview) before the jury. In addition to that interview, the Government sought to admit Hardisty's Grand Jury transcript into evidence and authorization to present Hardisty's statements to case agents during the later June 2016 interview and the October 28, 2018 interview through the testimony of a case agent who participated in both those interviews. Having reviewed Hardisty's Grand Jury testimony and trial testimony as well as the transcript of the June 15, 2016 recorded interview, the Court finds that there is no inconsistency nor failure of memory by Joseph Hardisty in his trial testimony herein on the topic of Mr. Nelson's role in the Silva murder, including Nelson's alleged recruitment of Hardisty and informing him that the deed was done. On cross, Hardisty conceded the first time he brought up Nelson's attempt to recruit him to commit the murder and Nelson's reporting to him after the

murder was accomplished was in his Grand Jury testimony.  The Government correctly stated in its brief that during cross examination "counsel for Nelson suggested that Hardisty did not tell the case agents about Nelson's role in the Silva killing during the initial interview . . . ."  Mot. at 3; Docket Nos. 2726, 2741.  Hardisty testified that that was correct.  The tape recording and transcript of the June 15, 2016 interview make it clear that Hardisty did not tell case agents about Nelson's role in the alleged Silva murder during that interview.  As such, there is no inconsistency nor failure of memory by Joseph Hardisty in his trial testimony that warrants rehabilitation or clarification.  There is no basis for admitting the prior statements under FRE 801(d)(1)(B)(i) or (ii).  Thus, the Court **DENIES** the Government's motion to admit Hardisty's Grand Jury testimony or extrinsic evidence of his other interviews.

**IT IS SO ORDERED**.

Dated: May 26, 2022

_____
EDWARD M. CHEN
United States District Judge