UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# TRIAL MINUTES

| Date: June 22, 2022 | Time in Court: 30 Minutes | Judge: EDWARD M. CHEN |
|---|---|---|
| Case No.: 17-cr-00533-EMC-1, 5 and 6 | Case Name: USA v. Nelson, et al | |

**Attorneys for Plaintiff/Gov't:** Kevin Barry, Lina Peng and Ajay Krishnamurthy.
**Attorney for Defendant:** Richard Novak, Jai Gohel (Nelson); Robert Waggener, Marcia Morrissey (Ott) and John Philipsborn, Alex McClure (Wendt)

**Deputy Clerk:** Vicky Ayala/ Angie Meuleman

**Court Reporter:** Ana Dub/ Marla Knox

## PROCEEDINGS

Jury Trial – held.

## SUMMARY

Witnesses:  N/A

Admitted Exhibits:  N/A

Jury reached a verdict.

See Trial Log for further details.