UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 17-cr-00533-EMC-1, 5, 6
Case Name: USA v. Nelson, Wendt and Ott

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Edward M. Chen | Kevin Barry, Lina Peng and Ajay Krishnamurthy | Richard Novak, Jai Gohel, John Philipsborn, Alexandra McClure, Robert Waggener, Marcia Morrissey |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| June 22, 2022 | Ana Dub/Marla Knox | Vicky Ayala/Angie Meuleman |

| PLF NO. | DEF NO. | TIME OFFERED | ID | ADM | DESCRIPTION |
|---|---|---|---|---|---|
| | | 9:18 a.m. | | | Court in session. Jury informed the Court; they reached a verdict. |
| | | 9:22 a.m. | | | Court, parties, and Jury present. Verdict handed to the clerk. |
| | | 9:23 a.m. | | | Clerk hands Verdict to the Judge. |
| | | 9:24 a.m. | | | Clerk reads the verdict. |
| | | 9:30 a.m. | | | Jury polled. |
| | | 9:32 a.m. | | | Jury thanked for service and excused. |
| | | 9:33 a.m. | | | Court addressed the question of custody. The Government moved for remand under section 1343. Court noted that the standard is clear and convincing evidence that the convicted defendant does not present a flight risk or danger. Nelson defense stated that Nelson had demonstrated that he is not a danger and can be monitored and would like to not be remanded prior to sentencing. Ott defense stated that Ott turned 69 yesterday and has never failed to comply with conditions of release. Ott defense noted that the mother of Ott's children recently passed and that he has to take care of probate issues etc., and that he also has medical treatments. Wendt defense submitted. Government argued that good performance on pretrial release is expected and the norm. Government emphasized the flight risk given that the Hells Angels are a global organization. Court stated that release is not warranted at this point. Court stated that there should be a full hearing on release but given the verdict and the current state of things, it ordered remand.<br><br>Nelson defense asked for an extension for a motion for a new trial. Nelson defense also asked for time for |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | filing Rule 29 motions. Nelson defense requested possibly 60 days. Government stated that it will meet and confer. Court granted a 30 day extension for now but ordered the parties to meet and confer. Defense asked for Rule 33 and Rule 29 motions to be heard at the same time. No objection from the Government.<br><br>Nelson defense asked for a few minutes with his family before he is remanded. Permission granted.<br><br>Court further referred presentence investigation reports to U.S. Probation Office for Nelson, Wendt, and Ott.<br><br>Court set a Sentencing date for October 13, 2022, at 9:00 a.m. |
| | | 9:48 a.m. | | | | Court adjourned. |