UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JONATHAN JOSEPH NELSON, et al.<br>Defendants. | Case No. 17-cr-00533-EMC-1<br><br>**FINAL VERDICT FORM** |

**FINAL VERDICT FORM**

## COUNT ONE

**1A.** As to each defendant below, has the government proven him guilty beyond a reasonable doubt of conspiring to conduct or participate in the conduct of the affairs of an enterprise through a pattern of racketeering activity in violation of 18 U.S.C. 1962(d), as alleged in Count One?

|  | NO, NOT GUILTY | YES, GUILTY |
|---|---|---|
| JONATHAN NELSON |  | X |
| BRIAN WENDT |  | X |
| RUSSELL OTT |  | X |

Please answer the following question only for any defendant you have found guilty in Question 1A:

**1B.** As to each defendant below, has the government further proven beyond a reasonable doubt that the defendant knowingly and intentionally agreed and understood that the pattern of racketeering activity would include murder? If the government has so proven, write "Yes" in the space(s) indicated. If not, then write "No" in the appropriate space(s).

|  | MURDER |
|---|---|
| JONATHAN NELSON | yes |
| BRIAN WENDT | yes |
| RUSSELL OTT | yes |

## COUNT TWO

**2.** As to each defendant below, has the government proven beyond a reasonable doubt that he conspired to commit the murder of Joel Silva for the purpose of gaining entrance to, maintaining his position in, or increasing his position within the charged enterprise in violation of 18 U.S.C. 1959(a)(5), as charged in Count Two?

|  | NO, NOT GUILTY | YES, GUILTY |
|---|---|---|
| JONATHAN NELSON |  | X |
| BRIAN WENDT |  | X |
| RUSSELL OTT |  | X |

## COUNT THREE

3. As to each defendant below, has the government proven beyond a reasonable doubt that on or about July 15, 2014, he unlawfully and with malice aforethought murdered Joel Silva for the purpose of gaining entrance to, maintaining his position in, or increasing his position within the charged enterprise in violation of 18 U.S.C. 1959(a)(1), as charged in Count Three?

| | NO, NOT GUILTY | YES, GUILTY |
|---|---|---|
| JONATHAN NELSON | | X |
| BRIAN WENDT | | X |
| RUSSELL OTT | | X |

## COUNT SIX

4. Has the government proven beyond a reasonable doubt that on or about November 26, 2016, defendant JONATHAN NELSON assaulted Troy Conte with a dangerous weapon for the purpose of gaining entrance to, maintaining his position in, or increasing his position within the charged racketeering enterprise in violation of 18 U.S.C. 1959(a)(3), as charged in Count Six?

| NO, NOT GUILTY | YES, GUILTY |
|---|---|
| | X |

## COUNT SEVEN

Please answer this question only if you found defendant JONATHAN NELSON guilty of Count Six; otherwise leave blank.

5A. Has the government proven beyond a reasonable doubt that on or about November 26, 2016, defendant JONATHAN NELSON knowingly used, carried, or brandished a firearm during a crime of violence, namely, the assault with a deadly weapon of Troy Conte, in violation of 18 U.S.C. 924(c), as charged in Count Seven?

| NO, NOT GUILTY | YES, GUILTY |
|---|---|
| | X |

Please answer the following question only if you have found JONATHAN NELSON guilty in Question 5A:

**5B.** Please indicate the manner in which JONATHAN NELSON committed the crime alleged in Count Seven. Please select each manner that the government proved beyond a reasonable doubt.

|  | NO | YES |
|---|---|---|
| Used or carried |  | X |
| Brandished |  | X |

DATED: 6/22/2022       FOREPERSON: Paul Rodler
                                    (Juror No. 1)