JOHN G. WALSH (MA Bar No. 555649)
63 Atlantic Avenue, 3rd Flr.
Boston, MA  02110
johngwalshlaw@gmail.com

Telephone No.: (617) 851-2429

Counsel for Defendant
CHRISTOPHER RANIERI
Appearing *Pro Hac Vice*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER RANIERI *et al.*,<br><br>Defendants. | Case No. 3:17-cr-00533-7 EMC<br><br>**CHRISTOPHER RANIERI'S MOTION FOR JUDGMENT OF ACQUITTAL PURSUANT TO F.R.C.P. 29**<br><br>**Date:** April 26, 2023<br>**Dept.:** Hon. Edward M. Chen |

**NOTICE OF MOTION**

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Christopher Ranieri will and hereby does move this Court for an order entering Judgment of Acquittal pursuant to Federal Rule of Criminal Procedure 29 on Counts 1 and 2 of the *Superseding Indictment* on the grounds that the evidence in the case is insufficient to sustain convictions against him on those counts.

This motion is based upon the accompanying Memorandum of Points and Authorities, all

the files and records in this case, including arguments and papers previously submitted, any argument that the Court may permit, and any other matters the Court deems appropriate.

While this motion does not seek to restate all previously made written and oral motions and objections, and previously raised legal issues, Mr. Ranieri does not intend to abandon or waive those previously asserted arguments for the purpose of post-trial motions and expressly preserves and reasserts each argument herein. Therefore, he adopts and incorporates by reference all arguments and objections that he made throughout the case, including those made in all pre-trial motions, trial objections, jury instruction objections, and all trial motions.

Dated: April 26, 2023  Respectfully submitted,

By: /s/ John G. Walsh

John G. Walsh
Attorney for Defendant,
CHRISTOPHER RANIERI