JOHN G. WALSH (MA Bar No. 555649)
63 Atlantic Avenue, 3rd Flr.
Boston, MA 02110
johngwalshlaw@gmail.com

Telephone No.: (617) 851-2429

Counsel for Defendant
CHRISTOPHER RANIERI
Appearing *Pro Hac Vice*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTOPHER RANIERI *et al.*, <br><br> Defendants. | Case No. 3:17-cr-00533-7 EMC <br><br> **CHRISTOPHER RANIERI'S MOTION FOR JUDGMENT OF ACQUITTAL AFTER THE CLOSE OF ALL THE EVIDENCE PURSUANT TO F.R.C.P. 29** <br><br> Date: May 8, 2023 <br> Dept.: Hon. Edward M. Chen |

### NOTICE OF MOTION

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Christopher Ranieri will and hereby does move this Court for an order entering Judgment of Acquittal after the close of all the evidence pursuant to Federal Rule of Criminal Procedure 29 on Counts 1 and 2 of the *Superseding Indictment* on the grounds that the evidence in the case is insufficient to sustain convictions against him on those counts.

This motion is based upon Mr. Ranieri's previously filed *Motion for Judgment of Acquittal Pursuant to F.R.C.P. 29* and *Memorandum of Points and Authorities* (Doc. 3374 and 3375 respectively), all the files and records in this case, including arguments and papers previously submitted including those previously submitted by him, and any argument that the Court may permit, and any other matters the Court deems appropriate.

While this motion does not seek to restate all previously made written and oral motions and objections, and previously raised legal issues, Mr. Ranieri does not intend to abandon or waive those previously asserted arguments for the purpose of post-trial motions and expressly preserves, reasserts, and incorporates each argument herein. Therefore, he adopts and incorporates by reference all arguments and objections that he made throughout this case, including those made in all pre-trial motions, trial objections, jury instruction objections, and all trial and post-evidence trial motions.

Dated: May 8, 2023                                        Respectfully submitted,

By: /s/ John G. Walsh

John G. Walsh
Attorney for Defendant,
CHRISTOPHER RANIERI