1
LAW OFFICES OF ERIK BABCOCK
ERIK BABCOCK (Cal. 172517)
2
717 Washington St., 2d Floor
Oakland CA 94607
3
Tel:  (510) 452-8400
Fax:  (510) 201-2084
4
erik@babcocklawoffice.com

5
Attorneys for Defendant
BRIAN BURKE
6

7
UNITED STATES DISTRICT COURT

8
NORTHERN DISTRICT OF CALIFORNIA

9
SAN FRANCISCO DIVISION

10
UNITED STATES OF AMERICA,                    )    CASE NO. 17-CR-0533-EMC
                                                                            )
11
          Plaintiff,                                             )
                                                                            )
12
    v.                                                             )    **NOTICE OF MISTAKE IN PROPOSED**
                                                                            )    **VERDICT FORM AS TO COUNT ELEVEN**
13
BRIAN BURKE,                                                )
                                                                            )
14
          Defendants.                                      )
                                                                            )
15
_____      )

16
          The verdict form for Count 11 was briefed and argued last week, and the parties agreed that it

17
should include language the charged intimidation or threat had to be based on threat to shoot Ms. Conte

18
with a firearm. Defense counsel noticed this morning that the amended verdict form allows a conviction

19
if the jury find he "intimidated or threatened to shoot" Michelle Conte. This is not what was charged.  It

20
should state:

21

22
          Has the government proven beyond a reasonable doubt that on or about February 8, 2017, defendant
          BRIAN BURKE intimidated, threaten or corruptly persuade Michelle Conte by threatening to shoot
23
          her with a firearm with the intent to influence, delay or prevent her testimony in an official
          proceeding, namely, the adjudication of RAYMOND FOAKES'S alleged violation of the conditions
24
          of his supervised release in Case No. CR 11-0624 WHA (N.D. Cal.)."

25

26
DATED: May 12, 2023                                       Respectfully submitted,

27
                                                            By:    _____/s/_____
                                                                        ERIK BABCOCK
28
DEF. BURKE'S OBJECTION TO GOV VERDICT FORM                                                              1

17-CR-0533-EMC

1
Attorney for Defendant
BRIAN BURKE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28