[PREPARED BY]
RICHARD G. NOVAK (SBN 149303)
RICHARD G. NOVAK, APLC
P.O. Box 5549
Berkeley, CA 94705
626-578-1175 (voice)
Richard@RGNLaw.com
**Attorney for JONATHAN NELSON**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    Plaintiff,<br><br>    vs.<br><br>**JONATHAN NELSON, et al.**<br><br>    Defendants. | Case No. 3:17-cr-00533-EMC<br><br>**JOINT STATUS REPORT OF DEFENDANTS NELSON, OTT, WENDT, RANIERI, AND FOAKES** |

Defendants Messrs. NELSON, OTT, WENDT, RANIERI, AND FOAKES, by and through their respective counsel of record, hereby file the attached joint status report for the Court's consideration. If, after reviewing this joint status report, the Court determines that it is not necessary to conduct the status conference currently scheduled to occur on March 11, 2026, the defendants respectfully suggest that the Court continue the status conference approximately 45 days, prior to which the defendants will provide an additional status report.

Dated: March 8, 2026

Respectfully submitted on behalf of these defendants,

**/s/ Richard G. Novak**
RICHARD G. NOVAK
Attorney For Jonathan Nelson

## JOINT STATUS REPORT OF DEFENDANTS
## NELSON, OTT, WENDT, RANIERI, AND FOAKES

On January 8, 2026, this Court entered a sealed order lifting the "Attorneys Eyes Only" restrictions on certain materials produced to defense counsel well after the return of the verdicts in the two trials of these five defendants. At that time, the Court also scheduled a status conference to occur on March 11, 2026. (Doc. No. 4075.) At the hearing on January 8, 2026, the Court also offered its assistance if counsel continued to have problems arranging with the Bureau of Prisons to schedule meetings with their clients.

On January 16, 2026, Assistant United States Attorney Kevin Barry produced to counsel for the defendants certain unredacted documents, as required by the Court's order, that had not previously been disclosed.

On January 28, 2026, this Court entered an order, pursuant to the stipulation of the parties, extending the jurisdictional deadline for the filing of Rule 33 motions by the Group One Trial Defendants to May 23, 2026. (Doc. No. 4081.)

Subsequent to these developments, counsel for all five defendants have been able to meet with their clients to review the disclosures. Counsel have also initiated certain investigative tasks related to these disclosures. Counsel for these five defendants are collaborating in those investigative tasks where doing so is consistent with their individual client's best interests and constitutional rights.

Counsel respectfully propose providing the Court with a further update on their progress toward filing Rule 33 motions in approximately 45 days.

Dated: March 8, 2026             Respectfully submitted on behalf of these defendants,

                                 **/s/ Richard G. Novak**
                                 RICHARD G. NOVAK
                                 Attorney For Jonathan Nelson

2