JOHN T. PHILIPSBORN (#83944)
Law Offices of JOHN T. PHILIPSBORN
507 Polk Street, Suite 350
San Francisco, CA 94102
(415) 771-3801
jphilipsbo@aol.com
*Attorney for BRIAN WAYNE WENDT*

RICHARD G. NOVAK (#149303)
RICHARD G. NOVAK, APLC
P.O. Box 5549
Berkeley, CA 94705
(626) 578-1175
Richard@RGNLaw.com
*Attorney for JONATHAN NELSON*

K. ALEXANDRA McCLURE (#189679)
217 Leidesdorff Street
San Francisco, CA 94111
(415) 814-3397
alex@alexmcclurelaw.com
*Attorney for BRIAN WAYNE WENDT*

ROBERT WAGGENER (#118450)
Law Offices of ROBERT WAGGENER
214 Duboce Ave
San Francisco, CA 94103-1008
(415) 431-4500
rwlaw@mindspring.com
*Attorney for RUSSELL OTT*

JOHN G. WALSH (MA Bar #555649)
63 Atlantic Avenue, 3rd Flr.
Boston, MA 02110
(617) 851-2429
johngwalshlaw@gmail.com
*Attorney for CHRISTOPHER RANIERI*
Appearing *Pro Hac Vice*

ALBERT J. BORO, JR. (#126657)
BORO LAW FIRM
345 Franklin Street
San Francisco, CA 94102
(415) 621-2400
ajboro@boro-law.com
*Attorney for RAYMOND FOAKES*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN JOSEPH NELSON, et al.,<br><br>Defendants. | **Case No. CR-17-00533-EMC**<br><br>**JOINT STATUS REPORT FROM TRIAL GROUPS I AND II**<br><br>**Date of Hearing: April 22, 2026**<br>**Time of Hearing: 10:00 a.m.**<br>**Department:     Senior District Judge**<br>**                         Edward M. Chen** |

**TO:  THIS HONORABLE COURT AND TO ASSISTANT UNITED STATES ATTORNEY KEVIN BARRY:**

This Status Report is submitted jointly by above listed counsel for Trial Groups I and II. Since the Court permitted defense counsel to review specified documents with their clients, above listed defense counsel have met with their clients, and defense investigation is continuing. Defense counsel understand that the Court intends to set a date for the filing of Motions for a New Trial.  Above listed defense counsel anticipate

1

asking for an evidentiary hearing with at least the CHS and FBI Agents as witnesses.

Dated: April 17, 2025                    Respectfully submitted,

ALBERT J. BORO, Jr.
K. ALEXANDRA McCLURE
RICHARD G. NOVAK
JOHN T. PHILIPSBORN
ROBERT WAGGNER
JOHN G. WALSH


By:   /s/ John T. Philipsborn
            JOHN T. PHILIPSBORN
      *Submitted by Above Listed Counsel*

**JOINT STATUS REPORT FOR APRIL 22, 2026**