ROBERT WAGGENER (SBN 118450)
214 Duboce Ave.
San Francisco, CA 94103
Telephone: (415) 431-4500
rwlaw@mindspring.com

LEAH SPERO (SBN 232472)
912 Cole Street, No. 301
San Francisco, CA 94117
Telephone: (415) 343-5563
leah@sperolegal.com
**Attorneys for RUSSELL OTT**

JOHN PHILIPSBORN (SBN 83944)
507 Polk Street, Suite 350
San Francisco, CA 94102
Telephone: (415) 771-3801
jphilipsbo@aol.com

K. ALEXANDRA MCCLURE (SBN 189679)
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 814-3397
alex@alexmcclurelaw.com
**Attorneys for BRIAN WENDT**

RICHARD G. NOVAK (SBN 149303)
P.O. Box 5549
Berkeley, CA 94705
Telephone: (626) 578-1175
richard@rgnlaw.com

VICKI BUCHANAN (SBN 153318)
19201 Sonoma Hwy, No. 243
Sonoma, CA 95476
Telephone: (707) 343-1907
vickimaroltbuchananpc@gmail.com
**Attorneys for JONATHAN NELSON**

ALBERT BORO (SBN 126657)
345 Franklin Street
San Francisco, CA 94102
Telephone: (415) 621-2400
ajboro@boro-law.com
**Attorney for RAYMOND FOAKES**

JOHN WALSH (MA Bar 555649)
63 Atlantic Avenue, 3rd Floor
Boston, MA 02110
Telephone: (617) 851-2429
johngwalshlaw@gmail.com
**Attorney for CHRISTOPHER RANIERI**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>JONATHAN NELSON, et al.,<br><br>        Defendants. | CR No. 17-CR-00533-EMC<br><br>**JOINT DEFENSE WITNESS LIST FOR EVIDENTIARY HEARING**<br><br>**DATE OF HEARING: AUG. 18, 2026**<br><br>**TIME OF HEARING: 9:00 A.M.**<br><br>**LOCATION: COURTROOM NO. 5** |

Subject to the ability of the defendants to timely secure the appearance of the "CHS", the joint defense witness list for the evidentiary hearing scheduled to occur on August 18, 2026, is as follows:

1)    "CHS"

2)    FBI Special Agent Gina Hofmann

3)    FBI Special Agent Benjamin White

Depending upon the totality of the testimony from these witnesses, the defendants may seek leave to call one or more additional witnesses on a date to be set by the Court at the conclusion of the hearing on August 18, 2026.

Furthermore, if the defendants have been unable to serve a subpoena upon the CHS by Thursday August 13, 2026, they will promptly move this Court for a continuance of the evidentiary hearing and for other relief.

Dated:  August 11, 2026             Respectfully submitted on behalf of all defendants,

/s/ Richard G. Novak
Counsel for Jonathan Joseph Nelson