**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>**Plaintiff,**<br>**vs.**<br>**JONATHAN NELSON,**<br>**Defendant.** | FILED UNDER SEAL<br>Case No. CR 17-0533-EMC<br>**ORDER GRANTING UNOPPOSED MOTION TO CONTINUE EVIDENTIARY HEARING AND FOR OTHER RELIEF** |

FOR THE REASONS STATED IN THE *UNOPPOSED JOINT DEFENSE MOTION* AND FOR GOOD CAUSE HAVING BEEN SHOWN, the Court hereby orders that the evidentiary hearing scheduled for August 18, 2026 shall be continued to another date to be set by the Court. The Court further orders that the evidentiary hearing set for August 18, 2026, shall proceed as a status hearing only via Zoom.

IT IS SO ORDERED.

Dated: August 14, 2026

EDWARD M. CHEN
DISTRICT COURT JUDGE