CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6840
FAX: (415) 436-7234
Email: kevin.barry@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN NELSON, et al.,<br><br>Defendants. | Case No. 17-CR-0533 EMC<br><br>**UNITED STATES' STATUS REPORT REGARDING DEFENDANT NELSON'S MOTION TO DISMISS SECTION 924(C) COUNT**<br><br>Hon. Edward M. Chen |

Defendant Jonathan Nelson has filed a motion to vacate his conviction for Count Seven of the Superseding Indictment and to dismiss that Count. Count Seven charges him with the use of a firearm in connection with a crime of violence, with that crime of violence being the VICAR Assault with a Dangerous Weapon in Aid of Racketeering, Count Six. As the trial evidence showed, this was related to the pistol whipping of T.C. with a revolver on November 26, 2016.

Defendant Nelson argues that in the wake of the Ninth Circuit's en banc decision in *United States v. Gomez*, 165 F.4th 1199 (9th Cir. 2026), assault as defined in California Penal Code Section 245 no longer qualifies as a "crime of violence." In the Jury Instructions, the Court indicated that the crime

of violence for Count Seven was Count Six—VICAR Assault with a Dangerous Weapon. *See* RT 6665-6669. However, in the Superseding Indictment, Count Six alleges that Defendant Nelson "unlawfully and knowingly assaulted [T.C.] with a dangerous weapon, specifically, a firearm, in violation of California Penal Code Section 245(a)(2)." ECF 374 ¶ 34.

The government has reviewed the law on this issue, and trial counsel has made a recommendation for how to proceed. Authorization for that recommendation is pending.

The government intended to file this status report on November 5, 2026, the date set by the Court for responsive briefing, but undersigned counsel became ill that day. The government apologizes for the delay in response. As soon as a response is approved, counsel will inform the Court and the defense and will take the appropriate steps.

DATED: November 8, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/ *Kevin J. Barry*
KEVIN J. BARRY
Assistant United States Attorney